Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bryancave.com
Roger Myers (SBN 1461640)
roger.myers@bryancave.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bryancave.com
Leila C. Knox (SBN 245999)
leila.knox@bryancave.com
BRYAN CAVE LLP
560 Mission Street, Suite 2500
San Francisco, CA  94105-2994
Telephone:  (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Courthouse News Service,<br><br>        Plaintiff,<br><br>vs.<br><br>Michael Planet, in his official capacity as Court Executive Officer/Clerk of the Ventura County Superior Court,<br><br>        Defendant. | Case No. CV11-08083 SJO (FMMx)<br><br>**DECLARATION OF WILLIAM GIRDNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF COURTHOUSE NEWS SERVICE**<br><br>Date:   April 18, 2016<br>Time:  10 a.m.<br>Judge:  Hon. S. James Otero |

I, William ("Bill") Girdner, declare and state as follows:

1.      I am the editor and publisher of Courthouse News Service ("CNS"), based in Pasadena, California.  CNS is a nationwide legal news service and the Plaintiff in the above-captioned action.  I have personal knowledge of the following facts and could testify to them if called as a witness.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

2.     I started the precursor to CNS in 1990, when I began publishing a biweekly in paper format called the Central District Almanac, reporting new civil actions, motion arguments and rulings, and trials in the U.S. District Court for the Central District of California.  I began doing business as "Courthouse News Service" in 1997, and I incorporated CNS in 1997.  CNS specializes in news reporting on the civil record, from the inception of a civil action on through motions, rulings, trial and judgment, and finally to appellate arguments and decisions.  We summarize all the opinions of appellate courts in every state in the nation and all federal appellate courts, including the U.S. Supreme Court, providing a link to full copies of the opinions.

3.     In building the news service, prompt access to the court record was and is a fundamental necessity for its survival and later its success.  That basic requirement for news coverage was demonstrated by the access given to journalists in federal and state courts throughout the nation.  In court after court, our reporters, working alongside other journalists, reviewed late in the afternoon a stack, tray, media bin or press box that held new civil complaints received for filing earlier that day.  In turn, the importance of the news contained in the new civil actions was shown by the number of journalists from a wide variety of publications who checked the new filings alongside CNS at the end of the day.

**CNS Subscribers**

4.     As of the date of this declaration, CNS has more than 2,700 subscribers nationwide, consisting mainly of law firms, news organizations, law schools, government offices, public utilities, entertainment companies and watchdog groups. The majority of subscribers are law firms, with more than 500 of those firms having at least one office in California.

5.     Our subscribers in the entertainment and news media include, but are not limited to, *Austin American Statesman*, AOL/The Huffington Post, *The Atlanta Journal Constitution*, *The Boston Globe*, *D Magazine*, *The Dallas Morning News*,

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

2

*Detroit Free Press*, Fox Entertainment Group, *Houston Chronicle*, *Los Angeles Times*, *Los Angeles Business Journal*, *Pacific Coast Business Times*, *The Salt Lake Tribune*, *San Antonio Express News*, *San Jose Mercury News*, *Tampa Bay Business Journal*, *The Wall Street Journal* and Warner Bros., as well as a host of TV stations.

6.      CNS's news media subscribers rely on us to provide them with timely information about civil litigation, our specialty, so they can provide information about those cases to their own readers and viewers.  In recent years, as the traditional news industry has withered, we have seen an increasing number of news organizations become CNS subscribers.  At the same time, we have seen news organizations cut back on court coverage.  The end result is that in many courts, CNS effectively serves as a pool reporter, with its reporter sometimes the only journalist reviewing the new civil complaints.

7.      In addition to its law firm and media subscribers, CNS subscribers include many academic institutions, such as Baylor College of Medicine, Boston College Law School, Boston University, Case Western Reserve University, Drake University Law School, Harvard Law School, Loyola Law School, MIT School of Management, Southern Illinois University School of Law, University of Arkansas Law, University of Pittsburgh, University of South Florida, University of West Los Angeles, UC Hastings College of Law and UCLA School of Law.

8.      A number of city attorneys also subscribe, for example those in Los Angeles, Bakersfield, Oakland, Santa Monica and San Diego, as well as watchdog groups such as the Center for Public Integrity.

**CNS Publications**

9.      CNS offers a variety of publications.  One category is its popular New Litigation Reports, which contain original, staff-written summaries of significant new civil complaints.  These reports are sent to subscribers via email each evening. The New Litigation Reports do not cover criminal or family law matters, and in California state courts, they only cover unlimited jurisdiction cases.  Prior to the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

3

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1   unification of superior and municipal courts in California's state court system, CNS

2   covered only superior courts (where what are now called "unlimited" complaints

3   were filed).

4        10.    Among CNS's other news publications are its trackers, which allow

5   subscribers to follow developments in an ongoing civil case, and its dingers, which

6   alert subscribers that a new lawsuit has been filed against a particular party or on a

7   topic of interest.  Both the dingers and trackers are sent to subscribers via e-mail

8   throughout the day, as we become aware of a new complaint, subsequent filing or

9   ruling.  CNS also publishes four print newsletters: the *Four Districts Almanac* (what

10  was formerly the *Central District Almanac* but now includes reporting on all four of

11  California's federal district courts), the *Environmental Law Report*, the *Securities*

12  *Law Report*, and the *Entertainment Law Digest*.  CNS also publishes in electronic

13  form the Daily Brief, which summarizes and links to nearly all published appellate

14  rulings in the nation, state and federal.

15       11.    CNS also publishes news reports and commentary on its web site at

16  www.courthousenews.com.  The web site is updated daily with staff-written articles

17  reporting on a wide range of political and legal events, including political

18  campaigns, congressional hearings, environmental and other agency decisions, new

19  lawsuits, trials and appellate arguments and opinions.  In one recent example, the

20  February 10, 2016, edition of our web site featured articles on presidential candidate

21  John Kasich drawing big crowds in South Carolina; visa waivers for travelers to

22  Iran, U.S. readiness to combat the Zika virus; a Ninth Circuit en banc hearing on

23  ineffective assistance of counsel; a California courts futures commission session on

24  peremptory challenges; a science story on the deciphering of the genome of the

25  Lyme Disease-carrying black tick; the guilty plea of ex-Sheriff Lee Baca; and a

26  Utah Senate committee's unanimous declaration of a "pornography crisis."  A true

27  and correct copy of a screen shot of CNS's February 10, 2016, home page is

28  attached as **Exhibit 1**.

4

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1    12.    Readership of the CNS web site has grown steadily over the years and

2  for the last 3 years has drawn about 1 million readers per month.  Reports from

3  CNS's web site are frequently picked up by news outlets and disseminated to a

4  much broader audience.  Attached hereto as **Exhibit 2** are true and correct copies of

5  recent examples of reports from other media outlets where CNS is credited,

6  including *ABA Journal*, ABC News, Al Jazeera, *The Atlantic*, *Austin American-*

7  *Statesman*, Black Christian News Network, *California Bar Journal*, CBS News, The

8  Daily Beast, *The Christian Science Monitor*, *The Dallas Morning News*, Forbes, Fox

9  News, *The Guardian*, The Hill, *Houston Chronicle*, The Huffington Post, *Long*

10  *Island Press*, *Los Angeles Times*, *Mother Jones*, NBC News, *New York Daily News,*

11  *New York Magazine*, *The New York Times*, NPR, *The Orange County Register*,

12  Politico, *The Telegraph* (UK), *Rolling Stone*, *San Antonio Express-News*, Slate, *The*

13  *Washington Times*, *Women's Health Policy Report*, *U.S. News and World Report*,

14  *USA Today*, *The Washington Post*, UPI and others.  In addition, U.S., Canadian, and

15  New Zealand radio shows have interviewed CNS reporters.

16    13.    CNS covers approximately 2,600 state and federal trial and appellate

17  courts around the nation, spanning all 50 states in the United States.  However, like

18  any news organization, CNS must work within financial limitations.  We cannot

19  send a reporter every day to every court we cover.  In less populated areas, CNS

20  reporters visit their assigned courts once a week, once every two weeks, or, in very

21  small courts, once a month.  Where a court publishes new civil complaints on the

22  Internet, reporters sometimes cover the court remotely.

23    14.    To provide comprehensive level of reporting on the nation's court

24  system, CNS employs more than 250 editors and reporters who are based

25  throughout the nation.  I am both the editor, with final responsibility for the

26  timeliness and content of all our reports and our web page, and the publisher, with

27  final responsibility for the distribution of the reports, the hiring of reporters, their

28  overall conduct and duties, and business decisions involving CNS.  The reporters are

DECLARATION OF WILLIAM GIRDNER                                    CASE NO. CV11-08083 SJO (FFMX)

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1  hired by bureau chiefs who report to me on the candidates prior to any employment

2  offer, and I work with and give direction to the bureau chiefs in an ongoing manner.

3  As the editor, I determine the scope and frequency of our coverage of any particular

4  court or topic.  I frequently give direct instruction to reporters and edit sensitive

5  stories before publication.  I also direct the tone and overall content of the CNS

6  webpage through meeting and regular consultation with the web page editors.  As

7  the publisher, I have final say on the financial decisions, on any litigation and on

8  software programming projects.

9  **CNS's New Litigation Reports**

10       15.      Even as CNS's web site has gained in growth and popularity, the New

11  Litigation Reports remain one of the most popular CNS publications.  Because

12  CNS's publications do not feature advertising and thus we have no advertising

13  revenue, the subscription income from the New Litigation Reports is a large part of

14  CNS's overall fiscal health, and supports its free web site.

15       16.      In California, CNS publishes 16 New Litigation Reports, which include

16  daily coverage of new litigation filed in all four California federal district courts as

17  well as daily coverage of many California superior courts.

18       17.      Overall, CNS publishes 122 New Litigation Reports, including some

19  reports that cover only one court and other reports that cover a number of courts.

20  Among those, the New Litigation Report titled "Central Coast Report" covers the

21  Superior Court of California, County of Ventura ("Ventura Superior") and a number

22  of other courts along California's central coast.

23       18.      In smaller courts, where reporters do not visit every day, they ask to see

24  the new complaints filed since their last visit.  In larger courts, CNS reporters visit

25  the court every court day, towards the end of every court day, and ask for and

26  review new civil complaints filed earlier that day.  The reporter then writes an

27  original summary of each complaint of likely interest to CNS subscribers, including

28  cases against business and public entities and cases against individuals where the

6

nature of the dispute or the parties involved are newsworthy.  Those summaries are compiled and published in the New Litigation Report featuring that court, which is distributed to its subscribers via e-mail on the evening of the same day.

19.    As CNS has grown, the frequency of coverage in many courts has increased.  In some courts, we started with once-a-week coverage and then moved to daily coverage.  The reasons for ramping up the frequency of coverage include volume of litigation, prevalence of newsworthy cases, competitive pressure, overall budget and availability of reporters in the particular geographical region.

20.    Any delay in access to newly filed complaints necessarily creates a delay in our ability to inform subscribers of the factual and legal allegations in those complaints.  As is discussed elsewhere in this declaration, a delay of one court day is significant, and when there is an intervening weekend or holiday, a delay of one court day becomes a delay of three or four calendar days.

21.    On occasion, court officials have suggested that access to a docket entry or a cover page of a complaint is sufficient for reporting purposes.  A docket entry is devoid of the substance of the allegations.  It is impossible to tell the story of a complaint from a docket entry.  The same is true for a cover page of a complaint.

22.    CNS reporters are instructed that they should report promptly on the new complaints they review, as required by CNS's Style Manual given to all reporters and editors, a true and correct copy of which is attached as **Exhibit 3**.  In paper filing courts, it is CNS's custom and regular practice to publish its reports on new complaints for courts it covers every day on the same day CNS receives access to the complaints.  The same general principle applies to e-filing courts, except that where complaints can be e-filed at any time of the day or night, on any day of the week (including weekends and court holidays), the unavailability of remote online access or a publication deadline may limit CNS's ability to include a complaint filed in the evening in that day's report.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

7

23.     For those courts where CNS's reporter visits every day, delays in access to new civil complaints can typically be determined by reviewing the New Litigation Report that includes coverage of that court.  For each complaint identified in a New Litigation Report, CNS provides the date the complaint was filed in the left-hand column following the case name and parties.  Thus, for paper filing courts, a delay in access to any complaint CNS reports on can be readily determined by comparing the filing date of the new complaint with the publication date for that report.  The same is generally true in e-filing courts, except that complaints filed in the evening may not be reported until the following day.

24.     I spot check individual New Litigation Reports and compare their publication date with the filing date of the new complaints summarized in the reports, to ensure timeliness.  Bureau chiefs are required to monitor the reports within their regions of responsibility to ensure timeliness of reporting and consistency in style.  In addition, CNS employs an auditor who rotates through the New Litigation Reports, auditing their completeness and timeliness by comparing the contents of the reports with the court's online docket information over a ten-day period.

**Access To Civil Complaints in California**

25.     I started covering the Los Angeles federal courthouse on Spring Street in the 1980s as a journalist writing news articles for *The Boston Globe* and *The New York Times*.  Among a host of famous trials in that courthouse, I attended and reported on the 1984 trial of John DeLorean on drug trafficking charges, which was followed internationally and on which he was acquitted.  I worked out of the press room, which at the time was on the third floor, across from the jury rooms.

26.     In my experience, a traditional task for a reporter on the court beat is to check the new complaints at the end of the day.  I and the rest of the reporters in the press room would regularly go into the clerk's office between 4:00 and 5:00 to look over a stack of new civil complaints filed in the Central District of California, all

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

8

filed in paper form.  That group included reporters for United Press International ("UPI"), the *Los Angeles Times*, Copley News Service, *The Orange County Register*, *Los Angeles Daily News* (the "*Daily News*") and City News Service.  We reviewed a stack of new complaints filed that day, long before they were docketed.  That tradition of press access in the Central District continues into the electronic present.  The Court has adopted a form of e-filing where new complaints flow into public view on courthouse terminals or online via PACER, immediately upon receipt, even on nights and weekends, and before any court employee has taken any action with regard to the new complaint, which allows for very timely reporting.

27.    In 1990, I began publishing our original biweekly, the Central District Almanac, because I thought a great deal of news in the courthouse was not being reported, and civil cases received almost no coverage.  The Central District Almanac included articles on civil rulings, motion arguments and civil trials in the Central District.  It also appended summaries of new civil complaints that I reviewed every court day.  In 1992, based on expressions of interest from subscribers, I began faxing a daily report summarizing that day's newsworthy new civil complaints.

28.    In 1993, I walked over to the Stanley Mosk Courthouse of what is now known as the Superior Court of California, County of  Los Angeles ("Los Angeles Superior") and began covering its new civil complaints, all filed in paper form. Together with reporters from the *Los Angeles Times*, *Los Angeles Daily Journal*, City News Service and UPI, I checked out a cart that held that day's new civil complaints and petitions.  A court employee brought the new complaints from the intake counter in batches, including a last batch when the filing window closed at 4:30.  Reporters stayed in the records room to review the new complaints until 5:00, after the general public was asked to leave the records room at 4:30.  The complaints had not been docketed.  That tradition has been carried forward into the present. Based on my direct supervision of CNS's Los Angeles Superior reporter, and my own personal observation, I am aware that new unlimited civil complaints, still in

9

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

paper form, are filed in the Stanley Mosk Courthouse and promptly scanned on the day of filing, before docketing.  Reporters review the scans of new complaints through terminals in the courthouse press room.

29.     In 1994, I hired a former UPI reporter to cover the federal and state courts in San Francisco for our news service.  In 2001, I visited the clerk's office of the Phillip Burton Federal Building, which houses the U.S. District Court for the Northern District of California in downtown San Francisco, where I observed our reporter go behind the counter to review new complaints filed that same day, regardless of whether they had been docketed.  She was also able to check bins holding complaints being sent to the Oakland and San Jose divisions of the court. Working in the press room alongside CNS and also reviewing the new civil complaints were journalists from the *San Francisco Chronicle*, *National Law Journal*, and Bloomberg News.  That tradition of same-day access continues into the present where journalists review new complaints on terminals at the courthouse when they are received, before any action is taken by a court clerk.  These same complaints can be seen online via PACER, immediately upon receipt, whether the complaint is filed during the work day, after hours or on weekends.

30.     CNS's coverage of the San Francisco Civic Center Courthouse, which houses the Superior Court of California, County of San Francisco, also began in 1994.  On a visit to the court in 2001, I and other journalists entered the records room on the ground floor of the courthouse, presented a driver's license, signed in and left a driver's license as collateral.  We then went into a large hall behind the intake counter that housed shelves of records as well as docket clerks who worked immediately behind intake clerks at the counter.  Reporters worked at a set of carrels placed between the record shelves and the docketing clerks.  Journalists gathered the new complaints directly from the intake and docketing clerks and put them in a bin kept at the reporters' carrels.  Reporters from *San Francisco Recorder*, Bloomberg News, *San Francisco Examiner, Los Angeles Daily Journal and The Wall Street*

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

10

*Journal* also used the reporters' station to review new complaints and case files kept in the shelves.  In 2001, Clerk Gordon Park-Li met with me and about five other journalists to establish a protocol for access to new complaints.  The result was a written memorandum promising same-day access to the new actions "whether or not the cases have been entered in the computer," which remains in effect today.  A true and correct copy of that written protocol is attached as **Exhibit 4**.

31.     In 1995, I went to what is now known as the Superior Court of California, County of Orange ("Orange County Superior") on Civic Center Drive in Santa Ana and – along with reporters for *The Orange County Register*, *Los Angeles Times*, *Los Angeles Daily Journal* and City News Service – I checked a wooden box at the back of the records room containing that day's new civil complaints, all filed in paper form.  The records room was next to the intake counters.  I watched as a records room clerk gathered up the new complaints from the intake clerks at the end of the day to give to reporters, who reviewed the new actions on the same day they were received, before docketing.

32.     In approximately 1995, CNS also began covering new federal complaints filed in the Santa Ana Division of the U.S. District Court for the Central District of California.  In 1999, I observed CNS's reporter collect new complaints from a clerk at the intake counter of that division before they were docketed.  He reviewed them in the press room on the ground floor of the courthouse, then passed the new actions under a window to docketing clerks on the other side.  That immediacy of review continues today through public computer terminals and online via PACER where the new cases are seen as soon as they are e-filed, without intervention by clerks.

33.     In 1996, I started our coverage of U.S. District Court for the Southern District of California and hired our first reporter there.  Based on my personal observation as well as my direct supervision of the reporter I hired, I know that for many years after his hiring (until the advent of e-filing) he was provided with a

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

DECLARATION OF WILLIAM GIRDNER                          CASE NO. CV11-08083 SJO (FFMX)

paper copy of the newly filed complaints as soon as they crossed the counter, before docketing.  That tradition continues into the present where, at the end of the day, reporters review printouts of the new complaints e-filed via PACER that day in the Southern District, regardless of whether they have been processed by court employees.

34.    Also in 1996, at the Hall of Justice Courthouse of what is now known as the Superior Court of California, County of San Diego ("San Diego Superior"), I reviewed a black binder with face pages of new superior court civil complaints, from which I asked for the full copies of new complaints.  Unlike almost every court I visited during the period, San Diego Superior did not have a tradition of providing journalists with prompt access to the new civil actions.  The face pages were generally not available until the next court day, and even when the face pages were available, it was often difficult to obtain the new complaint itself, as the clerk's office required that new cases pass through a docketing quality control desk before they became public.

35.    In 1996, I also set up our coverage of the Santa Clara County Superior Court at the First Street courthouse in San Jose.  I went through a swinging wooden gate next to the counter in the records room on the ground floor.  I reviewed the new superior court civil complaints received earlier that same day and placed in a cardboard box on an empty desk behind the counter.  They had not been docketed.  While I was there, a reporter from a small local publication was also reviewing the new actions.  These procedures changed over the years, however, and in April 2010, the court's Chief Executive Officer, David Yamasaki – who, as I understand from documents Mr. Planet produced in this case, has communicated with Mr. Planet about this case – took the position in a letter to CNS's counsel that "our Court must process a new complaint in order for it be 'filed.'"  A true and correct copy of this letter, dated April 23, 2010, is attached as **Exhibit 5**.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

12

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

36.     In 1998, I set up our coverage of the Robert T. Matsui United States Courthouse for the Eastern District of California.  Chief Deputy Clerk Pat Sandlin provided me with access to the new complaints received earlier that day in a narrow area outside the intake windows.  It is my understanding, based on my direct supervision of the reporter we hired to cover the court, that in 1998 he reviewed the new complaints from behind the counter on the day they were filed, before they were docketed.  The tradition has continued into the present.  The Eastern District now provides access to the newly e-filed complaints on the day they are received, without any processing by court employees, via public terminals at the courthouse or online via PACER.  Some of the new cases have permanent numbers and other still have "AT" numbers, temporary numbers assigned to a case upon receipt.

37.     I would note that in my experience, e-filing and PACER do not work the same in all federal district courts.  In my experience, there are three general categories.  First, there are several federal district courts around the country, such as those in the Eastern District of California, Northern District of New York, District of New Jersey, Northern District of Georgia and District of Montana, in which CNS sees new complaints with either an individual temporary number or a common shell number immediately upon their receipt by the court, before any processing by court officials and before the assignment of a permanent case number.  Second, there are a few federal district courts, such as those in the Southern District of California, District of Utah and the Northern District of Alabama, in which the filer emails a new complaint to the court in an electronic format and clerks then manually create a docket and enter any necessary information into their computers, just as they did when cases were delivered across the counter in paper format.  However, virtually all federal district courts in this category have worked out ways to provide timely-same-day access to the press and do not condition a reporter's ability to review the complaint on processing.  The third and most common protocol, used by the Central District of California and the majority of federal district courts nationwide, is based

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

13

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

1    on automatic assignment of a permanent case number and public availability

2    through PACER immediately upon receipt of the e-filed complaint, regardless of

3    whether the new complaint is received during the court day, after hours or on

4    weekends.  I would note that even under this last system, because the deadline for

5    publication of CNS's New Litigation Reports is in the early evening, the few

6    complaints filed into the court late in the evenings or on weekends, while accessible,

7    are not reported in our New Litigation Reports until the following day.

8         38.    Also in 1998, I visited the Gordon D. Schaber Courthouse housing the

9    Superior Court of California, County of Sacramento ("Sacramento Superior"),

10   where a bin was kept just inside the intake counter holding the previous day's civil

11   complaints.  Reporters reviewed the complaints at a small, wooden desk outside the

12   counter.  Years later, after delays grew to extraordinary lengths, the court's

13   presiding judge issued a standing order in 2011 requiring that filers submit a copy of

14   new civil complaints for public review, an order that is being enforced by the clerk's

15   office.  It is my understanding, based on my supervision of the reporter and personal

16   efforts to resolve access issues in that court, that a "Public Access Bin" now sits on

17   a table outside the counter, across from the intake clerks.  Journalists, including the

18   CNS reporter, review the new actions at a nearby desk.  The result is same-day

19   access to the new complaints, all filed in paper form, long before docketing.

20        39.    Also in the late 1990s, I visited the Superior Court of California,

21   County of Alameda ("Alameda County Superior") at the Rene C. Davidson

22   Courthouse on Fallon Street.  I and other reporters checked out a wooden box from a

23   clerk in the records area of the clerk's office, containing new complaints filed that

24   day.  The same day tradition continues today, which I know due to having

25   personally managed issues relating to access at Alameda County Superior over the

26   years.  Complaints are still filed in paper form.  A rudimentary docket is created

27   immediately upon filing, similar to an intake log, that can be viewed on the court's

28   website.  The civil complaints are then scanned and attached to that preliminary

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

DECLARATION OF WILLIAM GIRDNER                                    CASE NO. CV11-08083 SJO (FFMX)

1   docket.  If at the end of the day, some cases have not been scanned and attached,

2   reporters send an email to the court and the scans are promptly made available for

3   review, on terminals at the courthouse and on the court's website.  The result is a

4   high percentage of same-day access for unlimited civil cases at Alameda County

5   Superior, currently more than 90%.

6   **Same Day Access To Civil Complaints Nationwide**

7       40.     I began expanding CNS's coverage outside California in 1997, with

8   New York as the first stop.  At the Daniel Patrick Moynihan United States

9   Courthouse for the Southern District of New York, I met with Assistant District

10  Executive Gary Lee in 1997.  His assistant showed me to the intake area, where an

11  intake clerk handed me a bin containing that day's new complaints.  I reviewed

12  them standing at a narrow counter directly across from the intake windows, before

13  they were docketed, as did other journalists.  I then hired a reporter to cover the

14  court.  These same basic procedures have been carried forward into the present,

15  where e-filed complaints can be viewed on computer terminals in the press room or

16  online via PACER immediately upon receipt by the court, before any processing is

17  done by court employees.

18      41.     On the same 1997 trip to New York City, I visited the New York

19  County Courthouse on Foley Square housing the Civil Branch of the Supreme Court

20  of the State of New York, New York County, and met with Norman Goodman, the

21  County Clerk of New York County.  Chief Deputy County Clerk James Rossetti

22  showed me behind the counter in the clerk's office where the new complaints were

23  stacked on a desk for reporters to review.  I and other journalists, including reporters

24  from the Associated Press, Bloomberg News, *New York Post* and *Daily News*,

25  reviewed general civil actions and commercial actions at the end of the day on

26  which they were filed.  The new cases had not been docketed and we saw every

27  single complaint received that day up until the filing window closed.  I then hired a

28  reporter to cover the court.  Beginning in 2013, the court began mandatory e-filing

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

15

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

1  for most civil and commercial complaints, which has resulted in delayed review of

2  new actions filed in the last hour of the court day.  As of the date of this declaration,

3  CNS is working with court officials in an effort to address this issue.

4       42.    In Chicago, in 1997, I visited the Everett M. Dirksen United States

5  Courthouse for the Northern District of Illinois.  I met with Clerk Michael Dobbins,

6  who took me behind the counter in the filing area and showed me two shallow bins

7  where journalists checked the new complaints and the new rulings.  While I was

8  reviewing the new actions, intake clerks would turn around and place just-filed

9  complaints in the complaints bin.  Reporters for City News Service, *The Sun Times*

10  and *Chicago Tribune* worked in the court's press room and checked the new actions

11  and rulings on a daily basis.  I then hired a reporter to cover the court.  Now that

12  complaints are e-filed, reporters have access free of charge to the new e-filed

13  complaints through public terminals at the courthouse or online via PACER

14  immediately upon receipt, before any processing by a court employee.

15       43.    Also in 1997, I went to the Richard J. Daley Center, which houses the

16  Cook County Circuit Court in Chicago.  I met with Marie Tabata, assistant to Clerk

17  Aurelia Pucinski.  Ms. Tabata took me behind the counter into the filing area for the

18  Law Division to show me where reporters reviewed the new complaints.  Reporters

19  from *Chicago Tribune, The Sun Times* and *Chicago Daily Law Bulletin* regularly

20  went from the press room into the Law Division and checked the new complaints.

21  We picked up the new complaints from a tray next to intake clerks before they were

22  docketed and reviewed them at an empty desk nearby, staying as late as a supervisor

23  was present.  Similarly, I checked new complaints filed in the Chancery Division by

24  reviewing the new cases on the day they were filed, behind the counter, before they

25  were docketed.  I then hired a reporter to cover the court.  The great majority of new

26  complaints continue to be filed in paper form in Cook County, and reporters still

27  review them on the day of receipt, before docketing.

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

DECLARATION OF WILLIAM GIRDNER          CASE NO. CV11-08083 SJO (FFMX)

44.     In New Jersey, in 1998, I went to the Martin Luther King United States Courthouse housing the Newark Division of the District of New Jersey, where I reviewed new complaints on the day they were received, before they were given case numbers and docketed.  I then hired a reporter to cover the court.  In 2001, the clerk's office attempted to delay press access until the new cases were docketed and the docketing was checked.  A bureau chief for AP, an editor for the *Bergen County Record* and I argued for a reversal of the new policy.  Ultimately, Chief Judge Anne Thompson returned traditional, same-day access to the press corps, prior to docketing.  A true and correct copy of Judge Thompson's letter to me on the matter is attached as **Exhibit 6**.  The tradition has been carried forward as the court moved to e-filing complaints, by providing the media with a press queue that can be viewed through terminals at the courthouse and online, where newly e-filed cases are given a common generic number as they are received.  Those cases can be reviewed by reporters before assignment of a permanent case number and any processing by the clerk's staff.  The new complaints can also be immediately reviewed through a PACER account online whether they are filed during the work day, after hours or on the weekend.

45.     In 1999, I met with Clerk Michael Milby at the Bob Casey Federal Courthouse for the Houston Division of the Southern District of Texas.  His staff showed me the press room and introduced me to the intake clerk, who handed me a plastic bin with new complaints received for filing earlier that same day.  I then hired a reporter.  Today, we see e-filed cases on public terminals at the courthouse immediately upon receipt, before any processing by court clerks.

46.     Also in 1999, I met with Charles Bacarisse, the elected clerk at the Harris County Civil Courthouse in Houston, who expressed enthusiasm for press reporting on the court.  I was given access to new complaints (called "petitions" in Texas state courts) on the day they were filed.  I hired a reporter who was permitted behind the intake counter, where he collected a stack of the day's new complaints

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

17

1   from the cashier, was allowed to work at an unoccupied desk and could stay until

2   the last supervisor left, at the end of the day.  Press access changed dramatically

3   after Loren Jackson was elected to the clerk's office in November 2008.  Mr.

4   Jackson excluded the CNS reporter from behind the intake counter, and denied

5   access to the new petitions until they had been "indexed" (i.e., information about

6   them had been entered into the clerk's computers) and "verified" (i.e., the data entry

7   had been checked to make sure the case number, court, title of document and

8   category were all accurate).  As a result, access to both e-filed and paper-filed

9   complaints was withheld from the media until after these administrative tasks were

10  completed, with paper-filed documents withheld even longer because CNS's

11  reporter was not permitted to review them until they had gone through the additional

12  step of being sent to "Central Data Processing," scanned, and made available for

13  electronic viewing.

14          47.     After attempting unsuccessfully to resolve these access delays through

15  meetings and discussions with court officials, CNS filed a 42 U.S.C. § 1983 lawsuit

16  in June 2009 against the Harris County District Court clerk and his deputy clerk in

17  the U.S. District Court for the Southern District of Texas ("Southern District of

18  Texas").  This was the first time in the history of CNS – the only other time being

19  the present action – that it had filed a lawsuit over the issue of access delays.  The

20  case was captioned *Courthouse News Service v. Jackson*, Case No. H-09-1844.  On

21  July 20, 2009, the Southern District of Texas entered an Opinion and Order of

22  Preliminary Injunction, a true and correct copy of which is attached as **Exhibit 7**,

23  directing the defendants to provide access to the new civil petitions on the same day

24  they were filed, except where the filing party was seeking a temporary restraining

25  order or other immediate relief or had properly filed the pleading under seal.  In its

26  decision, the Southern District expressly "disagree[d]" with defendant's contention

27  that the "'slight delay' in availability is a reasonable time, place or manner

28  restriction," and held that defendant's "administrative goal of getting online and not

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

18

DECLARATION OF WILLIAM GIRDNER                              CASE NO. CV11-08083 SJO (FFMX)

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1  in line" failed to rise to the level of other paramount interests that might justify

2  withholding access to the new complaints.  On March 2, 2010, the Southern District

3  of Texas entered an Agreed Permanent Injunction and Final Judgment, a true and

4  correct copy of which is attached as **Exhibit 8**, requiring the Harris County District

5  Clerk to continue to provide such same-day access, with carve-outs for certain

6  extraordinary circumstances.  The clerk has complied with that order by posting

7  complaints on its website on the day they are received for filing.

8      48.    In 2000, I met Clerk Karen Mitchell at the Dallas Division of the U.S.

9  District Court Northern District of Texas in the Earle Cabell Federal Building.  She

10  introduced me to the counter clerks, who provided me with the new complaints

11  received earlier that same day, in their original paper form, before they were

12  docketed.  I then hired a reporter to cover the court.  When I returned to hire another

13  reporter in 2004, many of the new complaints were scanned but not fully processed,

14  and could be seen on a same-day basis on public terminals in the clerk's office.  In

15  the present day, the new complaints are reviewed by our reporter on computer

16  terminals at the courthouse, on the day they are received for filing, before

17  processing by court employees.  New complaints flow into public view on PACER

18  immediately upon receipt by the court, whether the complaint is filed during the

19  day, after hours or on weekends.

20      49.    On the same visit to Dallas in 2000, I also met with Clerk Jim Hamlin

21  at the George Allen Senior Courts Building of the Dallas District Court.  He

22  introduced me to Virginia Etherly, the chief of operations, who provided me with a

23  list of new civil petitions filed that day and the new petitions themselves, which I

24  reviewed at a big table in the clerks' lunch area adjacent to the processing clerks.  I

25  then hired a reporter.  Now that Texas courts have transitioned to e-filing, the

26  timeliness with which the press can gain access to new petitions varies, a result of

27  what I understand to be the current clerk's practice of withholding access until after

28  petitioners are either "opened" or "accepted" by the clerk.

19

50.     At the U.S. Courthouse for the Austin Division of the U.S. District Court for the Western District of Texas, I met with Clerk Leigh Lyon in 2003. After our meeting, Ms. Lyon began scanning the new complaints on intake and making the scans available on a public terminal in the clerk's office, before they were docketed. I hired a reporter on that same trip, and observed that intake clerks gave our reporter the latest complaints at the end of the day in paper form prior to docketing. On a return visit to the court, I saw that a reporter for the *Austin American-Statesman* had started reviewing the newly filed civil actions. The electronic equivalent of this tradition continues today, with the new complaints flowing automatically into view on public terminals at the courthouse upon receipt, before any action is taken by the clerk.

51.     Also in Austin in 2003, I visited the Travis County courthouse on Guadalupe Street and met with Clerk Amalia Rodriguez-Mendoza. I recall asking for a bin of new civil petitions from a tall, white-haired gatekeeper who, as best I can recall, was named Billy. The cases in the bin were generally from that day, but I could also go directly to the docketing clerks and ask for new actions that were not in the bin. With the introduction of e-filing in recent years, CNS has at times had issues with the timeliness of access, which it has so far been able to resolve through reasonable discussions with the clerk's office. It is my understanding that these periodic problems stem from the fact that press access is withheld until after petitions are either "opened" or "accepted" by a clerk.

52.     I traveled to Seattle in November 1999 to visit the courthouse for King County Superior Court and meet with its then-Clerk Michael Planet, who is now the clerk of Ventura Superior and the Defendant in this case. Prior to the meeting, I had learned though my own attempts to review new civil complaints that they were being withheld by the clerk's office until about two weeks after a filing. Mr. Planet met with me for a few minutes at a table in the snack room next to his office, and heard my request for more timely access to the new complaints. He told me the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1   court's budget had been reduced by a recent referendum, and I should try again

2   when the Legislature proposed a new budget.  Three years later, Presiding Judge

3   Richard Eadie arranged with a new clerk to allow timely press access to new civil

4   complaints before docketing.

5          53.    In sharp contrast to my meeting with Mr. Planet, I had a meeting on the

6   following day with U.S. District Court Clerk Bruce Rifkin at the William Kenzo

7   Nakamura United States Courthouse in Seattle.  We had a long conversation in his

8   office and Mr. Rifkin expressed strong interest in helping the press cover his court.

9   He then introduced me to the intake clerks.  I was handed new complaints filed in

10  the Western District of Washington on the day they were filed, before they were

11  docketed.  That tradition has carried forward into the present where all civil

12  complaints are e-filed.  The court provides access to new complaints immediately

13  upon receipt, free of charge via computer terminals at the courthouse (or online

14  through a PACER subscription), which I can tell takes place before any processing

15  is undertaken by court personnel because they flow into public view online late into

16  the evening, long after the clerk's office has closed.

17         54.    I visited the Minneapolis courthouse of the United States District Court

18  for the District of Minnesota in 2004.  All civil complaints were filed in paper form.

19  I reviewed an electronic intake log on a computer terminal and asked for new

20  complaints from a counter clerk named Deborah.  For the cases filed late in the day,

21  she would copy the just-received cases and hand them to me, before they were

22  docketed.  If I wanted to keep the copies, I paid for them.  If not, I handed them

23  back to her.  The court now provides immediate access to e-filed complaints prior to

24  processing, free through public terminals at the courthouse or paid online through a

25  PACER subscription.

26         55.    On the same 2004 visit to Minneapolis, I met with Hennepin County

27  District Court Administrative Manager Laurie Kusek at her office in the Hennepin

28  County Government Center in Minneapolis.  She said she understood the role of the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

21

1    press and the court supported that role.  She then introduced me to other officials in

2    the clerks' office on the second floor of the government center, and showed me

3    behind the counter into the docketing section.  The new actions were stacked on a

4    small table outside the cubicles of the docketing clerks and I reviewed them at an

5    empty table nearby.  I, and later the CNS reporter, saw new cases on the day they

6    were filed, before they were given case numbers.  As part of the same visit to the

7    area, I also went to the Ramsey County Courthouse in neighboring St. Paul.  I went

8    behind the counter and reviewed the new actions filed in the district court at a table

9    next to the docketing clerks.  The cases had been filed earlier that same day.

10    56.     In 2004, I visited the federal and state courts in New Orleans.  At the

11    United States District Court for District of Louisiana, I found that the press could

12    only review new civil complaints after they were docketed, commonly resulting in a

13    two-day delay.  I met with and wrote to Clerk Loretta Whyte, who rejected my

14    request for more timely access.  CNS's counsel in New Orleans then wrote to Chief

15    Judge Helen Berrigan in October 2004.  The following month, a clerk's office

16    employee named Gene Smith called me to work out a better method for press review

17    of the new complaints.  Within a few days, our reporter began receiving new

18    complaints from the docketing clerks and was able to review them on the day of

19    filing.  The tradition continues today with e-filing. New civil complaints flow

20    automatically into public view through the PACER system, either through public

21    terminals at the courthouse or online, immediately upon receipt, without any action

22    by a court employee.

23    57.     Also in 2004, I visited the Civil District Court Building for the New

24    Orleans Parish District Court, where I met with Clerk Dale Atkins.  She allowed me

25    to ask processing clerks for any new complaints they were working and to sit at a

26    desk directly next to the clerk who pulled the checks off new complaints and

27    accounted for them.  I would review the stack of new complaints after the checks

28    were removed, generally on the day they were received for filing.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

DECLARATION OF WILLIAM GIRDNER            CASE NO. CV11-08083 SJO (FFMX)

58.     I began traveling less after 2004 and asked CNS's bureau chiefs to handle the initial contact as we continued expanding to new courts.  However, when necessary, I visit courts in person, and frequently communicate with court officials, either verbally or in writing, on matters related to press access.

59.     In late 2012, for example, as part of my supervision of our reporter who covers the Fort Wayne Division of the U.S. District Court for the Northern District of Indiana, I learned that the clerk's staff had stopped placing cover sheets of complaints on the counter, taking the position that new complaints were not "official" until they could be seen on PACER.  The cover sheets had allowed our reporter to ask for the full complaints, filed in paper form, and review most of them on the day they were filed, regardless of whether they had been docketed or made available for electronic viewing on PACER.  I wrote to Chief Judge Philip Simon in January 2013 asking for reinstatement of the prior policy.  Clerk Robert Trgovich emailed me a week later, saying the court would be reinstating the former system of access in all three of the court's divisions.  True and correct copies of my letter to Judge Simon and the clerk's subsequent email to me are attached as **Exhibit 9**.

60.     Last year, in 2015, I traveled to Hawaii to help hire reporters there, and I found that the practice of same-day press access to new complaints is well in place throughout the Hawaiian islands.  At the Ka`ahumanu Hale Courthouse on Punchbowl Street in Honolulu, I reviewed a stack of new paper complaints received for filing earlier that same day, as did a reporter for the city's principal newspaper, the *Honolulu Star-Advertiser*.  The complaints had not been docketed.  The same press access was already in place in all the island courts I visited, including those in Kealakekua and Hilo on the island of Hawaii, Lihui on the island of Kauai and Wailuku on the island of Maui.

## Importance of Timely Access

61.     In the course of 25 years as the Editor of CNS and its predecessor publication, I have kept a focus on the issue of prompt press access to new civil

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

complaints.  I frequently discuss the timeliness of our news reports with CNS editors and reporters.  I review New Litigation Reports on a regular basis, comparing the publication date and the filing date of the complaints reported.  CNS reporters are also instructed that they should report promptly on the new complaints they review.  Failing to report on all the cases made available on a given day brings a warning and then dismissal.  CNS reporters are also instructed that they should try to resolve access delays themselves through discussions with the clerk's office, but if they are unsuccessful in doing so, they should bring any delays in access to their bureau chief's attention so that problems can be resolved through reasonable discussions with court officials.

62.    I regularly – once a month as a rough average – field complaints from our subscribers about late reporting, asking why a new complaint was reported late.  When complaints from subscribers come to my attention, I respond directly because I believe the reputation of CNS is at stake.  I will investigate the reason for the delayed reporting and give the subscriber an explanation, which is sometimes the fault of a reporter or a technical problem on the side of CNS, but more often is due to a clerk's policy or practice of withholding access.

63.    A delay in access of even one court day means that news is delayed by a full news cycle.  When there is an intervening weekend or holiday, or both, the delay extends up to four days.  And it has been CNS's experience that the more important actions tend to be filed late in the day, making them particularly prone to extended delays in press access where courts condition access on processing, as has been the practice of Mr. Planet at Ventura Superior.

64.    Prompt and complete access aids accuracy in news reporting.  In those instances where courts withhold access to complaints until well after docket information about them is available, news about a new complaint comes out through bits and pieces of docket information, and is prone to inaccuracies because the actual complaint is not available.  As a result, the public and CNS subscribers are

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1  given information that is far inferior to a full, timely, and accurate description of the

2  factual and legal allegations contained in the complaint itself.  On the other hand,

3  when we see an important case on the day it is filed, we can write a story and place

4  it high on our web page "above the fold," which means for a print newspaper that it

5  is visible in a newsstand, and for an electronic page that it can be seen on the web

6  page when it is first opened, without having to scroll down.  In my experience, when

7  access to new complaints is withheld for a day or more, news organizations are less

8  likely to run a story, and if they do, they are likely to play it down, where it receives

9  less attention.

10       65.     Based on my many years as a journalist covering the courts and my

11  personal experience overseeing CNS, I have found that most news reporters stop

12  checking the flow of new complaints when access is delayed and sporadic.  The

13  result is that a whole area of traditional reporting goes dark, and information only

14  comes out through leaks.  When court officials keep the new complaints away from

15  the press, the power to control news on the initiation of litigation goes over to the

16  plaintiff.  The plaintiff is able to feed the news to a friendly publication and

17  generally ensure prominent and favorable coverage in exchange for exclusive

18  access.  Those news organizations that exercise diligence by attempting to review

19  the new actions at the courthouse and decide for themselves which ones are

20  newsworthy are then scooped by the favored publication, reflecting negatively on

21  the reporters and their publications, such as CNS, that attempt to cover the courts in

22  a thorough and professional manner.

23       66.     For example, on March 24, 2014, in a case captioned *City of

24  Buenaventura v. United Water Conservation District*, 562014-00450810 CU-WM-

25  VTA, the City of Buenaventura (also known as Ventura) sued a groundwater

26  supplier, challenging the supplier's policy of charging city residents three times the

27  rate it charged agricultural users.  The *Ventura County Star* published a story about

28  the suit the following day, March 25th on its online web site, titled "Ventura sues

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

groundwater supplier for third time." The docket entry for the case appeared on the court's website a day later, on March 26, 2014. Despite repeated requests for the full complaint from our reporter, the clerk's office withheld access until April 11, 2014, more than two weeks after the filing date. True and correct copies of the complaint, the *Star*'s story on the complaint, and CNS's later reporting on the complaint, are attached hereto as **Exhibit 10**.

67.     Similarly, at Orange County Superior – which, like Ventura Superior, now also withholds access to new complaints until they are docketed, a matter I discuss more fully below – the Orange County District Attorney and the Santa Clara County Counsel filed an action against major drug makers including Johnson & Johnson and Purdue Pharma LLC. The action, captioned *People v. Purdue Pharma*, Case No. 00725287CXC, alleged a sophisticated and deceptive campaign to create blockbuster profits by reversing the common and correct understanding that opioids are addictive, in order to sell medication for chronic pain. That case bore a file stamp of May 21, 2014, but access to the complaint was withheld by the clerk's office at Orange County Superior until May 29, 2014, more than a week later. The *Los Angeles Times*, in the meantime, published a story on the day of filing, May 21, on its web site, together with a copy of the complaint with no stamps of any kind but with the signature of Orange County District Attorney Tony Rackauckas, whose office I believe almost certainly provided the complaint to the newspaper. True and correct copies of the complaint we eventually received from the clerk's office, CNS's news coverage of the complaint, the *Times*' story on the complaint, and the copy of the complaint we obtained from the *Times*' web site are attached as **Exhibit 11.**

68.     Based on my many years as a journalist covering the courts and my personal experience overseeing CNS, I have found that the initiation of litigation can affect many people beyond the litigants. When courts withhold access to new complaints, the ability of lawyers, professors, law students, news reporters and

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

1   readers of our web site to know about and freely discuss a new legal contest pending

2   in a public court of law is suppressed.  A lawyer's ability to advise clients about new

3   litigation in a timely manner is impaired.  A news organization's ability to follow

4   the story is damaged.  The goodwill of CNS, which is relied on by subscribers to

5   give them thorough and timely reports on new litigation, is reduced.  The public's

6   interest in a major case declines, and the ability of the public to comment on events

7   in an important public institution is cut down.

8        69.    Court officials have from time to time suggested that CNS should

9   obtain new complaints from the filing lawyer, based on docket information or face

10  pages to complaints provided by the court.  But a filing lawyer has no obligation to

11  either respond quickly or provide a news reporter with any document at all.  In

12  addition, it is not unusual for filing lawyers, including on occasion those from

13  government agencies, to avoid publicity and seek to downplay the filing of a new

14  complaint.  Moreover, unless the filing lawyer contacts reporters to let them know a

15  particular complaint has been filed, there is often no way for a reporter to know

16  about its existence on the day of filing other than access to the complaint itself

17  through the clerk's office.  While most courts provide docket information about new

18  filings, including Ventura Superior and many other courts, docket information is

19  itself often delayed.

20        **Access Problems At Ventura Superior and This Lawsuit**

21        70.    CNS began covering Ventura Superior in 2001.  I hired Julianna Krolak

22  in 2003 to cover Ventura Superior and she has done that job from 2003 to the

23  present day.  Initially, CNS covered the court on a weekly basis.  In roughly 2008,

24  the clerk's office began imposing limitations on Ms. Krolak's ability to review the

25  files.  At my direction, by letter dated April 29, 2009, CNS's counsel wrote to Court

26  Executive Officer Michael Planet to bring to his attention CNS's concerns about

27  access to new complaints at the Ventura County Superior Court, including problems

28  with the timeliness of that access, and to suggest an in-person meeting.  A true and

27

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1  correct copy of that letter is attached as **Exhibit 12**.  This letter led to a temporary
2  improvement in access to new civil unlimited complaints, but the delays soon
3  resumed.

4       71.    In November 2010, I decided to send Ms. Krolak to the court every
5  court day, in an effort to do everything within CNS's control to improve coverage of
6  the court despite the access problems.  At about the same time, I instructed her
7  editor, Chris Marshall, to once again try to work with the court to resolve the access
8  delays, which were at that time ranging from days to weeks.  After those efforts
9  proved unsuccessful, at my direction, CNS's counsel once again wrote to Mr.
10  Planet, by letter dated June 20, 2011, to request that its reporter have same-day
11  access to new civil complaints as is common and traditional in other courts where a
12  reporter visits on a daily basis.  Together with that letter, CNS's counsel enclosed a
13  survey, dated June 2011, of access procedures then used by many of the courts CNS
14  covers on a daily basis.  A true and correct copy of that letter and the access survey
15  that accompanied it is attached as **Exhibit 13**.

16       72.    Mr. Planet responded by letter dated July 11, 2011, a true and correct
17  copy of which is attached as **Exhibit 14**.  In that response, Mr. Planet referred to
18  budget reductions – the same justification he offered for access delays when he was
19  clerk in King County, Washington – and informed us that "the Court must ensure
20  the integrity of all filings, including new filings, and cannot make any filings
21  available until the requisite processing is completed."

22       73.    At my direction, CNS's counsel responded by letter to Mr. Planet dated
23  August 2, 2011, a true and correct copy of which is attached as **Exhibit 15**.  That
24  letter noted that other superior courts in California, as well as all four federal district
25  courts in California, grant the press same-day access to new complaints, in many
26  instances before processing, and that same day access need not cost any money at
27  all.  After we failed to receive a response to that letter, and with delays in access that
28  were at that time ranging from one day to three weeks based on information I

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

received from our Ventura County reporter and confirmed based on my review of recent editions of the Central Coast Report, CNS filed the instant lawsuit.  Together with its complaint, CNS filed a motion for preliminary injunction and supporting papers

74.    After the district court's November 2011 order granting Mr. Planet's motion to dismiss on federal abstention grounds and before the Ninth Circuit's reversal of that order of dismissal on April 7, 2014, I received a letter from Mr. Planet dated December 21, 2011.  Enclosed together with that letter was the October 31, 2011 Declaration of Cheryl Kanatzar (the "Kanatzar Declaration"), which Mr. Planet had previously filed in the district court in opposition to our motion for a preliminary injunction.  In the letter, Mr. Planet stated, among other things, that "[t]he declaration explains why we cannot provide the 'same-day access' guarantees Courthouse News previously demanded."  A true and correct copy of Mr. Planet's December 21, 2011 letter and the enclosed Kanatzar Declaration is attached as **Exhibit 16**.

75.    At my direction, CNS's counsel responded to this letter by letter dated January 20, 2012, to Mr. Planet's counsel, Robert Naeve of Jones Day.  The letter corrected several misstatements and misconceptions in Mr. Planet's December 21 letter, noted access delays in December 2011 and January 2012 that continued to range from days to weeks, and stated that CNS would welcome any specific proposals from Mr. Planet for addressing the ongoing delays while the parties continued to litigate the district court's November 2011 order of dismissal in the Ninth Circuit.  A true and correct copy of our counsel's January 20, 2012 letter is attached as **Exhibit 17**.

76.    CNS did not receive any response to this letter, and the access delays at Ventura Superior continued unabated.  In my review of our tracking of the delays, access to the largest group of new complaints was delayed by 2-6 court days.  To make matters worse, the oldest cases were often the most important, such as the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

class actions and environmental cases.  For example:

- On March 26, 2013, Ojai's 100-year-old private water company, represented by Manatt Phelps, filed for writ of mandate to stop an eminent domain proceeding initiated by a neighboring municipal water district.  The municipal water district planned to pay for the acquisition through a levy on all property owners in Ojai, according to the petition (a fact that could not be deciphered from the docket sheet).  But Ventura Superior withheld press access to the petition in *Golden State Water Company v. Casitas Municipal Water District*, Case No. 56-2013-00433986-CU-WM-VTA, until April 24, 2013, four weeks after it was received for filing.  That case affected many people, including all the homeowners of Ojai.  But CNS's inability to report on that suit prevented the public from reading, discussing, or knowing about it for almost a month.

- On January 24, 2013, shareholders filed a derivative action against Amgen directors in a case captioned *Purnell v. Sharer*, Case No. 56-2013-00431078-CU-SL-VTA, alleging a breach of fiduciary duty in the promotion, through kickbacks, of off-label uses for drugs that were not reimbursed by federal insurance programs.  Ventura Superior withheld access to the new complaint until March 20, 2013, nearly two months after it was filed.  The inability of CNS to report on that new complaint was detrimental to the public's ability to know about and discuss major litigation impacting public health.

- On May 1, 2013, a commercial farm near Piru sued the Ventura County Board of Supervisors in a case captioned *Rancho Camulos LLC v. Ventura*, Case No. 56-2013-00436825-CU-WM-MTA, alleging harm to its agricultural interests caused by county plans to construct a 32-mile recreational trail.  The original Rancho Camulos was a stop on the Camino Real, was the setting for Helen Hunt Jackson's famous 1884 novel "Ramona," and is now a national historic landmark near Piru maintained by the Rancho Camulos Museum.  But Ventura Clerk's office denied press access to the new complaint, until

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

DECLARATION OF WILLIAM GIRDNER                     CASE NO. CV11-08083 SJO (FFMX)

1    May 22, 2013, three weeks after it was filed. The inability of CNS to

2    promptly review and report on that case damaged the public's ability to know

3    about an important issue involving local business and recreation.

4        77.    After the Ninth Circuit issued its first opinion in this case on April 7,

5    2014, we finally started to see an improvement, with more paper copies of the new

6    complaints in the media bin on the day they were received for filing.  Then in June

7    2014, the clerk's office of Ventura Superior started a scanning program that allowed

8    the press to see electronic scans of a substantial number of new complaints on the

9    day they were received, although those scans did not contain exhibits and

10   attachments, and some complaints continued to be delayed.  The press access

11   provided through the scanning program has been incomplete and inconsistent, with

12   the percentage of cases made available on the same day dropping to 50% or below

13   on some days.

14   **Attempts To Redefine "Filing" To Justify Access Delays**

15       78.    It is my understanding, based on my review of the deposition

16   transcripts in this action and responses to CNS's written discovery requests, that

17   even after having implemented his June 2014 scanning program, Mr. Planet

18   continues to take the position that a new unlimited civil complaint is not "filed," and

19   the public and press do not have a right of access to the complaint, until after the

20   complaint has been "processed" by court staff, regardless of how long "processing"

21   takes.  It is also my understanding, based on my review of the same materials, that at

22   Ventura Superior, "processing" includes but is not limited to entering information

23   about the complaint in the Court Case Management System ("CCMS"); any

24   necessary "quality control" of that data entry (i.e., a supervisor has checked the data

25   entry to make sure it is correct); a summons has issued; a "filed" stamp is affixed

26   and backdated to the date the case was received by the court; and the complaint has

27   been put in a physical file folder.  I also understand Mr. Planet has taken the position

28   his June 2014 scanning program is a mere "customer service," which in my

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

31

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

1  experience tells me it is subject to termination for "budget" or "efficiency" reasons

2  or any other reason at any time.

3      79.    I strongly disagree with Mr. Planet's definition of "filing" and his view

4  of when the press should be permitted to review a new civil unlimited complaint.

5  As a journalist covering the courts and at the helm of CNS for the last 26 years, it

6  has been my experience that "filing" has traditionally and commonly been

7  understood to mean the act of passing something, generally a document, across the

8  intake counter at the court clerk's office for filing.  In my experience, a document is

9  commonly understood to have been "filed" when it is received by the court.  The

10 later work of creating a docket sheet – which in recent years has meant entering

11 information into an electronic case management system such as the CCMS system

12 used at Ventura Superior – is traditionally called "docketing."  With e-filing, what

13 used to be called docketing is now often called "acceptance," "processing," or

14 "opening," but the underlying principle remains true: once a document crosses the

15 electronic equivalent of the intake counter and is received electronically by the court

16 – it is "filed."  The practice of courts like Ventura Superior, which backdate the

17 "filed" date stamped onto a complaint back to the date the complaint was received,

18 even when that stamp is affixed days after receipt, illustrates the tradition that a

19 document is considered filed upon receipt.

20     80.    Unfortunately, Mr. Planet is not the only state court clerk who has

21 expressed the view that a complaint is not "filed" and is not a public record until

22 after it has been processed.  In my capacity as editor of CNS, I have seen a trend in

23 recent years in which a handful of state court clerks have started taking a hard line

24 on press access to new civil actions, refusing to allow journalists to see the new

25 complaints on the date they are received, which is typically also the date reflected

26 by the belatedly affixed "filed" stamp.  Instead, these clerks are taking the position

27 that these new complaints are not "filed" or are not properly public records the press

28 should see until after they have been "processed" or "accepted."  The result is what I

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

32

call a "black hole" where the new complaint has been received by the court, is in fact filed, but is being withheld from the press until processing takes place.

81.     It has been my experience that even those state court clerks who had not previously taken this position sometimes adopt it at the time they transition to electronic filing.  My observation is that the most effective method of maintaining traditional access to new civil complaints after a transition from paper to e-filing is through an electronic press box, also known as an electronic inbox; that is, an electronic queue, either remotely online or viewable at a courthouse terminal, where new complaints flow automatically into public view, without a need for clerk action. Such a system is already in place in numerous federal courts, including the four federal district courts in California, as well as individual state courts in Nevada, Georgia, Connecticut, Alabama, and Utah.

82.     One of the clerks who has been most strident in the position that a complaint is not a public record until after it has been processed or formally "accepted" is Alan Carlson, the Clerk and Court Executive Officer of Orange County Superior, who I understand – based on documents produced by Mr. Planet in this lawsuit – has communicated with Mr. Planet about this lawsuit.  Like Ventura Superior, Orange County Superior was an early adopter of CCMS, and Mr. Carlson has stated to me that he does not believe the press should have access to new civil actions e-filed in his court until after they are officially "accepted" into the court's docketing system, which has created a multi-day black hole, where a complaint has been received but is being withheld until that docketing is completed.

83.     Orange County Superior's e-filing program, in turn, was the driving force behind the introduction, in 2012, of proposed California Rules of Court pertaining to e-filing that, for the first time in California, created a new category of court records: those that have been "officially filed," as opposed to "filed" for all other purposes.  Under the rules as proposed in 2012, a document would not be "officially filed" until after "the processing and review of the document" by court

1   staff, however long that might take.  Concerned that the "officially filed" concept

2   would provide court administrators with an excuse for denying public records that

3   have been "filed," under the long-understood meaning of that term, until after

4   processing and "review" by court staff, a host of media entities, including CNS, Los

5   Angeles Times Communications LLC, the Bay Area News Group, The Press

6   Democrat Media Company, California Newspaper Publishers Association,

7   Californians Aware, and the First Amendment Coalition (the "Press Group")

8   submitted written comments objecting to the "officially filed" category in January

9   2013.  True and correct copies of the Press Group written comments (including

10  joinders by Los Angeles Times Communications LLC, the Bay Area News Group,

11  and The Press Democrat Media Company) and exhibits thereto, together with the

12  invitation to comment, are attached hereto as **Exhibit 18**.  The response to these

13  objections, included in pages 34-36 of a report to the California Judicial Council

14  dated June 28, 2013, recommended adoption of the "officially filed" designation

15  notwithstanding the Press Group comments.  I recently learned that the "officially

16  filed" concept was in fact adopted as part of the California Rules of Court.  True and

17  correct copy of the June 28, 2013 report, attached hereto as **Exhibit 19**, is also

18  available on the California Courts web site at

19  http://www.courts.ca.gov/documents/jc-20130628-itemC.pdf.

20        84.    It is my belief the concept of an "officially filed" document in these e-

21  filing rules is part of the same effort by Mr. Planet, Mr. Carlson, and a handful of

22  other state court clerks who have taken the position that a new civil complaint is not

23  "filed" and not a public record until after it is processed or officially "accepted," to

24  provide a justification for pushing press access back behind that work by the staff.

25        **Press Access Withheld In CCMS Courts**

26        85.    I do not believe it is a coincidence that in California, the state courts

27  clerks who have been the most militant in denying public access to new complaints

28  until after processing were also deeply involved in the campaign to implement

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

34

CCMS in California trial courts.  As CNS has itself extensively reported on its web site, and as I understand from my personal involvement in that news reporting, the CCMS project became an enormous financial drain on the California court system. Between approximately 2010 and 2012, CNS, through its website, chronicled the rising anger of trial judges in California's state courts, who saw their courts starved and their employees laid off, while the CCMS software project siphoned hundreds of millions of dollars to the private consultant that developed the system, until the project was terminated in 2012.  As noted on a document entitled "Fact Check: Whatever Happened to the California Case Management System," available on the California Courts web site, five California state courts still use CCMS: the Superior Courts of California for the Counties of Orange, Sacramento, San Diego, San Joaquin, and Ventura.  A true and correct copy of the "Fact Check" document is attached as **Exhibit 20** and is also available on the California Courts web site at http://www.courts.ca.gov/21775.htm.

86.     According to pages 1-2 of a report to the legislature by the Judicial Council of California, Administrative Office of the Courts, a true and correct copy of which is attached as **Exhibit 21** and is also available online at the California Courts website at http://www.courts.ca.gov/documents/status-ccms-2009.pdf, in 2002, a governance structure for CCMS was established, which included a Steering Committee made up of, among others, the court executive officers for the Superior Courts for the counties of Orange, Sacramento, San Diego and Ventura.

87.     Also in approximately 2002, Orange County Superior's then-clerk, Alan Slater, closed the court's press room and set about dismantling press access to the new complaints, first pushing press access back to the day after filing and then further back behind docketing and scanning.  In 2003, *Los Angeles Times* reporter Monte Morin and I met with Carole Levitsky, Media Relations Director for Orange County Superior, to request a return to same-day review of the new complaints.  Ms. Levitsky was expressing agreement with our request, when Mr. Slater came quickly

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

35

DECLARATION OF WILLIAM GIRDNER                                    CASE NO. CV11-08083 SJO (FFMX)

1    out of his office in an agitated state.  He expressed his willingness to fight the matter

2    out in court.

3          88.    As for San Diego Superior, in answer to a long campaign by CNS in

4    which I was personally involved, which included a tour of the clerk's intake process

5    and repeated meetings and discussions with San Diego Superior officials, the clerk's

6    office agreed in 2006 to improve press access through a "Pilot Project" that allowed

7    review of the new actions immediately after the filing fees had been paid.  The pilot

8    program allowed the press to see the new complains right after they were received

9    and was successful in providing same-day access to the new complaints in the North

10   County Division of San Diego Superior and to a lesser extent in the Central Division

11   downtown.  In January 2011, I wrote a column entitled "A Drunken Sailor,"

12   criticizing the amount of public funds being spent on CCMS, noting the

13   extraordinary length of time needed to docket new cases in CCMS, and quoting a

14   San Diego Superior clerk's employee who said she would return to the court's

15   former case management system "in a heartbeat."  A true and correct copy of that

16   column, as published on CNS's web site on Jan. 27, 2011, is attached as **Exhibit 22**.

17   Later that same year, San Diego Superior Clerk and Court Executive Officer

18   Michael Roddy, who I understand from documents produced by Mr. Planet in this

19   lawsuit has also communicated with Mr. Planet about this case, cancelled the pilot

20   project for the press in favor of his own pilot project that involved scanning

21   documents, which started in August 2011.  Since then, the San Diego Superior

22   clerk's office has taken the position new civil complaints – both paper and e-filed –

23   can only be reviewed on a computer terminal, and only after they have been

24   docketed into CCMS.  Press access to the great majority of the new actions is

25   withheld by one or two days or more after they are received for filing.

26         89.    CNS has also experienced delays in access at Sacramento Superior, and

27   as is the case with Mr. Roddy and Mr. Carlson, documents produced by Mr. Planet

28   in this case also show that Mr. Planet has communicated about this case with Dennis

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

36

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1   Jones, who was previously Sacramento Superior's court executive officer.  Because

2   access to the new civil unlimited complaints had become erratic and slow, I met in

3   May 2007 with Sacramento Superior Division Manager Maureen Dumas.  The

4   meeting was extremely positive, and she promptly put in place a pilot program

5   where newly filed actions were placed in a bin for the press to review between 4:00

6   and 5:00 on the day they were received, after checks had been removed and before

7   they were docketed.  But within a few months, Ms. Dumas had left the court and the

8   clerk's staff terminated the pilot project – just as the court executive officer was

9   implementing CCMS.  The delays in access stretched into weeks.  In November

10  2011, Judge Steve White issued a standing order requiring filers to include a public

11  access copy with their case-initiating documents, eventually resulting in same-day

12  access to nearly all new unlimited civil complaints, long before they are docketed.

13  ### The Ventura Clerk's Attempt to Justify Access Delays

14          90.    It is also my understanding that, in addition to the position advanced by

15  Mr. Planet that a new complaint is not a document to which the public has a right of

16  access until after it has been processed, Mr. Planet and his staff have advanced

17  several other reasons to support their practice of withholding access to new civil

18  complaints until after processing.  Based on my 26 years of experience working with

19  courts on procedures for press access to complaints, I do not believe those positions

20  have any merit.

21          91.    The most common argument by clerks trying to justify withholding

22  access is to cite the court's budget.  That argument was invoked by Mr. Planet in

23  Seattle and again in this case with respect to Ventura Superior.  In my experience

24  covering the courts and overseeing CNS, the new complaints filed in paper form

25  tend to accumulate in a single stack for docketing.  Allowing a timely review of new

26  actions only requires letting journalists see that stack.  It is my understanding, from

27  reading transcripts of deposition testimony by Mr. Planet's representatives in this

28  case, that new unlimited civil complaints in Ventura accumulate in a single stack on

DECLARATION OF WILLIAM GIRDNER                          CASE NO. CV11-08083 SJO (FFMX)

1   a single "new filings" desk.  In my experience, allowing a CNS reporter to simply

2   look at that stack does not require expensive equipment or undue time from court

3   staff.

4          92.     In addition, it is my understanding that Mr. Planet and his staff object

5   to press access prior to processing on the ground that they must assure the

6   "integrity" of the files to avoid loss, destruction or damage.  A journalist has no

7   fathomable reason for damaging a public document.  I have also consistently

8   supported measures taken by courts to assure accountability in the review of the new

9   complaints that have not yet been processed.  In my experience working with courts

10  over many years, those measures can include requiring that reporters leave

11  identification before reviewing new complaints; a check-out system that allows

12  court administrators to track the complaints given to a reporter for review; requiring

13  reporters to undergo a background check; or requiring a letter from the reporter's

14  employer.  Another method of addressing this concern is to allow reporters to

15  review new civil complaints behind the intake counter or in another secure room

16  such as a viewing room or a press room, although it is not required.  And still

17  another method – one that Ventura Superior eventually adopted a version of,

18  although only after the Ninth Circuit's April 2014 ruling in this case – is to scan new

19  complaints on intake and make the electronic versions of those complaints available

20  for media review while the paper versions are being processed.

21         93.     A third common argument, and one also used by Mr. Planet, is that

22  press review will disrupt the efficiency of the clerks.  In paper courts, the new

23  actions normally sit in one stack in one place for a day or days at a time, as they do

24  in Ventura.  It is normally possible to review the stack at the end of the day without

25  interrupting any work.  Alternatively, I have worked alongside the main docketing

26  clerk in the United States District Court for the Central District of California.  I

27  would first look over the complaints that Barbara, the main docketing clerk at the

28  time, had already docketed, then those she had not yet worked on, and finally any

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

38

1    that she had been entering while I reviewed the rest.  CNS reporters have done the

2    same at the courts they cover.

3        94.    Mr. Planet also argues that delaying media access to new civil

4    complaints until after they are processed is necessary to protect the "privacy" of

5    litigants.  But it is my understanding that per California Rule of Court 1.20, the

6    responsibility for redacting certain identifiers lies with the filing party, and

7    specifically states that "[t]he court clerk will not review each pleading or other paper

8    for compliance with this provision."  Any other information a filing party seeks to

9    protect on privacy grounds would be accompanied by a motion to seal, and CNS is

10   not asking to see complaints that are the subject of a motion to seal.  I also

11   understand Mr. Planet bases his privacy argument on fee waivers.  In my

12   experience, a fee waiver is a separate document, which does not contain news of any

13   kind, that is easily separated from a complaint before a reporter's review of the

14   complaint.  I am aware that CNS's California state court reporters will sometimes

15   see a completed form FW-003, Order on Court Fee Waiver; however, that order

16   does not itself contain any personal financial information.  Rather, the document that

17   would contain personal financial information is a separate form, FW-001, called

18   "Request to Waive Court Fees," as evidenced by the section of the California Courts

19   Judicial Branch web site, http://www.courts.ca.gov/formnumber.htm, that provides

20   copies of forms for use in California state courts.

21       95.    It is my understanding Mr. Planet has also justified his practice of

22   delaying access until processing on the grounds of "accounting protocols" – i.e.,

23   concerns that complaints frequently have filing fee checks attached.  We review new

24   actions on the day they are filed in many state and federal courts.  Those courts

25   normally remove checks, sometimes writing the associated case number on the

26   check, or else process payment before we review the new complaints.  It is my

27   understanding that in a few courts, CNS reporters review new complaints with

28   checks still attached, although it is a procedure I disfavor.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

DECLARATION OF WILLIAM GIRDNER                    CASE NO. CV11-08083 SJO (FFMX)

96.     I also understand Mr. Planet contends that delaying access until after processing is necessitated by concerns about "quality control," in that he does not want to allow access to new civil complaints that may be rejected for filing or are in some way incomplete.  In state and federal courts in California and around the nation, we see new complaints on the day of receipt, even though the cases may later be rejected for one reason or another.  I believe it does not make sense to withhold press review from the great majority of new complaints that are correctly filed in order to avoid seeing the small minority that, for one reason or another, might be returned to the filer.  In addition, I have never seen any harm resulting from press review of a new complaint that is later rejected.  In my view, a complaint that is received by a court for filing is something the public should be able to see even if it is later rejected.  In addition, from my experience complaints that are rejected for some technical deficiency are usually resubmitted as soon as the problem is corrected.

97.     It is my understanding, based on my review of the transcripts of the depositions of several of Mr. Planet's representatives in this action and my direct involvement with access issues at Ventura Superior, that it has been the practice of Mr. Planet's office to send several categories of new actions to judges immediately after processing. That policy has resulted in even further delays in access to those complaints.  Those categories of actions include "complex" cases, often the most weighty and wide ranging new complaints, as well as complaints invoking the California Environmental Quality Act ("CEQA"), often of great news interest.  In courts large and small in California, state and federal, reporters see complex cases, including class actions and environmental actions, before they are sent to a judge's chambers.

98.     The variety and effectiveness of the procedures for providing same-day access that have been implemented in so many state and federal courts has convinced me that press access is largely a matter of will.  I have observed that it is

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

40

1   entirely possible, where the clerk's office has the will, to provide the press with

2   access to the flow of new complaints coming into the clerk's office, on the day they

3   are received for filing, before docketing or processing, or, where the clerk's office is

4   docketing right away, alongside the docketing clerks, without interrupting the work

5   of the court's staff.

6          I declare under penalty of perjury under the laws of the United States that the

7   foregoing is true and correct.

8          Executed at Pasadena, California on this 8th day of March 2016.

9

10  _____

11                          William Girdner

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

41

# Exhibit 1

## To

## Declaration

## of

## William Girdner

EXHIBIT 1
PAGE 42

EXHIBIT 1
PAGE 43



# Courthouse News Service

HOME | ABOUT US | SEARCH | COLUMNS | ENVIRONMENTAL | DARKROOM | ALMANAC | ENTERTAINMENT | SECURITIES | APPELLATE | MASTHEAD

Subscribers

Wednesday, February 10, 2016  Last Update: 2:16 PM PT

## Visa-Waiver Maneuvering Enrages House Republicans
By BRITAIN EAKIN

House Republicans grilled government officials Wednesday over visa exemptions they proposed for some travelers under the Iran nuclear deal.

## Defense Pushes for More Nuclear Technology Funding
By BRITAIN EAKIN

Defense Department officials appeared before the Senate to defend a $19 billion budget they say will shore up nuclear capabilities, keeping the U.S. ahead of Russia, China and North Korea.

## Oregon ACLU Declares Support for Jailed YouTuber
By KARINA BROWN

The ACLU of Oregon declared its support for independent journalist Pete Santilli, who is being held without bail after a federal judge found statements he made on his talk show made him a safety threat.

## Retired Priest Arrested in Cold-Case Killing
By ERIK DE LA GARZA



## Ex-LA Sheriff Will Plead Guilty to Lying in Federal Corruption Probe
By MATT REYNOLDS

Former Los Angeles County Sheriff Leroy Baca has agreed to plead guilty to a charge of deceiving investigators during a federal probe of corruption in the county jail system.

  

## Kasich Big Draw in S.C. as Primary Approaches
By DAN McCUE

The battle for the hearts and minds of Republican presidential primary voters got underway in earnest in South Carolina on Wednesday with Ohio Gov. John Kasich accentuating the positive during a town hall here.

## Michigan's Snyder RSVPs 'No' to Flint Hearing
By CHARITY SMITH

As members of Congress gather Wednesday for a second hearing on the Flint, Mich., leaded-water crisis, Gov. Rick

## Rentboy.com Chief Denies Brothel Charges
By NICK DIVITO

The former CEO of the gay escort website Rentboy.com pleaded not guilty Wednesday to federal charges accusing him of running an online brothel.

## EU OKs $6.3B Staples-Office Depot Merger
By WILLIAM DOTINGA

Staples and Office Depot haven't yet convinced U.S. regulators to let them merge, but the European Commission approved the deal Wednesday and attached some strings of its own.

## Knoedler Gallery Settles Suit Over Phony Rothko
By ADAM KLASFELD

Averting testimony by its former director Wednesday, the now-shuttered Knoedler Gallery settled claims by two art

## Congress Grapples With Zika Virus Peculiarities
By TIM RYAN

Health care officials assured Congress on Wednesday that the United States is ready to fight the Zika virus outbreak, as evidence grows linking the virus to birth defects.

### Science Corner
## Researchers Decipher Genome to Fight Ticks
By CHRISTINE STUART


Black small shaped sculum

The fight against Lyme disease received boost as a team of 93 researchers from 46 institutions around the world announced Tuesday that they had mapped the genome of a blacklegged tick.

## Accused Cop-Killer Found Incompetent
By CAMERON LANGFORD

2/10/2016 2:45 PM

1 of 4

EXHIBIT 1
PAGE 44

http://www.courthousenews.com/

Courthouse News Service

A retired priest who has spent more than five decades denying he killed a 25-year-old South Texas beauty queen was arrested Tuesday in Arizona on a murder indictment out of Texas.

**Judge Losing Patience With Clinton Email Release Delays**
By TIM RYAN

The State Department's delay in releasing a cache of emails from Secretary of State Hillary Clinton stored on a private server has put a federal judge "between a rock and a hard place," the judge said Tuesday.

**Mother Sues LAPD Officers for Son's Fatal Shooting**
By MATT REYNOLDS

The mother of an unarmed homeless man a policeman shot to death last year near Los Angeles, two police officers and the police chief on Tuesday.

**Bioweapons Case Against**

Snyder will be a no-show, his spokesman confirmed.

**En Banc Ninth Circuit Clarifies Precedent**
By JACK BOUBOUSHIAN

The en banc Ninth Circuit clarified that a 1984 Supreme Court decision governs ineffective assistance of counsel claims in all cases, not just capital ones.

### Focus Group Debates Reducting Peremptory Challenges in Brainstorming Session
By MARIA DINZEO

An idea to cut peremptory challenges in misdemeanor trials from 10 to 6 drew judges and lawyers from all over California to a brainstorming session Tuesday to plot the course of state courts for the next 20 years.

**Prosecutor's Capital-Case Disbarment Upheld**
By DAVID LEE

A former Texas prosecutor was correctly disbarred for his role in the wrongful-death sentence of a black man who was exonerated after spending 18 years in prison, 12 of them on death row, the Texas Supreme Court Board of Disciplinary Appeals ruled.

**Utah Lawmakers Call Porn a Health Crisis**
By JOHNY BONNER

A Utah Senate committee unanimously approved a resolution declaring a "pornography epidemic" a "public health crisis" which is "addictive" and "is linked to lessening desire in young men to marry."

**SCOTUS Blocks Obama's Clean-Power Plan**
By BARBARA LEONARD

The Supreme Court blocked federal regulations combating climate change Tuesday night by a sharply divided vote,

collectors it sold a fake Mark Rothko.

**California Lobbies to Keep Wait for Gun Buys**
By KATHERINE PROCTOR

California on Tuesday asked the Ninth Circuit to overturn a trial court's finding that the state's 10-day waiting period for firearm purchases is unconstitutional.

**9th Circ. Wrestles Over Calif. Handgun Ad Ban**
By MIKE HEUER

Whether California may continue banning advertisements depicting handguns ultimately comes down to free speech versus public safety, attorneys told a Ninth Circuit panel Tuesday.

**Napa Wine Train Race Claims Survive**
By MIKE HEUER

A federal judge Tuesday

A man accused of murdering a Texas sheriff's officer is incompetent and must be sent to a mental hospital for 120 days, a state judge ruled Tuesday.

**Ferguson, Mo., Ticks Off Department of Justice**
By JOE HARRIS

Much to the chagrin of the Department of Justice, the Ferguson City Council voted Tuesday night to approve a consent decree with the Justice Department, but with seven stipulations.

**Judge Tosses Police Investigator's Lawsuit**
By JACK BOUBOUSHIAN

A federal judge ruled Wednesday that a former Chicago police investigator cannot sue his supervisors for accusations that they fired him after ordering him to reverse findings of police misconduct.

**No Immunity for Cop Who Killed Elderly Man**
By ZACK HUFFMAN

A Framingham, Mass., police officer will have to face trial after



EXHIBIT 1
PAGE 45

http://www.courthousenews.com

Courthouse News Service

**Publicist Gets Technical**
By KATHERINE PROCTOR

The theranial composition of lethal poisons took center stage at an evidentiary hearing Monday in a case against a San Francisco political consultant accused of possessing a weaponized biological toxin.

**Shkreli Taken to Court on Wu Tang Clan Album**
By NICK DIVITO

The artist whose drawing graces the cover of the exclusive Wu-Tang album bought by Martin Shkreli joined shareholders and former business partners suing the pharmaceutical bad boy with a federal action of his own Monday. 

**Top Download**

**Adam Brower v. Aecom USA Inc.: Aecom Technology Corp.: URS Corp.**

The defendants fired a worker shortly after he underwent knee surgery because the oxycontin he took by prescription showed up in a drug test, the man claims, noting that he was relieved and refired again five months later because of another drug test while he was still taking the prescribed painkiller. Hudson County Superior Court - Law Division

**In Brief**

**Monsanto Fined $80 Million**
Monsanto will pay $80 million for violating accounting rules and

putting a wrench in President Barack Obama's anti-pollution efforts. 

**FTC Goes After Bogus Online High Schools**
By REBEKAH HEARN

Arizona companies have bilked people nationwide for millions of dollars by selling then-phony "diploma" online and claiming to be an accrediting agency, the FTC claims in court. 

**Pawnbrokers Sue California Attorney General**
By REBEKAH HEARN

California enforces an unconstitutional licensing program for pawnbrokers funded by an illegal tax on pawnshops, the California Pawnbrokers Association claims in court.

**Sex Offenders Fight Passport 'Scarlet Letter'**
By CLEOADITI I WAKSCHDAM

The International Megan's Law bill signed by President Barack Obama on Monday requiring sex offenders to be identified on their passports is already being challenged in court.

**Call to Octuple Terror-Recruitment Funding**
By DIONNE CORDELL-WHITNEY

Minnesota should put $1 billion budget surplus to use combating terror recruitment in the home of the largest Somali population in the United States, Democratic lawmakers said, calling for the state to octuple funding.

**Judge Slams Big Tobacco's Do-Over Request**
By LORRAINE BAILEY

Philip Morris and other cigarette makers will soon be required to make public statements about the health effects of smoking, after a federal judge called the companies' rewrite request "ridiculous."

**Couple Accused of Forced Labor Granted Bond**
By CAMERON LANGFORD

A Nigerian couple was granted Tuesday after they were arrested and accused of enslaving a woman for two years in

refused to dismiss the Napa Valley Wine Train from discrimination claims filed by a book club, 10 of whose 11 members are black women. 

**Uber Ducks Mass. Drivers' Wage Claims**
By MARIA DINZEO

A federal judge ruled that Uber drivers can't pursue claims that they are entitled to compensation under Massachusetts minimum- and overtime-wage law for the time spent waiting for ride requests, but can proceed with deceptive advertising claims.

**Women Say University Mishandled Rape Reports**
By KEVIN LESSMILLER

Six women claim that the University of Tennessee - Knoxville turned a blind eye to reports of sexual assault involving male athletes, while the university says the claims are "simply not true."

**Class Accuses Theology School of Deception**
By EVA FEDDERLY

A class action lawsuit claims

accidentally shooting and killing an unarmed, elderly black man, the First Circuit ruled.

**$20 Million Demand for YouTube Uploads**
By MATT REYNOLDS

A company claiming rights in two Chief Keef albums sued Google for $20 million, claiming its subsidiary YouTube let users upload infringing versions of Keef's recordings.

**Virginia Cop Says She Was Fired for Being Gay**
By JOCELYN BARDIN

A lesbian police officer claims the Virginia State Police Department booted her for her sexual orientation rather than accusations of improper database searches.

**Judges Urge Mediation in Water Contract Fight**
By NICK CAHILL

Calling an appeal between California environmentalists and federal agencies over expired water contracts a "bizarre position," a Ninth Circuit panel Tuesday encouraged the parties

EXHIBIT 1
PAGE 46



http://www.courthousenews.com

Courthouse News Service

misstating earnings on its flagship insecticide Roundup, the SEC said in a settled complaint. 

**Suing Xerox**

Xerox stiffed call-center employees for overtime and paid them in part with "items of value" which it deducted from their paychecks, whether they wanted the items or not, a class action claims in Superior Court. 

**Profit-Seeking Schools**

Bridgepoint Education and Ashford University fired a senior vice president for refusing to lie about enrollment figures, Brian Zorti claims in a Sarbanes-Oxley whistleblower complaint in Federal Court. 

**Water Pollution**

A Michael's Convenience Store in Kalispell contaminated two Montana creeks with 10,000 gallons of gasoline that leaked from underground storage tanks in 2007, the United States claims in Federal Court. 

their Texas home and making her work 20-hour days. 

**In Brief**

**Drone Records**

A federal judge granted the FBI summary judgment over records it withheld concerning drone and unmanned aerial vehicles. 

**Family Matters**

Google and YouTube have failed to remove "hideous" videos a teen made about her dad to retaliate for making her exit membership a point of contention in his divorce from her mom, the Michigan man claims in court. 

**Tax Preparers**

Adam Steele can represent a class of tax preparers challenging a requirement to obtain and pay for a preparer tax identification number, a federal judge ruled. 

**Suing Apple**

Voip.Pal.com claims that Apple violated two Voice-over-Internet Protocol patents, in Federal Court. 

**Kosher, They Tell Us**

A federal class action claims See's Candy advertises its Red Heart Assorted Chocolates as kosher, but kosher they are not. 

that a North Carolina for-profit religious school engaged in deceptive business practices by not having proper accreditation.

**'Happy Birthday' Fight Settles for $14 Million**
By MATT REYNOLDS

A legal battle over the copyright to the song 'Happy Birthday to You' has settled for $14 million, paving the way for a declaration that the song is in the public domain.

**TV Tube Giants Fight Price-Fixing claims**
By NICHOLAS IOVINO

Multinational electronics firms accused of conspiring to fix the prices of cathode ray tubes for more than a decade fought to stop the antitrust case from going to trial Tuesday.

to mediate the issue instead.

**In Brief**

**Russian Diamond Mines**

Russian courts should preside over claims that Lukoil drove Archangel Diamond into bankruptcy with a project to develop diamond-mining operations in Russia's Archangelsk region, the 10th Circuit affirmed. 

**First Amendment**

Contract security guards for Simon Property Group, owner-operator of the Santa Rosa Plaza mall, harassed and humiliated a shopper by forcing her to take off her "Justice for Andy Lopez" T-shirt (a teen killed by a sheriff's officer), the mother of two claims in Sonoma County Court. 

**EU Green Energy**

The share of renewable energy consumed in the European Union nearly doubled to 16 percent between 2004 and 2014 — and nine member states have already met their 2020 green-energy goals, Eurostat said Wednesday. 

Courthouse News Service   Privacy Policy   Terms of Use   Home   Back to Top   Search   RSS   About Us

Exhibit 2

To

Declaration

of

William Girdner

EXHIBIT 2
PAGE 47

Retrieved on Feb 26, 2016, 1:59 pm CST



Home / Daily News / Lawyer threatened opposing counsel with stun...

LEGAL ETHICS

# Lawyer threatened opposing counsel with stun gun during deposition, court says in upholding sanction

POSTED DEC 15, 2015 05:45 AM CST

BY DEBRA CASSENS WEISS (HTTP://WWW.ABAJOURNAL.COM/AUTHORS/4/)



*Image from Shutterstock (http://www.shutterstock.com).*

A trial judge is justified in tossing a case filed by a lawyer who produced pepper spray and a stun gun at a deposition and threatened to use them on opposing counsel, a California appeals court has ruled.

The court upheld the terminating sanction against California solo Douglas Crawford in a Dec. 9 opinion, the Recorder (http://www.therecorder.com/home/id=1202744723213?slreturn=20151114124534) (sub. req.), Courthouse News Service (http://www.courthousenews.com/2015/12/11/attorney-sanctioned-for-courtroom-threats.htm) and Above the Law (http://abovethelaw.com/2015/12/spice-up-your-depositions-with-stun-guns-pepper-spray-like-this-guy/?rf=1) report.

According to the appeals court, Crawford held the can of pepper spray about 3 feet from the face of the opposing lawyer, Walter Traver, during the April 2014 deposition. Crawford told Traver: "I will pepper-spray you if you get out of hand."

Crawford also pointed the stun gun at Traver's head and said: "If that doesn't quell you, this is a flashlight that turns into a stun gun." Crawford then discharged the stun gun close to Traver's face, the appeals court said.

"If ever a case required a terminating sanction, this is it," the appeals court said. "Far from the trial court abusing its discretion, it would have been an abuse of discretion not to impose a terminating sanction."

The California bar is seeking to disbar Crawford over the incident, and he is currently ineligible to practice, the Recorder says.

The tossed suit had claimed a Chase Bank investment adviser had allowed Crawford's mother to withdraw $200,000 from her account for an annuity without contacting Crawford, though the bank had been instructed to notify Crawford of large withdrawals by his mother. The bank rescinded the annuity, but Crawford claimed the bank did not reimburse $2,000 in lost interest, the appeals court said.

Earlier in the litigation, Chase lawyers had cited safety concerns when they objected to Crawford's bid to hold depositions at Crawford's home. The lawyers attached court papers Crawford had filed in another case against Chase referencing the Oklahoma City and Boston bombings.

Crawford wrote that victims of government abuse and unequal application of the law "do not, actually, detonate a bomb in retaliation to those abuses, but, generally, go home and kick the dog to death for barking or beat the crap out of some random person for cutting them off in traffic or shoot up the workplace for getting passed over for a promotion or burn their children with scalding hot water for spilling ... a glass of milk, or, in other words, translate their frustrations of helplessness into committing a heinous act in apparent disproportion to the harm that befell upon them."

Crawford then alleged that he was afraid for his own personal safety and walked out of a February 2014

EXHIBIT 2
PAGE 48

deposition. The April 2014 deposition was scheduled after Chase filed a motion to compel.

When Chase sought terminating sanctions for the pepper-spray threat, Crawford submitted court papers referring to Chase Bank as "Heavenly Father" and Traver as "Heavenly Father's only begotten son." He also said the trial judge was "sick and demented" and said the requested sanction against him should be increased to death and $265 million.

The trial judge said Crawford's actions were "the most outrageous behavior that I have ever heard of in my life by an attorney."

Copyright 2016 American Bar Association. All rights reserved.

EXHIBIT 2
PAGE 49

Retrieved on Feb 26, 2016, 1:49 pm CST



Home / Daily News / Our hamster toy looks nothing like Fox News…

TRIALS & LITIGATION

# Our hamster toy looks nothing like Fox News anchor, says Hasbro in response to lawsuit

POSTED NOV 02, 2015 07:05 AM CST

BY MARTHA NEIL (HTTP://WWW.ABAJOURNAL.COM/AUTHORS/5/)



*Image of the Hasbro toy "Harris Faulkner" from court documents.*

A hamster toy manufactured by Hasbro Inc. shares a Fox News anchorwoman's name. But it looks nothing like Harris Faulkner, the award-winning anchor of *Fox Report Weekend*, and hence her lawsuit against the toymaker must fail, the company argues in a motion to dismiss (http://www.courthousenews.com/2015/10/30/hasbro.pdf) (PDF) filed last week.

Citing the toy's golden fur, pink nose and white muzzle, among other features, Hasbro says no reasonable person could mistake the "inch-tall, cartoon-like plastic animal, which has no apparent gender or profession, or even clothing that might identify its gender or profession," for Faulkner, reports Courthouse News (http://www.courthousenews.com/2015/10/30/hasbro-scoffs-at-fox-news-anchors-image-claims.htm).

To assert a viable right-of-publicity claim, the plaintiff must show that his or her identity has been misappropriated, not simply his or her name, Hasbro says.

Filed in August in federal court in Newark, New Jersey, Faulkner's suit seeks $5 million in damages. It alleges that the hamster toy does resemble her, pointing to the "tone of its complexion, the shape of its eyes and the design of its eye makeup," the Courthouse News article notes.



Fox News anchorwoman Harris Faulkner.

Hasbro no longer sells the toy, which was part of its "Littlest Pet Shop: Pets Pawsabilities" line.

A hearing will be held in December, a NBC News (http://www.nbcnews.com/news/us-news/hasbro-asks-judge-dismiss-fox-anchor-harris-faulkners-suit-over-n452641) story reports.

**Related coverage:**

ABAJournal.com (http://www.abajournal.com/news/article/news_anchor_sues_hasbro_over_hamster_toy_calls_lookalike_rodent_with_same/): "News anchor sues Hasbro over hamster toy, calls look-alike rodent with same name 'demeaning'"

Copyright 2016 American Bar Association. All rights reserved.

EXHIBIT 2
PAGE 50

Visit Al Jazeera English

(/)



## Peter Schiff: China Aims "Financial Nuke" at America

If China pushes the button, America would fall into the deepest, darkest period of its 240-year history — Peter Schiff..

REAL CLASH 2016

**U.S. (/TOPICS/TOPIC/CATEGORIES/US.HTML)**

# Manning lawyer gives more details on gender change

*Manning announced wish for gender change after hearing of prison's refusal to provide treatment*

August 27, 2013 8:48AM ET



EXHIBIT 2
PAGE 51

Chelsea Manning exiting court on Aug. 20, left, and dressed as a woman in a 2010 photograph. L. to R.: Mark Wilson/Getty Images; Reuters

Share       Tweet

Army Pvt. Chelsea Manning, who was previously known as Bradley Manning, wants estrogen treatments that would promote breast development and other female characteristics -- which she is willing to pay for -- while she's incarcerated at the all-male military prison at Fort Leavenworth, Kan., her lawyer, David Coombs, said Monday.

Coombs said Manning does not want sex-reassignment surgery at this point and expects to be kept with men in prison, where she's serving time for leaking mountains of classified material to the anti-secrecy website WikiLeaks.

Coombs said Manning decided to announce that she wanted to live as a woman (http://america.aljazeera.com/articles/2013/8/22/bradley-manning-wantstobereferredtoasawoman.html) the day after sentencing in a bid to highlight her cause because the prison said publicly it would not provide hormone treatment.

He told The Associated Press that Manning hoped the military prison "will simply do the right thing" regarding the request for hormone treatment so the soldier would not have to sue in military or civilian court.

Coombs said that Manning knew for a long time she would make such a statement but that "she wanted, essentially, for the media surrounding the trial to dissipate." He said Manning did not want people to think the statement was insincere.

"People might think it was an effort to get further attention," said Coombs.

Coombs said he and Manning knew the Army might not provide hormone treatment (/articles/2013/8/22/manning-prison-andhormonetherapy.html) but they were hoping Fort Leavenworth would allow it because Manning had been diagnosed with gender-identity disorder by an Army psychiatrist who testified at her trial.

## Prison refusal

It wasn't until they read a Courthouse News Service story that Manning decided to make the announcement.

EXHIBIT 2
PAGE 52

The story quoted prison spokeswoman Kimberly Lewis saying the prison would not provide hormone therapy. It was published Aug. 20, the day before Manning was sentenced to 35 years in prison for the leaks.

"It was Chelsea's intent to do this all along," Coombs said of the announcement. "It was only after Fort Leavenworth had said that they would not provide any sort of medical treatment that we decided not to wait."

Coombs also said that he had seen comments online objecting to taxpayer-funded hormone therapy and that if the Army wouldn't pay for it, Manning would.

The therapy would help Manning, Coombs said. "It's just to be comfortable in her own skin."

*Al Jazeera and The Associated Press*

SHARE THIS:   http://alj.am/14p6dFN

**RECOMMENDED**


(http://america.aljazeera.com/articles/2016/2/16/uncontacted-tribe-whose-existence-in-dispute.html) Uncontacted tribe whose existence in dispute


(http://america.aljazeera.com/articles/2016/2/19/facebook-twitter-side-with-apple-in-encryption-fight.html) Facebook, Twitter side with Apple in encryption fight


(http://www.forbes.com/lists/forbes-2016-presidential-candidate-wealth-list/?utm_campaign=2016Presidential CandidateWealth&utm_source=Outbrain&utm_medium= A Ranking of the 2016 Presidential Candidates by Wealth

EXHIBIT 2
PAGE 53

FRONT PAGE     FULL-COLOR FRONT PAGE     ABOUT US     CONTACT     LINKS     BCNN1 STATE NEWS     SEARCH     BLACK CHRISTIAN BOOK COMPANY

March 9, 2016

Make BCNN1 Your Homepage

**BCNN1 WORLD EDITION**
CANADA | UNITED KINGDOM | EUROPEAN UNI
AFRICA | CARIBBEAN | LATINO |




Become a leader with your
**B.S. in Criminal Justice**     LEARN MORE

Previous  1  2  3  4  5  6  7  8  9  10  Next

'Breaking news is updated as it happen
information and convenience, and new
added every hour, so be sure to refresh
to view the latest news.'
CLICK HERE TO REFRESH

# BCNN1

CHRISTIAN     BLACK     NATIONAL     WORLD     BUSINESS     SPORTS     TECHNOLOGY     ENTERTAINMENT     OPINION     FINANCES     HEALT

GOD & SEX     EYE ON AFRICA     SECOND COMING WATCH     BOOKS     POLITICS     MEDIA     EDUCATION     LIFESTYLE     GOD & FAMILY     GOD

## Judge Allows California Pastor Bob Grenier's Defamation Lawsuit Against Stepson to Advance

February 20, 2015




LIMITED TIME OFFER  15% OFF   BOOK NOW

SHOP.  CONNECT.  ENJOY.    amazon
Privacy



Pastor Bob Grenier

Fathers don't sue their stepsons for defamation every day. Even less often do pastors of large churches in California's Central Valley sue their stepsons for what they term a "cyber-bully hate campaign."

But Bob Grenier, the senior pastor at Calvary Chapel in Visalia, Calif. – and an author and Christian radio host – did exactly that. Grenier and his wife Gayle sued Alex Grenier, Gayle's son from a previous relationship and whom Grenier raised from the age of three, for defamation and intentional infliction of emotional distress after Alex created a website detailing his life with Pastor Bob.

The family portrait Alex paints in his website – which is still up and occasionally updated – is not a flattering one. According to Alex and co-defendant Tim Taylor, a one-time member of the Calvary Chapel Visalia flock, Pastor Bob emotionally and physically abused the four Grenier brothers and sexually molested one of them.

Alex's website also details supposedly well-known instances where the Greniers have used the church's money as their own personal slush fund and committed "spiritual abuse" of church staff and

EXHIBIT 2
PAGE 54

1/5



LIBERTY
UNIVERSITY
Online

*Every journey
begins with
the first step*

get started ▶

parishioners who didn't see or do things Pastor Bob's way. All the while, friends in the Visalia Police Department -- where Pastor Bob is a volunteer chaplain -- have either looked the other way or concluded after tepid investigations that the statute of limitations has run out for any crimes Grenier may have committed, according to the website.

Alex and Taylor filed a motion to strike the Greniers' lawsuit as a strategic lawsuit against public participation, or SLAPP. But while Tulare County Superior Court Judge Paul Vortmann concluded that the website's defamatory statements concerned issues of public interest and deserved protection – and that Pastor Bob was a limited-purpose public figure – he also held that the Greniers had shown enough defamation and emotional distress to prevail on their claims, and rejected the motion to strike.

All parties appealed to the Fifth Appellate District, which held on Wednesday that Vortmann got nearly all of seemingly conflicting aspects of his ruling right.

While the Greniers tried to paint Alex's Internet rantings as a private family squabble made public -- and therefore not protected speech -- the panel found that Pastor Bob's congregation had a community interest in at least some of the allegedly defamatory statements deserving of protection under one prong of the anti-SLAPP statute.

"Here, at a minimum, the issues raised by Alex and Tim's allegedly defamatory statements are of interest to the community made up of the church's members," Judge Herbert Levy wrote for the three-judge panel. "The number of members, ranging from approximately 1,000 to approximately 550, is large enough to qualify as a 'community' for purposes of the anti-SLAPP statute. Considering that church members donate money to the church, allegations regarding theft and misuse of those funds is of concern to the membership. Such allegations could lead to discussion within the membership and the implementation of new financial standards. Further, as pastor of the church, Bob is the members' spiritual and moral leader. As such, allegations regarding Bob's character and fitness to serve as a pastor are of interest to the membership."

But the panel rejected Vortmann's finding that Grenier is a limited-purpose public figure under the anti-SLAPP statute, despite his roles as church pastor, author and radio host.

**Click here to read more.**

*SOURCE: Courthouse News Service*
*William Dotinga*

TOPICS    ABUSE    ALEX GRENIER    BOB GRENIER    CALIFORNIA    CALVARY CHAPEL
CYBER-BULLY HATE CAMPAIGN    DEFAMATION    GAYLE GRENIER    TIM TAYLOR    VISALIA
VISALIA POLICE DEPARTMENT

## Related Stories


125,000 People Forced to Evacuate as Firefighters Battle Wildfires in Southern California


Deion Sanders Sues Former Wife Pilar for Defamation


Terrence Howard's Ex-Wife Sues him for Assault and Defamation


Ex-CEO of American Apparel Sues Company for Defamation

## Inspirations

"Search me, O God, and know my heart: try me, and know my thoughts: And see if there be any wicked way in me, and lead me in the way everlasting." - Psalm 139:23-24

"God proved His love on the Cross. When Christ hung, and bled, and died, it was God saying to the world, 'I love you!'" - Billy Graham

### PRAYER MOTIVATOR

"And this is the confidence that we have in him, that, if we ask any thing according to his will, he heareth us." - 1 John 5:14

"Prayer, for Jesus Christ, formed the brackets in which He accomplished His earthly work. It fortified Him with wisdom and power before action occurred, and it renewed, refreshed, and revived Him when His human strength was exhausted. On the front end He prayed for fruit, in the middle He bore fruit, and afterwards, He thanked God for fruit." - Dan Hayes

### SOUL-WINNING MOTIVATOR

"For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life." - John 3:16

"We Christians are debtors to all men at all times in all places, but we are so smug to the lostness of men. We've been "living in Laodicea", lax, loose, lustful, and lazy. Why is there

The All-
Built-in W
Only $13

amazon kindle
Learn more ▶

BOBBY

A creative collec
essays addressing
pressing issues pl
America's basic
institutions: the |
the church, and t
education system

BUY NOW

▶ TAKE A LOO

• Reagan, Dick M
  Tonight Here

• Two Cards Wh
  Help You Get O

• 65 Year Old Kirs
  5 Weeks

• Blake Shelton F
  Reveals to Fans

• Blake Shelton F
  Dropped All of t

• Kirstie Alley Lo
  Shocks Fans

• Dentists Fumin
  Whitening Trick

• Barbara Walters
  and Never Felt

▶ TRENDING


Kirstie Alley Loses
47lbs - Her 5 Week L
Shocks Fans


2016's Hottest New
Trend: No Exercise,
42lbs Lost In 30 days



amazon.com
Save on Thousands of CDs
▶ Shop now

ONE
CIRQUE DU SOLEIL

TICKETS FROM
$69

MANDALAY BAY    BOOK NOW

this criminal indifference to the lostness of men? Our condemnation is that we know how to live better than we are living." - Leonard Ravenhill



Get Your Christian E-book Published Today!
**Christian E-book Publishers**
offers publishing packages as low as $99. Get published on Amazon Kindle, Barnes & Noble Nook, Apple iBookstore, and more.
**CLICK HERE**

Support BCNN1 While Shopping

amazon
CLICK HERE

A percentage of your purchase will help fund BCNN1.com.

AdChoices
► Lawsuit
► Pastor
► God Judge
AdChoices
► God Judge
► A Christian
► Christian To
AdChoices
► Christian To
► Court Judge
► Pastor Sam



The Power of the Cross: Putting it to Work in Your Life by Tony Evans



Best Friends Forever by Kimberla Lawson Roby



Letters to Young Black Men by Daniel Whyte III



New Skinny Pill Take Country by Storm - Should It Be Banned



The Wait by DeVon Franklin and Meagan Good

YOUR AD COULD BE HERE
Click Here.

Place Your Ad in This Spot for $199/week



Stand Your Ground by Victoria Christopher Murray

## Comments

0 Comments          BCNN1                                    🔒 Login ▾

💚 Recommend          ↱ Share                          Sort by Newest ▾

  Start the discussion...

Be the first to comment.

**ALSO ON BCNN1**                                                          WHAT'S THIS?

**Tony Evans and Kimberla Lawson Roby Top the February 2016 BCNN1/BCBC National …**
1 comment • a month ago
  Troy Johnson — Looks like I'll be here a minute mining for interesting books! Great to see this list!

**Three Black SUNY Albany Students Who Claimed Hate Crime Attack Charged with …**
1 comment • 12 days ago
Ginny — GOOD! They should get some jail time so that they can be held accountable for telling such a terrible lie. This is what I call "The …

**23-year-old Miami Woman Left In A Coma After She Was 'attacked By Roommate She …**
1 comment • 17 days ago
  Jos — niggas gonna nig

**Clinton Surrogate Attacks Sanders On Race; Says he Is Not a 'True Friend' to Blacks**
1 comment • a month ago
zandra wiley — how you know that Bernie sanders is not friends to black people

✉ Subscribe      Add Disqus to your site Add Disqus Add      🔒 Privacy



TICKETS FROM $69          BOOK NOW

EXHIBIT 2
PAGE 56

3/5

3/9/2016    Judge Allows California Pastor Bob Grenier's Defamation Lawsuit Against Stepson to Advance | BCNN1 – Black Christian News Network







All from Earth's biggest selection.



Shop Now



**Married At First Sight: Casting Special**
(161)
$1.99



**Furious Love**
(346)
$21.00 $12.99

SHOP. CONNECT. ENJOY. amazon
All from Earth's biggest selection.

"Pray. Think. Do."
--Daniel Whyte III

**Categories**

Christian

**BCNN1 Network**

BCNN1 Canada

**Ministry Links**

Gospel Light Society

EXHIBIT 2
PAGE 57

4/5

3/9/2016    Judge Allows California Pastor Bob Grenier's Defamation Lawsuit Against Stepson to Advance | BCNN1 – Black Christian News Network

## BCNN1

Home

About Us

Contact

Links

BCNN1 Blogs

The Acts of Obama

### Connect With BCNN1

Follow BCNN1 on Twitter

Join BCNN1 on Google+

Like BCNN1 on Facebook

Visit BCNN1 on Tumblr

Join BCNN1 on Shoutlife

Follow BCNN1 on Pinterest

Get the BCNN1 RSS Feed

Black

National

World

Business

Sports

Technology

Entertainment

Opinion

Finances

Health

God & Sex

Eye on Africa

Second Coming Watch

Books

Politics

Media

Education

Lifestyle

God & Family

God & Food

BCNN1 UK

BCNN1 EU

BCNN1 Asia

BCNN1 Middle East

BCNN2.com

BCNN3.tv

BCNN4Youth.com

BCNN5.com – Africa

BCNN6.com – Caribbean

BCNNRadio7.com

LCNN1.com – Spanish

Urban Christian News

New America Today

Black Christian Nation

Whyte House Report

Vision Christian Newswire

International Christian Herald

Gospel Light Broadcas (GLBN.TV)

Torch Leader

Church Leader Gazette

Second Coming Herald

GoToChurchOnline.TV

Gospel Light World Rad

Evangelio Luz Mundo I

Haitian Christian News

Torch Legacy Publicat

### Business Links

Black Christian Book F

Christian Media Promo

St. Paul Press

Fresh Eyes Proofread

Kings Highway Web De

BCNN1 – Black Christian News Network © 2016

Case 2:11-cv-08083-SJO-FFM   Document 124   Filed 03/14/16   Page 59 of 298   Page ID #:4006

3/2/2016                    Wal-Mart Arrests Employee, Has Husband Deported. Over Chicken Necks

ON **BuzzFeed**

      

News    Videos    Quizzes    Food    DIY    More ˅    Get Our App!

**Watch the Try Guys on the new BuzzFeed VIDEO app.**

Get The App

  

       

Roll These Ti
Cheese Chic
Roll-Ups into
Mouth

# Wal-Mart Arrests Employee, Has Husband Deported. Over Chicken Necks.

**And she lost her job. And her car. And her house. All because of $2.90 in chicken necks which they were accused of shoplifting. Which, by the way, they didn't actually steal. Needless to say, they're suing. (Via The Consumerist)**

posted on Jul. 29, 2011, at 1:15 p.m.



Jed Oliver
COMMUNITY USER

This post was created by a user and has not been vetted or endorsed by BuzzFeed's editorial staff. BuzzFeed Community is a place where anyone can post awesome lists and creations. Learn more or post your buzz!

**BuzzFeedNEWS**

In The News Today

- Aubrey McClendon, a fracking pioneer, has died in a car crash—a day after being charged with oil and gas price-fixing.

- Retired neurosurgeon Ben Carson is effectively ending his campaign for the Republican presidential nomination.

- A 7.8 magnitude earthquake struck off the coast of Indonesia. Tsunami warnings were lifted a few hours after the tremors.

Get The News App





Inside The Obama Administration's Attempt To Bring Tech Companies Into The Fight Against ISIS

by Sheera Frenkel

A newlywed couple in Birmingham, AL had problems with the self-serviIce checkout aisle at WalMart, which refused to ring up their $2.90 packet of chicken necks.

A WalMart employee helped them with the system, they paid and went to leave. Then a security guard confronted them and accused them of stealing the chicken necks, despite their receipt, which showed they had paid.

A manager was summoned, reviewed the receipt and the security footage, then concluded that the couple had done nothing wrong. But the security guard insisted on calling the police, and then WalMart contacted the INS to alert them to the husband's legal trouble (he hadn't yet been naturalized following his wedding to a US citizen), as well as the WalMart where the wife worked in order to get her fired.



Need more BuzzFeed? Sign up for our BuzzFeed Today newsletter!

| Your Email Address | Sign up |

EXHIBIT 2
PAGE 59

3/2/2016

Wal-Mart Arrests Employee, Has Husband Deported. Over Chicken Necks

They're suing.

From Courthouse News:

Plaintiff told these employees to look again as the item was on the bottom of the receipt and therefore accounted for. The security guard started screaming and asked to see the identifications of the plaintiff and her husband.

The security guard screamed at the plaintiff and her husband saying they were going to be deported. The security guard, in overly loud voice, stated plaintiff and her husband were illegal and what were they doing in this country. Plaintiff asked for the assistant manager. The security guard answered by saying plaintiff and her husband were going to jail...

The assistant manager said in presence of plaintiff and her husband; 'I see where she scanned it, I see where it's been rung up.' Plaintiff responded: 'I did scan it, I told you.' Ricky, plaintiff's husband said 'I'll pay for it again if you want me to. The assistant manager then said to the security guard: 'Well what do you want to do?' The security guard said he wanted to put plaintiff and her husband in jail...

When the security guard found that Mary Hill Bonin had worked at another Wal-Mart, he called that store and informed it "that she was being charged with a Theft of Property in the Third Degree," even though the assistant manager already had told him that the chicken bones had been bought and paid for, the Bonins say.

This post was created by a user and has not been vetted or endorsed by BuzzFeed's editorial staff. BuzzFeed Community is a place where anyone can post awesome lists and creations. Learn more or post your buzz!

More ▾



NEXT ON BUZZFEED BUZZ›

**This Bad Lip Reading Of Ted Cruz Is Hilarious**

▾ YOUR REACTION?

| 3 | 2 | 1 | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|
| WTF | FAIL | | OMG | | LOL | WIN | CUTE | YAAASS | EW |

▾ REACT WITH GIF

‹   LOL  WIN  FAIL  COOL ›

## Hot Buzz



**19 Sephora Hacks That'll Save You Hundreds Of Dollars**



**Man Pleads Guilty To Killing Two Virginia College Students**



**What Is Your Oscars® IQ?**

## Now Buzzing



**Here's A Recipe For Three-Cheese Chicken Roll-Ups**



**A Teacher Says She Had To Resign After A Student Stole Nude Photos Of Her**



**These Sorta Personal Questions Will Reveal Your True Self**

More Buzz ›

EXHIBIT 2
PAGE 60

2/5

3/2/2016

Wal-Mart Arrests Employee, Has Husband Deported. Over Chicken Necks



## 12 Ways Kathie Lee And Hoda Get Way More Outta Life

They have more fun before 11 a.m. than most do all day. And now enjoy #MoreTODAY with limited commercial viewing and more content thanks to Blue Cash Everyday Card from American Express.

 PROMOTED BY
NBCU + BuzzFeed Partnership

**MORE BUZZ**



### British Tourists Discover Wal-Mart
Chicken In Front Of Wal-Mart
Two Brits Explore Wal-Mart For The First Time
10 Reasons To Shop At Wal-Mart

Tagged:wal mart lawsuit, wal-mart, wal-mart is evil

## Facebook Conversations



### 11 Meals That Taste Just As Amazing Round Two

 

### 21 Kate Spade-Inspired Desk Accessories That Are Less Than $20

 

### 25 Faces That Are Too Real For Socially Awkward People



### "Finding Dory" Looks Like It's Going To Be Properly Emotional



### Trump On His Trump U Blog: "Outsourcing Jobs... Not Always A Terrible Thing"



### 24 People From The '90s And Early 2000s Your Kids Will Never Know

 

EXHIBIT 2
PAGE 61

3/5

Wal-Mart Arrests Employee, Has Husband Deported. Over Chicken Necks

3/2/2016

**6 Comments**

Sort by   Oldest

Zoe Saldana Wears Blackface And A Fake Nose To Play Nina Simone And People Are Mad



**18 Hilarious Tweets For Anyone Who's Faced The Wrath Of The Chancla**



**Trump Jr. On Dad Degrading Women On Stern: "He's Allowed To Have A Personality"**



**12 Totally Legit Reasons White Russians Are Always In Style**

Add a comment...


**Brendon Lyons** · Consultant at Altran
God Bless America
Like · Reply · 👍 3 · Jul 29, 2011 11:19pm


**Lucy Chu**
A blind & stupid guy like that, I'm amazed he passed his security guard licensing and got a job.
Like · Reply · 👍 1 · Jul 29, 2011 11:42pm

> 
> **Tim Beachamp** · Senior Technician at Walgreens
> You don't need a license to be a guard at walmart you just have to be a high school graduate, my frieend was one for like two weeks.
> Like · Reply · 👍 1 · Jul 31, 2011 5:37pm


**Jerri Blank** · Works at SolutionSet
Well then the security guard should be fired and sued until he is left so desperate and poor that he has to move to Mexico and spray DDT on crops for the rest of his horrid little life.
Like · Reply · 👍 17 · Jul 29, 2011 11:55pm


**Claire Rebecca**
This at the door receipt checking business is BS, they don't know the product codes and act really aggressive. This reason and otherwise rude customer service is why I quit going to wal-mart.
Like · Reply · 👍 5 · Jul 30, 2011 1:03pm

> 
> **Karen Brennick Ayer**
> I'd fire the security guard!!
> Like · Reply · 👍 3 · Jul 30, 2011 1:08pm

> 
> **Laura Lynne**
> Ha. A security guard on a power trip. Imagine that.    You'd think the manager would/could override his dumb ass.. Wth? I've never been in a Walmart in my life, ..and don't plan to.
> Like · Reply · 👍 3 · Jul 30, 2011 1:10pm

> 
> **Lauren Ferrari** · Seattle, Washington
> Wtf!!!!!
> Like · Reply · Jul 30, 2011 1:18pm

> Show 2 more replies in this thread


**Daniel Zaba** · CEO & Founder at ZabaSports
That will teach them for eating chicken necks. That's weird      wouldn't have that problem with fruit rollups Lmfao
Like · Reply · Feb 23, 2012 1:01am

> **Howard Madenberg** · University of Pittsburgh
> If I'm on that jury WalMart will be filing for bankrupsy.
> Like · Reply · 👍 2 · Oct 3, 2012 11:07am

f Facebook Comments Plugin

## Add Your Response

Text | Image | Video

(allowed html tags: <a href=""> <b> <i> <em> <strong>)

**EXHIBIT 2**
**PAGE 62**

Wal-Mart Arrests Employee, Has Husband Deported, Over Chicken Necks

Preview

**Contributions**

Advertise   Jobs   Mobile   Newsletter   🌐 US Edition ⌄

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact

© 2016 BuzzFeed, Inc

EXHIBIT 2
PAGE 63

Ethics Articles on Technology

3/9/2016

# ETHICS ARTICLES

## Ethics Hotliner and Ethics Alerts

- *What Are "Friends" For?*, Ethics Hotliner, December 2011, Wendy L. Patrick
- *Ethics Alert: Internet Scams Targeting Attorneys*, Ethics Hotliner January 2011, COPRAC
- *New Regulations on Electronic Media Advertising*, Ethics Hotliner Spring 1995, Karen A. Betzner

## California Bar Journal (CBJ) and Other State Bar Articles

- *Ethics Opinion: Assess risks before releasing electronic files*, California Bar Journal, August 2015, Amy Yarbrough
- *How to ethically handle confidential information received inadvertently*, California Bar Journal, May 2015, Richard Egger
- *Opinion: Self-promotion in blogging runs fine line of risk*, California Bar Journal, February 2015, Amy Yarbrough
- *Lawyers on the defensive: the ethical considerations of responding to online reviews*, California Bar Journal, November 2014, Drew Dilworth
- *The ethics of attorney blogging*, California Bar Journal, October 2014, Larry Doyle
- *Dishonest clients can mire attorneys in messy bank, Internet scams*, California Bar Journal, February 2014, Amy Yarbrough
- *Foreign Fee Scammer Target U.S. Lawyers*, October 2013, Diane Karpman
- *My connections keep endorsing me.  May I keep them?*, September 2013, Larry Doyle
- *Web offers pearls of wisdom, but also legal tangles*, August 2013, Diane Karpman
- *From the chat room to the courtroom: Social media postings as evidence*, May 2012, Wendy Patrick
- *Mrs. Smith called; she wants her file...*, February 2012, Wendy Patrick
- *Counterfeit check scams continue to target law firms*, January 2012, California Bar Journal
- *State Bar Ethics Opinions on Internet and Technology Use*, The Bottom Line, LPMT, December 2011, Andrew Tuft
- *Ethics Byte: 'Flash sales' for legal services?*, November 2011, Diane Karpman
- *Ethics Byte: Early client education can prevent big problems later*, October 2011, Diane Karpman
- *You saw what? Inadvertent disclosure and the attorney-client privilege*, August 2011, Wendy Patrick
- *Ethics Byte: Internal emails and attorney-client privilege*, July 2011, Diane Karpman
- *Ethics Byte: R u sure u want 2 tweet?*, May 2011, Diane Karpman
- *Beware of Online Scams*, March 2011, California Bar Journal
- *Advertising in the electronic age*, November 2010, Wendy Patrick
- *Why talk when you can text?*, October 2010, Wendy Patrick
- *With "Friends" like these*, June 2010, Wendy Patrick
- *Beware the Latest Internet Scam*, May 2010, California Bar Journal
- *Ethics Byte: Technology offers an E-ticket to a new world of legal practice*, March 2010, Diane Karpman
- *Email Scams Continue to Successfully Target Lawyers*, July 2009, Diane Curtis
- *E-Discovery Pocket Guide*, August 2008, State Bar Litigation Section
- *Embarrassed Lawyers Fall Victim to Internet Scams*, July 2008, Diane Curtis

## Other Articles Not Published by The State Bar of California

- *Citing twin law firm websites (1 real, 1 fake), bar group urges public to beware*, ABA Journal, August 2015, Martha Neil
- *When Social Media Marketing and Ethics Rules Collide*, Recorder, August 2015, Brian Kabateck and Hrag Kouyoumjian
- *Lawyer can't learn identity of anonymous Avvo critic absent defamation evidence, appeals court says*, ABA Journal, July 2015, Debra Cassens Weiss
- *The Top 10 eDiscovery Developments of 2014 in the Mountain West and California*, The National Law Review, February 2015
- *Can Computers Practice Law*, Corporate Counsel, January 2015, Nina Cunningham
- *Lawyer struggle to reconcile new technology with traditional ethics rules*, ABA Journal, November 2014, James Podgers
- *Lawyer Conned by Check Scam du Jour, Bank Says*, Courthouse News Service, October 2014, Jack Bouboushian
- *Basic Measures Law Firms Can Take to Improve Cybersecurity*, Los Angeles Lawyer, October 2014, Steven G. Mehta and Adam Ashby
- *Free Email and Attorney Client-Privilege*, Texas Lawyer, October 2014, Chris Castle
- *NSA surveillance policies raise questions about the viability of the attorney-client privilege*, ABA Journal, September 2014, David L. Hudson Jr.
- *Matchmaking website connects plaintiffs to litigation funding, but is that ethical?*, ABA Journal, September 2014, Ed Finkel
- *You don't need perfect tech know how for ethics' sake--but a reasonable grasp is essential*, ABA Journal, August 2014, James Podgers
- *FYI: Blogs*, American Bar Association Law Practice Division
- *Blog Technology 101*, American Bar Association, Joshua Poje
- *Controversial Currency: Accepting Bitcoin as Payment for Legal Fees*, Orange County Lawyer Magazine, June 2014, Jennifer Bagosy
- *Lawyers can look up jurors on social media but can't connect with them, ABA ethics opinion says*, ABA Journal, April 2014, Terry Carter
- *Lawyers' definitions of virtual practice vary, but not when it comes to finding success*, ABA Journal, April 2014, G.M. Filisko
- *Guidelines Explain How Ethics Rules Apply to Lawyers' Use of Social Media Networks*, Bloomberg BNA, March 2014
- *Social Media Ethics Guidelines*, New York State Bar Association Commercial and Federal Litigation Section, March 2014
- *common.sense (What happens to the old firm's web address and URL?)*, Virginia Lawyers Weekly, February 2014, Paul Fletcher
- *Building Blogs and Law Firm Web Sites Ethically, Effectively*, Washington Lawyer, January 2014, Walter A. Effross
- *Judge removed from divorce case after sending one party a Facebook friend request*, ABA Journal, January 2014, Stephanie Francis Ward
- *Legal Ethics, Social Media, and the Jury*, Orange County Bar Association, November 2013, Carole J. Buckner
- *Federal Court Rules E-Mails Are Personal Data Under California Song-Beverly Act*, Bloomberg BNA, October 2013
- *Lawyer's response to client's bad Avvo review leads to disciplinary complaint*, ABA Journal, September 2013, Debra Cassens Weiss
- *Bank Entitled to Recover Counterfeit Check Amount From Attorney's Client Trust Account*, Lawyers for the Profession, August 2013
- *Bank Entitled to Recover Counterfeit Check Amount From Attorney's Client Trust Account Missouri*, August 2013, Nancy Ripperger
- *Facebook - Friend or Foe? What are the Ethical Risks of Using Facebook in Your Litigation Practice*, Office of Chief Disciplinary Counsel Missouri, August 2013
- *Legal Ethicists are Playing Catch-Up to Create Social Media Guidelines for Lawyers, Judges*, ABA Journal, August 2013, James Podgers

EXHIBIT 2
PAGE 64

Ethics Articles on Technology

3/9/2016

- *Lawyers, but Not Law Firms, May List Their 'Specialties' in Social Media Profile*, Bloomberg BNA, August 2013, Samson Hable
- *Internet Marketing Raises Ethics Issues but Bar Representative See Few Grievances*, Bloomberg BNA, June 2013, Helen W. Gunnarsson
- *Keep Your "Friends" Close and Your Enemies Closer: Walking the Ethical Tightrope in the Use of Social Media*, St. Mary's Law Journal, June 2013, John G. Browning
- *Lawyers May Solicit Clients by Text Messages if Specific Rules on Advertising Are Followed*, ABA/BNA Lawyers' Manual on Professional Conduct, April 2013, Samson Hable
- *Ethical Rules Require Reasonable Care When Using Technology in the Practice of Law*, Los Angeles County Bar Association - County Bar Update, February 2012, Wendy Wen Yun Chang
- *Ethical Rules Require Reasonable Care When Using Technology in the Practice of Law*, Los Angeles County Bar Association - County Bar Update, May 2011, Carole J. Buckner
- *Ethical Informal Discovery of Social Media*, Los Angeles County Bar Association - County Bar Update, April 2011, Clare Pastore
- *E-Mail and Attorney-Client Privilege: Cautionary Tales for Employee and Employer*, Los Angeles County Bar Association - County Bar Update, April 2011, Clare Pastore
- *A Legal Battle: Online Attitude vs. Rules of the Bar*, The New York Times, September 2009, John Schwartz
- *Ethical Challenges in the Use of Electronic List Service Communications*, Los Angeles County Bar Association - County Bar Update, February 2009, Lisa Claire Miller
- *Ethics and Lawyer Blogs*, American Bar Association Law Practice Management Section, July/August 2005, William Hornsby, Jr.

EXHIBIT 2
PAGE 65

3/3/2016  Actor Tom Selleck reaches tentative settlement with water district - CBS News

**Watch Live** Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit /

CBS News | CBS Evening News | CBS This Morning | 48 Hours | 60 Minutes | Sunday Morning | Face The Nation | CBSN     Log In   Search

Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More

Productivity you can **SEE**.
Content you can share. Video
made just for **Bryan Cave**.

Learn More

Productivity you can
**SEE**. Content you can
share. Video made just
for **Bryan Cave**.

Learn More

AP /  *July 8, 2015, 3:47 PM*

# Actor Tom Selleck reaches tentative settlement with water district



Actor Tom Selleck attends the PowerWomen 2013 awards on November 14, 2013 in New York City.  /  **STEPHEN LOVEKIN, GETTY IMAGES**

**129** Comments /  **1.7K** Shares /  Tweet /  Stumble /  Email

*Last Updated Jul 9, 2015 7:55 PM EDT*

**LOS ANGELES** - Actor Tom Selleck has reached a tentative settlement with the water district in Ventura County that accused him of stealing water and bringing it across district boundaries during the California drought, The Los Angeles Times reports.

According to the Times, terms of the settlement are confidential until they are final. Attorneys representing Selleck and the Calleguas Municipal Water District reached the agreement on Thursday, Calleguas resources manager Eric Bergh said.

The Times reports that the settlement will go before the water district board on Wednesday for approval, according to Bergh.

The water district sued Selleck, claiming the star of the crime shows "Magnum, P.I." and "Blue Bloods" stole truckloads of water from a public hydrant and brought it to his ranch in drought-stricken California.

The Calleguas Municipal Water District in Ventura County claimed a tanker truck filled up at a hydrant more than a dozen times and hauled water to a 60-acre ranch owned by Selleck in Westlake Village.

**Most Popular**

01  Mitt Romney: Donald Trump "a phony, a fraud"
125376 *views*

02  Viral sensation "Bernie baby" suddenly dies
82759 *views*

03  Tragic end to domestic dispute for brand new Va. cop
67450 *views*

04  S.C. teacher resigns after nude pictures sent around
65485 *views*

05  Oscars 2016: Highlights and winners
64663 *views*

Watch CBSN Live

Mitt Romney Addresses 2016 Race With Donald Trump

Dramatic Video Shows Burglary Of TX Gun Store

Super Tuesday: Joe Biden Trashes Trump

Donald Trump's Off The Record Meeting With New York Times

EXHIBIT 2
PAGE 66

3/3/2016

Actor Tom Selleck reaches tentative settlement with water district - CBS News



**22 PHOTOS**

**Surprising consequences of the California drought**

The district also said it spent nearly $22,000 to hire a private investigator to document the alleged thefts that date back two years.

Representatives for Selleck did not return phone messages and emails seeking comment Wednesday. The lawsuit also named his wife, Jillie Selleck.

The lawsuit was filed on June 30 after California communities were ordered to cut water use by 25 percent compared with 2013 levels due to the relentless, four-year drought.

The area in Ventura County where Selleck has his land is under mandatory cutbacks as high 36 percent from 2013.

The district claims it sent Selleck cease-and-desist letters aimed at halting the unlawful water deliveries, but the truck was spotted as recently as March filling up at the hydrant on four days and delivering water to the ranch.

**21 PHOTOS**

**What drought? Celebs' lawns, green as ever**

The suit did not specify how much water was taken.

In addition to legal fees and investigative costs, the water district was seeking an injunction barring Selleck and his contractors or employees from taking water from the district.

The suit was originally reported Tuesday by Courthouse News Service.

© 2015 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

**129** Comments  /  **1.7K** Shares  /  Tweet  /  Stumble  /  Email

Balance Transfer Card Can Shave Years Off Americans Debt Load
LendingTree

Cable TV Is Dying. Here's What Comes Next
The Motley Fool

The Beauty Of These Celebrity Daughters Will Drop Your Jaw
Your Daily Dish

Sponsored Links by Taboola

**SHOW 129 COMMENTS +**

Featured in U.S.

**Popular**

2016 Cyber Blowout. MacBook Pros Going for Next to Nothing
QuiBids

This Online Retailer Has Products No

---

U.S. News & World Report With Best Place To Live In America


www.WaterLiberty.com

**Water Secret Takes Fluoride Out**
Free video reveals little secret which takes out fluoride and heavy metals out of your water. Click here to watch this video.

What Does Rental Car Insurance Really Cover?


If you've ever rented a car, you've probably wondered whether it's worth it to purchase the rental car insurance. Put that question to rest.
Sponsored by State Farm



*play* VIDEO
**Mitt Romney vs. Donald Trump**



**18 PHOTOS**
**The way it was: Today in history**

---



THE
ALL NEW **CBS News App**

Get the App

*Fully redesigned. Featuring CBSN, 24/7 live news.*

EXHIBIT 2
PAGE 67

2/4

Actor Tom Selleck reaches tentative settlement with water district - CBS News

3/3/2016

## "I thought they were going to stomp these Klansmen to death"

Video indicates counter-protesters may have started bloody brawl with white supremacists in Calif., although only non-Klansmen were seriously injured



## 3 Fla. middle school girls arrested for poisoning teacher

Police say incident happened after a 12-year-old girl was upset about being disciplined by the teacher; felony charges filed

This Father and Son Took the Same Photo 28 Years in a Row, and the Last One Is Absolutely Amazing

Fla. Mom Kills Kids for "Talking Back," Say Police

"Sons of Anarchy" actor dies, also suspect in murder

Jennifer Lopez throws major shade at Ben Affleck over new back tattoo

Serial Killer's Secret Photos

Promoted Links by Taboola



After Super Tuesday, is the GOP ready for a Donald Trump takeover?
*2444* COMMENTS



Mitt Romney: Donald Trump "a phony, a fraud"
*2166* COMMENTS



How Trump turned controversy into a winning strategy
*1736* COMMENTS



New Jersey Gov. Chris Christie endorses Donald Trump
*1347* COMMENTS

water purifaction, water

water filters water filtration needs

○   ○   ○

New Android App



### CBS News App for Android®

*For your Android phone and tablet, download the FREE redesigned app, featuring CBSN, live 24/7 news.*

Download

water purifaction, water

water filters water filtration needs

○   ○

**CBSNews.com**
Site Map
Help
Contact Us
CBS Bios
Careers
Internships
Development Programs

**CBS Interactive**
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning

**Follow Us**
Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

CBS News Store

EXHIBIT 2
PAGE 69

4/4

**Watch Live** Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit /

CBS News / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN

Log In  Search

Markets | Money | Work | Small Business | Retirement | Tech | Trending | Video

Quote

By JIM EDWARDS / MONEYWATCH / *October 19, 2009, 12:23 PM*

# Bayer's Legal Woes: 125 Suits Over Yaz; FDA Allegedly Not Told of Trasylol Study

Comment / Share / Tweet / Stumble / Email

*Last Updated Oct 19, 2009 12:23 PM EDT*

**Bayer** faces more than 125 lawsuits over its **Yaz** contraceptive and new cases are being filed around the country at a rate of up to up to six a day, according to Courthouse News Service.

 **Yaz** (drospirenone & ethinyl estradiol)

Download Seagraves v. Bayer here.

The cases all claim the same thing: That the new progesterone ingredient that Bayer used for Yaz causes more dangerous blood clots to form than previous formulations. BNET noted in July that **drospirenone** allegedly causes a buildup of potassium that slows down the heart rate, allowing clots to form.

A new White Plains, N.Y., case alleges a slightly more detailed theory of causation involving dehydration:

> Drospirenone blocks the hormone aldosterone, and can cause dehydration from increased potassium secretion and increased absorption sodium and water.
>
> Studies have reported that the resulting electrolyte imbalance can lead to potentially fatal hyperkalemia arrhythmia and deep-vein thrombosis ...

Separately, even though Bayer removed anti-bleeding drug **Trasylol** from the market in 2007, new lawsuits keep arriving. Three were filed in Wisconsin recently. One alleges that Bayer failed to tell the FDA that a 67,000-patient study showed Trasylol increased the risks of renal failure, heart attack and stroke:

> After a 19-member advisory panel studied the matter, it recommended to the FDA that Bayer's warnings on Trasylol did not need to be strengthened, the complaints say.

But just days after the panel's recommendation, a professor at

Market Data

Enter Ticker Symbol or Company Name

*NASDAQ: Mar 03, 2016*



11AM    1PM    3PM

| Symbol | Last | Change | % Change |
|---|---|---|---|
| DOW | 16,943.90 | +44.58 | +0.26% |
| NASDAQ | 4,707.42 | +4.00 | +0.09% |
| S&P 500 | 1,993.40 | +6.95 | +0.35% |



I Hate Social Security
joi in beachgroup.com
Bom before 1969? You can get an extra $4,098 month/y with

Get Driving Directions
mapbeast.com
Enter Address & Location. Driving Directions With MapBeast.

Prof. Liability Insurance
professionalsfindinsurance
All the Information in One Place. Updated one minute ago!

The Dollar Is Collapsing
ozh.dechub.com/Failing_Dollar
There's A Huge Fed Cover Up Here Is What To Do To Save Yourself



Modern Design Up To 70% OFF
Shop Now

TOUCH OF MODERN

8 Factors that Could Help You Save Money on Auto Insurance

Cut your insurance costs without

EXHIBIT 2
PAGE 70

3/3/2016                    Bayer's Legal Woes: 125 Suits Over Yaz; FDA Allegedly Not Told of Trasylol Study - CBS News

Harvard's School of Public Health contacted the FDA about a 67,000 patient study he helped to perform at Bayer's request. The study confirmed that Trasylol increased the risk of renal failure, heart attack and stroke, the plaintiffs claim. In addition, it suggests that patients who receive Trasylol are at an increased risk of death, kidney failure and congestive heart failure.

Bayer knew of the study and its results, but failed to disclose the data to the FDA, according to the complaints.

**Previous items on Bayer and contraception:**
On Yaz, Bayer Believes "a Multiple of a Rare Event Is Still a Rare Event"
BMJ: Ingredient in Bayer's Yaz Causes More Blood Clots Than Rivals
Suits Claim Bayer's Yaz Caused 50 Deaths; Novel Theory of Blood Clot Causation
Bayer's Trasylol Killed Too Many People; Lawsuits Arrive

© 2009 CBS Interactive Inc.. All Rights Reserved.

Comment  /     Share  /     Tweet  /     Stumble  /     Email

Pay Off Credit Card Debt Years Early
LendingTree

33 Unbelievable Transformations - These Celebs Sure Have Aged!
Daily Bananas

Pay Off Your House At A Furious Pace If You've Not Missed A Payment In 6 Months
LowerMyBills

Sponsored Links by Taboola

SHOW COMMENT +

## Featured in Moneywatch



**8 most dangerous places to use your debit card**

Don't put the funds in your bank account at risk -- find out where you shouldn't use your debit card



## Popular

Golfers Over 50 Regaining Their Consistency With This One Weird Tip
Graves Golf

Thinking Of Buying A New Couch? Go To This Site First
Wayfair

Cable TV Is Dying. Here's What Comes Next
The Motley Fool

37 Lost Photos Of History
Dunzo

Fla. Mom Kills Kids for "Talking Back," Say Police


cutting corners. Check out these factors.
Sponsored by State Farm

### Watch CBSN Live


Mitt Romney Addresses 2016 Race With Donald Trump

Dramatic Video Shows Burglary Of TX Gun Store

Super Tuesday: Joe Biden Trashes Trump

Donald Trump's Off The Record Meeting With New York Times

U.S. News & World Report With Best Place To Live In America

### Latest Features


Costco follows Walmart in hiking minimum wage


Spanish princess claims ignorance at tax fraud trial


Apple finds out who its friends are in battle with FBI


CEO gives his $14 million bonus to employees

Is "menstrual leave" the next workplace benefit?

### Market News


THE ALL NEW **CBS News App**

*Fully redesigned. Featuring CBSN, 24/7 live news.*

Get the App

EXHIBIT 2
PAGE 71

3/3/2016                    Bayer's Legal Woes: 125 Suits Over Yaz; FDA Allegedly Not Told of Trasylol Study - CBS News

A group of top savings experts sniff out the best deals at the warehouse club -- and the worst

Affleck over new back tattoo

Serial Killer's Secret Photos

Promoted Links by Taboola

| 9:30 PM | Lawsuit claims Timberwolves' paperless tickets hurt buyers |
| 9:29 PM | No pecking order as Michigan QB competition opens in Florida |
| 9:28 PM | Conor McGregor takes weighty challenge with Diaz at UFC 196 |
| 9:26 PM | Debate night: Insults flying once more despite pledges |
| 9:25 PM | Davis Cup: Isner gives Americans early lead over Australia |
| 9:25 PM | The Latest: Kasich says he's the only 'adult' at GOP debate |
| 9:18 PM | Missy Franklin hopes frustrating year will push her for Rio |
| 9:17 PM | Man pleads not guilty to attacked Sikh bus driver |
| 9:16 PM | Biden defends 1992 call for no late-term court nomination |
| 9:11 PM | Thursday's Sports Scoreboard |

**MORE HEADLINES**

### Moneywatch Spotlight


Best and worst U.S. states for retirement


8 of the world's most luxurious houseboats


When to buy what: A month-by-month guide


5 things to know about a possible "Brexit"


7 money habits that annoy your spouse

### Stock Watchlist

*Mar 03, 2016*

| Enter Ticker Symbol or Company Name | ADD |

| Symbol | Last | Change | % Change |
|---|---|---|---|
| **AAPL** | 101.50 | +0.75 | +0.74% |
| **GE** | 30.22 | +0.04 | +0.13% |
| **KO** | 43.96 | +0.19 | +0.43% |
| **WMT** | 66.14 | -0.07 | -0.11% |
| **XOM** | 82.40 | -0.30 | -0.36% |

VIEW/EDIT YOUR FULL WATCHLIST

3/3/2016                    Bayer's Legal Woes: 125 Suits Over Yaz; FDA Allegedly Not Told of Trasylol Study – CBS News



New Android App



## CBS News App for Android®

*For your Android phone and tablet,
download the FREE redesigned app,
featuring CBSN, live 24/7 news.*

Download

# I Hate Social Security

Born before 1969? You can get an extra $4,098 monthly with this

○  ○

Quotes delayed at least 15 minutes. Market data provided by Interactive Data. Terms & Conditions.
Powered and implemented by Interactive Data Managed Solutions News provided by The Associated Press.
Company fundamental data provided by Zacks.

| CBSNews.com | CBS Interactive | Follow Us |
|---|---|---|
| Site Map | Privacy Policy | Facebook |
| Help | Ad Choice | Twitter |
| Contact Us | Terms of Use | RSS |
| CBS Bios | Mobile User Agreement | Email Newsletters |
| Careers | About CBS | YouTube |
| Internships | Advertise | CBS Radio News |
| Development Programs | Closed Captioning | CBS Local |
| | CBS News Store | |

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

EXHIBIT 2
PAGE 73

4/4

3/3/2016                           Bradley Manning's lawyer gives more details on client's desired gender change - CBS News

**Watch Live**  Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit  /

CBS News  /  CBS Evening News  /  CBS This Morning  /  48 Hours  /  60 Minutes  /  Sunday Morning  /  Face The Nation  /  CBSN          Log in   Search

Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More

Productivity you can **SEE**. Content you can share.          Learn More
Video made just for Bryan Cave.

AP /  *August 27, 2013, 2:53 AM*

# Bradley Manning's lawyer gives more details on client's desired gender change



Bradley Manning is escorted out of a military court facility at Fort Meade, Md., ahead of his sentencing hearing.  /
GETTY IMAGES

*1* Comment /  *2* Shares /   Tweet /   Stumble /   Email

**PROVIDENCE, R.I. |**  Army Pvt. Bradley Manning, who now prefers to be called Chelsea Manning, decided to announce the desire to live as a woman the day after sentencing took place because a military prison said publicly it would not provide hormone treatment, his attorney said Monday.

Attorney David Coombs told The Associated Press that Manning had known for a long time he would make such a statement but, "She wanted, essentially, for the media surrounding the trial to dissipate."

Manning did not want people to think the statement was insincere.



*Play* VIDEO
**Bradley Manning wants to be Chelsea Manning**

"People might think it was an effort to get further attention," said Coombs, who lives in Providence, R.I.

Coombs said he and Manning knew the Army might not provide hormone treatment, but they were hoping the military prison at Fort Leavenworth, Kan., would allow it since Manning had been diagnosed with gender-identity disorder by an Army psychiatrist who testified at his trial.

### Most Popular

01  Mitt Romney: Donald Trump "a phony, a fraud"
    125376 *views*

02  Viral sensation "Bernie baby" suddenly dies
    82759 *views*

03  Tragic end to domestic dispute for brand new Va. cop
    67450 *views*

04  S.C. teacher resigns after nude pictures sent around
    65485 *views*

05  Oscars 2016: Highlights and winners
    64663 *views*

### Watch CBSN Live

Mitt Romney Addresses 2016 Race With Donald Trump

Dramatic Video Shows Burglary Of TX Gun Store

Super Tuesday: Joe Biden Trashes Trump

Donald Trump's Off The Record Meeting With New York Times

EXHIBIT 2
PAGE 74

1/4

3/3/2016      Bradley Manning's lawyer gives more details on client's desired gender change - CBS News

It wasn't until they read a Courthouse News Service story that Manning decided to make the announcement. The story quoted prison spokeswoman Kimberly Lewis saying the prison would not provide hormone therapy. It was published Aug. 20, the day before Manning was sentenced to 35 years in prison for leaking mountains of classified material to the anti-secrecy website WikiLeaks.

"It was Chelsea's intent to do this all along," Coombs said. "It was only after Fort Leavenworth had said that they would not provide any sort of medical treatment that we decided not to wait."

Coombs said he hoped the military prison "will simply do the right thing" so Manning will not have to sue in military or civilian court.

Coombs said at this point, Manning does not want sex-reassignment surgery and expects to be kept with men in prison. The Fort Leavenworth prison is all-male. He said Manning is exploring changing names legally and would request that the military recognize the new name.

Coombs said he had seen online people objecting to taxpayer-funded hormone therapy and said if the Army won't pay for it, Manning will.

Hormone therapy, which typically involves high doses of estrogen to promote breast development and other female characteristics, can help Manning, Coombs said.

"It's just to be comfortable in her own skin," Coombs said.

He described it as similar to ensuring someone with high blood pressure gets medication.

Coombs also said on his blog Monday that Manning chose Elizabeth as his middle name, replacing Edward.

Coombs said Manning knows there is the potential for confusion with the name change, and said Manning expects to be referred to as Bradley when it has to do with events prior to sentencing, the appeal of the court-martial and the request for a presidential pardon. Prison mail must be addressed to Bradley Manning.

"There's a realization that most people know her as Bradley," Coombs said. "Chelsea is a realist and understands."

Manning was demoted from private first class to private at sentencing. Manning will be dishonorably discharged when the soldier finishes the prison sentence. The earliest Manning could be released on parole is 2020.

Coombs also said the Bradley Manning Support Network is changing its name to the Private Manning Support Network. The group has raised more than $1 million and is paying Manning's legal expenses.

© 2013 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

1 Comment /   2 Shares /   Tweet /   Stumble /   Email

**Pay Off Credit Card Debt Years Early**
LendingTree

**Pay Off Your House At A Furious Pace If You've Not Missed A Payment In 6 Months**
LowerMyBills

**Thinking Of Buying A New Couch? Go To This Site First**
Wayfair

Sponsored Links by Taboola

U.S. News & World Report With Best Place To Live In America

**How Much Retirement Money Will You Need to Survive?**

Are you saving for retirement without a clear idea of how much money you'll need to live on? This formula should be part of your saving strategy.
Sponsored by State Farm


play **VIDEO**
**Mitt Romney vs. Donald Trump**


18 **PHOTOS**
**The way it was: Today in history**

**Most Discussed**

Donald Trump declines to condemn KKK leader
2772 COMMENTS

EXHIBIT 2
PAGE 75

2/4

3/3/2016

Bradley Manning's lawyer gives more details on client's desired gender change - CBS News

SHOW 11 COMMENTS +

## Featured in U.S.



### "I thought they were going to stomp these Klansmen to death"

Video indicates counter-protesters may have started bloody brawl with white supremacists in Calif., although only non-Klansmen were seriously injured



## Popular

### Meet the Grammar App That Can Help You Impress Your Boss
Grammarly

### Cable TV Is Dying. Here's What Comes Next
The Motley Fool

### 37 Lost Photos Of History
Dunzo

### Why This Shirt Company Is Causing so Many Guys to Switch
Proper Cloth

### Fla. Mom Kills Kids for "Talking Back," Say Police

"Sons of Anarchy" actor dies, also




### After Super Tuesday, is the GOP ready for a Donald Trump takeover?
2444 COMMENTS


### Mitt Romney: Donald Trump "a phony, a fraud"
2166 COMMENTS


### How Trump turned controversy into a winning strategy
1736 COMMENTS

### New Jersey Gov. Chris Christie endorses Donald Trump
1347 COMMENTS

 ✕ THE ALL NEW **CBS News App**   Get the App

*Fully redesigned. Featuring CBSN, 24/7 live news.*

### 3 Fla. middle school girls arrested for poisoning teacher

Police say incident happened after a 12-year-old girl was upset about being disciplined by the teacher; felony charges filed

Serial Killer's Secret Photos

Promoted Links by Taboola

**New Android App**



### CBS News App for Android®
*For your Android phone and tablet, download the FREE redesigned app, featuring CBSN, live 24/7 news.*

Download



Bunny Lantern

$39.95



**CBSNews.com**
Site Map
Help
Contact Us

**CBS Interactive**
Privacy Policy
Ad Choice
Terms of Use

**Follow Us**
Facebook
Twitter
RSS

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

EXHIBIT 2
PAGE 76

3/4

CBS Bios                 Mobile User Agreement      Email Newsletters
Careers                  About CBS                  YouTube
Internships              Advertise                  CBS Radio News
Development Programs      Closed Captioning          CBS Local
                         CBS News Store

Search...

EXHIBIT 2
PAGE 77

**Watch Live** Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit /

CBS News / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN          Log In     Search

Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More

Productivity you can **SEE**. Content you can share.          Learn More
Video made just for Bryan Cave.

*By* BRIAN MONTOPOLI / CBS NEWS / *January 26, 2011, 3:37 PM*

# Dennis Kucinich Sues Over "Dangerous" Sandwich



Rep. Dennis Kucinich, D-Ohio speaks during a news conference on Capitol Hill in Washington, Wednesday, March 17, 2010, where he announced he will support President Barack Obama's health care overhaul bill. (AP Photo/Harry Hamburg) / AP PHOTO/HARRY HAMBURG

Comment / Share / Tweet / Stumble / Email



Rep. Dennis Kucinich, D-Ohio speaks during a news conference on Capitol Hill in Washington. / AP PHOTO/HARRY HAMBURG

## Updated 3:36 p.m. Eastern Time

Democratic congressman Dennis Kucinich of Ohio - who is, incidentally, a vegan - has sued a Congressional cafeteria for selling him a "dangerous" sandwich back in 2008.

As Gawker and Courthouse News first noted, Kucinich alleges that the sandwich in question - described a "sandwich wrap" - "was unwholesome and unfit for human consumption, in that it was represented to contain pitted olives, yet unknown to plaintiff contained an unpitted olive or olives."

Kucinich's lawyer Andrew Young confirmed the lawsuit to CBS News.

The complaint - which you can read here (PDF) - goes on to say that Kucinich "could not visually detect" the olive pits and thus ended up "consuming said unfit and unwholesome food."

As a result, the complaint continues, he "sustained serious and permanent dental and oral injuries requiring multiple surgical and dental procedures." It says he also sustained other damages, including "significant pain, suffering and loss of

### CAMPAIGN 2016 ⭐

| DEMOCRATIC CANDIDATES | DELEGATES |
|---|---|
| Hillary Clinton | 1,054 |
| Bernie Sanders | 409 |

| REPUBLICAN CANDIDATES | DELEGATES |
|---|---|
| Donald Trump | 324 |
| Ted Cruz | 230 |
| Marco Rubio | 111 |

**FULL RESULTS +**



| Social Security Sucks | Reverse Loan Calculator | High Yield CD Rates | 2016 Grant Applications |
|---|---|---|---|
| pa/mbeach.... Born before 1969? You can get an extra $4,098 monthly with this | reversemortg.... Calculate Your Reverse Mortgage How Much Money Can You Receive? | topmyt... Open A High Yield CD & Earn 2.75% APY Or Lower. FDIC Insured | newsafunding.... New Funding Released All the Time. Deadlines Approaching. Apply Now |

### Most Popular

**01** Mitt Romney: Donald Trump "a phony, a fraud"
125376 *views*

**02** Viral sensation "Bernie baby" suddenly dies
82759 *views*

**03** Tragic end to domestic dispute for brand new Va. cop
67450 *views*

**04** S.C. teacher resigns after nude pictures sent around
65485 *views*

EXHIBIT 2
PAGE 78

3/3/2016   Dennis Kucinich Sues Over "Dangerous" Sandwich - CBS News

enjoyment."

Kucinich is suing the companies responsible for the cafeteria - which is in the Longworth House Office Building - for $150,000. It is not clear why the lawsuit is coming so long after the alleged incident; a spokesman for the former presidential candidate declined to comment to Gawker on what is being called "a private legal matter."

Kucinich, a staunch liberal and 2008 presidential candidate who continues to press for a single-payer health care system and a full withdrawal from Afghanistan, is in danger of losing his seat next year as a result of expected redistricting in the wake of the 2010 census.

© 2011 CBS Interactive Inc. All Rights Reserved.

Comment /   Share /   Tweet /   Stumble /   Email

### Brian Montopoli
**ON TWITTER » ON FACEBOOK » ON GOOGLE+ »**
Brian Montopoli is the national reporter and political analyst for CBSNews.com.

Pay Off Credit Card Debt Years Early
LendingTree

18 Highest Priced Cars Currently For Sale
www.AllLuxuryGuide.com

Pay Off Your House At A Furious Pace If You've Not Missed A Payment In 6 Months
LowerMyBills

Sponsored Links by Taboola

**SHOW COMMENT +**

## Featured in Politics



### Kasich on emotional campaign trail moments with supporters
"I just want to be kind to people," the Ohio governor told CBS News



## Popular

Thinking Of Buying A New Couch? Go To This Site First
Wayfair

Cable TV Is Dying. Here's What Comes Next
The Motley Fool

37 Lost Photos Of History
Dunzo

Why This Shirt Company Is Causing so Many Guys to Switch
Proper Cloth

Fla. Mom Kills Kids for "Talking Back," Say Police

"Sons of Anarchy" actor dies, also suspect in murder

Jennifer Lopez throws major shade at Ben

## 05
Oscars 2016: Highlights and winners
64663 *views*

### Watch CBSN Live

Mitt Romney Addresses 2016 Race With Donald Trump

Dramatic Video Shows Burglary Of TX Gun Store

Super Tuesday: Joe Biden Trashes Trump

Donald Trump's Off The Record Meeting With New York Times

U.S. News & World Report With Best Place To Live In America



### Brilliant Mortgage Payoff Method Has Banks On Edge
Sponsored by Comparisons.org

7 Home-Buying Blunders to Avoid


If you're ready to become a homeowner, watch out for these common first-time-buyer mistakes.
Sponsored by State Farm



*play* **VIDEO**
### Mitt Romney vs. Donald Trump

EXHIBIT 2
PAGE 79

3/3/2016                                    Dennis Kucinich Sues Over "Dangerous" Sandwich - CBS News

## At town hall, Clinton downplays effect of her emails

She was also offered "another shot" at a question about lying

Affleck over new back tattoo

Serial Killer's Secret Photos

Promoted Links by Taboola



18 **PHOTOS**

**The way it was: Today in history**

×

THE
ALL NEW **CBS News App**

*Fully redesigned. Featuring CBSN, 24/7 live news.*

Get the App

 After Super Tuesday, is the GOP ready for a Donald Trump takeover?
*2444* **COMMENTS**

 Mitt Romney: Donald Trump "a phony, a fraud"
*2166* **COMMENTS**

 How Trump turned controversy into a winning strategy
*1736* **COMMENTS**

 New Jersey Gov. Chris Christie endorses Donald Trump
*1347* **COMMENTS**



See your free credit scores in as quick as 2 minutes

695

Credit Ⓞ Karma·   Check My Scores

New Android App

EXHIBIT 2
PAGE 80

3/4

3/3/2016                          Dennis Kucinich Sues Over "Dangerous" Sandwich - CBS News



**CBS News App for Android®**

*For your Android phone and tablet,
download the FREE redesigned app,
featuring CBSN, live 24/7 news.*

Download

## Social Security Sucks

Born before 1969? You can get an extra $4,098 monthly with this

○  ○

**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
Internships
Development Programs

**CBS Interactive**

Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning
CBS News Store

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

3/3/2016                          Rihanna Front and Center in Fake Concert Allegations - CBS News

**Watch Live** Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit /

CBS News / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN          Log In    Search

                    Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More

■Advertisement

By CAROLINE BLACK  /  CBS NEWS  /  September 20, 2010, 5:14 PM

# Rihanna Front and Center in Fake Concert Allegations



attends the exclusive after party for Rihanna's LA show hosted by Asics and Drai's Hollywood at Drai's Hollywood on July 21, 2010 in Hollywood, California. / CHRISTOPHER POLK

Comment / Share / Tweet / Stumble / Email

## Most Popular

**01** Mitt Romney: Donald Trump "a phony, a fraud"
125376 *views*

**02** Viral sensation "Bernie baby" suddenly dies
82759 *views*

**03** Tragic end to domestic dispute for brand new Va. cop
67450 *views*

**04** S.C. teacher resigns after nude pictures sent around
65485 *views*

**05** Oscars 2016: Highlights and winners
64663 *views*

## Watch CBSN Live

Mitt Romney Addresses 2016 Race With Donald Trump

Dramatic Video Shows Burglary Of TX Gun Store

Super Tuesday: Joe Biden Trashes Trump

Donald Trump's Off The Record Meeting With New York Times



Rihanna (Christopher Polk)

**NEW YORK (CBS)** "Good Girl Gone Bad" singer Rihanna is at the center of a concert controversy that allegedly cost a Brazilian promotion company nearly $5 million in fees and lost profits.

According to the lawsuit filed by Unique Sports and Marketing in New York County Supreme Court, the Brazilian company solicited the help of Vegas Style Entertainment in hopes of booking Rihanna for a series of upcoming fall concerts, says The Courthouse News Service.

However, the entertainment agents who claimed to represent the Barbadian singer instead pocketed more than $835,000 in down payments and "booking fees," court documents claim.

The news site says that the fraudulent scheme was exposed after the singer's real agent, Marc Jordan, told a journalist for a Brazilian newspaper that Rihanna had no plans for a fall tour in the South American country.

EXHIBIT 2
PAGE 82

The next day, Unique confirmed its lack of a contract with Rihanna's agent and began looking into the legitimacy of Vegas Style Entertainment and its figureheads who claimed to be well connected and respected in the music industry.

Unique said it soon realized that all of the proceedings were a hoax and demanded its money back, but the Vegas Style Entertainment and its co-conspirators returned only $390,000 and still owe $435,000, says the lawsuit.

Unique Sports and Marketing is demanding a full refund, plus the money it would have made from the concerts, about $4.68 million.

Luckily for Rihanna, The Courthouse News Services says she is not named as a defendant in the suit.

© 2010 CBS Interactive Inc. All Rights Reserved.

Comment / Share / Tweet / Stumble / Email

**Balance Transfer Card Can Shave Years Off Americans Debt Load**
LendingTree

**Cable TV Is Dying. Here's What Comes Next**
The Motley Fool

**37 Lost Photos Of History**
Dunzo

Sponsored Links by Taboola

SHOW COMMENT +

## Featured in Entertainment



**Oscars 2016 highlights**
Memorable moments from Hollywood's biggest night



**Oscars 2016 red carpet**

## Popular

**15 Nerdy Actors Who Turned Out To Be Heartthrobs**
WomensForum

**The Beauty Of These Celebrity Daughters Will Drop Your Jaw**
Your Daily Dish

**The Secret You Need to Know About Ebooks**
BookBub

**Why This Shirt Company Is Causing so Many Guys to Switch**
Proper Cloth

**Fla. Mom Kills Kids for "Talking Back," Say Police**

**"Sons of Anarchy" actor dies, also suspect in murder**

U.S. News & World Report With Best Place To Live In America





AUTO BUY CREDIT   CLICK FOR SPECIALS
**3 LOCATIONS TO SERVE YOU!**
NORTH COUNTY, MIDTOWN, AND SOUTH CITY

What You Need to Know About a Roth IRA


View the FAQs about State Farm® Roth IRAs.
Sponsored by State Farm


*play* VIDEO
**Mitt Romney vs. Donald Trump**


18 PHOTOS
**The way it was: Today in history**

Most Discussed

   Donald Trump declines to


THE ALL NEW **CBS News App**          Get the App
*Fully redesigned. Featuring CBSN, 24/7 live news.*

EXHIBIT 2
PAGE 83

2/4

3/3/2016



After Super Tuesday, is the GOP ready for a Donald Trump takeover?
*2,444* COMMENTS

Promoted Links by Taboola



Mitt Romney: Donald Trump "a phony, a fraud"
*2166* COMMENTS



How Trump turned controversy into a winning strategy
*1736* COMMENTS



New Jersey Gov. Chris Christie endorses Donald Trump
*1347* COMMENTS



**Water Secret Takes Fluoride Out**
Free video reveals little secret which takes out fluoride and heavy metals out of your water. Click here to watch this video.

New Android App



**CBS News App for Android®**
*For your Android phone and tablet, download the FREE redesigned app, featuring CBSN, live 24/7 news.*

Download

## I Hate Social Security

Born before 1969? You can get an extra $4,098 monthly with this
○  ○

**CBSNews.com**
Site Map
Help
Contact Us
CBS Bios
Careers

**CBS Interactive**
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS

**Follow Us**
Facebook
Twitter
RSS
Email Newsletters
YouTube

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

EXHIBIT 2
PAGE 84

3/4

3/3/2016

Rihanna Front and Center in Fake Concert Allegations - CBS News

Internships
Development Programs

Advertise
Closed Captioning
CBS News Store

CBS Radio News
CBS Local

EXHIBIT 2
PAGE 85

4/4

3/3/2016
Suit: Amgen Under-Reported Adverse Events to FDA on All Products - CBS News

**Watch Live** Showdown in Motown: CBSN coverage of tonight's GOP debate in Detroit /

CBS News / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN

Log In  Search

Quote

Markets | Money | Work | Small Business | Retirement | Tech | Trending | Video

## Clinical Research Awards
Research and Development Team of the Year. Submit Your Entry
○ ○

By JIM EDWARDS / MONEYWATCH / October 19, 2009, 8:08 PM

# Suit: Amgen Under-Reported Adverse Events to FDA on All Products

Comment / Share / Tweet / Stumble / Email

*Last Updated Oct 19, 2009 8:08 PM EDT*

**Amgen** under-reported adverse events to the FDA on all its products, according to a lawsuit filed in California.



Download O'Brien v. Amgen here.

**Shawn O'Brien** was a senior project manager responsible for at Amgen until April 2007, when the company identified "product complaints" as "a potential issue for Amgen." O'Brien claims he was then assigned to work on post-marketing product complaints. He didn't like what he found, according to the suit:

> Amgen was not adequately or consistently identifying phone calls or mail related to Post-Marketing adverse Events or Product Complaints.
> It appeared Amgen was under reporting Post-Marketing Adverse Event data to the FDA for every product they were marketing.

The suit alleges the under-reporting is a false claims violation. O'Brien alleges he alerted his bosses and a few weeks later was fired.

*Hat tip to the Courthouse News Service.*

**Related:**
Amgen Accused of Quid Pro Quo in Award From Cancer Foundation It Gave $5,000 to
Amgen, AstraZeneca and Their Lobbyists Were Lead Givers to Baucus' Warchest
Amgen, GSK Lobby on Healthcare as Execs Enjoy Luxury Benefits
Amgen Accused of Falsifying Medical Records, Lying to Patient in Enbrel Trial

© 2009 CBS Interactive Inc.. All Rights Reserved.

Comment / Share / Tweet / Stumble / Email

Market Data

Enter Ticker Symbol or Company Name 🔍

*DOW: Mar 03, 2016*

16,920
16,880
16,840

11AM   1PM   3PM

| Symbol | Last | Change | % Change |
|---|---|---|---|
| DOW | 16,943.90 | +44.58 | +0.26% |
| NASDAQ | 4,707.42 | +4.00 | +0.09% |
| S&P 500 | 1,993.40 | +6.95 | +0.35% |

Productivity you can **SEE.** Content you can share. Video made just for **Bryan Cave.**

Learn More



**WOULD YOU SPEND $99**
Click Here Now to Buy
www.xe1golf.com
**To knock a shot off every hole?**

8 Factors that Could Help You Save Money on Auto Insurance
Cut your insurance costs without

EXHIBIT 2
PAGE 86

3/3/2016                                   Suit: Amgen Under-Reported Adverse Events to FDA on All Products - CBS News

Balance Transfer Card Can Shave Years Off Americans Debt Load

LendingTree

33 Unbelievable Transformations - These Celebs Sure Have Aged!

Daily Bananas

Have a Ridiculously Large Credit Card Balance You Can't Pay Off? Here's a Solution

NextAdvisor

Sponsored Links by Taboola

**SHOW COMMENT +**

 cutting corners. Check out these factors.
Sponsored by State Farm

Watch CBSN Live

 Mitt Romney Addresses 2016 Race With Donald Trump

 Dramatic Video Shows Burglary Of TX Gun Store

 Super Tuesday: Joe Biden Trashes Trump

 Donald Trump's Off The Record Meeting With New York Times

 U.S. News & World Report With Best Place To Live In America

## Featured in Moneywatch



### 8 most dangerous places to use your debit card

Don't put the funds in your bank account at risk -- find out where you shouldn't use your debit card



### 10 best and worst deals at Sam's Club

A group of top savings experts sniff out the best deals at the warehouse club -- and the worst

## Popular

Pay Off Your House At A Furious Pace If You've Not Missed A Payment In 6 Months

Cable TV Is Dying. Here's What Comes Next

The Motley Fool

18 Highest Priced Cars Currently For Sale

www.AllLuxuryGuide.com

37 Lost Photos Of History

Dunzo

Fla. Mom Kills Kids for "Talking Back," Say Police

"Sons of Anarchy" actor dies, also suspect in murder

Jennifer Lopez throws major shade at Ben Affleck over new back tattoo

Serial Killer's Secret Photos

Promoted Links by Taboola

Latest Features

Costco follows Walmart in hiking minimum wage

Spanish princess claims ignorance at tax fraud trial

Apple finds out who its friends are in battle with FBI

CEO gives his $14 million bonus to employees

Is "menstrual leave" the next workplace benefit?

Market News

 THE ALL NEW **CBS News App**
*Fully redesigned. Featuring CBSN, 24/7 live news.*

Get the App

EXHIBIT 2
PAGE 87

3/3/2016

Suit: Amgen Under-Reported Adverse Events to FDA on All Products - CBS News

| | |
|---|---|
| 9:44 PM | Larsson scores go-ahead goal in Sabres' 6-3 win over Flames |
| 9:44 PM | Flames-Sabres Sums |
| 9:39 PM | Crosby, Malkin help Pens frustrate Lundqvist, Rangers |
| 9:38 PM | The Latest: Cruz slams Trump on lacking policy specifics |
| 9:37 PM | Blackhawks-Bruins Sums |
| 9:36 PM | Rangers-Penguins Sums |
| 9:36 PM | Biden defends 1992 call for no late-term court nomination |
| 9:30 PM | Lawsuit claims Timberwolves' paperless tickets hurt buyers |
| 9:29 PM | No pecking order as Michigan QB competition opens in Florida |
| 9:28 PM | Conor McGregor takes weighty challenge with Diaz at UFC 196 |

**MORE HEADLINES**

## Moneywatch Spotlight

 Best and worst U.S. states for retirement

 8 of the world's most luxurious houseboats

 When to buy what: A month-by-month guide

 5 things to know about a possible "Brexit"

 7 money habits that annoy your spouse

## Stock Watchlist

*Mar 03, 2016*

| Enter Ticker Symbol or Company Name | ADD |
|---|---|

| Symbol | Last | Change | % Change |
|---|---|---|---|
| AAPL | 101.50 | +0.75 | +0.74% |
| GE | 30.22 | +0.04 | +0.13% |
| KO | 43.96 | +0.19 | +0.43% |
| WMT | 66.14 | -0.07 | -0.11% |
| XOM | 82.40 | -0.30 | -0.36% |

**VIEW/EDIT YOUR FULL WATCHLIST**

EXHIBIT 2
PAGE 88

3/4

3/3/2016    Suit: Amgen Under-Reported Adverse Events to FDA on All Products - CBS News



To knock a shot off every hole?

New Android App



**CBS News App for Android®**

*For your Android phone and tablet, download the FREE redesigned app, featuring CBSN, live 24/7 news.*

Download

## Pharmacovigilance Experts

Quality Pharmacovigilance Provider Call Ctr, Signal Detection, Reports



Quotes delayed at least 15 minutes. Market data provided by Interactive Data. Terms & Conditions.
Powered and implemented by Interactive Data Managed Solutions News provided by The Associated Press.
Company fundamental data provided by Zacks.

**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
Internships
Development Programs

**CBS Interactive**

Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning
CBS News Store

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

EXHIBIT 2
PAGE 89

Login | Register

Free E-mail Newsletters

Passcode | The Monitor Breakfast

| World | USA | Commentary | Business | Energy / Environment | Technology | Science | Culture | Books | Take Action |



Risk awareness in a volatile world
(By Aberdeen Asset Management)

USA | EDUCATION

# Lesson of L.A. teacher sex-crime case: Heed children who report abuse

Mark Berndt, who taught at a Los Angeles school for more than 30 years, is charged with 23 counts of committing lewd acts on children since 2005. Two former students say they reported him 20 years ago.

By Stacy Teicher Khadaroo, Staff writer | FEBRUARY 2, 2012

| Save for later |




STYLEWE    UP To 50



Damian Dovarganes/AP | View Caption

Shocking charges that surfaced this week against Mark Berndt raise questions about how long teachers may be able get away with sexually abusing their students before the law catches up with them.

Students are often afraid to report incidents of abuse, victim advocates say, and when they do, too often their stories are dismissed or don't lead to officials stopping the educator from abusing again.

"That message can never stop, that children need to be believed," says Terri Miller, president of Stop Educator Sexual Abuse, Misconduct, and Exploitation, based in Las Vegas. School staff sometimes ignore warning

## Monitor's Best: Top

1. Angry? That's not how Donald Trump voters see themselves.


2. Super Tuesday: Trump victory highlights GOP's identity crisis

3. Super Tuesday: What GOP's record turnouts say about unique 2016 race

4. Paul Ryan faces 'impossible conundrum' on Donald Trump

5. COVER STORY  Germany struggles with remnants of the Reich


COULD PASS CITIZE TE

Could you pass a US citizenship test

signs or reports "because they don't want to deal with the ... cloud of shame that hangs over a school when these cases come to light," she says.



 **TEST YOUR KNOWLEDGE Could you pass a US citizenship test? Find out.**

**SUBSCRIBE**

Mr. Berndt taught at Miramonte Elementary School in the Los Angeles Unified School District for more than 30 years. He was suspended and resigned in early 2011 when the county sheriff's department began investigating charges that led recently to his arrest on 23 counts of committing lewd acts on children.

Those charges date back to 2005. But the alleged troubling behavior may have started much earlier, authorities say.



TEST YOUR KNOWLEDGE | Could you pass a US citizenship test? Find out.

In 1994, Berndt was investigated by the sheriff's department, but not prosecuted, for allegedly trying to fondle a 10-year-old girl, the Associated Press reported Thursday afternoon.

Two women also said this week that when they were students of Berndt's in 1990-91, they told a counselor of behavior in the classroom that implied that he was fondling himself, the Los Angeles Times reports. One of the women said the counselor "told us it's not very good to make stories up. She said it was our imagination."



PHOTOS OF THE DAY | Photos of the weekend

The school district is launching its own investigation into how Berndt's alleged behavior could have gone on undetected for years. The case came to light when a photo developer called law enforcement officials in late 2010 about incriminating photos, the LA Times reports.

Berndt is accused of blindfolding and gagging students, and making them play a "game" of tasting strange things, including spoonfuls of a substance that police say was his semen.

Berndt was removed from the classroom as soon as the criminal investigation started. But the school district was asked to hold its own investigation only after the criminal probe was complete.

EXHIBIT 2
PAGE 91

2/6

3/2/2016

In a Feb. 1 letter, L.A. Unified Superintendent John Deasy wrote: "The District takes each and every reported act of criminal and administrative misconduct seriously, and we will continue to aggressively pursue each case ... and initiate the appropriate disciplinary measures."

While abusers often select and "groom" a young target to trust them until they can get him or her in a private setting, there have been cases of abuse in front of other students. A 2004 report for the US Department of Education mentions a case in which a teacher would call boys up to his desk one at a time to discuss homework, and then would fondle them.

"Every child in the room knew what was happening and students talked about it among themselves. The teacher repeated this behavior for 15 years before one student finally reported to an official who would act," says the report, prepared by Charol Shakeshaft, now a professor at Virginia Commonwealth University, in Richmond.

In 2010, a report by the US Government Accountability Office (GAO) detailed cases of abusive educators moving from state to state and committing new offenses – even sometimes after being convicted of sexual abuse. State laws requiring background checks or reporting of sexual misconduct in schools vary widely.

There have been some small signs of progress. A 2011 law in Missouri may be the first to really try to stop the phenomenon. Known as the Amy Hester Student Protection Act, it "requires school districts to report substantiated allegations of sexual misconduct by educators to another school district that seeks a reference for that educator," according to Courthouse News Service.

On the federal level, no laws regulate the employment of sex offenders in schools, the GAO noted.

But Rep. Michael Fitzpatrick (R) of Pennsylvania is trying to change that. In December he introduced the Jeremy Bell Act of 2011 (HR 3766). The bill would bring fines or prison time to a school employer who facilitates a former employee getting a job in another state if he or she has engaged in sexual misconduct with someone under age 18.

The bill would also tie federal funding to requirements that states have laws mandating reporting by school employees of suspected abuse, and give other educators in the state access to such reports. And it would require schools to check employee fingerprints against national databases.

EXHIBIT 2
PAGE 92

3/6

In the late 1990s, Jeremy Bell was sexually assaulted by his school principal and at one point was given a chemical to render him defenseless, which turned out to be lethal. Parents and teachers had reported the principal to the school board, and he had moved across state lines multiple times for jobs.

Under California rules, Berndt will qualify for pension benefits even if he is convicted, Superintendent Deasy noted in his Feb. 1 letter. The California State Teachers' Retirement System did not respond to the Monitor's request for comment.

**FREE Newsletters**
Get the Monitor stories you care
delivered to your inbox.

☐ Daily          ☐ The Week
☐ BizTech        ☐ Change A
☐ Science        ☐ Books
☐ Politics       ☐ Food
☐ Commentary     ☐ C.S.Persp

Your e-mail address

**Woman sexually abused by teacher working to get state laws changed**
WCVB - Boston, MA





### Related Stories

 L.A. school district pays $140 million to settle sex abuse cases against teacher (+video)

- Boy awarded $6.9 million after teacher sexually molested him
- Los Angeles school superintendent Deasy resigns after technology problems

About these ads
Sponsored Content by LockerDome

EXHIBIT 2
PAGE 93

3/2/2016

Lesson of L.A. teacher sex-crime case: Heed children who report abuse - CSMonitor.com

846VotespollTrue or False: Glasses cost TOO MUCH at the eye doctor.
Read more



Frames + Lenses Starting at $24  GlassesUSA.com



LIMITED TIME OFF
15% OFF

MANDALAY BAY   BOOK NO



Our Award-Winning Publ

Subscribe to the Monitor's
weekly review of global ne



Global Galleries



Photos of the day 03/02

Latest News



Mitt Romney to give big speech on 2016
race. Joining #NeverTrump?

Doing Good



Beyond the Autobahn: Germany's
highways

EXHIBIT 2
PAGE 94

5/6



STAY CURRENT. GO FAR.

DISCOVER THE MONITOR DIFFERENCE

ABOUT    |    CONTACT US    |    SUBSCRIBE    |    E-READERS    |    ADVERTISE WITH US    |    CAREERS    |    FIND US ONLINE

CONTENT MAP    |    TEXT    |    CORRECTIONS    |    REPRINTS & PERMISSIONS    |    MULTIMEDIA    |    A CHRISTIAN SCIENCE PERSP

© The Christian Science Monitor. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy.

EXHIBIT 2
PAGE 95

6/6

Kucinich vs. the olive – CNN Political Ticker - CNN.com Blogs

3/2/2016

CNN

2016    Washington    Nation    World    Our Team    CNN.com



CNN's GUT CHECK



White House News



Latest CNN Polls



News from Capitol Hill



Crossfire

EXHIBIT 2
PAGE 96

1/4

3/2/2016

Kucinich vs. the olive – CNN Political Ticker - CNN.com Blogs



January 26th, 2011
02:59 PM ET
Share this on:
Facebook
Twitter
Digg
del.icio.us
reddit
MySpace
StumbleUpon
5 years ago

## Kucinich vs. the olive



Posted by
CNN's Ed Hornick

**Washington (CNN)** –Dennis Kucinich is no fan of pit-filled olives - and now he's doing something about it: Taking one of Congress' cafeterias to court.

In 2008, the Ohio Democrat purchased a sandwich wrap filled with those olives at the cafeteria inside the Longworth Office Building. After biting into the wrap, he cracked a tooth, according to the legal complaint.

Now he has come forward with a $150,000 lawsuit against the cafeteria - run by Restaurant Associates and other groups - for providing "dangerous sandwiches.

According to the complaint, reported by Courthousenews.com, the sandwich wrap was "unwholesome and unfit for human consumption, in that it was represented to contain pitted olives, yet unknown to plaintiff contained an unpitted olive or olives which plaintiff did not reasonably expect to be present in the food prepared for him, and could not visually detect prior to consumption."



The Ridiculist: Kucinich's lawsuit          Your video will play in 15 secs

As a result, Kucinich received "serious and permanent dental and oral injuries requiring multiple surgical and dental procedures, and has sustained other damages as well, including significant pain, suffering and loss of enjoyment."

EXHIBIT 2
PAGE 97

Kucinich vs. the olive – CNN Political Ticker - CNN.com Blogs

3/2/2016

No word yet on what sort of enjoyment was lost.

A Kucinich spokesperson told Gawker that he has "no comment other than to say this is a private legal matter."

Filed under: Congress • Dennis Kucinich

## From Around the Web

- US election set to offer choice between realism, extremism Nikkei Asian Review
- Stock Market Got You Down? Real Estate Investing is Stronger than Ever! RealtyShares
- Donald Trump Isn't Real The New York Times
- "Shark Tank" Star's Brilliant Advice For Mortgage Lendage.com
- You're In For A Big Surprise If You Own A Home (2016) Lendage.com
- Crowdfunding is Changing Real Estate Investing TechCrunch

## More from CNN

- Ashley Olsen death: Family defend slain artist from 'offensive' media coverage
- Berlin Six Day: The biggest thighs in the business
- Pilot diverts flight to kick off rowdy bachelor party
- Magnitude-7.8 earthquake strikes off Indonesia
- Donald Trump is all your fault, John Boehner
- Oscars 2016's lack of Hispanics, Asians shows that Hollywood doesn't get it

Recommended by

soundoff (51 Responses)

*mm*

His tooth was probably fixed by his government paid dental benefits. What a bad example to his constituents.

January 26, 2011 05:00 pm at 5:00 pm |

« Previous 1 2 3
« Back to main
« previous post
next post »

| 2.7K | Tweet | **13** | 0 |

Recommend

Share   G+1

More sharing

## Follow this Blog:

Twitter

## ■ From CNN Politics

White House considering appeals court judge for Supreme Court pick March 2, 2016 09:23 pm
Exit polls: 1 in 5 Republicans recently made up their minds March 2, 2016 09:22 pm
Sanders' campaign slowly rolls out foreign policy advisers March 2, 2016 09:08 pm
Obama, Biden pick Senate primary favorites in Ohio, Florida March 2, 2016 09:08 pm
GOP operatives to pitch Carson on Florida Senate run March 2, 2016 09:08 pm
How much each vote cost March 2, 2016 09:07 pm

## Related Links

CNNPolitics.com
Complete Coverage: 2014 Midterm Elections
Key races to watch in 2014

## Recent Posts

Farewell to the Ticker
GOP challenger Dan Sullivan leads Mark Begich in Alaska Senate race
Will Mitt Romney take the plunge again?
McCain on rise of ISIS: 'We predicted this'
Republicans pick approach to attack Hillary Clinton

EXHIBIT 2
PAGE 98

3/4

3/2/2016

Kucinich vs. the olive – CNN Political Ticker - CNN.com Blogs

## Recent Comments

Tampa Tim on DNC chairwoman: Walker 'has given women the back of his hand'
Rudy NYC on DNC chairwoman: Walker 'has given women the back of his hand'
Rudy NYC on DNC chairwoman: Walker 'has given women the back of his hand'
The "Compassionate" GOP Solution on DNC chairwoman: Walker 'has given women the back of his hand'
rycher on DNC chairwoman: Walker 'has given women the back of his hand'

## Archives

January 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

« Dec        Feb »

B

Sections

2016
Washington
Nation
World
Our Team

Follow us

•
•
•
•

CNN.com
© 2016 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved. Terms of service | Privacy guidelines



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists          Login

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires

      

The decline of America's oil | 'Put this animal behind bars': | Bullied high school student kills himself | How to tell when felines aren't feeling | Middlebury College bans Red Bull and 5 | EXCLUSIVE: 'Kesha is lying to blackmail | Chris endorses

# Three women in Minnesota awarded $130,000 each after suing Saudi prince who refused to have female drivers

⦿Site ○Web   [ Enter your search ]   ■

- Gretchen Cooper, Barbara Herold and Lisa Boutelle, were among 40 drivers hired in 2010 to chauffeur Prince Abdul-Rahman bin Abdul-Aziz, his family and friends
- All three were fired after one day after being told the prince 'wanted no women drivers'
- Saudi Arabia is only Muslim country in the world where women are banned from driving
- Cooper, Herold and Boutelle filed federal lawsuit in 2012 claiming gender discrimination

By SNEJANA FARBEROV FOR DAILYMAIL.COM

PUBLISHED: 12:43 EST, 29 January 2016 | UPDATED: 15:11 EST, 29 January 2016

**30**
shares

**2**
View comments

Three Minnesota women have been awarded $130,000 each in a gender discrimination lawsuit after claiming that a Saudi prince dismissed them from their chauffeur jobs because he did not female drivers.

The plaintiffs, Gretchen Cooper, Barbara Herold and Lisa Boutelle, were among 40 drivers hired in October 2010 to chauffeur Prince Abdul-Rahman bin Abdul-Aziz, his family and friends while the prince was treated at Mayo Clinic in Rochester.

The lawsuit says that the Saudi prince and his large entourage told three limousine companies contracted to provide transportation during his month-long visit that they wanted only male drivers.

 

© Facebook          © AP

Driver bias: Gretchen Cooper (pictured left), and two other female drivers sued Saudi Prince Abdul-Rahman bin Abdul-Aziz (right) in 2012 claiming gender discrimination after they were fired from their chauffeur jobs



NEW UP WOMEN FASHION
FIRST OUTFIT
$25
+FREE SHIPPING

see site for available styles
FABLETICS.COM © 2015

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail

## FEMAIL TODAY



'She had nothing to do with our decision to divorce': Jennifer Garner FINALLY breaks silence on nanny Ben Affleck was accused of romancing

'I STILL don't forgive myself!' Bo Derek, 59, reveals how she feels ashamed at teenage affair with director John Derek that broke up his marriage to Linda Evans



Faye Resnick's tawdry tell-all about her night of lesbian sex with



Dignitary: The prince, seen here in 2009, hired 40 drivers to transport him and his entourage while he was treated at Mayo Clinic in Rochester, Minnesota, in 2010

In 2012, Cooper, Herold and Boutelle filed a lawsuit against the prince and the limo companies alleging discrimination based on gender, and in November 2015 a federal judge ruled in favor of the plaintiffs, according to reporting by the **Minneapolis Star-Tribune**.

The civil complaint states that the owner of three Minnesota limo companies, which were booked to provide transportation for the prince and his posse, hired in all 40 drivers for the duration of the trip, among them only three women.

The plaintiffs' attorney, Jill Gaulding, of the advocacy group Gender Justice, said it later emerged that the only reason her clients were offered the job in the first place was because it was thought to be 'elegant' to have female drivers chauffeur 'ladies and kids' in the prince's train, reported **Courthouse News Service**.

After the three female drivers and their male colleagues picked up the party from the airport and brought them to the hotel, a witness overheard a man tell a representative of the limo company owner that Prince Abdul-Rahman 'wanted no women drivers,' according to the complaint.

When Gretchen Cooper showed up to work at 8am the next day, she was told to remove her belongings from the limo and was promptly replaced by a male chauffeur.

When the woman demanded an explanation, she was told that the prince wanted 'no women drivers.'

**SHARE THIS ARTICLE**



**RELATED ARTICLES**

 Country singer sues her label claiming she was told to 'sex...

'Need me to bail you out a third time?' Saudi prince slams...



© Facebook

Singled out: Cooper (pictured) and the other two female drivers were dismissed after just one day after being told that the prince wanted 'no female drivers'

Boutelle and Herold were also let go that day in a similar manner after being told by their employers that 'their hands were tied' and were urged not to take their termination personally.

Saudi Arabia is the only Muslim country in the world were women are prohibited from driving.

Ms Cooper said in the lawsuit that she was previously assigned to chauffeur a Saudi princess and received $50 a day in tips alone, along with expensive gifts and free meals.

The woman, who was pregnant at the time, said that the six-week job, which consisted of transporting Princess Nura bint Abdallah bin Muhammad Al Saud al-Kabir and her entourage, allowed her to take nearly a year off to care for her baby daughter, reported the **Star Tribune**.

So when she was hired to work for Prince Abdul-Rahman in October 2010, she said she was excited about the prospect of earning enough money to launch her own greeting card business.

Other drivers who were hired the ferry the prince and his party earned $100 a day, plus tips, and some were able to secure future jobs.

On Thursday, Judge Joan Erickson awarded Cooper, Herold and Boutelle $100,000 each for mental anguish and suffering, as well as $30,000 for wage loss.

But the women did not receive any punitive damages because the judge concluded that the plaintiffs failed to prove that the defendants acted 'with deliberate disregard and malice.'

 Nicole Brown Simpson and how she could only be satisfied by black men like OJ and Marcus Allen

 Celebrity cougar couples... If they were the same age: How these leading ladies looked just as glam when they were their partner's age

 Travis Barker claims his ex Shanna Moakler is 'exposing their two children to guns and drugs' as he files for change in custody arrangement

 Successful dropouts: From Steven Spielberg to Oprah, the famous names who went back to school after failing the first time around Sponsored

 EXCLUSIVE: 'Kesha is lying to defraud my son.' Dr. Luke's mom lashes out at protégé who claims producer, 42, drugged and raped her when she was 18

 'A special thanks': Kesha sings her gratitude for supporters in emotional video after cancelling Chicago concert... following devastating legal loss

 PICTURE EXCLUSIVE: Zoe Saldana is covered in green make-up as she films Guardians Of The Galaxy Vol 2: with Chris Pratt Highly-anticipated film

 Orange-haired Paris Jackson, 17, puffs on cigarettes with a gal pal in Sherman Oaks... after revealing she's in AA The privileged heiress turns 18 in April

 Blindspot's Jaimie Alexander makes her first public appearance since calling off engagement to Twilight star Peter Facinelli Newly single star

 FIRST OUTFIT $25 +FREE SHIPPING

 'I'm loving my husband!' Kim dedicates post to Kanye... making it clear she supports his wild tweets as she raves about his 'honesty'

 In a wedding dress! Caitlyn Jenner, 66, models lace gown in clip for season two of I Am Cait... even though she has yet to even start dating as a woman

 Inside Antonio's $3.3million British love nest: Banderas says glass mansion he bought with his new girlfriend 'lights up like a diamond' in the sun

Louis Tomlinson 'reaches temporary custody settlement for access to baby son Freddie' as it's claimed he's fighting Briana Jungwirth over money

EXHIBIT 2
PAGE 101

In March of last year, two of the three limo companies named in the lawsuit reached a settlement with the three plaintiffs.

Read more:
Three Rochester women sue Saudi prince - StarTribune.com
Rochester women awarded $130,000 each after suit vs. Saudi prince - StarTribune.com
Courthouse News Service

Share or comment on this article

**| 30**
shares

Sponsored Links by Taboola



27 Worthless Vehicle These Automakers Will Never Live Down
AmericaLovesHorsepower



20 Awesome (Rare) Jaw Dropping Photos Of Famous Icons
World Lifestyle



15 WORST Things About Being A Curvy Woman
The Health Lane



These Rare Historical Photos Are Pretty Unnerving
Guilty Fix

Shocking Clues Proving That These Celebs Are Illuminati Members
Cyber-Breeze



These 37 Lost Photos Of History Are Pretty Unnerving
Dunzo

MOST WATCHED NEWS VIDEOS



Video suggests SUNY students were the aggressors in attack

Superficial woman exposed as gold digger in amusing prank

Delonte West does an impromptu 'dance' at strip mall in MD

Video suggests SUNY Albany students' attack claims false

Ads

Excel Transportation
Professional Reliable Affordable Private Car - $45 minimum

Want a Lower Loan Rate?
6 Best Banks To Refinance Student Loans in 2016!

Is Gender Bias an Issue
There is no place for gender bias. Its time we eradicate it

MOST READ NEWS



Passengers APPLAUD when

Three women pick up a hitch-hiker

Revealed: 'Bullied' employee had been

'I STILL don't forgive myself' Bo

Robo FINA

💬 **Comments (2)**
Share what you think

| Newest | Oldest | Best rated | Worst rated |

The comments below have been moderated in advance.

 SLENDERBOY, Hampsted, United States, 1 month ago

Why is it illegal to have a preference? These are his own PRIVATE drivers right? I'm not advocating for suppression of equal job opportunities but he's not running a company he's looking for men to drive him around.



Click to rate    185    110



Renee Zellweger and boyfriend Doyle Bramhall II are inseparable as they return to London following romantic getaway



Phil Collins and ex-wife Orianne Cevey spotted together for the first time since revealing their rekindled romance... eight years after $34 million divorce



'Thank you for being by my side!' Gisele Bundchen shares heartwarming snap as she celebrates sixth year anniversary with Tom Brady

The best of exes: Fergie joins Prince Andrew to celebrate his 56th bithday at an A-list haunt before driving off together
British royal family



Eyes up here! Fifth Harmony's Ally Brooke steals the show as she shakes her cleavage in new Work From Home music video
New video released



'It's worth it': Emma Watson gets candid as actress reveals she's subscribed to a sexual pleasure research site
Site educates people on how to be better in bed



So, what is OMGYES? The sexual pleasure website loved by Emma Watson teaches people how to make women orgasm using interactive videos



He's a lucky man! Jenna Dewan shows off her cleavage in revealing dress on date night with husband Channing Tatum in Malibu



Former Curly Sue child star Alisan Porter scores standing ovation from all four Voice coaches at blind audition
Won Star Search at 5



Family matters! Scott Disick calls French Montana a 'brother' as rumors persist he's back on with Kourtney Kardashian
Both dated Kardashians



Weight Watchers shares plunge as the Oprah effect fails - and queen herself loses $24million overnight
Winfrey just took a big loss in the stock market



She's certainly got a flare for style! Karlie Kloss wears sheer top and bell-bottom leather trousers during Milan Fashion Week
Soaking up the fashion

Sex and the City star Kim Cattrall 'shaken' after girl, 16, crashes SUV into the front of her house 'while out joyriding'
The star was at home

Feedback   Like 3.5M   Follow @MailOnline          Friday, Feb 26th 2016 1PM 35°F   4PM 31°F   5-Day Forecast




Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires                Login









The decline of America's oil | 'Put this animal behind bars': | Bullied high school student kills himself | How to tell when felines aren't feeling | Middlebury College bans Red Bull and 5 | EXCLUSIVE: 'Kesha is lying to blackmail | Chris endo

# Traumatized woman sues truck company after finding the FACE of a man who had been run over by one of their vehicles on the floor of a car wash

· **Kim Kriege, 45, from Livingston, Montana, has is suing CRST Expedited**
· **Claims she needed counselling after seeing Elgie Bedford's remains**
· **The 81-year-old was knocked down and killed by David Welk in 2013**
· **He was run over by several other vehicles, one of which picked up some of his remains**
· **Wryan Young, 31, is believed to have dragged his face to the car wash**

Site | Web   Enter your search

By WILLS ROBINSON FOR DAILYMAIL.COM

PUBLISHED: 21:27 EST, 18 January 2016 | UPDATED: 23:26 EST, 18 January 2016

**101** shares          **213** View comments

A veterinarian is suing a truck company after she found the face of a man one of their vehicles had run over on the floor of a car wash.

Kimberly Kriege, 45, from Livingston, Montana, has filed a suit against CRST Expedited, claiming she was severely traumatized and needed counselling after she found the body part in September 2013 after it had been dragged from the scene.

Air Force veteran Elgie Bedford, 81, was the man knocked down and killed by one of the trucks as he made his way from Alaska to Texas to visit his grandchildren.

He is believed to have been hit several times before 31-year-old Wryan Young, who is believed to have also run over him, drove to the Super Car Wash in Livingston in a bid to wash off the portion of his face.



Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail

## FEMAIL TODAY



'She had nothing to do with our decision to divorce': Jennifer Garner FINALLY breaks silence on nanny Ben Affleck was accused of romancing



'I STILL don't forgive myself!' Bo Derek, 59, reveals how she feels ashamed at teenage affair with director John Derek that broke up his marriage to Linda Evans




© clearspacetherapeutics.com   © Family Handout

Kimberly Kriege, 45, from Livingston, Montana, is suing a truck company after she found part of 81-year-old Elgie Bedford's face on the floor of a car wash after one of their drivers ran him over. The veterinarian was left traumatized found the body part in September 2013 after it had been dragged from the scene

Bedford, whose car had gone off the road, was walking along Interstate 90 near Big Timber when he was hit by a CRST truck driven by David Welk.

Welk was found guilty in October 2014 of leaving the scene of an accident in connection with Bedford's death. He later received a six-year deferred prison sentence.

'Welk turned his semi-truck around and drove to the impact location, where he used a flashlight to observe objects lying on the highway,' Kriege says in the complaint seen by the **Courthouse News Service**.

'Welk told his co-worker that he saw clothing and a duffle bag when he actually saw Bedford's body.'

Investigators believe Bedford's body had been struck by multiple vehicles before Montana Highway Patrol officers discovered it at about 7.30 am.

## SHARE THIS ARTICLE

**101** shares

## RELATED ARTICLES


Steven Avery's former fiancée says she believes he killed...


Four Brooklyn men sue after they were kicked off flight...


**EXCLUSIVE: The busy life of Jeffrey Epstein: Group of...**


Parents accused of shaking their baby to death by 'medic who...


Faye Resnick's tawdry tell-all about her night of lesbian sex with Nicole Brown Simpson and how she could only be satisfied by black men like OJ and Marcus Allen


Celebrity cougar couples... if they were the same age: How these leading ladies looked just as glam when they were their partner's age


Travis Barker claims his ex Shanna Moakler is 'exposing their two children to guns and drugs' as he files for change in custody arrangement


Successful dropouts: From Steven Spielberg to Oprah, the famous names who went back to school after failing the first time around
Sponsored


EXCLUSIVE: 'Kesha is lying to blackmail my son.' Dr. Luke's mom lashes out at protégé who claims producer, 42, drugged and raped her when she was 18


'A special thanks': Kesha sings her gratitude for supporters in emotional video after cancelling Chicago concert... following devastating legal loss


PICTURE EXCLUSIVE: Zoe Saldana is covered in green make-up as she films Guardians Of The Galaxy Vol 2 with Chris Pratt
Highly-anticipated film


Orange-haired Paris Jackson, 17, puffs on cigarettes with a gal pal in Sherman Oaks... after revealing she's in AA
The privileged heiress turns 18 in April


Blindspot's Jaimie Alexander makes her first public appearance since calling off engagement to Twilight star Peter Facinelli
Newly single star



+4


'I'm loving my husband': Kim dedicates post to

Bedford, whose car had gone off the road, was walking along Interstate 90 near Big Timber when he was hit by a CRST truck driven by David Welk. Welk was found guilty in October 2014 of leaving the scene of an accident in connection with Bedford's death. He later received a six-year deferred prison sentence

Young, from Oak Harbor, Washington, was charged with leaving the scene of an accident and tampering with evidence.

Her father, Westley Young, 50, who had been traveling with his daughter when she hit Bedford's body, was charged with tampering with evidence.

Prosecutors in Sweet Grass and Park counties dismissed the charges against Wryan Young in late 2014, the **Whidbey News-Times** reported.

During Welk's trial in October 2014, she told the court she believed she had run over a piece of tan cloth.



Bedford is believed to have been hit several times before 31-year-old Wryan Young, who is believed to have run over him, drove to the car wash and left a portion of his face at the Super Car Wash in Livingston (pictured)

Read more:
Courthouse News Service
Montana charges against Oak Harbor woman dropped - Whidbey News-Times



Kanye... making it clear she supports his wild tweets as she raves about his 'honesty'



In a wedding dress! Caitlyn Jenner, 66, models lace gown in clip for season two of I Am Cait... even though she has yet to even start dating as a woman



Inside Antonio's $3.3million British love nest: Banderas says glass mansion he bought with his new girlfriend 'lights up like a diamond' in the sun



Louis Tomlinson 'reaches temporary custody settlement for access to baby son Freddie' as it's claimed he's fighting Briana Jungwirth over money



Renee Zellweger and boyfriend Doyle Bramhall II are inseparable as they return to London following romantic getaway



Phil Collins and ex-wife Orianne Cevey spotted together for the first time since revealing their rekindled romance... eight years after $34 million divorce



'Thank you for being by my side!' Gisele Bundchen shares heartwarming snap as she celebrates seven year anniversary with Tom Brady



Eyes up here! Fifth Harmony's Ally Brooke steals the show as she shakes her cleavage in new Work From Home music video
New video released

The best of exes: Fergie joins Prince Andrew to celebrate his 56th birthday at an A-list haunt before driving off together
British royal family

'It's worth it': Emma Watson gets candid as actress reveals she's subscribed to a sexual pleasure research site
Site educates people on how to be better in bed

Share or comment on this article

**101**

shares

Sponsored Links by Taboola



EXHIBIT 2
PAGE 105

3/3/2016     Billionaire T. Boone Pickens Sues His Son, Alleging 'Cyberbullying' - Forbes

# Forbes

http://onforb.es/15cvwii

## Top Financial Advisors

Your Match In Under 5 Minutes. Only Registered Financial Advisors

○ ○



**Caleb Melby** Forbes Staff

*I read SEC documents like it's my job. Because it's my job.*

LISTS   4/16/2013 @ 7:00AM | 92,301 views

# Billionaire T. Boone Pickens Sues His Son, Alleging 'Cyberbullying'



*Billionaire T. Boone Pickens has sued his son for publishing that he was an abusive father.*



Never Old.
Never New.
Get yours >

foreverspin™

*One of America's richest families has become the subject of a dark tell-all blog written by one of their own. Family members say the blog's allegations of abuse are deceitful libel designed to extort millions from patriarch T. Boone Pickens. Inside the lawsuit:*

In October 2012, Michael Pickens, son of famed corporate raider and oilman T. Boone Pickens, started a blog. He called it "5 Days In Connecticut." The first few posts were personal, but innocent enough, focusing on his recovery from drug addiction. Slowly, though, the blog began to morph into something much uglier; the result, says Michael's family, of a heated Thanksgiving dinner. To date, he has written that his chemical addiction was the result of abuse at the hands of his father; that his sister and brother had stolen money from their mother; that his siblings are also drug addicts; that his father had purposefully sabotaged a son-in-law's business. He began tweeting and emailing links to the blog to his family, their friends and their business acquaintances. Later the tweets reached public officials, business leaders and major news outlets.



Now Boone, along with three of his children, is suing 58-year-old Michael in Dallas County Court, alleging cyberbullying and cyberstalking. The family has leveled five counts against him: invasion of privacy, defamation, libel, harmful access by computer, and extortion.

At stake is Boone and his family's reputation and legacy. Reading court documents from both sides is like staring into parallel universes. In one, Michael is portrayed as a victim of a

EXHIBIT 2
PAGE 106

1/5

Billionaire T. Boone Pickens Sues His Son, Alleging 'Cyberbullying' - Forbes

lifetime of abuse (originally emotional, later he hints at sexual) at the hands of an uncaring father. In the other, he is portrayed as a liar incapable of taking responsibility for his own actions, whose life has fallen apart despite his family's best efforts.

In court documents, Boone and his children Pam, Tom and Elizabeth say that Michael is lying in an effort to extort $20 million from Boone.

Michael makes a different claim: "[My siblings] are being paid monthly to cosign Boone's bullshit."

It is true that at least one could probably use the money. His sister, for instance, has filed for bankruptcy before.

But FORBES' reporting dug up a few problems with Michael's story. Even Michael's 31-year-old son Michael Jr. (who is not involved in the case), wrote to warn me that his father's blog was "highly erroneous."

"I love my father dearly, and I know he loves me," Michael Jr. said in a phone call. "But this blog stuff is out of control, it's not accurate in the least."

Michael Jr. further corroborated claims that his father attempted to extort Boone and said that his father's allegations that Pam, Tom and Elizabeth were on the dole were "not true."

The suit, which FORBES obtained, also had some details on Boone's reaction. "I am suffering physical manifestations of [...] distress, including elevated blood pressure, which is very unusual for me," the 85-year-old stated in written testimony. "I am deeply embarrassed by Mike's statements and actions." The family has asked for economic damages "at the maximum rate allowed by law." But Michael told FORBES that he's broke already.

"The family has heart-felt concerns about Mike's ongoing mental and physical health," writes Jay Rosser, a VP at BP Capital, Boone's energy investment firm, in a prepared statement. "These concerns are based on his well-documented legal and addiction issues as well as his employment history. Those concerns have increased in recent weeks based on consultations with mental health and addiction recovery specialists."

" @learntoparent courthousenews.com/2013/04/08/564...
interesting stuff on Boone Pickens parenting "skills"

— michael pickens (@mikepickens) April 9, 2013

Boone and members of his family who are plaintiffs in the case declined to be interviewed for this story.

This case aside, there is still more trouble and sorrow for the Pickens family. One plaintiff in the case, Tom Boone Pickens III (Michael's younger brother), stands accused by a former CFO of funneling millions out of the failing company he runs, Astrotech, "the sole provider of habitable modules and logistics facilities" for US space endeavors. In January, Tom's son, Ty

EXHIBIT 2
PAGE 107

Pickens IV, passed away at the age of 21 while attending Texas Christian University. Police announced shortly thereafter that they were investigating a possible drug overdose. In March, another student was accused of removing heroin, drug paraphernalia, syringes and marijuana from the apartment where Ty was found unconscious.

***

This is not the first time Michael has been accused of misconduct. In 2007, he was sentenced to five years probation after pushing penny stocks in 2004. Prosecutors said he sent hundreds of thousands of hoax faxes meant for a fictitious "Dr. Mitchel" to investors around the United States. The SEC said he made more than $300,000 selling holdings in three stocks as their value soared on massive volume. He puts the figure at $386,000. "I got like $90,000 out of it," Michael says, "the rest went to the people I was paying to fax, and the guy off shore was taking a cut of it too."

Boone paid the restitution Michael owed, some $1.2 million, and also paid for him to go into drug rehabilitation at Alina Lodge, an institution that Michael regards very highly in his blog. "Because of Mike's courageous efforts in treatment and because I wanted to clear our family's name by making the victims whole, I have made full restitution on behalf of Mike," Boone said at the time. "I am thankful that it has forced Mike to truly confront his demons for the first time in his life." Court documents submitted by the family's attorney describe Boone's role following the scandal as "herculean."

Discussions with Michael Hornstein and Don Yurga, executive director and business manager of the treatment center, Alina Lodge, largely back Boone.

"Every penny of Michael's treatment was paid for by Boone," says Hornstein. "He was a very active participant in his son's treatment and rehabilitation."

Hornstein and Yurga say that Boone was so pleased with Michael's recovery at Alina that he hosted a dinner in Dallas for Alina where Michael was the featured speaker. Yurga describes Boone as a "doting father."

Michael was so taken with Alina after his stay that Yurga hired him as a marketer for the program. But, Yurga says, Michael missed appointments and generally did not participate in his role. They eventually had to let him go.

### In Pictures: Billionaire Family Feuds

Billionaire Family Feuds

Then there is the issue of a mysterious Twitter account that has been created in Yurga's name, which tweets only about the Pickens' family feud. "I didn't know I had a Twitter account," Yurga said. He suspects Michael created it.

Michael tells me he moved back to Dallas in November 2008 after ending his stay at Alina in March of that year. At the time, things looked bright, says his younger stepsister Elizabeth in written testimony. "I recall a conversation with my Dad when

EXHIBIT 2
PAGE 108

Mike got home from Alina, where the tone in my Dad's voice was positively effusive. He said, 'Lizzie, you are really going to enjoy being with him!'" Boone and Michael spent time together and traveled together, Elizabeth writes. Excerpts from cards and letters with dates from summer 2008 through early 2010, submitted to court by the family, suggest that their relationship was positive. Some excerpts: "Thank you for being a good father all of my life," "I love you very much Dad" and "I am so grateful to you for all your support, help, encouragement, perseverance, love & friendship."

Michael now disputes this rosy characterization. "I lived a mile from his house and a mile from his office," he tells me. "He's never been in my home and I've been here for almost five years." They saw each other, Michael says, but only on his father's turf. He further claims that Boone was never interested in talking about what Michael was interested in talking about – namely, Michael.

His older sister Pam, a plaintiff in the case and a senior VP at Morgan Stanley, states in written testimony that she sent a mass email from her Morgan Stanley account and neglected to BCC the recipients. The email discussed her mother's recent case of pneumonia and encouraged the recipients to make sure that their ailing relatives had long term care insurance. Among the recipients was Michael's wife. Five days later, a Robert Barris, who was not among the recipients, replied to all the recipients of the original email, plus the California Securities Exchange Commission and Morgan Stanley's COO and CEO. The reply lambasted Pam for using "your mother's woes to 'drum up business.'"

Pam alleges that Michael was using a pseudonym to embarrass her, saying she recognized his grammar and "malicious and manipulative style of personal attack."

Given that, it isn't too surprising that when a suit against Michael, then a John Doe, was first filed on February 14 in Dallas County Court, it was Pam's initials that appeared on the petition. The next day, an amended petition was filed, this time Tom, Elizabeth and Boone's initials appeared next to Pam's. On February 27, the family filed for an emergency order to seal documents submitted to the court. Obviously, that request was never approved.

A temporary injunction was signed by attorneys for both parties on March 1, pending a trial now set for September 9 of this year. As per that agreement, the blog pieces that most offend the family have been taken down.

On March 11, the family's attorney (their second in the case), Leland de la Garza, sent a letter to Michael's attorney Collin Porterfield (who appears as an empathetic commenter on Michael's blog) alleging that Porterfield had attempted extortion. According to de la Garza, Porterfield called John McShane, Boone's divorce attorney and close confidant (Boone has been divorced four times), and threatened to file counterclaims against Boone. In that same conversation he then offered to *not* file those claims (and for Michael to forgo a stream of media opportunities) in exchange for $20 million, de la Garza alleged. In a later court filing, De la Garza further

EXHIBIT 2
PAGE 109

Billionaire T. Boone Pickens Sues His Son, Alleging 'Cyberbullying' - Forbes

alleged that the $20 million figure was arrived at by Porterfield, who allegedly assumed Michael's damages to be $17 million and the worth of a book and some interviews, including one with Dr. Phil, to be $3 million.

Boone will not pay "one penny" in response to the alleged extortion demands, wrote de la Garza, but would pay for Michael to return to Alina. Porterfield responded the following day, saying the accusation was "plain silly" and "baseless and inflammatory."

Absent from all of this is Deborah Stovall née Pickens, Boone's eldest child. Deborah is a counselor specializing in families with problems relating to depression, codependency, divorce, sexual and physical abuse, and feelings of "not wanting to live." Calls made and messages left for Deborah at her office were not returned.

**FORBES continues to follow this story.**

Follow **Caleb on Twitter.**

RECOMMENDED BY FORBES

When T. Boone Pickens Told Big Oil To 'Take This Job And Shove It'

Why In-N-Out Heiress Lynsi Torres Isn't A Billionaire Yet

Billionaire Family Feuds: The High Stakes Of Dysfunction And Dissent

Bigots, Bodies, And Briefcases Of Cash: Billionaire Scandals Of 2012

Top College In Every State

Immunity For Bryan Pagliano Will Help End The Hillary Clinton Email Inquiry

The Richest Person In Every State

This article is available online at: http://onforb.es/15cvwii

2016 Forbes.com LLC™   All Rights Reserved

EXHIBIT 2
PAGE 110

# Forbes

http://onforb.es/12uUFBA





**Scott Gottlieb** Contributor
*I analyze policy, regulation and public health.*
Opinions expressed by Forbes Contributors are their own.

PHARMA & HEALTHCARE  5/15/2013 @ 11:28AM | 47,098 views

# Suit Alleges IRS Improperly Seized 60 Million Personal Medical Records

The Internal Revenue Service is facing a class action lawsuit alleging that more than 60 million personal medical records were improperly seized by agents from the embattled agency.



According to a story by Courthousenews.com, an unnamed healthcare provider in California is suing the IRS and 15 unnamed agents, alleging that they improperly seized some 60 million medical records of 10 million Americans, including medical records of all California state judges on March 11, 2011.

According to the complaint, the IRS agents had a search warrant for financial data pertaining to a former employee of the "John Doe Company," however, "it did not authorize any seizure of any healthcare or medical record of any persons, least of all third parties completely unrelated to the matter."

The medical records included information on psychological counseling, gynecological counseling, sexual and drug treatment, and other sensitive medical treatment data, the suit alleges. A copy of the legal complaint can be purchased here for $35.



"This is an action involving the corruption and abuse of power by several Internal Revenue Service agents," the complaint reads.

"No search warrant authorized the seizure of these records; no subpoena authorized the seizure of these records; none of the 10,000,000 Americans were under any kind of known

criminal or civil investigation and their medical records had no relevance whatsoever to the IRS search. IT personnel at the scene, a HIPAA facility warning on the building and the IT portion of the searched premises, and the company executives each warned the IRS agents of these privileged records," it continued.

The claim asserts that the IRS agents' seizure of medical records violated the 4th Amendment.

"These medical records contained intimate and private information of more than 10,000,000 Americans, information that by its nature includes information about treatment for any kind of medical concern, including psychological counseling, gynecological counseling, sexual or drug treatment, and a wide range of medical matters covering the most intimate and private of concerns," the complaint states.

"Despite knowing that these medical records were not within the scope of the warrant, defendants threatened to 'rip' the servers containing the medical data out of the building if IT personnel would not voluntarily hand them over," the complaint reads.

"Moreover, even though defendants knew that the records they were seizing were not included within the scope of the search warrant, the defendants nonetheless searched and seized the records without making any attempt to segregate the files from those that could possibly be related to the search warrant. In fact, no effort was made at all to even try maintaining the illusion of legitimacy and legality."

The IRS has not returned requests for comment.

Follow Dr. Scott Gottlieb on Twitter @ScottGottliebMD

**RECOMMENDED BY FORBES**

The IRS Is Accessing Your Health Records. You Trust Them?

To Sign Up For Obamacare, Start Filling Out The Forms Now (And Hire A Good...

Top College In Every State

Immunity For Bryan Pagliano Will Help End The Hillary Clinton Email Inquiry

EXHIBIT 2
PAGE 112

Suit Alleges IRS Improperly Seized 60 Million Personal Medical Records - Forbes

This article is available online at: http://onforb.es/12uUFBA

2016 Forbes.com LLC™   All Rights Reserved

EXHIBIT 2
PAGE 113

3/3

3/2/2016

Student Turned Over To Police For Doodling 'Hangman'



⬜ Print   ⬛ Close

# Student Turned Over To Police For Doodling 'Hangman'

Published May 17, 2014

**Courthouse News**

A junior high school suspended a student and turned him over to police because of a "doodle" he drew showing a person being hanged, his father claims in court.

Robert Bernard Keller sued the Beaverton Police Department and Beaverton School District in Federal Court. Beaverton is a suburb of Portland.

Keller, suing for himself and his son, B.R.K., claims that on May 2, 2013, his 13-year-old son "was interviewed at his school, Raleigh Hills, K-8, by officers of the Beaverton Police Department regarding an alleged threat of harm based on a doodle that was drawn during class.

read more at courthousenews.com→

⬜ Print   ⬛ Close

**URL:**http://www.foxnews.com/2014/05/17/student-turned-over-police-doodling-hangman

EXHIBIT 2
PAGE 114

1/1

Tom Selleck stealing water for Calif. avocado ranch? | Fox News

⌐ Print ▮ Close



# Tom Selleck stealing water for Calif. avocado ranch?

Published July 09, 2015 | FoxNews.com

Those must have been some thirsty avocados.

A water district has sued Tom Selleck, claiming the star of the crime shows "Magnum, P.I." and "Blue Bloods" stole truckloads of water from a public hydrant and brought it to his 60-acre avocado ranch in drought-stricken California.

The Calleguas Municipal Water District in Ventura County claims a tanker truck filled up at a hydrant more than a dozen times and hauled water to a 60-acre ranch owned by Selleck in Westlake Village.

The district also says it spent nearly $22,000 to hire a private investigator to document the alleged thefts that date back two years.

The Los Angeles Times says Selleck grows avocados at the ranch.

Reps for Selleck did not return AP's phone messages and emails seeking comment Wednesday. The lawsuit also names his wife, Jillie Selleck.

The lawsuit was filed on June 30 after California communities were ordered to cut water use by 25 percent compared with 2013 levels due to the state's four-year drought.

The area in Ventura County where Selleck has his land is under mandatory cutbacks as high 36 percent from 2013.

The district claims it sent Selleck cease-and-desist letters ordering him to halt the unlawful water deliveries, but the truck was spotted on four separate days this past March filling up at the hydrant and delivering water to the ranch.

The suit does not specify how much water was taken.

In addition to legal fees and investigative costs, the water district is seeking an injunction barring Selleck and his contractors or employees from taking water from the district.

The suit was originally reported Tuesday by Courthouse News Service.

*The AP contributed to this report.*

**Four4Four: See which celebs are STILL on Cosby's side**

⌐ Print ▮ Close

URL
http://www.foxnews.com/entertainment/2015/07/09/tom-selleck-stealing-water-for-calif-ranch/

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. ©2016 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.

EXHIBIT 2
PAGE 115

1/1



The best brains in concussion treatment and research.

**UTSouthwestern**
O'Donnell Brain Institute

Home
News
Experts
People
Stats
Features
Events
About Us

# Dallas Health Insurance Chief Sentenced to 5 Years in Prison

*04/10/2014* | *by Matt Goodman* | ➕ Share Post

Federal prosecutors this week sentenced a Dallas insurance head to five years in prison for orchestrating a $10 million Ponzi scheme.

Duncan MacDonald III, 50, has been awaiting his sentence since pleading guilty last July to the felony charge of conspiracy to commit wire fraud. He also faces a fine of up to $250,000, but a judge will determine exact restitution later. The Courthouse News Service first reported the sentence.

From 2006 until 2012, MacDonald was president and director of the Dallas-based Global Corporate Alliance, a holding company that had offices in Euless and Addison. GCA managed the North American Consumer Alliance, a nonprofit member association that created and packaged insured healthcare programs and policies for corporations and other organizations.

GCA then sold these policies throughout the country. It also maintained what it called a conservative management fee and collected "overages" in excess of said fee. In 2008, MacDonald came up with the "Overage Program," wherein he sold interests in the overages to investors who would get paid a percentage for each enrollee.

He hired Gloria Ann Solomon, 71, to head this program. She also pled guilty to the same charge last July. Together, the feds say the two "significantly inflated" enrollment numbers to attract investors. At one point, the two coerced one victim into paying in $2 million. They then used that money to pay existing investors who were growing concerned about why they weren't being paid for these supposed policies.

And that was about all they paid their investors. According to the complaint, the two pulled in $10 million yet the investors only got $2 million. When they complained about not receiving timely payments, Solomon apologized and promised delayed payments would come. They didn't.

The Overage Program never made any money. To illustrate just how bloated enrollment figures were, the feds say GCA sold fewer than 50 insurance policies.

"MacDonald admits that he significantly inflated the current and projected enrollment figures by the thousands in an attempt to sell the Overage Program to investors," according to a Department of Justice release issued last July. "He and Solomon knew that the figures were false and that the sales agent would relay the figures to investors he was soliciting."

One person claiming to be an investor detailed the experience on the website The Ripoff Report. He said he invested $200,000 and received $7,000 back.

"How does one run a business as supposedly as large as GCA/NACA with no money to pay for their overhead? My guess," the post reads, "is that Duncan and Gloria are living on the cash from the various investors who used their life savings to make this investment in order to better provide for their families and needs for the future."

The case was part of an aggressive national effort to curb financial crimes throughout the country. In 2009, President Barack Obama established a Financial Fraud Enforcement Task Force that pulls in resources from more than 20 federal agencies and 94 U.S. Attorneys' Offices. Figures from the DOJ show it's filed nearly 10,000 fraud cases similar to this one.

As for the Global Corporate Alliance, its official online presence is scrubbed outside of this LinkedIn account.

Posted in News.
Get D Healthcare updates delivered weekly to your inbox. *

[ Submit ]

Next Post → ← Previous Post

**FOLLOW US**

RSS

Twitter

**INDUSTRIES**

Behavioral Health

Biotech

Business Process

EXHIBIT 2
PAGE 116

Outsourcing

Conversation With

Education

Finance

Government/Law

Home & Garden

Hospitals

Insurance/Benefits

Life Science

Long-term Care

Medical Devices

Medical Services

Nonprofits

Nursing

Pharmaceuticals

Physicians

Research

Sports Medicine

Staffing

Technology

Wellness

**FREE *D* HEALTHCARE NEWSLETTER**

Stay up to speed on healthcare news and insights.

[ Submit ]

Internet Explorer cannot display the

What you can try:

- It appears you are connected t
- Retype the address.
- Go back to the previous page.

Most likely causes

THIS IS AN ADVERTISEMENT

HEALTH LAW IS
OUR BUSINESS.
OUR EXPERIENCE
CAN GUIDE THE WAY.

HALL
RENDER

**FILTER POSTS**

Choose an Industry ▾

Choose a County ▾

**SEARCH DIRECTORIES**

Find a Doctor, Hospital, or Dentist

| Keyword: | Directory: | Filters: |
| --- | --- | --- |
| | Doctors ▾ | |

Want to upgrade your listing? Click Here

**STATS**

PERCENT OF PATIENTS SURVEYED



Graphic: Patient Recommendation Rates At BUMC,

EXHIBIT 2
PAGE 117

# Presby, Parkland

OUR PARTNERS

- Dallas-Fort Worth Business Group on Health
- Dallas-Fort Worth Hospital Council
- Dallas Regional Chamber
- The Health Industry Council

**SEE ALL PARTNERS »**

٠ to site »

# D HEALTHCARE *Daily*

ADVISORY BOARD

**Erol Akdamar**
President and CEO, HCA North Texas
**Joel Allison**
President and CEO, Baylor Scott & White Health
**Barclay Berdan**
CEO, Texas Health Resources
**Lola Chriss**
Worldwide Occupational Health Manager, Texas Instruments
**Tyler Cooper, M.D.**
CEO, Cooper Aerobics Enterprises
**Christopher Durovich**
CEO, Children's Health System of Texas
**Robert Earley**
President and CEO, JPS Health Network
**Cathy Eddy**
President, Health Plan Alliance
**Cyndie Ewert**
Director of Benefits, Energy Future Holdings
**Trevor Fetter**
CEO, Tenet Health Care Corp.
**Jonathan Henderson**
Partner, Polsinelli Shughart

**Ralph Holmes**
President, Aetna Health Inc. of Texas
**Ken Malcolmson**
West Region CEO, Humana Inc.
**Stephen L. Mansfield**
President and CEO, Methodist Health System
**Daniel K. Podolsky, M.D.**
President, UT Southwestern Medical Center
**Dan McCoy, M.D.**
Vice President and Chief Medical Officer, Blue Cross and Blue Shield of Texas
**Bruce Sammis**
CEO, Lockton Dunning Benefits
**Scott Seale**
Vice President of Benefits, Neiman Marcus
**Jim Walton, M.D.**
President, Dallas County Medical Society
**Hubert Zajicek, M.D.**
CEO & Co-Founder, Health Wildcatters

Home
News
Experts
People
Stats
Events
Innovation
About D Healthcare Daily
Advertise

EXHIBIT 2
PAGE 118

2/26/2016

Former CEO sues for costs related to Paxton indictment - Houston Chronicle

http://www.chron.com/news/politics/ken-paxton/article/servergy-ceo-money-lawsuit-ken-paxton-securities-6672777.php

# Former CEO sues for costs related to Paxton indictment

Lauren McGaughy   Published 10:10 am, Thursday, December 3, 2015



**IMAGE 1 OF 16**

Texas Attorney General Ken Paxton, right, talks with one of his attorney during a pre-trial motion hearin at the Collin County Courthouse on Tuesday, Dec. 1, 2015, in McKinney, Texas. Paxton is accused of ... more



Michael Jackson's ONE
CIRQUE DU SOLEIL
TICKETS FROM $69
MANDALAY BAY
BOOK NOW

AUSTIN - The former CEO of the technology startup named in Ken Paxton's indictments is suing the company he founded for costs associated with the attorney general's criminal investigation and **ongoing legal battle**.

William Mapp III, the founder and ex CEO of McKinney tech firm Servergy

2/26/2016

Inc., says he "incurred and continue: to incur attorney's fees and expenses and may in the future incur other liabilities" from "grand jury proceedings and criminal indictment of Texas Attorney General Ke Paxton," according to the **Courthouse News Service**.

Mapp also claims to have shouldered costs associated with a U.S. Securities and Exchange **investigation** into whether the company defrauded investors when he wa: CEO. Mapp is asking for a total of $148,925 from Servergy for expenses already incurred, and those he anticipates "over the next three months," CNS reports.

The suit was filed Dec. 1 in Clark County, Nevada. While Servergy is a Texas-based firm, it is incorporated under Nevada law. Neither Mapp's attorney nor representatives for new Servergy CEO Lance Smith immediately returned requests for comment.

The SEC began investigating Servergy in 2013, and after the company failed to produce information demanded in multiple subpoenas, it sued in December 2014 to compel the production of records in a probe of "possible misstatements and omissions related to Servergy's purported business relationships and technology."

At the same time, a group of investors, including House State Affairs Committee Chairman Byron Cook, R-Corsicana, also sued the company for access to Servergy': books and records. Both suits ultimately were dropped after the necessary documents were produced.

Mapp provided testimony to both the SEC and the Texas Rangers regarding Paxton' involvement with the company.

In July, **Paxton was indicted** for allegedly convincing Cook and Florida businessmar Joel Hochberg to invest in Servergy without disclosing he was being paid by the company. Mapp, in a brief filed in September, said Paxton initially was offered $100,000 in stock for bringing in new investors.

When Paxton refused, Mapp allegedly gave him the stock "in exchange for Paxton being a political adviser to the company and for providing information about upcoming opportunities for Servergy to market their servers to government data

EXHIBIT 2
PAGE 120

centers."

Paxton's case is ongoing. On Tuesday, his attorneys **argued for the first time** in cour why the presiding judge should throw out **his three felony indictments**. Two of these indictments, first-degree felonies, are related to Servergy, and the last, a third-degre felony, stems from allegations he brought in clients to a friend's investment firm without being properly registered with the state.

© 2016 Hearst Communications, Inc.

**H E A R S T**

EXHIBIT 2
PAGE 121

3/3

2/26/2016                    Human Rights Watch Calls For U.S. Torture Prosecutions

# HUFFPOST POLITICS

IMPORTANT INFO

# Human Rights Watch Calls For U.S. Torture Prosecutions

"Very real danger" that Obama's successor will try to reinstate torture if this administration does not act.

🕒 12/01/2015 06:53 pm ET

f    🐦    𝓅    ✉    💬

ADAM KLASFELD
Courthouse News Service



All you need for        MAKE AN APPOINTMENT
complicated taxes

Find a Tax Advisor

🔍 City, State, Zip Code

Share    f    🐦    𝓅    ✉    💬

‹  ›    **1. Block Advisors**
        1700 South Hanley Road
Learn more at Block Advisors

Approaching the one-year anniversary of the partial release of the Senate "torture report," a human rights group told the government and its foreign allies they must



H

On Aug. 1 last year, President Barack Obama acknowledged for the first time that the United States "tortured some folks" in a statement paving the way for the release of a U.S. Senate report documenting those abuses.

The Senate Select Committee on Intelligence unveiled a heavily-redacted, 499-

EXHIBIT 2
PAGE 122

1/6

2/26/2016                                       Human Rights Watch Calls For U.S. Torture Prosecutions

page summary of a much larger report on Dec. 9 last year.

The full report, totaling upwards of 6,700 pages, remains classified, and various lawsuits to disclose further details about the CIA's now-shuttered Rendition, Detention and Interrogation, or RDI, program continue to spiral through U.S. courts.

"While the program officially ended in 2009, the cover-up of these crimes appears to be ongoing," the New York-based Human Rights Watch said in a 159-page report it released on Tuesday.

The report rejects the Obama administration's posture that, on the question of torture, the United States should "look forward as opposed to looking backwards," a statement made by then-President-elect Obama in January 2009.

Since ratifying the Convention Against Torture in 1994, the United States has the legal obligation to criminally investigate such crimes.

The U.S. Justice Department has refused to investigate the architects of the CIA torture program, but it tapped Assistant U.S. Attorney John Durham to look into whether any agents broke the law by overstepping the agency's interrogation guidelines.

Durham shuttered the investigation without pressing charges on Aug. 30, 2012, insisting that the department lacked evidence to prosecute.

Human Rights Watch, however, remains unconvinced because Durham never questioned any detainees over the course of his probe.

"The apparent failure of the investigation to question current or former detainees undercuts any claims that it was thorough or credible," according to the group's report.

The report calls for Obama to probe his predecessor George W. Bush and Bush's senior officials, including Dick Cheney, ex-CIA Director George Tenet, former Attorney Generals John Ashcroft and Alberto Gonzales, former National Security Advisor Condoleezza Rice, and several others.

The voluminous study considers - and rejects - the possible legal defenses Bush, Cheney and others might invoke at a trial under U.S. and international law.

## FOLLOW HUFFPOST



| HuffPost | Like | 6M |
| Politics | Like | 1.5M |

## HUFFPOST NEWSLETTERS

Get top stories and blog posts emailed to me each day. Newsletters may offer personalized content or advertisements. Learn More.

address@email.com    Subscribe!

## SUGGESTED FOR YOU

?

- 1. Nick Cannon Says He Knew Nothing About Lupus Before His Diagnosis



3 days ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) caught on camera

- 2. Sen. Coons: GOP Obstructionism Hits 'New Low' With Fight Over SCOTUS Pick



EXHIBIT 2
PAGE 123

2/6

2/26/2016                              Human Rights Watch Calls For U.S. Torture Prosecutions

US: Still Time to Investigate Bush Era Torture   



2 days ago live.huffingtonpost.com
HuffingtonPost.com (AOL) 2016
election
- 3. Why Graham Nash Looks Back On
  Life Without Thinking About Mortality



a day ago live.huffingtonpost.com The
Huffington Post HuffingtonPost.com
(AOL) graham nash
- 4. Eye-Opening Social Experiment
  Sheds Spotlight On Horrors Of Child
  Marriage

Human Rights Watch says there is a "very real danger" that Obama's successor will
try to reinstate torture if his administration does not establish a penalty for it.

"Several 2016 presidential candidates have defended the 'enhanced interrogation
techniques' and said or implied that they would use them again," the report states.
"U.S. presidential candidate Jeb Bush, when asked whether he would contemplate
using 'enhanced interrogation techniques' if he were elected, did not rule out the
possibility and also said that waterboarding was not torture."



3 hours ago huffingtonpost.com The
Huffington Post HuffingtonPost.com
(AOL) Ron Dicker Ron Dicker child
marriage
- 5. The Jokes Comedian Robert Smigel
  Won't Make Anymore

Republican frontrunner Donald Trump also told his throngs of supporters that "you
bet your ass" he would bring back waterboarding, even if Senate investigators
found it is cruel and ineffective.

"Even if it doesn't work, they deserve it anyway," Trump said, referring to detainees
who have not been charged with a crime.



a week ago live.huffingtonpost.com
The Huffington Post
HuffingtonPost.com (AOL) comedy
- 6. Jennifer Lawrence Calls Out The
  Most Damaging Myth About Feminism

Human Rights Watch's executive director Kenneth Roth warned that the failure of
the United States to act "undermines respect for the rule of law the world over."

"Government officials who went shopping for and helped to craft legal opinions
justifying the unjustifiable shouldn't be able to rely on those opinions to shield
themselves from liability," he said in a statement.



49 minutes ago huffingtonpost.com
The Huffington Post
NationalJournal.com Emily Peck Emily
Peck feminism
- 7. The Surprising Reason You're Not
  Losing Weight



EXHIBIT 2
PAGE 124

Human Rights Watch Calls For U.S. Torture Prosecutions

4 hours ago huffingtonpost.com The Huffington Post AOL.com Kate

## Torture instruments the CIA used at "black sites," as drawn by a former detainee.


Narrow windowless box where he said he was held naked for 36 hours.


Wooden board to which he was strapped and on which his interrogators put him when he underwent waterboarding.


Interrogators would threaten to lock him in a small wooden box; and once did lock him in such a box.

HUMAN RIGHTS WATCH

Laura Pitter, senior national security counsel at Human Rights Watch, told Courthouse News that the group gave its report to the Obama administration last week but the government has not yet responded to the group.

"Unless it's made clear that these actions were actually criminal, there's a real danger that they could be resurrected again," she said.

Pitter said that, for example, "rectal feedings without medical necessity is a criminal act," referring to one of the most shocking findings of the Senate report.

Ned Price, spokesman for the White House's National Security Council, said that the Obama administration supported declassification of the torture findings.

"As we have said repeatedly, the president supported the declassification of the summary, findings, and conclusions of the Senate's RDI report, with appropriate redactions for national security, in part to ensure these practices were never employed again," Price said in a statement.

The Human Rights Watch report includes recommendations to all foreign governments to prosecute torture under the international legal principle of "universal jurisdiction" and issues specific guidance of how France, Germany, Italy, Lithuania, Macedonia, Poland, Romania, Portugal, Spain and the United Kingdom can do so for their participation in the CIA rendition program.

The American Bar Association also urged Attorney General Loretta Lynch to pursue torture investigations in a June 23 letter.

This story was originally published by Courthouse News Service.

*Related stories:*

- Meet The Only Person Being Punished After The Senate Torture Report
- Former CIA Detainees Are Suing The Psychologists Who Developed The Torture Program

EXHIBIT 2
PAGE 125

4/6

2/26/2016                         Human Rights Watch Calls For U.S. Torture Prosecutions

**- U.S. Government Starting To Allow CIA Torture Victims To Discuss Their Own Memories**

*Also on HuffPost:*

 **Scenes From Capitol Hill**

MORE: Senate Torture Report, Human Rights Watch, Torture, Torture Prosecutions

# FOLLOW POLITICS                    Suggest a correction

f  🐦  GET THE NEWSLETTER   [ address@email.com ]   Subscribe!

## YOU MAY LIKE                         Sponsored Links by Taboola

**How To Pay Off Your House At A Furious Pace**
LowerMyBills

**Why You Should Be Getting Your Wine Online**
The Huffington Post | Tasting Room

**Brilliantly Simple Way To Pay Off Your Credit Cards**
LendingTree

**Ever Looked Yourself Up? This 'Deep' Search Is Addictive**
Instant Checkmate Subscription

**8 Poisonous Foods We Commonly Eat**
DailyHeathRemedies.com

**The Insane Military Issued Flashlight Finally Available To Public**
Brightest Tactical Flashlight

Powered by ZergNet

FROM OUR PARTNERS

2/26/2016                          Human Rights Watch Calls For U.S. Torture Prosecutions

  

**10 Reasons Marco Rubio Will Win the GOP Nomination**

**15 Quirks of U.S. Presidents You Didn't Learn in School**

**Trump's Most Uncomfortable Interview Moment Yet**

# CONVERSATIONS

**0 Comments**                                Sort by [ Oldest ]

Add a comment...

f  Facebook Comments Plugin

Advertise  |  User Agreement  |  Privacy  |  Comment Policy  |  About Us  |  About Our Ads  |  Contact Us  |  FAQ  |

Copyright © 2016 TheHuffingtonPost.com, Inc. | "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.

Part of HuffPost on HPMG News

2/26/2016                          Kansas To Shun Refugees From Every Country In The World

# HUFFPOST POLITICS

Like ⟨ 6M ⟩     Follow

Edition: US ▾

FRONT PAGE   POLITICS   ENTERTAINMENT   WHAT'S WORKING   HEALTHY LIVING   WORLDPOST   HIGHLINE   HUFFPOST LIVE   ALL SECTIONS

# Kansas To Shun Refugees From Every Country In The World

Nativism in America reaching new heights.

🕐 01/14/2016 11:56 pm ET

f   🐦   📌   ✉   💬

Deb Hipp
Courthouse News

## FOLLOW HUFFPOST



f   🐦   ▶   📱
▼

HuffPost          Like ⟨ 6M ⟩

Politics          Like ⟨ 1.5M ⟩

### HUFFPOST NEWSLETTERS

Get top stories and blog posts emailed to me each day.
Newsletters may offer personalized content or
advertisements. Learn More.

address@email.com      Subscribe!

## SUGGESTED FOR YOU

?

- 1. Sen. Coons: GOP Obstructionism
  Hits 'New Low' With Fight Over
  SCOTUS Pick

TOPEKA, Kan. (CN) - Kansas Gov. Sam Brownback issued an executive order expanding his ban on state assistance to Syrian refugees in Kansas to refugees from every country in the world.

Brownback on Friday issued Executive Order No. 16-01, which broadened his November executive order, No. 15-07, concerning resettlement of refugees in Kansas.

The Republican governor signed the first order after the Paris terrorist attacks, joining 30 other governors in demanding that Syrian refugees be banned from

http://www.huffingtonpost.com/entry/kansas-refugees_us_569801e1e4b0ce496423c741

EXHIBIT 2
PAGE 128                1/5



2/26/2016

Kansas To Shun Refugees From Every Country In The World

resettling in their states. Brownback and Georgia Gov. Nathan Deal, so far, are the only governors who issued executive orders to try to block resettlement of Syrian refugees in their states.

The bans are probably unenforceable, as states have no power to make immigration law, and people with refugee status are legal U.S. residents, and so cannot be prohibited from moving from one state to another.

Brownback worked around that by ordering the state not to spend any money on refugees in Kansas, or to "aid, cooperate with, or assist [refugees] in any way."

Brownback and the other governors - 30 of them Republicans - claim that the Refugee Act of 1980 requires immigration officials to consult with governors and the several states, and that the immigration service has not done so.

Brownback's Executive Order 16-01, "Protecting Kansas from Terrorism," states that "no department, commission, board or agency of the government of the State of Kansas shall aid, cooperate with, or assist in any way the relocation of refugees that present a safety and security risk to the State of Kansas, until such time as an adequate vetting process is in place with adequate assurances to the state."

It attempts to block relocation to Kansas of refugees from "anywhere in the world" who present a "safety and security risk." It also states that Kansas "should and will remain welcoming to refugees as to which we can be assured there is no risk to the safety and security of our citizens."

"It is my responsibility as governor of this great state to do what we can to protect the citizens of Kansas and I will act to maintain the security of our state," Brownback said in a statement.



ASSOCIATED PRESS

http://www.huffingtonpost.com/entry/kansas-refugees_us_569801e1e4b0ce496423c741



2 days ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) 2016 election
- 2. Why Graham Nash Looks Back On Life Without Thinking About Mortality



a day ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) graham nash
- 3. Nick Cannon Says He Knew Nothing About Lupus Before His Diagnosis



3 days ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) caught on camera
- 4. These Before-And-After Photos Encapsulate Everything We Love About Mindy Kaling



2 days ago huffingtonpost.com The Huffington Post AOL Forex Cole Delbyck Cole Delbyck before and after
- 5. The Jokes Comedian Robert Smigel Won't Make Anymore



a week ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) comedy
- 6. Family Of 6 Found Dead From Apparent Carbon Monoxide Poisoning



EXHIBIT 2
PAGE 129

2/5

2/26/2016                                    Kansas To Shun Refugees From Every Country In The World

Gov. Sam Brownback speaks during an December 2015 interview at his Statehouse office in Topeka, Kansas.

4 days ago huffingtonpost.com The Huffington Post AOL Forex Nina Golgowski Nina Golgowski CO poisoning
- 7. Megyn Kelly Praises 'Very Brave' Tim Allen For Coming 'Out Of The Closet'



Brownback said his second executive order stemmed from federal indictments against two suspected terrorists last week.

A Houston grand jury on Jan. 6 indicted Omar Faraj Saeed al Hardan, 24, a Palestinian national born in Iraq and living in Texas, on charges of attempting to provide material support to a designated foreign terrorist organization, unlawful procurement of citizenship or naturalization and making false statement or representation to an agency of the United States. That indictment was unsealed on Jan. 7.

4 days ago huffingtonpost.com The Huffington Post TheHollywoodReporter.com Dominique Mosbergen Dominique Mosbergen elections 2016
- 8. This Is What Life With Sexsomnia Is Like (And Why It Can Be Dangerous)



Al Hardan entered the United States as a refugee in 2009 and was granted permanent residence in 2011. The indictment accuses him of lying on his 2014 naturalization application by stating that he was not associated with any terrorist organization, though he was associated with ISIL, the Islamic State of Iraq and the Levant, throughout 2014.

Al Hardan also was involved with Al-Nusrah Front, an alias of Al-Qa'ida, during 2013 and 2014, according to the indictment.

a day ago huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) The Huffington Post News Team The Huffington Post News Team sexsomnia
- 9. Donald Trump Loses Long-Held the Polls



The other man, Aws Mohammed Younis Al-Jayab, 23, a Sacramento resident born in Iraq, came to the United States as a refugee from Syria in 2012. He is charged with providing false statements and representations by lying to agents at the U.S. Citizenship and Immigration Services about travel to Syria and his association with Al-Nusra Front.

Brownback cited the arrests to say the vetting system for refugees is not working.

"This is evidence that the Obama administration is disregarding the safety of our citizens through a refugee vetting system that is clearly inadequate," he said.

The executive order includes but is not limited to the Kansas Refugee Program, the Refugee Resettlement Program, the Refugee Social Service Program administered by the Kansas Department for Children and Families, and the Kansas Refugee Preventive Health Program administered by the Kansas Department of Health and Environment.

It also bars the funding or administrating of any grant program under the authority of the state.

State Rep. Jim Ward, D-Wichita, blasted Brownback's order.

"I don't take seriously the governor's claim about protecting Kansans by denying access (to refugees) when he is a leader in a party that refuses to address giving terrorists guns," Ward told the Topeka Capitol Journal, alluding to people on the no-fly list being legally allowed to purchase weapons.

The Topeka Capitol Journal cited statistics from the Department for Children and Families estimating that 411 refugees from various countries, not including Syria,

http://www.huffingtonpost.com/entry/kansas-refugees_us_569801e1e4b0ce496423c741

EXHIBIT 2
PAGE 130

3/5

were expected in the Kansas City metro area this year, roughly 276 in Wichita and approximately 90 in southwest Kansas.

Lt. Governor Jeff Colyer, who visited the Syria-Jordan border in November with Republican presidential candidate Ben Carson, supported Friday's executive order.

"We must consider whether refugees fleeing the persecution of their home country may be better served by resettlement in a friendly nation closer to their homes," Colyer said in a statement. He called on U.S. allies to "step up to stem the tide of this humanitarian crisis."

"America will continue to be a country that defends the oppressed, and Kansas will continue to be welcoming to refugees when we can be assured there is no risk to the safety and security of our citizens."

*This story was originally published by* <u>*Courthouse News*</u>.

**Also on HuffPost:**

 **Syrian Refugees Welcomed To U.S.**

MORE: Refugees,  Syrian Refugees,  Kansas Refugees,  Sam Brownback

## FOLLOW POLITICS                              Suggest a correction

f   🐦   GET THE NEWSLETTER   | address@email.com |     Subscribe!

### YOU MAY LIKE                                Sponsored Links by Taboola

Why You Should Be Getting Your Wine Online
The Huffington Post | Tasting Room

Brilliantly Simple Way To Pay Off Your Credit Cards
LendingTree

Ever Looked Yourself Up? This 'Deep' Search Is Addictive
Instant Checkmate Subscription

EXHIBIT 2
PAGE 131

2/26/2016                                    Kansas To Shun Refugees From Every Country In The World

**The Fastest Way To Consolidate $10,000 In Credit Card Debt**
NerdWallet

**3 Billionaires Say: Something Big Coming Soon In U.S.A**
Stansberry Research

**Why This Shirt Company Is Causing so Many Guys to Switch**
Proper Cloth

Powered by ZergNet

FROM OUR PARTNERS



**The Future Under President Trump & His First 100 Days**



**Who Could Be Vice President?**



**6 Facts You Might Have Missed About Donald Trump**

# CONVERSATIONS

1 Comment                                    Sort by [ Top ]

    Add a comment...

  **Juan Morales** · Works at Self-Employed
Just how the rabid GOP wants the rest of America to look like. Trump's voters wants America to be great again.....Only a country of WHITES!
Like · Reply · Jan 21, 2016 7:10am

 Facebook Comments Plugin

Advertise  |  User Agreement  |  Privacy  |  Comment Policy  |  About Us  |  About Our Ads  |  Contact Us  |  FAQ  |

Copyright © 2016 TheHuffingtonPost.com, Inc. | "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.

Part of HuffPost on HPMG News

# HUFFPOST POLITICS

# The Seal Of Whitesboro, NY, Depicts A White Man Strangling A Native American

Residents vote Monday on whether to change it. C'mon people.

🕐 01/08/2016 06:13 pm ET

| 159 | f | 🐦 | 📌 | ✉ | 💬 |

NICK DIVITO
Courthouse News



WHITESBORO, NY

Upstate New Yorkers will hit the polls Monday to vote on whether to change an off-putting village seal that depicts a white settler strangling a Native American.

Whitesboro officials kicked off the New Year by sending out postcards to the village's 3,000 residents, alerting them of the vote.

"There's been this nationwide controversy" over the logo, and "it was time to put it to the residents," Whitesboro Village clerk Dana Nimey-Olney said in a phone



YOU HAVE THE RIGHT
to free, unbiased financial information.
THE CFPB CAN HELP ▶

cfpb  Consumer Financial Protection Bureau

## FOLLOW HUFFPOST

f  🐦  ▶  📱
▾

HuffPost

Politics

## HUFFPOST NEWSLETTERS

Get top stories and blog posts emailed to me each day. Newsletters may offer personalized content or advertisements. Learn More.

EXHIBIT 2
PAGE 133

2/26/2016    The Seal Of Whitesboro, NY, Depicts A White Man Strangling A Native American

interview on Friday.

"There's no better way to be a democracy than that," she said.

Surrounded by the town's name, the round logo at the heart of the controversy shows two men grappling against a grassy horizon. The man with the upper hand, so to speak, has chalk-white skin and flowing hair. His mouth is clenched in determination, and he is wearing tan garments.

The dark-skinned man in his grasp is not wearing a shirt but has a feather in his close-cropped hair. His mouth is open in anguish, and he seems ready to collapse.

Nimey-Olney noted that the seal has changed over the years so that the settler's hands are on the Indian's shoulders and not his neck.

"But for some reason people still want to say it looks like the Native American is being choked even though the hands are on the shoulders not the neck," Nimey-Olney said.

Whitesboro is a village within Whitestown, and its residents fit the name. City-data.com says 94.3 percent of the village's 3,735 residents in 2013 were "white alone," with just five Native American residents.

The Oneida County community took its name not from the color of residents, though, but from Hugh White, an early European settler who sat down a permanent site in 1784.

Voters will have eight to 10 options to choose from if they decide to change the seal. One of those options depicts the Erie Canal, which plays a big factor in the village's history.

Hard to say how the vote will go, but Nimey-Olney said village residents seem to stand behind the image.

"I've gotten a few phone calls from residents who say they don't want it to change," she said.

The issue became fodder on Twitter on Friday. "Yes, that's a good idea," wrote one user. "No it isn't. It's a friendly image, not a violent one," wrote another.

*This story was originally published by Courthouse News.*

**Also on HuffPost:**

address@email.com      Subscribe!

# SUGGESTED FOR YOU

?

- 1. Why Graham Nash Looks Back On Life Without Thinking About Mortality



a day ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) graham nash

- 2. Sen. Coons: GOP Obstructionism Hits 'New Low' With Fight Over SCOTUS Pick



2 days ago live.huffingtonpost.com HuffingtonPost.com (AOL) 2016 election

- 3. Michael Hayden: Congress 'Didn't Step Up' And Act On Syria



3 days ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) congress

EXHIBIT 2
PAGE 134

2/26/2016                                    The Seal Of Whitesboro, NY, Depicts A White Man Strangling A Native American

 Racist Remarks Made By Politici...

- 4. **Michael Hayden Explains How The NSA Handles Your Metadata**



3 days ago live.huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) metadata

- 5. **12 Things Happy Couples Do Every Single Day**



MORE: Whitesboro Seal, Whitesboro Logo, Whitesboro NY, Native American Mascots, Racism

47 minutes ago huffingtonpost.com The Huffington Post Huffington Post International Kelsey Borresen Kelsey Borresen relationship habits

## FOLLOW POLITICS

Suggest a correction

- 6. **Demystifying The EU In The Arctic**



f   🐦   GET THE NEWSLETTER   | address@email.com |   Subscribe!

51 minutes ago huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) Jesselyn Cook Jesselyn Cook Arctic Deeply

### YOU MAY LIKE

Sponsored Links by Taboola

- 7. **It's Time We Listen When Women Say Their Boyfriends Are Dangerous**

**Why You Should Be Getting Your Wine Online**
The Huffington Post | Tasting Room



**The Insane Military Issued Flashlight Finally Available To Public**
Brightest Tactical Flashlight

53 minutes ago huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) Melissa Jeltsen Melissa Jeltsen domestic violence

**Brilliantly Simple Way To Pay Off Your Credit Cards**
LendingTree

**Ever Looked Yourself Up? This 'Deep' Search Is Addictive**
Instant Checkmate Subscription

**3 Billionaires Say: Something Big Coming Soon In U.S.A**
Stansberry Research

**Why This Shirt Company Is Causing so Many Guys to Switch**
Proper Cloth

FROM OUR PARTNERS                          Powered by ZergNet







**Justice Scalia Knew A Secret About George W. Bush**

**NASA's New Space Shuttle Is A Work Of Futuristic Art**

**Russian TV Trashed Michelle Obama**

## CONVERSATIONS

2/26/2016

The Seal Of Whitesboro, NY, Depicts A White Man Strangling A Native American

Copyright © 2016 TheHuffingtonPost.com, Inc. | "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.

Part of HuffPost on HPMG News

EXHIBIT 2
PAGE 136

4/4

3/9/2016               Tenants in building cited for housing violations settle for $2 million - LA Times

LOCAL / L.A. Now

# Tenants in building cited for housing violations settle for $2 million

 By **Laura J. Nelson · Contact Reporter**

MAY 3, 2015, 2:28 PM

**T**enants who lived in a Los Angeles apartment building that was repeatedly cited for health and housing violations have settled a negligence lawsuit with their property manager for more than $2 million.

Four days into a jury trial over dangerous living conditions, about 100 tenants reached a $2.18-million settlement Thursday with Bracha Investments LLC, according to the attorneys representing the tenants.

"We want this settlement to be a warning to landlords," said Sharre Lotfollahi, an attorney representing the tenants. "If you mistreat people, and abuse your rights as a landlord, you'll be held accountable."

Tenants in the 26-unit building on Maple Avenue paid $700 to $1,000 per month to live in dangerous and unsanitary conditions, dealing with exposed electrical wires, peeling lead paint and cockroaches that crawled into their ears and burrowed into their electronics, lawyers said in court documents.

Some tenants who could afford to move out did so, Lotfollahi said, but many were on low incomes and struggled to save two months' rent, plus moving expenses. Most did not own cars.

"Vermin spawned in ... refrigerators, electronics, children's toys and beds" and left "food and possessions choked with roaches," attorneys wrote. Despite "diligent cleaning, their bathrooms, kitchens and living areas are and have been littered with roach and rat feces." Holes in walls and ceilings provided a "veritable express lane" for rats and cockroaches.

Representatives for Bracha Investments did not return a request seeking comment. The management company sold the property in 2013, according to city records.

During the trial, according to testimony quoted by Courthouse News Service, landlord Franco Haiem said he used a professional pest control company three to four times. Some tenants, he added, had refused to open their doors for exterminators.

Haeim testified that the property manager had died, Lotfollahi said, but her firm found him and

persuaded him to testify.

City inspectors cited the building at least a dozen times for safety and fire violations from 2010 to mid-2013, when the lawsuit was filed, according to the civil complaint.

One child with chronic allergies crawled on a carpet that had not been replaced in 17 years, attorneys said. An elderly woman reported long-term bruising on her knees from crawling up the stairs to her bathroom because the landlord had not installed a handrail.

In records quoted in court documents, inspectors noted "poorly maintained" apartments with cockroach infestations, as well as a "cast-off refrigerator" that children could crawl in.

Repairs, when they were made, were "slip-shod," according to court documents. Repairmen left a hole in the kitchen wall of an apartment close to a sewage line that gave off a "sulfurous, putrid odor" and made a 2-year-old child sick.

People working for the rental company also harassed tenants, attorneys said in court documents, including pounding on tenants' doors late at night, screaming at them and stealing their rent money.

"There are a lot of people out there in Los Angeles who have used this slum business model," Lotfollahi said. "You buy a building, you put the least amount of money you can into it, and you hope that the tenants keep quiet so you can take advantage of them."

The $2.18-million settlement will be split among nearly 100 tenants based on how long they faced unsanitary and unsafe conditions, Lotfollahi said. Many still live in the building.

**For more Los Angeles news, follow @laura_nelson on Twitter.**

Copyright © 2016, Los Angeles Times

EXHIBIT 2
PAGE 138

2/2

Fan's suit over Fishbone stage-dive injury upheld | Long Island Press

**THIS IS THE LONGISLANDPRESS.COM ARCHIVE. CLICK HERE FOR OUR CURRENT SITE.**

(http://www.longislandpress.com)

# Fan's suit over Fishbone stage-dive injury upheld

by Associated Press (http://archive.longislandpress.com/author/associatedpress/) on September 28, 2011

PHILADELPHIA (AP) — A woman who broke her skull and collarbone when a member of the band Fishbone dived from a Philadelphia stage will soon have her day in court.

A federal judge has upheld a negligence lawsuit filed by Kimberly Myers, of Voorhees, N.J. The lawsuit targets the band, lead singer Angelo "Dr. Madd Vibe" Moore, the band's manager and the World Cafe Live concert venue.

The case is set for trial Oct. 24.

The judge ruled last week that Silverback Artist Management knew Moore had engaged in stage diving and had at least once injured an audience member.

Myers says Moore knocked her to the ground during the Feb. 23, 2010, concert at World Cafe Live, which is operated by the University of Pennsylvania.

Courthouse News Service first reported Tuesday on the ruling.

© 2011 The Associated Press. All rights reserved. (http://hosted.ap.org/dynamic/stories/U#5df38316-99b2-418a-9ebd-7a1e731ebd54)

📁 Entertainment News (http://archive.longislandpress.com/category/news/entertainment-news/)

👤 About the Author

Associated Press (http://archive.longislandpress.com/author/associatedpress/)



(http://archive.longislandpress.com/author/associatedpress/)

EXHIBIT 2
PAGE 139

Must Reads: GOP Despair in 2 Tweets | Where Young Voters Have the Power | Transgender Victory

Search

POLITICAL MOJO (/MOJO)
PREVIOUS (/MOJO/2008/08/WILL-PALIN-BRING-BREAST-PUMP-CAMPAIGN-TRAIL) | NEXT (/MOJO/2008/08/WHAT-PALIN-PICK-SAYS-ABOUT-JOHN-MCCAIN-AND-GOP)
→ Bush (/topics/bush), Iraq (/topics/iraq)

# KBR Sued For Human Trafficking

—By Bruce Falconer (/authors/bruce-falconer) | Fri Aug. 29, 2008 12:32 PM EDT

Like   Share  1    Tweet   ✉ Email  (/FORWARD?PATH=NODE/6596)      5 (#disqus_thread)



In

August 2004, as the insurgency in Iraq gathered force and kidnappings and grisly killings became commonplace, a group of 12 Nepalese contractors were captured by Sunni militants on the road to an American base. Days later, insurgent cameras rolled while they were executed. The men had been employees of Daoud & Partners, a Jordanian subcontractor of Kellog Brown & Root, which specialized in funneling cheap Third World labor to Iraq (/news/feature/2008/03/blackwaters-world-of-warcraft.html) to staff support positions at US bases.

On Wednesday, the contractors' families filed racketeering charges against Daoud and KBR in federal court, alleging that the men were drawn to Jordan under false pretenses, had their passports confiscated, and were then sent to Iraq, where 12 died. A thirteenth, one of the plaintiffs in the suit, survived the attack, as he was riding in a different vehicle at the time.

More on the suit from the Courthouse News Service (http://www.courthousenews.com/2008/08/29/KBR_Trades_Slaves_To_Iraq_Say_Families_Of_12_Dead_Men.html):

rs.org/surgery.cfm%3F=source%3DADD1600U0V08%26utm_source%3Dmotherjones%26utm_medium%3Ddisplay%26utm_campaign%3Dtq-

The families say the two named defendants – Daoud & Partners and Kellogg Brown

EXHIBIT 2
PAGE 140

1/4

& Root - engaged in human trafficking, preying on the men's poverty by claiming to offer well-paying, safe jobs while charging them a Nepali fortune in brokerage fees. Daoud allegedly charged each man between $1,000 and $3,500, with interest of up to 36 percent, to set him up with a job. That's between one year and one decade's wages for the average worker in Nepal.

Plaintiffs say the contractors told the men they would work at the swank Le Royal Hotel in Amman, Jordan, or at an "American camp," a place the families say they assumed was in the United States. But the men soon found themselves on their way to a war zone. Only one of the 13 young men returned alive, the families say.

According to the complaint, co-conspirator Moonlight Consultant recruited the laborers in Nepal, and filed documents with the Nepali government claiming that the men would work at Jordan's Le Royal Hotel. Instead, plaintiffs say, Moonlight transferred the men to Jordanian company Morning Star, which temporarily housed the men in Jordan. Plaintiffs say Morning Star has a booming business exporting laborers to Iraq. Another Jordanian company, Bisharat & Partners, transported the men from Jordan to Iraq.

KBR has so far declined comment on the case, other than to say that it does not abide human trafficking. As a spokesman explained in a written statement (http://www.washingtonpost.com/wp-dyn/content/article/2008/08/27/AR2008082703237.html) to the Washington Post: "KBR has not seen the lawsuit so it is premature for us to comment at this time. The safety and security of all employees and those the company serves remains KBR's top priority. The company in no way condones or tolerates unethical or illegal behavior."

Photo used under a Creative Commons license from James Gordon (http://www.flickr.com/photos/jamesdale10/2167285319/).

 **f** Share on Facebook    (http://facebook.com/sharer.php?s=http://www.motherjones.com/mojo/2008/08/kbr-sued-human-trafficking)

**y** Share on Twitter    (http://twitter.com/home?status=KBR Sued For Human Trafficking http://www.motherjones.com/mojo/2008/08/kbr-sued-human-trafficking via @MotherJones)

Will Palin Bring A Breast Pump On The Campaign Trail? (/mojo/2008/08/will-palin-bring-breast-pump-campaign-trail)

What The Palin Pick Says About John McCain and the GOP (/mojo/2008/08/what-palin-pick-says-about-john-mccain-and-gop)

 **BRUCE FALCONER** (/authors/bruce-falconer)
Bruce Falconer (http://www.motherjones.com/authors/bruce-falconer) is a former Mother Jones' Washington bureau reporter. For more of his stories, click here (http://www.motherjones.com/authors/bruce-falconer).

(/authors/br
uce-
falconer)



# GET YOUR MOJO ON THE GO
**FREE weekly newsletters featuring our best stories.**

| YOUR EMAIL | SIGN UP |

EXHIBIT 2
PAGE 141

3/2/2016                                    KBR Sued For Human Trafficking | Mother Jones

Mother Jones encourages readers to sign in with Facebook, Twitter, Google, Yahoo, Disqus, or OpenID to comment. Please read our comment policy (//about/interact-engage/comment-policy) before posting.

5 Comments    **Mother Jones**                                    **1** Login ⌄

❤ Recommend    ⤴ Share                                        Sort by Oldest ⌄

Join the discussion...

**Emphyrio** · 8 years ago
It's "grisly."

Unless Iraq has wildlife I haven't heard about.

I can't believe how many evil stories have come out of the contractor enterprise. Torture. Rape. Electrocutions in the shower. Feces raining from the ceiling. Slavery.

Heckuva job, Cheney.

∧ ∨ · Reply · Share ›

**Jeugenen** · 8 years ago
ISRAEL WANTED DEAD OR ALIVE BY NEMESIS
Judeofascist Israel, being of negative net military and economic value to America, England, France, Russia, and China risks surprise retaliatory nuclear annihilation by Russia and China, if it initiates total war on any of its wealthy Middle Eastern neighbors, such as Iran, who are immensely valuable for their cultural contributions and great wealth in oil. And, by popular agreement of the United Nations of the World, the World would be happier and safer with Israel transformed into star dust in Holocaust III.
Israel's net negative value is derived from its arsenal of 150 nuclear missiles, and notorious Marxist practice of systematically inciting people to hate and kill one another, nationally and inter-nationally, over cunningly fabricated irreconcilable economic or religious differences. Familiar historical examples are the catastrophically disastrous Russian, German, and Spanish Marxist revolutions; and most recently, the American unprovoked illegal bombing and occupation of Iraq, which sacrificed over a trillion dollars and 4,000 lives for the sole benefit of Israel.
Now, Israel and its supporting Diaspora are notoriously engaged in fanatically desperate propaganda efforts to provoke total war between the patriotic Christian American and Muslim Iranian peoples. But they are failing to incite enough fear and hatred to start a war, because of increasingly popular recognition that they are the common enemy of these Iran and the nuclear superpowers.
The Israeli People, from their long exposure to European democratic and Christian culture, know perfectly well the moral and ethical rules that they must inevitably follow to secure their own survival. Every injustice that they have committed against their neighbors, in killing innocent civilians and robbing them of their infrastructure and land, must be fully addressed with apologies and monetary compensation. All of the incessant wailing, ranting, propaganda, and bribery by the condemned People of Israel are to no avail. Inevitably, Nemesis shall have her retribution, with Israel dead or alive.

∧ ∨ · Reply · Share ›

**Decline and Fall** · 8 years ago
I unfortunately saw the video of those beheadings. I worked with a lot of TCNs (Third-Country Nationals), as they're called, and I remember being told by some of them that they did not know they were in Iraq until the mortars started landing. They believed they were still in Kuwait, working on an American base there! When I reported this I was told that that's just the way things go sometimes. I was apalled, but there was nothing I could do.

∧ ∨ · Reply · Share ›

**Decline and Fall** · 8 years ago
I unfortunately saw the video of those beheadings. I also worked with a lot of TCNs (Third-Country Nationals), as they're called, and I remember being told by some of them that they

EXHIBIT 2
PAGE 142

3/4

...........y ...o..as,, ...ey .e .one., ...d ...e...e..b...g .od .y ..me .. ..e... ...a...ey did not know they were in Iraq until the mortars started landing. They believed they were still in Kuwait, working on an American base there! When I reported this I was told that that's just the way things go sometimes. I was apalled, but there was nothing I could do.

∧  ∨  •  Reply  •  Share ›



Legacy  •  8 years ago

Grisly. Right. Of course. Embarrassed apologies.

∧  ∨  •  Reply  •  Share ›

✉ Subscribe    🔁 Add Disqus to your site Add Disqus Add    🔒 Privacy

**Sponsored**

**The 4 stages before a Heart Attack. Are you at risk?** (VitaPulse Supplement)

**The Fastest Way To Pay Off $10,000 In Credit Card Debt** (LendingTree)

**New Social Security Law Goes into Effect in May - Here's W...** (Money Morning Subscription)

**2016 Cyber Blowout! MacBook Pros Going for Next to Nothing** (QuiBids)



**PHOTO ESSAYS • SLIDESHOWS**

   

**The Photos That Helped End Child Labor in the United States**
Lewis Hine sometimes went undercover to capture images of kids at work.

**These Striking Photos Will Change the Way You Look at Coal Country**
Photographer Stacy Kranitz documents life in this often misrepresented part of America.

**Heroin Users Revisit Where They Overdosed**
"It wasn't my first overdose and it may not be my last."

**Guantánamo Bay Still Life**
The other side of Gitmo.

**SEE ALL**

EXHIBIT 2
PAGE 143

4/4



HOME   TOP VIDEOS   DECISION 2016   MORE ⌄

## ENTERTAINMENT

DISCUSS AS:

 Sign in ▾

Advertise | AdChoices

5 weekday nonstops

ATL ✈ DAL
North GA          Dallas (Love Field), TX

Book now

Southwest♥

# Muse accused of ripping off songwriter for 'Exogenesis' song trilogy

Tuesday Sep 11, 2012 4:27 PM

EMAIL      Like  5      Tweet

BY JOSH GROSSBERG, E! ONLINE



It looks like Muse is facing some legal resistance. The British rockers have found themselves at the center of a $3.5 million lawsuit filed by a songwriter against Warner Music Group claiming Muse ripped off his concept for a sci-fi rock opera about the destruction of earth and humanity's quest to save itself for their three-part symphonic suite they dubbed "Exogenesis."

Jamie Squire / Getty Images file

Matthew Bellamy of Muse performs during the Closing Ceremony of the London 2012 Olympic Games on Aug. 12.

According to court documents obtained by Courthouse News Service and filed in federal court in Manhattan, Charles Bollfrass claims he pitched the trio, as well as two other unidentified bands, his idea in 2005, which he also called "Exogenesis." However, the composer was informed they weren't interested.

More from E: Muse's 'Survival' unveiled as official Olympics song

Muse however subsequently unveiled "Exogenesis Symphony," the last three tracks on their most recent record, 2009's "The Resistance," which is comprised of the tracks "Exogenesis: Symphony Part 1 (Overture)," "Exogenesis: Symphony Part 2 (Cross-Pollination)" and "Exogenesis: Symphony Part 3 (Redemption)." All three songs were credited to the group's principle songwriter, singer-guitarist Matthew Bellamy.

Per Bollfrass, the band subsequently used the composer's story as the basis for their version, which "The Resistance's" liner notes described it as "humanity coming to an end and everyone pinning their hopes on a group of astronauts who go out to explore space and spread humanity to another planet."

Bolfrass also accused Muse of pilfering an image from the storyboards of his rock opera and he's suing Warner for copyright infringement, unfair trade practices and unfair competition.

More from E: Lady Gaga, Universal Music Group sued by maker of Bratz Dolls

In a statement to E! News, the band denied the allegations.

EXHIBIT 2
PAGE 144

Follow @nbcnewsent [ 23.1K followers ]

"The claim is complete nonsense, and is categorically denied. It appears to be based on a 'screenplay' which the band never received or saw, produced by someone the band has never heard of. It speaks volumes that the album in question was released a full 3 years ago, and yet this is the first that has been heard of these groundless allegations," said Muse's rep.

More from E: See pics of celebs making court appearances

The rep added that Warner Music "will aggressively defend this lawsuit and the band is exploring what remedies may be available to them in the U.S. in relation to these untrue and baseless allegations."

Muse's new album, "The 2nd Law," hits stores Oct. 2.

More in NBCNews.com Entertainment:

Is Chris Brown's new tattoo supposed to be a battered Rihanna?
TV dads are evolving from Neanderthal to superdad
Blake Lively says she'd have 30 kids if she could

POPULAR DISCUSSIONS
Comedian Katt Williams Arrested on Battery Charge in Georgia  26 comments
Oscar-Winning Actor George Kennedy Dies at 91  29 comments
Oscars 2016:  90 comments
Stacey Dash  59 comments
Oscar Winners 2016: Here  58 comments

20 MORE...

Advertise | AdChoices

Start a conversation:

What do you think?

·PUBLISH

EXHIBIT 2
PAGE 145

Muse accused of ripping off songwriter for 'Exogenesis' song trilogy - Entertainment

EXHIBIT 2
PAGE 146

Jump to discuss

Loading comments...                                            x ce di~~~~   Recommend  {0}

                                                                              Tweet

~~ow:   Discuss   Related  ~y ~awsu~t                            G+1  {0}

**California promoter is accusing stunt sponsor Red Bull of stealing his idea**

By
**Tariq Malik**

updated 10/15/2010 8:09:51 PM ET

A lawsuit on Earth has grounded plans by Red Bull energy drink to send an Austrian daredevil into the stratosphere in an attempt to break the world record for the highest skydive.

The Red Bull Stratos mission was slated to kick off some time this year and fly skydiver Felix Baumgartner to 120,000 feet (36,576 meters)on a balloon, then ride along with cameras as he plunged back to Earth at supersonic speeds.

The idea was to break the record set 50 years ago by retired U.S. Air Force Col. Joe Kittinger, who as a captain set the world's skydiving bar at 102,800 feet (31,333 meters) on Aug. 16, 1960.

But a multimillion-dollar lawsuit against Red Bull by California promoter Daniel Hogan has stalled the project indefinitely.

In a complaint filed in the Los Angeles Superior Court, Hogan claims that the idea for the high-altitude skydive was originally his, and that Red Bull passed on the concept when he pitched it to the company in 2004, according to Courthouse News.

Red Bull officials called off the Red Bull Stratos project this week because of the lawsuit, which has been ongoing for months.

"Despite the fact that many other people over the past 50 years have tried to break Colonel (Ret.) Joe Kittinger's record, and that other individuals have sought to work with Red Bull in an attempt to break his record, Mr. Hogan claims to own certain rights to the project and filed a multimillion-dollar lawsuit earlier this year in a Californian court," Red Bull officials said on Oct. 12. "Due to the lawsuit, we have decided to stop the project until this case has been resolved."

According to Courthouse News, Hogan says in his lawsuit that he pitched Red Bull an idea for a so-called "space dive" that would send a skydiver up to 130,000 feet (39,624 meters).

Hogan reportedly lined up Lindstrand Technologies to build the balloon and pressure capsule, as well as a Russian company to design the skydiver's protective suit. A NASA flight surgeon rounded out the team, the lawsuit states.

"Red Bull never acknowledged the plaintiff's role on Red Bull Stratos," the lawsuit says.

In their Oct. 12 statement, Red Bull officials defended the company's past relationship with Hogan.

"Red Bull has acted appropriately in its prior dealings with Mr. Hogan, and will demonstrate this as the case progresses," company officials said.

Baumgartner had planned to ride a custom-built pressurized capsule carried by a giant helium balloon to his jump height. Red Bull developed a sophisticated set of cameras for the skydiver to wear during his descent.

The trip down to Earth was expected to take about six minutes, with Baumgartner deploying his parachute about a mile above the ground. [Graphic: Earth's Atmosphere From Top to Bottom]

In August, Baumgartner met with astronaut Neil Armstrong the first human to walk on the moon and cosmonaut Alexi Alexei Leonov, the first person to walk in space, during an event for Armstrong's 80th birthday.

"I find it interesting that we have four fliers here, all of which are better known for getting out of something than for flying it," Armstrong said in a statement at the time. "We can't all stay inside flying machines."

- Edge of Space Found, Photo Gallery
- Video - Skydiving From the Edge of Space

EXHIBIT 2
PAGE 147

1/2

- 50-Year-Old Skydiving Altitude Record Could Be Broken Soon

© 2013 Space.com. All rights reserved. *More from Space.com.*

Skip to content

Go nonstop from Atlanta to
Washington Dulles International.          Book now          Southwest


## ProFootballTalk

NBC Sports   ProFootballTalk Live with Mike Florio

- ProFootballTalk
- HardballTalk
- ProBasketballTalk
  - Home
- CollegeFootballTalk
  - Rumors
- ProHockeyTalk
- Golf
- Video
- Central
  - Blotter
- OlympicTalk
  - Home
- NASCAR
  Talk          - AFC Teams
- MotorSportsTalk      - Baltimore
- ProSoccerTalk        - Buffalo
- CollegeBasketballTalk - Cincinnati
- Inside the          - Cleveland
  Irish              - Denver
                     - Houston
                     - Indianapolis
                     - Jacksonville
                     - Kansas City
                     - Miami
                     - New England
                     - NY Jets
                     - Oakland
                     - Pittsburgh
                     - San Diego
                     - Tennessee
  - NFC Teams
    - Arizona
    - Atlanta
    - Carolina
    - Chicago
    - Dallas
    - Detroit
    - Green Bay
    - Los Angeles
    - Minnesota
    - New Orleans
    - NY Giants
    - Philadelphia
    - San Francisco
    - Seattle
    - Tampa Bay
    - Washington
- TV and Radio Schedule
- About
  - Contact
  - Feeds
  - Advertising
  - Privacy Policy
  - Terms of Service
- PFT Gear
- Tickets

# Woman sues Marshawn Lynch

Posted by Mike Florio on January 4, 2010, 10:12 AM EST

Buffalo Bills running back Marshawn Lynch is coming off the worst season of his NFL career.

And now his off-season is getting off to a bad start: Lynch is being sued by the woman who was hit by his SUV while crossing the street in 2008.

According to *Courthouse News Service*, the lawsuit alleges that Lynch "operated his motor vehicle in such a reckless, careless and negligent manner, while

EXHIBIT 2
PAGE 149

in an intoxicated state, so as to lose control … causing the [vehicle] to strike the pedestrian plaintiff."

The 27-year-old woman says she sustained "severe, painful and permanent injuries."

Lynch, who left the scene of the accident, pleaded guilty to failure to exercise due care toward a pedestrian, paid a $100 fine and had his driver's license revoked.

Permalink 10 Comments 🔊 Latest Stories in: Buffalo Bills, Rumor Mill, Top Stories

Tweet       Like  1
                          0
Email

**You May Like**                                                                                Promoted Links by Taboola

**Charlize Theron's Vogue Cover Drops Jaws**
Vogue

**Gronk's "booze-cruise" becomes issue in Romo lawsuit**

**The World Was Not Ready For Her Barefaced Selfie**
StyleBistro

**Romo's lawsuit against NFL goes to court Monday**

**From The Web**                                    **More From Pro Football Talk**

· **Charlize Theron's Vogue Cover Drops Jaws**  (Vogue)
· **The World Was Not Ready For Her Barefaced Selfie** (StyleBistro)
· **The Fastest Way To Pay Off $10,000 In Credit Card Debt**
  (LendingTree)
· **How I Finally Understood My 401(k)… in 10 minutes**
  (Mint | Future Advisor)
· **2 Dudes on Shark Tank Just Blew Everyone's Mind** (The Motley Fool)
· **Gronk's "booze-cruise" becomes issue in Romo lawsuit**
· **Romo's lawsuit against NFL goes to court Monday**
· **Colts are done with Andre Johnson after one season**
· **Broncos sign a guy with more addresses than receptions**
· **T.O. says Jason Garrett leaked negative information about him**

                                                                                                Promoted Links by Taboola

Previous: Week 17 Morning Aftermath: Colts could face an awards backlash
Next: Chris Johnson and Usain Bolt are working on a race
10 Responses to "Woman sues Marshawn Lynch"

1. *go dawgs…sic em says:* Jan 4, 2010 10:17 AM

   He's gonna be sent out of Buffalo after this season. He has taken a backseat to Fred Jackson in the backfield and brings too much drama to the clubhouse. Buddy Nix will have him out of town soon enough.

   0      0      Rate This

2. *aspence7 says:* Jan 4, 2010 10:22 AM

   This guy is just another example of a waste of talent. You make so much money, have someone else (hopefully sober) drive you around!!!

   0      0      Rate This

3. *CharmCityRavens says:* Jan 4, 2010 10:36 AM

   I would just like to take this opportunity to thank the Bills for giving us Willis McGahee. While Marshawn Lynch is being served court summons, McGahee is out there having a career best day with 167 yards rushing and 3 TDs.

   0      0      Rate This

4. *kenyatta says:* Jan 4, 2010 10:38 AM

   hold up he still has value to buffalo and he isnt washed up yet,he was a little immature but i would give him one more year he still has talent

   0      0      Rate This

5. *Stampede City says:* Jan 4, 2010 10:41 AM

EXHIBIT 2
PAGE 150

2/5

Fred Jackson is 10x better behind a crappy offensive line than Lynch is. Lynch is expendable but I would rather keep him for insurance just in case…

    0     0     Rate This

6. *ActionJackson22 says:* Jan 4, 2010 10:55 AM

This chick spent the cash Marshawn gave her to shut her up at the bars in Buffalo and is looking for more. I hope the Bills keep him. Hes a very solid power back that complements Freddy's running style perfectly. Hes had a bad year, but had back to back 1,000 yard seasons to start his career. If we had a competant coaching staff to utilize Jackson and Lynch better and were not playing guys off Green Bay's practice squad and 6th-string tackles on the o-line the results would have been much different. Buffalo would be dumb to trade a good young back for a couple mid-round picks.

    0     0     Rate This

7. *schism says:* Jan 4, 2010 11:08 AM

Lynch still has potentuial, but he is just too stupid to understand how to use it.
He is a great runner, and good with the media, but likes to hang out in cars with guns and weed, and drive drunk on the only busy street in Buffalo.
Fred Jackson is the man.

    0     0     Rate This

8. *Florio-is-a-tool says:* Jan 4, 2010 11:15 AM

Slippyal2 says:
"This Lynch guy is one of most lazy players to ever hit the NFL. "
Jamarcus Russell wins that title hands down. But it is a shame Lynch is wasting his considerable talents.

    0     0     Rate This

9. *bullis says:* Jan 4, 2010 11:18 AM

Another running back wasting his talent, Travis Henry, Willis Mcgahee.

    0     0     Rate This

10. *BenRapistberger says:* Jan 4, 2010 11:50 AM

Beast Mode
I'm a Pats fan but I love this guy. So this is a civil suit right? Is there a statute of limitations on such things? Pardon my ignorance if that's a dumb question.

    0     0     Rate This

Leave a Reply

You must be underlined to leave a comment. Not a member? Register now!

Search

[Search]



Featured Video

EXHIBIT 2
PAGE 151



PFT One-on-One: Dave Gettleman



Wi-Fi Smart Scale

$129⁹⁵ +
FREE SHIPPING

BUY NOW

NBCSN Channel Finder
Enter your zip code to find NBCSN near you

Click here for NBCSN TV listings
Site Tools

- Send Scoop
- Main Feed
- Archived Page
- Login/Register
- Send Feedback
- Add to Facebook
- Follow on Twitter

**09**
Days without an arrest

Check the police blotter »

PFT Most Commented

- Should NFL give Pats their draft picks back? (202)
- Report: Manning accuser called sexual assault crisis center on day of incident (185)
- Jason Pierre-Paul sues ESPN, Adam Schefter (165)
- Cowboys defensive end Randy Gregory suspended four games (132)
- Gronk's "booze-cruise" becomes issue in Romo lawsuit (131)
- Joseph Randle arrested for fifth time in 18 months (119)
- Vontaze Burfict: I'm being singled out, but I'll have to change (115)
- Rams release Chris Long, James Laurinaitis and Jared Cook (102)
- Kaepernick's agents tell reporters they've asked for a trade (102)
- Steelers tight end Heath Miller retires (100)



PFT Latest News and Rumors

- Paxton Lynch says a couple of teams were "spooked" by Combine medical exam
- Noah Spence on failed drug tests: "I'm just telling the truth"

EXHIBIT 2
PAGE 152

- Myles Jack expects to be cleared for March 12 pro day workout
- Pete Carroll, Seahawks reportedly talking about extension
- Report: Broncos start restructuring talks with Ware, Clady
- 49ers adding O'Connell to offensive staff

PFT Features

- Mike Mamula wasn't the Combine stud-turned-bust you've heard
- Eric Winston interview transcript
- The Free Agent Hot 100
- Team-by-team look at who could be tagged
- Full list of 2016 unrestricted and restricted free agents-to-be
- Full list of players invited to 2016 Scouting Combine

Subscribe

- All Content
- Latest News and Rumors
- Features
- Radio Schedule

This is an unofficial and independent source of news and information not affiliated with any team(s) or the National Football League (NFL).

Corrections. Independent Programming Report.  ■ AdChoices

Copyright © 2010-2016 NBC Sports. Images provided by Getty Images. Powered by WordPress.com VIP.

EXHIBIT 2
PAGE 153

5/5

**n p r**

# wait wait... don't tell me!

latest show    about    panelists    podcast    live shows    contact

◄                                                                                          ►

# Bluff The Listener

Updated April 28, 2014 · 10:25 AM ET
Published April 25, 2014 · 6:34 PM ET

### Listen to the Story

Wait Wait...Don't Tell Me!                                                        **7:00**

**Embed        Transcript**

Our panelists tell three stories about a new secret recording that made the news, only one of which is true.

CARL KASELL, BYLINE: From NPR and WBEZ Chicago, this is WAIT WAIT ...DON'T TELL ME, the NPR News quiz. I'm Carl Kasell. We're playing this week with Brian Babylon, Kyrie O'Connor and Roy Blount Jr. And here again is your host at the Chase Bank Auditorium in downtown Chicago, Peter Sagal.

PETER SAGAL, HOST:

Thank you, Carl.

(APPLAUSE)

SAGAL: Right now, it's time for the WAIT WAIT ...DON'T TELL ME Bluff the Listener game. Call 1-888-WAIT-WAIT to play our game on the air.

EXHIBIT 2
PAGE 154                                           1/7

Hi, you're on WAIT WAIT ...DON'T TELL ME.

JENN UMBERG: Hi. This is Jennifer calling from San Francisco.

SAGAL: Oh, how are things in beautiful San Francisco?

UMBERG: They're pretty OK. We're in the middle of spring, which means it's somewhat foggy and somewhat summery, before we actually hit winter in June.

(LAUGHTER)

SAGAL: Right, that'll be exciting. Now, I have to say that anybody from San Francisco who just says, when asked about the state of the city, oh, it's pretty OK, is not actually from San Francisco. Anybody from San Francisco believes their city to be paradise on Earth, and nothing bad can be said about it.

UMBERG: Yeah, that's pretty true.

SAGAL: Well, that's more like it. Thank you. I appreciate it.

(LAUGHTER)

SAGAL: Now I believe you. It's nice to have you with us, Jenn. You're going to play our game in which you must try to tell truth from fiction. Carl, what is Jenn's topic?

KASELL: Is this thing on?

SAGAL: Open mics and secret recordings have led to all sorts of revelations. Nixon was corrupt. We all look way grosser than we thought when we we're having sex. And this week a new set of secret recordings made the news. Guess which panelist has the real story and you win Carl's voice on your voicemail or home answering machine. Are you ready to play?

UMBERG: Ready.

SAGAL: All right. Let's do it. First, let's hear from Brian Babylon.

EXHIBIT 2
PAGE 155

BRIAN BABYLON: Before Jay-Z or Old Dirty Bastard, there was even an older dirtier bastard.

(LAUGHTER)

BABYLON: Alexander Graham Bell.

(LAUGHTER)

BABYLON: Bell was known for inventing the hydrofoil, the metal detector and of course the telephone. But he should also be credited for being the godfather of hip-hop. In autumn of 2011, Dr. Candice Norcott, a Yale University sound media historian, found embossed foil that had been impressed into wax cylinders. These were Bell's attempts to record and capture sound. On one of the discs, she made an amazing discovery - a recording of Bell himself. On it, Bell can be heard rapping. Yes, rapping in 1885. Bell, along with his cousin and lab assistant, Chichester Bell, can be heard having a good old-fashioned freestyle hip-hop cipher, with Chichester Bell providing a rhythmic beat on what is thought to be a desk. Alexander Graham Bell then goes into rhyming on beat the Gerard Manley Hopkins poem "God's Grandeur."

(LAUGHTER)

BABYLON: Which more than a century before snoop, he called "God's Grand-izzle."

(LAUGHTER)

SAGAL: Alexander Graham Bell.

(APPLAUSE)

SAGAL: Secret father of rap. The next story of the secret tape comes from Kyrie O'Connor.

O'CONNOR: A phone call apparently leaked from a fast food restaurant has revealed that life at the White House may not be all kale chips and fresh blueberries, despite the

EXHIBIT 2
PAGE 156                3/7

Bluff The Listener : NPR

first lady's well-known campaign for more healthful eating. An employ at Cinnabon in northwest Washington, D.C. said all phone calls are recorded for quality control. But this one was extra special. Hi, I'd like to place an order, said a voice that sounded very much like Michelle Obama's distinctive tone. Do you deliver? When told they did, she proceeded. OK, I'll have a half-dozen Cinnabon Pecanbons, six classics Cinnabons, 12 Center of the Rolls and a box of minis and a black coffee.

(LAUGHTER)

O'CONNOR: And I want you to take two of the Cinnabons, get a slice of pizza from the Domino's next door and make a kind of pizza-Cinnabon sandwich.

(LAUGHTER)

O'CONNOR: Then I want you to cover the whole thing in nacho cheese and stick it in a Doritos taco shell. Oh, you don't want to do it? Well, my husband controls the armed forces, and I control my husband.

(LAUGHTER)

O'CONNOR: So I think you'd better do it. She then gives the address of the White House and the name Robinson, the first lady's maiden name. They'll buzz you in, she said, and come around the back. The employee said he believes the delivery went smoothly.

(LAUGHTER)

SAGAL: A recording of someone who might have been Michelle Obama ordering...

(APPLAUSE)

SAGAL: ...A castle of junk food. Your last story of an unwanted recording or an unexpected recording comes from Roy Blount Jr.

ROY BLOUNT JR.: We've heard of butt-dialing, but this is new. A man identified as

EXHIBIT 2
PAGE 157

4/7

Bluff The Listener : NPR

Plaintiff D.B. is suing two doctors in Fairfax, Virginia for over $1 million because they mocked him while performing a colonoscopy. The patient was unconscious at the time, but as it happened, his cell phone was set to record.

(LAUGHTER)

BLOUNT: He had set it that way to record instructions for postoperative care and had forgotten, he says, to turn it off. When he played the recording back, he heard the doctors as they called him a wimp, disparaged his manhood because he attended Mary Washington College and worse. It makes you wonder whether that area of medicine has a coarsening effect.

(LAUGHTER)

BLOUNT: And it reminds me of nothing so much as the story about a man named Bobby, who, in a night of drinking, accidentally swallowed a glass eye. Somebody had probably been soaking it in a glass, you know, and Bobby never even noticed. The next morning, Bobby had an appointment for a colonoscopy. And the doctor took one look up in there and said, now, Bobby, if you don't trust me...

(LAUGHTER)

SAGAL: Reminded you of a joke, did it?

BLOUNT: Yeah, it did.

(APPLAUSE)

SAGAL: All right. One of the secret recordings came to light this last week. Was its from Brian Babylon - a recording in which Alexander Graham Bell, inventor of the telephone, seems to also invent hip-hop - from Kyrie O'Connor - a tape recording in which a woman who sounded a lot like Michelle Obama ordered a bunch of Cinnabons and other things for the White House - or from Roy Blount Jr. - a secret recording of doctors doing what we always worry they do, mocking us when we're put under the anesthetic. Which of these is the real story of a secret recording?

EXHIBIT 2
PAGE 158

UMBERG: As much as I want it to be number one, I'm going to go with number three.

SAGAL: You're going to go with Roy's story about the taping of the colonoscopy?

UMBERG: Yes.

SAGAL: All right. Well we spoke to reporter who actually picked up this story.

RYAN ABBOTT: The doctors were saying some pretty mean at awful stuff. You know, he had a [bleep], a [bleep].

(LAUGHTER)

ABBOTT: They talked about firing his [bleep] up his [bleep].

(LAUGHTER)

SAGAL: That was Ryan Abbott, a reporter for Courthouse News Service, talking about the doctors recorded during a colonoscopy. Congratulations, Jenn. You got it right.

(APPLAUSE)

SAGAL: You earned a point for Roy, and you won our prize - Carl Kasell will record the greeting on your home answering machine. Well done.

(APPLAUSE)

UMBERG: Thank you.

*Copyright © 2014 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by a contractor for NPR, and accuracy and availability may vary. This text may not be in its final form and may be updated or revised in the future. Please be aware that the authoritative record of NPR's programming is the audio.*

© 2016 npr

EXHIBIT 2
PAGE 159

2/26/2016                           Bluff The Listener : NPR

SHARE

EXHIBIT 2
PAGE 160

7/7

3/2/2016                    Donald Trump must reveal net worth, judge rules - NY Daily News

Like                    Follow @NYDailyNews



NEW YORK    NEWS    POLITICS    SPORTS    ENTERTAINMENT    OPINION    LIVING    AUTOS

LIMITED TIME OFFER
15% OFF    BOOK NOW
ONE

# Donald Trump will have to disclose his net worth and earnings from Trump University, judge rules

BY DAREH GREGORIAN  /  NEW YORK DAILY NEWS  /  Updated: Friday, July 3, 2015, 8:46 AM

A A A

SHARE THIS URL
nydn.us/1C4iqpp

1979





TICKETS FROM
$69
MANDALAY BAY   BOOK NOW

MICHAEL GRAAE/FOR NEW YORK DAILY NEWS

Donald Trump will have to answer questions under oath about his net worth - and about how much money he raked in from his now-defunct Trump University, a California federal court judge ruled this week.

**RELATED STORIES**

Editorial: Donald Schmuck

Melissa Mark-Viverito blasts Donald Trump as 'charlatan'

Macy's pulls Trump-branded clothing after immigrant comments

Donald Trump polling well despite backlash over comments

Donald Trump has to put his mouth where his money is.

The Republican presidential candidate will have to answer questions under oath about his net worth - and about how much money he raked in from his now-defunct Trump University, a California federal court judge ruled this week.

Lawyers for The Donald had contended he didn't have to answer questions in a civil racketeering lawsuit about how much money he made from the "school" because he'd already acknowledged under oath that he had "significant involvement with both the operations and overall business strategy of Trump University."

**EXCLUSIVE: Donald Trump demands AG Schneiderman produce names of victims in Trump University fraud case**

In a ruling Tuesday, San Diego Federal Court Judge Gonzalo Curiel disagreed.

"Plaintiff argues that a showing that Trump invested millions of dollars in a fraudulent scheme and took millions more in profits from the scheme is relevant to Trump's motive or intent to defraud," the judge wrote.

**EDITOR'S PICKS**

Miss Butt Brazil 2014 contestants revealed - Photos - Miss Butt Brazil 2014

Emily Ratajkowski - Photos - Celebrity photos of the week

Photos: Johnson and Johnson heiress and socialite Casey Johnson dies at age 30 - slide 24

Joe Montana paints bleak picture of his post-football life

Miami Heat fan in black dress sends Internet into frenzy

Brazilian carnival heats up

Filmmaker Michael Moore in intensive care unit

EXHIBIT 2
PAGE 161

1/5



VIEW GALLERY

**Donald Trump's public feuds**

**Husband of missing woman kills self after TV interview**

**Texas mother fights back after son's photo used in meme**

**Man who killed bouncer found stabbed dead in Staten Island**

Therefore, "financial evidence showing Trump's motive is relevant and discoverable."

A magistrate judge had ruled earlier in the case that Trump didn't have to answer questions about his net worth because that information was Google-able - a decision Curiel overruled.

"Publicly available figures of Trump's wealth have been the subject of wild speculation and range anywhere from $4 to $9 billion. Simply stated, plaintiffs are entitled to answers made under penalty of perjury," the judge found.

He ordered Trump and his lawyers to answer the financial questions brought by plaintiff Art Cohen's lawyers.

Trump lawyer Jeffrey Goldman told the Daily News "we strongly disagree with the judge's ruling," but that the real estate baron would be deposed before Aug. 10.

## PROMOTED STORIES        Sponsored Links

**20 Women Who Definitely Married For Money**
SheBudgets.com

**The Most Horrible News Broadcast Slip Ups Ever**
My Daily Viral

**Momma Bear Alert: When Her Son Received This Homophobic Gift From His Workplace She Sprang Into Action**
Swince.com

**Peter Schiff: Social Security's Worst Nightmare**
Wall Street Daily Subscription

by Taboola



The Republican presidential candidate denies that the Trump University program was a scam.                    TRUMP UNIVERSITY

**Donald Trump fires back at AG Schneiderman with $100M suit over Trump University case**

Cohen's class-action suit contends he and thousands of others fell prey to a "fraudulent scheme nationwide to sell real estate seminars" by Trump.

The victims were "misled" into believing "they would learn Donald Trump's real estate secrets through him and his handpicked professors at his elite 'University.' The misleading nature of the enterprise is embodied by its very name" because it delivered "neither Donald Trump nor a University," the suit said. Cohen said he was duped out of $36,000.

Trump denies the school was a scam. In court papers, his lawyers said Cohen "enjoyed and gained a benefit from Trump University's programs, and represented that he was pleased with Trump University's programs."

Goldman said that in Cohen's deposition, he said he thought the program "was well worth his money" before he heard about legal actions against the school.

**Highlights from Donald Trump 'running for President' speech**
NY Daily News

**Zooming in too far on Google Maps leads to bizarre images**

**Two British girls post Snapchat photo as they kill woman**

**Officials confirm DDR video is of Newtown shooter Adam Lanza**

**'Human Barbie' has trouble finding a partner**

**Jewish divorce trial - Photos - Graphic police photos show evidence from Jewish divorce trial**

**Man says he cuddled with girl after hotel gave him wrong key**

**Bristol Palin loses custody battle with Levi Johnston**

**UK woman tries to pull off 'who's the mom?' stunt, fails**



EDITOR'S PICKS

3/2/2016                                   Donald Trump must reveal net worth, judge rules - NY Daily News



Hunter aims at wild hog, kills state trooper in Texas

Body of bride's dad who vanished from wedding party found

Cohen's lawyer did not return a call for comment.

Courthouse News, which first reported Curiel's ruling, said Trump University was ordered to pay $798,000 in legal fees to another former student in April.

A civil fraud case brought against Trump University by New York State Attorney General Eric Schneiderman is still pending. Manhattan Supreme Court Justice Cynthia Kern has already found Trump personally liable for running an unlicensed school.

Goldman said that only about 70 of Trump U's approximately 10,000 former attendees are involved in the various litigations against the school.

**City Council Speaker Melissa Mark-Viverito blasts Donald Trump: 'He's a charlatan. He's a huckster'**



NCAAB teams in the Southland Conference with the fewest losses

Stephen F. Austin Lumberjacks

#1

**5 Losses**
in the 2015 Season

SEE THE LIST ➔

NCAA TOP TEAM IN 2015 - PRESENTED BY



MARK WILSON/GETTY IMAGES

**In October, Trump said he still believes he'll beat the $40 million New York action.**

In October, Trump said he still believes he'll beat the $40 million New York action.

"As soon as this case is over, we will consider re-opening the school to all our students and hire back the teachers and others, thereby creating lots of jobs for New York," Trump said then.

At his presidential announcement last month, Trump said his net worth was over $9 billion, but some financial experts have questioned that figure. Forbes estimated his net worth to be $4 billion.

**ON A MOBILE DEVICE? WATCH THE VIDEO HERE.**

TAGS: donald trump , 2016 election

**POLITICS**VIDEO

Donald Trump holds a rally in Louisville
Wesley - Louisville KY

More videos:

**JOIN THE CONVERSATION:**

**PROMOTED STORIES**                              Sponsored Links by Taboola

EXHIBIT 2
PAGE 163

**Warning: 4 Fish to NEVER Eat (avoid these like the plague)**
BioTrust Nutrition Supplement

**Donald Trump's filthy richness exposed in 33 photos. Crazy!**
Filthy Rich Stars

**33 Unbelievable Transformations - Celebs Before And After**
Daily Bananas

**Morning Routine for Better Knees - Age 55+**
Instaflex Advanced

**These 37 Lost Photos Of History Are Pretty Unnerving**
Dunzo

**3 Home Security Companies: 1 Winner Declared**
HomeSecuritySystems.net

**First Look: What China Buying U.S. Stock Market Means For You**
Stansberry Research

**You won't believe what you'll find in the Seven Territories at Winter Park Resort.**
Winter Park Resort

**The Beauty Of These Celebrity Daughters Will Drop Your Jaw**
Your Daily Dish



## MORE FROM NYDAILYNEWS

**Emily Ratajkowski was pressured to hide sexuality growing up**

**Meet Sheniz Halil, the model whose rear-end is on 'T.L.O.P'**

SPONSOR CONTENT ON NYDAILYNEWS

**These two women have worked for Gillette for 100 years combined! Find out what keeps them there.**
BY GILLETTE
Where do Gillette razors come from?

**WE RECOMMEND**





Wireless Security
Cameras

Best Income Funds

Meal Replacement
Shakes



Media Kit    Home Delivery    Newsletters    Businesses    Place an Ad    About our Ads    Contact Us    Careers    FAQ's    Feeds    Site Map

Use of this website signifies your agreement to the Terms of Service and Privacy Policy.
© Copyright 2016 NYDailyNews.com. All rights reserved.



nymag.com

October 26, 2015 4:11 p.m.

# 'Very Drunk' California Man Defaces Historic Rocks

By Elaine Godfrey



Photo: U.S. Forest Service

A California man faces up to ten years in prison for drunkenly defacing an indigenous rock carving in Bakersfield.

The 58-year-old vandal, Christopher Harp, **claims** (http://www.courthousenews.com/2015/10/26/US%20Harp.pdf) he was "very drunk" and mad at a co-worker when he **violated a prehistoric carving** (http://www.courthousenews.com/2015/10/26/feds-say-drunk-man-defaced-ancient-art.htm) of a bighorn sheep with a can of black spray paint and the phrase "blow jobs 24-7." He added his employer's phone number below the phrase and drew a number of crude designs on other petroglyphs. Located in Sequoia National Forest, the rocks were carved by local Tübatulabal people. It will cost at least $1,000 to remove the graffiti from the petroglyphs.

Harp, who is pleading not guilty, claims he didn't know the rocks were of archaeological importance because it was dark. He explained that instead of following his instinct to beat up his co-worker — again — he decided to just spray-paint some rocks, according to **the affidavit** (http://www.courthousenews.com/2015/10/26/US%20v%20Harp.pdf) .

***SOURCES: COURTHOUSE NEWS***

Copyright © 2016, New York Media LLC. All Rights Reserved. Vulture®, Grub Street® and The Cut® are registered trademarks of New York Media LLC.

EXHIBIT 2
PAGE 166

1/1

Case 2:11-cv-08083-SJO-FFM   Document 124   Filed 03/14/16   Page 167 of 298   Page ID
#:4114
3/9/2016                                 Print Article: Former sports columnist's trial continues against L.A. Times

# ORANGE COUNTY
# REGISTER

## Former sports columnist's trial continues against L.A. Times

By MATT REYNOLDS
2015-09-25 19:56:27

LOS ANGELES – The civil trial of former Los Angeles Times sport columnist T.J. Simers continued this week as the retired writer seeks an estimated $10 million in damages for his 2013 firing.

Simers, 65, sued the Times two years ago claiming the paper had fired him after he suffered a "mini-stroke" and the true reason for his termination was "his age, his disability, and his medical leave."

After the parties failed to settle the case, a jury trial in Superior Court Judge William MacLaughlin's courtroom began last week and included testimony Wednesday from former Los Angeles Dodgers manager Tommy Lasorda.

The 88-year-old's deadpan delivery led to frequent laughter from the jury box and gallery before he vacated the stand for Mike James, the sports editor who was Simers' direct supervisor at the Times.

A witness list filed on Aug. 21 and obtained by Courthouse News states that former boxer Oscar De La Hoya, Tribune Publishing chairman Eddy Hartenstein, and UCLA football coach Jim Mora are expected to testify during the six-week jury trial. Current LA Times staffers and editors will also take the stand.

James told the court that he had experienced a few "confrontational moments" with the writer but added that most of their disagreements ended in a "positive way."

"Mr. Simers was difficult to deal with at some times," James said.

The Times' attorney Linda Savitt of Glendale firm Ballard Rosenberg Golper & Savitt tried to establish that there had been issues with Simers' writing and conduct months before he collapsed in his hotel room in Phoenix, Arizona, in March 2013.

Simers sued the Times and its corporate parent Tribune in October of that year. Times editors Marc Duvoisin and Davin Maharaj were also named though they have since been dismissed from the lawsuit, according to LA Observed.

After working for the Times for more than two decades, Simers says he was fired in September 2013 after he developed a medical condition called complex migraine syndrome that caused him to suffer the mini-stroke.

James testified that Simers took a few days to recover before starting to write columns again for the Times. He said that though the Times policy was for five days of sick pay, the sports department allowed its writers and reporters to take longer to recover because of the long hours and demands of the job.

But at a May 2013 meeting, James - acting on instructions from Times management - told Simers that his three weekly columns would be reduced to two after Simers wrote a column that was critical of Anaheim Angels owner Arte Moreno.

Simers' complaint suggests the Times was swayed because the Angels had bought ad space on the Times website. But James said that Times management had pointed to flaws of logic in the column and reduced Simers' workload to improve the quality of his output.

Another source of controversy was connected to the Mattel Children's Charity, which Simers contributed to and wrote about in his columns.

James testified that Times management was concerned over Simers writing pieces about the charity because

EXHIBIT 2
PAGE 167

1/2

of what would happen if something "untoward" happened and the organization was connected to the paper.

The editor noted that the sports department was looking to expand its original content online as the audience for its print edition shrank but that Simers was resistant.

"He was less enthusiastic about writing on the web than writing for the newspaper," James said.

Simers says in his lawsuit that he was warned not to criticize then-Los Angeles Dodgers owner Frank McCourt because of his association with Hartenstein, the Times' publisher at the time.

Times management also claimed a conflict of interest when a video emerged of Simers shooting hoops with former LA Lakers basketball player Dwight Howard, and an article claiming that a TV show about Simers' life was in the works.

Attorney Carney Shegerian with Shegerian & Associates of Santa Monica is arguing the case for Simers at trial.

Simers wrote for the Orange County Register after his firing but retired his column last year.

© Copyright 2016 Freedom Communications. All Rights Reserved.
Privacy Policy | User Agreement | Site Map

Manning explains gender change - POLITICO

# POLITICO



Manning had hoped that the Army would provide hormone treatment.

## Manning explains gender change

By ASSOCIATED PRESS | 08/26/13 09:35 PM EDT | Updated 08/27/13 06:20 AM EDT

1/4

EXHIBIT 2
PAGE 169  CNS057221

Army Pvt. Chelsea Manning, who was previously known as Bradley Manning,
decided to announce that she wanted to live as a woman the day after sentencing
because a military prison said publicly it would not provide hormone treatment, her
attorney said Monday.

Attorney David Coombs told The Associated Press that Manning had known for a
long time she would make such a statement, but "she wanted, essentially, for the
media surrounding the trial to dissipate."

Manning did not want people to think the statement was insincere.

"People might think it was an effort to get further attention," said Coombs, who lives
in Providence, R.I.

( PHOTOS: Bradley Manning)

Coombs said he and Manning knew the Army might not provide hormone treatment,
but they were hoping the military prison at Fort Leavenworth, Kan., would allow it
since Manning had been diagnosed with gender-identity disorder by an Army
psychiatrist who testified at his trial.

It wasn't until they read a Courthouse News Service story that Manning decided to
make the announcement. The story quoted prison spokeswoman Kimberly Lewis
saying the prison would not provide hormone therapy. It was published Aug. 20, the
day before Manning was sentenced to 35 years in prison for leaking mountains of
classified material the anti-secrecy website WikiLeaks.

"It was Chelsea's intent to do this all along," Coombs said. "It was only after Fort
Leavenworth had said that they would not provide any sort of medical treatment that
we decided not to wait."

Coombs said he hoped the military prison "will simply do the right thing" so
Manning will not have to sue in military or civilian court.

( WATCH: Bradley Manning: I want to live as a woman)

Coombs said at this point, Manning does not want sex-reassignment surgery and
expects to be kept with men in prison. The Fort Leavenworth prison is all-male.

EXHIBIT 2
PAGE 170                        CNS057222

Coombs said he had seen online people objecting to taxpayer-funded hormone therapy and said Manning will pay for it.

Hormone therapy, which typically involves high doses of estrogen to promote breast development and other female characteristics, can help Manning, Coombs said.

"It's just to be comfortable in her own skin," Coombs said.

He described it as similar to ensuring someone with high blood pressure gets medication.

( Also on POLITICO: Army won't pay for Bradley Manning gender surgery)

Coombs also said on his blog Monday that Manning chose Elizabeth as her middle name, replacing Edward. He posted Manning's statement about her identity change, which was displayed on NBC's "Today" show Thursday.

Coombs told AP that Manning hand-wrote the statement, with some help from the attorney, who typed it. The statement was signed Chelsea Manning.

Coombs said Manning knows there is the potential for confusion with the name change, and said Manning expects to be referred to as Bradley when it has to do with events prior to sentencing, the appeal of the court-martial and the request for a presidential pardon. Prison mail must be addressed to Bradley Manning.

"There's a realization that most people know her as Bradley," Coombs said. "Chelsea is a realist and understands."

( Also on POLITICO: NYT, AP to refer to Manning as 'Chelsea')

Manning was demoted from private first class to private at sentencing. Manning will be dishonorably discharged when the soldier finishes the prison sentence. The earliest Manning could be released on parole is 2020.

Coombs also said the Bradley Manning Support Network is changing its name to the Private Manning Support Network. The group has raised more than $1 million and is paying Manning's legal expenses.

The AP will henceforth use Pvt. Chelsea E. Manning and female pronouns for the

EXHIBIT 2
PAGE 171            CNS057223

Manning explains gender change - POLITICO

soldier, in accordance with her wishes to live as a woman. This is in conformity with the transgender guidance in the AP Stylebook. The guidance calls for using the pronoun preferred by the individuals who have acquired the physical characteristics of the opposite sex or present themselves in a way that does not correspond with their sex at birth.

EXHIBIT 2
PAGE 172          CNS057224

# POLITICO

**DEFENSE**

## Republicans raise alarm about women in combat

### Their subtle warning: It could force all young women to register for the draft.

By **AUSTIN WRIGHT** | 12/03/15 06:05 PM EST | Updated 12/03/15 09:46 PM EST



The warning about women being eligible for the draft is a delicate political gamble for lawmakers who don't want to appear sexist but also insist that some misgivings in the ranks about allowing women to serve in combat deserve more attention. | AP Photo

Republican skeptics may not have enough power to overturn Defense Secretary Ash Carter's order to open all combat positions to women. But some are delivering a more subtle warning: it could lead to registering all young women in America for the draft.

The Pentagon's move on Thursday did not include any requirement that women register with the Selective Service when they turn 18, as their male counterparts are required to do — and Carter demurred when a reporter asked about it.

EXHIBIT 2
PAGE 173

Republicans raise alarm about women in combat

But congressional Republicans already are raising that prospect, in what appears to be an effort to point out that the Pentagon hasn't fully grappled with the implications of its historic decision to allow women into all front-line combat jobs. It is a delicate political gamble for lawmakers who don't want to appear sexist but also insist that some misgivings about the decision within the ranks deserve more attention.

"If this goes through, it's going to be mandated that women be drafted," said Rep. Duncan Hunter of California, a Marine Corps veteran who served in Iraq and Afghanistan — and who maintains that women should still be barred from some combat roles. "If you're going to have women in infantry units, if a draft ever occurred, America needs to realize that its daughters and sisters would be included."

"The reason you draft people," he added, "is because you have infantrymen dying."

Sen. John McCain of Arizona and Rep. Mac Thornberry of Texas, who chair the Armed Services committees, likewise raised the notion that the logical next step is that all women from ages 18 to 25 could find themselves forced into military service in the event of a major war. And, just like men, they could face prison if they were to refuse being drafted.

## Carter opens all military combat jobs to women
### By AUSTIN WRIGHT

McCain and Thornberry said they "look forward to receiving the department's views on any changes to the Selective Service Act that may be required as a result of this decision."

Carter acknowledged that "it's an issue that's out there" when a reporter raised the draft question during his announcement at the Pentagon. But he said he couldn't comment further, explaining that it's subject to litigation — presumably a reference to a lawsuit by a teenage girl in New Jersey who says the Selective Service System is discriminatory, as the Courthouse News Service has documented.

A spokesman for the Selective Service, Brian McHugh, suggested the matter would ultimately be decided through a "presidential decision."

"We will continue to collect information on males and males only — until told

EXHIBIT 2
PAGE 174

2/5

otherwise," he added.

But it's unclear who will be the ultimate arbiter. A 1948 law explicitly bars women from being registered for the draft, and the Supreme Court upheld that restriction in 1981, shortly after the Jimmy Carter administration revived the draft registration following the Soviet invasion of Afghanistan.

"Congress passed a law that prohibited the induction of women and the Supreme Court held that to be constitutional," said Bernard Rostker, a former undersecretary of defense for personnel and readiness who also ran the Selective Service from 1979 to 1981. "That either has to be overturned or the law has to be changed."

The Selective Service's stated mission is "to furnish manpower to the Defense Department during a national emergency." One recent advertisement reminded those eligible to register: "Men, citizens and non-citizen immigrants, living in America must register within 30 days of their 18th birthday. It's the law!"

There is also a so-called Alternative Service Program that allows men who have been classified by their local draft board as "conscientious objectors" to fulfill their service obligation in a civilian capacity, such as working on conservation projects, caring for the young and elderly, assisting on educational efforts or in health care.

While Republicans were raising questions Thursday about the draft, few voiced outright opposition to Carter's decision to allow women into all combat jobs — demonstrating how much the climate has changed on Capitol Hill, where the move is expected to face only modest resistance.

"We expect the department to send over its implementation plans as quickly as possible to ensure our committees have all the information necessary to conduct proper and rigorous oversight," McCain and Thornberry said in their joint statement. "By law, the Congress has a 30-day period to review the implications of today's decision."

Meanwhile, Republican presidential hopeful Lindsey Graham — also one of the Senate's leading defense hawks — said he has "no reason to object."

"I've sort of, I guess, evolved on this issue, quite frankly," the South Carolina

EXHIBIT 2
PAGE 175

3/5

Republican told reporters. "If the military community feels that women are capable of doing this, then I will not stand in the way."

Carter's decision represents a major milestone for President Barack Obama, furthering his legacy of making the military more inclusive.

The president inherited a military that banned gays from serving openly, barred transgender troops and didn't allow women in units that were primarily involved in ground combat. All three of those exclusions have been or are in the process of being overturned.

"As commander in chief, I know that this change, like others before it, will again make our military even stronger," Obama said in a statement Thursday. "Our armed forces will draw on an even wider pool of talent. Women who can meet the high standards required will have new opportunities to serve."

Carter's announcement caps a process that began in 2013, when then-Defense Secretary Leon Panetta lifted the ban on women serving in ground combat roles but gave the military services branches until 2016 to evaluate the implications and request any exemptions for specific jobs to remain male-only.

Carter said Thursday the Marine Corps asked for partial exceptions for certain front-line combat jobs, based on studies that commanders said showed all-male combat units were more effective. Carter rejected the requests.

Joint Chiefs Chairman Gen. Joseph Dunford, who was Marine Corps commandant when the studies were being conducted, was not present during Carter's announcement on Thursday — leading reporters to ask about his absence.

Dunford "understands what my decision is, and my decision is my decision," Carter responded. "He will be at my side as we do the implementation."

Carter noted that about 220,000 military jobs were closed to women and would now be opened, allowing women to operate tanks, fire mortars and lead infantry soldiers into combat.

He said the military would maintain high standards for all combat assignments but explained that some standards were being modified after studies demonstrated they

EXHIBIT 2
PAGE 176                                                   4/5

were "outdated" or not reflective of the skills necessary for the jobs.

"Our force of the future must continue to benefit from the best people America has to offer," Carter said. "In the 21st century, that includes drawing strength from the broadest possible pool of people."

Sen. Claire McCaskill (D-Mo.), who supports the decision, said Thursday she does think it will "eventually" mean that women will be part of the draft. But that's not a bad thing, she said.

"There's all kinds of ways women can serve, and there's all kinds of ways men can serve," she explained. "And if, in fact, we were at a point where we were having a draft again, I would think both would and should serve."

*Jeremy Herb and Bryan Bender contributed to this report.*

EXHIBIT 2
PAGE 177                    5/5

# POLITICO

**POLITICO**
# New Jersey Playbook
*Matt Friedman's must-read briefing on the Garden State's important news of the day*

## POLITICO New Jersey Playbook: FOYE farewell -- CHRISTIE in super PAC attack -- CASINO deal elusive

### 12/18/15 07:35 AM EST

**By Matt Friedman (**mfriedman@politico.com; @mattfriedmannj**)**

Good morning. Thanks for reading this when you could be watching Star Wars. May the Schwartz be with you!

**QUOTE OF THE DAY:** "To not have the discussion, to not have people we can ask questions of, to just try to kind of sneak this in as a last-minute thing when everybody's getting ready for Christmas, I find appalling" — Republican Assemblywoman Holly Schepisi on Democrats' last minute redistricting constitutional amendment http://politi.co/1P9wbG4

**WHERE'S CHRISTIE**: No public schedule. On Saturday kicks off a weekend bus tour with New Hampshire Gov. LePage and Maryland Gov. Hogan.

### PREZ POLLS

**New Hampshire: Boston Herald/Franklin Pierce University poll** shows Christie in 4th place in New Hampshire at 11 percent, but statistically tied with second place

EXHIBIT 2
PAGE 178

Case 2:11-cv-08083-SJO-FFM   Document 124   Filed 03/14/16   Page 179 of 298   Page ID
#:4126
2/26/2016        POLITICO New Jersey Playbook: FOYE farewell -- CHRISTIE in super PAC attack -- CASINO deal elusive - POLITICO

Marco Rubio and Ted Cruz. Donald Trump leads at 26 percent.
http://bit.ly/1k6d9FC

**HAPPY BIRTHDAY —** Today for State Sen. **Ronald Rice,** Former Assembly
candidate **Christopher Gagliardi. Saturday for Assemblywoman Pamela Lampitt**
and former union leader/Corzine girlfriend **Carla Katz**. Sunday for press row: NJ
Spotlight reporter **John Reitmeyer,** former Star-Ledger reporter **Mike Frassinelli,**
and former Press of Atlantic City reporter **John Froonjian.**

## NEWS

**FOYE SEND-OFF — "Integrity Takes a Toll at the Port Authority," by The New
York Times' Jim Dwyer:** "Two years ago this month, Patrick J. Foye, a middle-aged,
white-bearded, bespectacled government official little known beyond his workplace
and family, arrived at a legislative hearing in Trenton. Under oath, he told a story
that provided the first clear view of near-gangsterism at the top levels of one of the
region's most powerful agencies, the Port Authority of New York and New Jersey. To
ordinary human beings, what Mr. Foye did seems only a matter of common sense ...
But less well understood is that Mr. Foye acted at some cost to himself. Part of the
reforms prompted by this and other revelations was the elimination of Mr. Foye's job.
Instead of an executive director picked by the governor of New York, the authority
has said it will hire a chief executive officer selected by the governors of both states.
At a social event last spring, I ran into one of the commissioners of the Port Authority
— the equivalent of a member of the board — who explained that an executive
search was underway. It seemed obvious that Mr. Foye had distinguished himself in
standing up against outlandish behavior. The commissioner dismissed him as a
possibility. 'Oh, it's not going to be Foye,' the commissioner said. 'We're getting a
world-class C.E.O.' Whatever that is." http://nyti.ms/1Qt7bx6

**DO IN AC — "With deadline approaching, deal on North Jersey casinos still
elusive," by POLITICO's Katie Jennings and Ryan Hutchins:** "Competing
proposals to allow casinos in North Jersey advanced in the state Legislature on
Thursday, but a deal to close the gap between the two measures appeared elusive,
even with a key procedural deadline just days away. The dueling measures ... place
the Democratic leaders in the Senate and Assembly at odds with each other. The
Senate version (SCR185) is sponsored by President Stephen Sweeney and the

EXHIBIT 2
PAGE 179

Assembly version (ACR2) by Speaker Vincent Prieto. Neither side seemed willing Thursday to budge on two key issues: How much money from the new casino tax revenue would go toward helping Atlantic City and who would be permitted to operate the new casinos." http://politi.co/1mbChMg

**THIS HAS NOTHING TO DO WITH 2017 — "Amid GOP opposition, Sweeney's pension amendment advances," by POLITICO's Ryan Hutchins:** "Democratic lawmakers moved forward Thursday with a controversial effort to amend New Jersey's constitution to require quarterly pension payments, with the Assembly judiciary committee advancing the legislation in a 4-1 vote ... The Senate budget committee already approved the partisan proposal, which has drawn the ire of Republicans who say they're worried such a requirement could throw the state into a financial tailspin. The legislation was condemned as fiscally irresponsible by Gov. Chris Christie, who said unions bought the proposal with their support of Democratic candidates." http://politi.co/1Ns52O5

**#TRANSPARENCY — "Court nixes attempt to obtain records on Christie's travel," by The AP:** "A New Jersey appeals court ruled in favor of Gov. Chris Christie's office Thursday in a dispute over a reporter's request for the governor's out-of-state travel expense records. The three-judge panel held reporter Mark Lagerkvist's request exceeded the limits of New Jersey's Open Public Records Act. Last year, Lagerkvist requested records of Christie's travel to third-party-funded events, including who paid for his travel." http://bit.ly/1OA6rzO

**TRAGIC — "NJ State Police: Trooper Dies While Responding To Domestic Dispute In Salem County," by CBS:** "Authorities say a New Jersey state trooper has died following a one-car accident in rural Salem County. He has been identified as Trooper Eli McCarson. Officials say Tpr. McCarson was responding to a report of a domestic dispute in Quinton Township at around 10:45 this morning when his cruiser veered off the right side of Quinton-Alloway Road, near the intersection of Route 49, and into a utility pole." http://cbsloc.al/1NscNnd

**DEMOCRATS ARE CLEARLY DOING IT FOR ALTRUISTIC REASONS — "Despite GOP's anger, Assembly panel OKs redistricting amendment," by POLITICO's Matt Friedman:** "After less than 20 minutes of discussion, an Assembly panel on Thursday approved a proposed constitutional amendment that

Case 2:11-cv-08083-SJO-FFM   Document 124   Filed 03/14/16   Page 181 of 298   Page ID
#:4128
2/26/2016        POLITICO New Jersey Playbook: FOYE farewell -- CHRISTIE in super PAC attack -- CASINO deal elusive - POLITICO

would change the way New Jersey redraws its legislative districts and could give Democrats an advantage for decades to come. Even though the amendment (ACR-4) would have serious implications for future legislative elections, Democrats only introduced it on Monday and the hearing by the Assembly judiciary committee attracted just one witness, who testified against it. The rush to approve the amendment — which has to be approved by both houses of the Legislature and given final approval by voters — angered Assemblywoman Holly Schepisi, one of two Republicans on the committee, which approved the measure by a party-line vote of 4-2. 'To not have the discussion, to not have people we can ask questions of, to just try to kind of sneak this in as a last-minute thing when everybody's getting ready for Christmas, I find appalling,' she said." http://politi.co/1P9wbG4

**DESPICUZZO — "Corrupt Former Middlesex County Sheriff Joe Spicuzzo Released From Prison," by New Brunswick Today's Charlie Kravotail:** "Joseph Spicuzzo, one of the county's most notoriously corrupt politicians, left a state prison today as a free man, having served just over two years on a nine-year sentence. Spicuzzo led the Middlesex County Democratic Organization for many years, and was elected to ten consecutive three-year terms as Sheriff. According to a person who answered the phone at the Central Reception and Assignment Facility, Spicuzzo is out on parole." http://bit.ly/1ObX9jp

**OH NO HE DIDN'T — "Is the John Kasich-Chris Christie bromance over?" by Cleveland.com's Henry J. Gomez:** "John Kasich's super PAC allies have a new target: For weeks, New Day for America has been aiming everything it has at Republican presidential front-runner Donald Trump. But with New Jersey Gov. Chris Christie on the rise in New Hampshire, which is crucial to Kasich's White House fortunes, New Day is redirecting some of its fire … So much going on in this ad. Impatient rascal? Provocative and memorable – exactly the kind of spot for which New Day media guru Fred Davis is known. And, remember, Christie and Kasich have long been friendly. In the past they couldn't say enough nice things about each other." http://bit.ly/1P9w1i8

**—New Jersey gained 7,900 jobs in November and its unemployment rate dropped to 5.3 percent.** http://politi.co/1Ns4LLh

**BUT RANDY MASTRO'S REPORT THOROUGHLY CLEARED HIM —**

**"Shadows loom in Christie's highlight reel," by The Record's Charles Stile:**
Christie chose not to respond to Paul's jibe about the bridge. Yet the sharp, sarcastic
reference — coming less than a week after real estate mogul Donald Trump slammed
Christie on the same issue — underscores just how much it could stalk him if he
becomes a top-tier contender for the nomination next year. And although no
evidence has linked Christie to the politically motivated lane closings that snarled
traffic in Fort Lee in September 2013, Christie's rivals are likely to use the issue to try
to raise doubts about his fitness and temperament for the most powerful job in the
world." http://bit.ly/1T5H6BK

**OH. RIGHT — "NJ lawmakers consider action on GWB report," by The
Record's Paul Berger: "A** day after a federal judge rebuked a report commissioned
by Governor Christie to investigate the George Washington Bridge lane closures,
lawmakers were mulling whether to take action against the law firm for wasting
taxpayer money ... Wigenton noted that while her ruling was limited to the motion
before her to quash a defense subpoena requesting the contemporaneous notes —
which she granted because they did not exist — potential ethical violations of any
agreement between the law firm, Gibson, Dunn & Crutcher, and the governor's office
"are in the purview of the State of New Jersey ... State Sen. Loretta Weinberg, D-
Teaneck, said Thursday that following Wigenton's opinion, she is consulting lawyers
about legal options, including determining whether taxpayer money had been
improperly spent and whether she can prevent further payments to Gibson Dunn ...
Meanwhile, Assemblyman John Wisniewski, a Middlesex County Democrat, said that
he is considering resurrecting a special legislative committee into the lane closings."
http://bit.ly/1T5Hd04

**PRINCIPAL TRUMP? — "Fired for Being Muslim, N.J. Teacher Says," by
Courthouse News Service's Lorraine Bailey:** "A New Jersey high school ordered a
history teacher not to 'mention Islam in class,' reprimanded her for showing a movie
about Nobel Laureate Malala Yusufzai - which a white history teacher showed
without problems - then fired her because her Muslim religion causes 'trouble,' the
teacher claims in court. Sireen Hashem sued Hunterdon County, its Board of
Education and superintendent, Hunterdon Central Regional High School and its
principal and two teacher/supervisors on Monday in Federal Court."
http://bit.ly/1NW1iWy

**BUY IT AND BUILD IT YOUR WAY — "Sinatra's birthplace for sale after decades as vacant lot, owner says," by NJ Advance Media's Steve Strunsky:** "After three decades of owning the vacant lot that once housed an apartment building where Frank Sinatra was born, Frank Palmisano said he and his family are ready to sell. 'What are we doing with it?' said Palmisano, who co-owns the lot at 415 Monroe Street with his sister-in-law. 'We've got it 33 years. We're paying taxes on it.' ... A plaque embedded in the sidewalk that commemorates the birth of "Francis Albert Sinatra" there is dirty and scratched. And a Sinatra shrine of sorts adjacent to the lot, on property also owned by Palmisano, has been closed for nearly a decade." http://bit.ly/1k5decB

**RUTGERS REFUSES TO PUT A RING ON IT — "Rutgers adjunct says school tried to kill Beyoncé course ," by The Philadelphia Inquirer's Jonathan Lai:** "A Rutgers University course studying black feminism through the singer Beyoncé was effectively canceled by the department of women's and gender studies, the course's instructor and creator says. The university denied Thursday that the class was ever canceled, saying it was moved to the American studies program. But Kevin Allred, an adjunct at the New Brunswick campus who teaches the course, said he had to ask American studies to offer it after the women's studies department would not schedule it." http://bit.ly/1T5Hu3i

**ALL THEY NEED IS AN OVERRIDER — "Assembly Democrats again fail to override Christie gun control vetoes," by POLITICO's Matt Friedman:** "Even after applying a rarely used pressure tactic to Assembly Republicans, Democrats did not convince them to help override Gov. Chris Christie's veto of two gun control bills — including one that almost all of them initially voted for. 'Steadfastly flip-flopping and putting a governor's political ambitions above the public's interest and safety is yet another example of why Republicans are becoming an endangered species in the New Jersey Assembly,' Assembly Speaker Vincent Prieto said in a statement after the vote. 'New Jerseyans are smart and they are watching. They know who is doing the right thing and who is not. They will make their voices heard.'" http://politi.co/1Ns5kV9

**—"Override of transgender bill fails by one vote"** http://politi.co/1ObWCoU

**TIME TO BAN ENTRY FOR ALL EGYPTIAN DOGS. NO EXCEPTIONS FOR**

**PUPPIES OR BITCHES — "Rabid Egyptian dog traveling on bogus papers forced 4 N.J. dogs into quarantine," by NJ Advance Media's Kathleen O'Brien:** "A Cairo street dog that was adopted last May traveled on a forged rabies certificate and soon developed the illness, triggering a six-month quarantine for four other Egyptian dogs placed in New Jersey. Eight dogs and 27 cats were brought to the United States by animal rescue groups, the U.S. Center for Disease Control and Prevention said Thursday." http://bit.ly/1k5cHqW

**FREEHELD — "Senator wants hold on Kelly nomination," by The Asbury Park Press' Erik Larsen and Michael Symons:** "State Sen. Raymond Lesniak, D-Union, is calling for a freeze on appointments to the State Parole Board after Gov. Chris Christie nominated Ocean County Freeholder Jack Kelly to a seat on the panel Monday. Lesniak is a member of the Senate Judiciary Committee, which reviews Parole Board nominations. The senator noted that Kelly, who has held a high-salaried patronage position in the past, would receive a new salary of at least $100,000, even though the freeholder has no formal law enforcement or criminal justice education, and no college degree. 'Kelly's judgment as to an inmate's release would be useless,' Lesniak said." http://on.app.com/1ObWsqc

**HE JUST PLAYED SANTA. WHY WOULD YOU THREATEN KILL SANTA? — "Ocean County sheriff gets death threat," by The Asbury Park Press' Erik Larsen:** "Ocean County Sheriff Michael G. Mastronardy said he received a death threat following news coverage of a counter-terrorism seminar in Lakewood in which an anti-Muslim speaker addressed local law enforcement. The sheriff said he was at his vacation residence in North Carolina last month when he was briefed about the threat. In an interview, Mastronardy declined to talk about the nature of the threat or how it was communicated, but said officials in North Carolina offered him protection. He would not say if he accepted their offer." http://on.app.com/1k5d3xQ

**THIS IS WHAT DEMOCRACY DOESN'T LOOK LIKE — "Senator: Negotiations over Democracy Act 'not good right now'," by POLITICO's Matt Friedman:** "Negotiations over putting a far-reaching measure to expand voter access on the ballot in 2016 are not going well, a key state senator said today. 'It's not good right now, but we're still talking,' state Sen. Ronald Rice, a Democrat from Essex

EXHIBIT 2
PAGE 184

County who chairs the state's Legislative Black Caucus, said of his talks with Democratic legislative leaders ... Rice wants restoration of voting rights for those on parole and probation included." http://politi.co/1Ns4vf8

**WAIT. CHRISTIE WAS A U.S. ATTORNEY? NEXT THING YOU'LL TELL ME IS STEVE SWEENEY'S AN IRONWORKER — "What did Chris Christie's terror prosecutions entail?" by MSNBC's Aliyah Frumin:** "Christie, who served as U.S. attorney from 2002 to 2008, arguably made more of a name for himself during that time period for prosecuting corrupt politicians (his office successfully prosecuted more than 130 public officials) than terrorists. But he did create a terrorism unit, and was involved in several terror cases. Two of those cases, however, have raised questions about potential entrapment and the heavy use of relying on informants. A request for comment on those particular cases was not immediately returned by his campaign." http://on.msnbc.com/1ObWSNv

**SHOCKER — "Ex-Gov. Christine Whitman's criticism of GOP presidential candidates gains little traction," by The Record's Herb Jackson:** "Former Gov. Christine Todd Whitman's harsh criticism of the Republican presidential campaign and her call to get moderates to reclaim their place in her party got little public traction Thursday and elected officials, academics and political operatives questioned whether it would have much effect." http://bit.ly/1ObWYVh

**SANDY — "3-year foreclosure ban for Sandy victims headed to Christie's desk," by NJ Advance Media's S.P. Sullivan:** "A bill aimed at keeping thousands of Hurricane Sandy victims from entering into foreclosure for three years passed both houses of the Legislature Thursday. The bill, S-2577, would prevent lenders from foreclosing on homeowners waiting for funds through rebuilding grant programs run by the state." http://bit.ly/1ObXgLU

**JESUS THE HUTT — "'Star Wars': The Force awakens at a N.J. church," by NJ Advance Media's Brian Amaral:** "Pastor Tim Lucas was 6 years old when the first Star Wars movie came out, and he remembers, in the Christmases that followed, replacing the tiny figures in his mother's Nativity scene with Han Solo, Princess Leia and R2D2. 'I didn't care about the star of Bethlehem,' said Lucas, the lead pastor at Morristown-based Liquid Church. 'I cared about the Death Star.' Now, Lucas — no relation to George, sadly — is doing the same thing on a wider scale as a new

EXHIBIT 2
PAGE 185

installment of the franchise is about to hit theaters. Services in the coming Sundays at Liquid Churches around New Jersey will weave the Star Wars story together with Biblical theology in what they're calling a 'Cosmic Christmas.'"
http://bit.ly/1NW11mL

**CHRISTIE REALLY IS TURNING NJ INTO A RED STATE — "Start your engines, NASCAR is coming to N.J.," by Don Woods for NJ.com:** "The biggest name in racing is coming to the Holly City next year — with NASCAR's K&N Pro Series East being held at New Jersey Motorsports Park (NJMP). The race is scheduled for Sept. 17 at the Millville road course." http://bit.ly/1NscCbI

**JERSEY CITY — "For third year straight, Jersey City is No. 1 for LGBT community, report says," by The Jersey Journal's Terrence T. McDonald:** "Jersey City is No. 1 in the state when it comes to LGBT rights, according to a national gay rights group that ranks how LGBT-friendly American cities are. This is the third time in a row Jersey City has scored a perfect 100 on the Human Rights Campaign's Municipal Equality Index, which ranks cities based on LGBT-inclusive laws and policies. It is one of 47 cities in the nation to get a perfect score." http://bit.ly/1NscZ63

**MANDATORY FUN — "Mandatory school recess bill passes out of Assembly," by POLITICO's Linh Tat:** "Legislation requiring schools to provide at least 20 minutes of recess daily to students in kindergarten through the fifth grade passed out of the state Assembly on Thursday. ... 'Not only does recess provide kids with a chance to let off some energy so they can better concentrate on their academics, it also allows them to develop their social skills and learn valuable life lessons by teaching them how to be good sports while playing a game,' Assemblyman Erik Peterson, one of the bill's Republican sponsors, said. ... But ... in a 2013 survey conducted by the New Jersey School Boards Association, 60 percent of respondents said recess should not be mandated by the state but should be a decision left up to local school boards." http://politi.co/1ObNHwr

**MEET ME HALFWAY ON ATLANTIC CITY — "Assembly concurs with Christie's veto of Atlantic City rescue package," by POLITICO's Ryan Hutchins:** "Lawmakers agreed with Christie's recommendations on a bill (A3981) to create a program to allow payments in lieu of taxes, or PILOTs, that would shield the

EXHIBIT 2
PAGE 186

Case 2:11-cv-08083-SJO-FFM    Document 124    Filed 03/14/16    Page 187 of 298    Page ID
#:4134
2/26/2016          POLITICO New Jersey Playbook: FOYE farewell -- CHRISTIE in super PAC attack -- CASINO deal elusive - POLITICO

city government from the impact of further court-ordered reassessments on the struggling casinos. About $150 million would go to the local government initially, but that payment would drop by $30 million after two years. That share of the funds had traditionally been paid to the Atlantic City Alliance, a nonprofit marketing agency." http://politi.co/1ObWH4M

**THE CHRONICLES OF OMNIA — "Petition, march protest Horizon's OMNIA plan," by Cristina Rojas for NJ.com:** "The rain didn't stop a group of protesters who marched from City Hall to the Statehouse on Thursday to protest Horizon Blue Cross Blue Shield's new OMNIA plan that leaves the capital city without a 'Tier 1' hospital." http://bit.ly/1Oc4Fe4

**BLACK SABBATH PLAYING AT A CATHOLIC HIGH SCHOOL — "Vintage photos of pop, rock and soul in N.J."** http://bit.ly/1ObWm1O

**MORE NEWS**

—**"Senate passes paid sick leave bill, despite Republican opposition"** http://politi.co/1mbBYRO

**"Assembly panel OKs amendment to make gas tax hike more palatable"** http://politi.co/1mbDl3o

—**"Green bills pass state legislature, but face gloomy fate"** http://politi.co/1T5GZpH

—**"Chemical safety bill named for Frank Lautenberg clears U.S. Senate"** http://bit.ly/1ObWwpZ

—**"Convicted ex-Wall schools boss denied bail – again"** http://bit.ly/1ObWIpn

—**"National study points out potential dangers of monopolies in NJ healthcare"** http://bit.ly/1T5HjVA

—**"Assembly votes to restore money to lead-hazard fund"** http://on.app.com/1ObWn64

—**"5 great ideas to revive Fort Monmouth"** http://on.app.com/1NscFEg

—**"Ex-official admits fudging New Brunswick's water purity data"** http://bit.ly/1NscwAS

—**"Martinsville chef voted champion of Pizza Wars"** http://bit.ly/1NW1aq0

—**"Senate committee releases 14 Superior Court nominees"** http://politi.co/1Ns5a01

—**"Senate confirms Belgard as Burlington County's next Superior Court judge"** http://bit.ly/1T5Hn7K

—**"Senate Judiciary Committee affirms Donohue for Superior Court judgeship"** http://bit.ly/1k5cPH2

—**"Victory for 32BJ Workers as Union Secures Settlement with Contractors"** http://bit.ly/1ObXdQ1

—**"Kindness comes full circle for Mount Laurel waitress"** http://bit.ly/1ObWtKZ

**Want to make an impact? POLITICO New Jersey** has a variety of multi-platform solutions available to reach and activate the most influential people in the Garden State. Have a petition you want signed? A cause you're promoting? Share your message with our influential readers to increase awareness and drive action. Contact Chris Falls to find out how: cfalls@politico.com.

**FOR MORE** political and policy news from New Jersey, check out Politico New Jersey's home page: http://politi.co/1JiYTDg

**SUBSCRIBE** to the Playbook family: **POLITICO Playbook**: http://politi.co/1phAeAC ... **New York Playbook**: http://politi.co/1ON8bqW ... **Florida Playbook**: http://politi.co/1JDm23W ... **New Jersey Playbook**: http://politi.co/1HLKltF ... **Massachusetts Playbook**: http://politi.co/1Nhtq5v ... **Illinois Playbook**: http://politi.co/1N7u5sb ...

EXHIBIT 2
PAGE 188

**California Playbook:** http://politi.co/1N8zdJU and our friends at **POLITICO Brussels Playbook**: http://politi.co/1FZeLcw

**\*\* A message from the Consumer Technology Association (CTA)™:** Does your state welcome innovation? The 2016 Innovation Scorecard from the Consumer Technology Association (CTA)™ measures state's openness to innovation, awarding top marks to states who support ridesharing, homesharing and drones, enable fast internet speeds and enact smart tax policy, among other criteria. So, is your state among the Innovation Champions, or among the lowest-tier Innovation Adopters? Find out at CTA.tech/scorecard to explore our interactive map and to view the full report. \*\*

EXHIBIT 2
PAGE 189

3/9/2016     Courtney Love Sued by Psychiatrist for 'Breach of Contract'

# Courtney Love Sued by Psychiatrist for 'Breach of Contract'



Courtney Love Craig Barritt/Getty Images

A New York psychiatrist and addiction specialist is suing Courtney Love for nearly $50,000 for "breach of contract," according to Courthouse News Service (via *Spin*).

Dr. Edward Ratush claims the former Hole frontwoman owes him $48,250 in back payment since 2010. The suit does not specify the reason for the claim, but notes that the "nature of this action is Breach of Contract, Account Stated, Money Due and Owing, and Unjust Enrichment."

According to his website, Dr. Ratush "specializes in helping people who suffer from Mood Disorders such as depression and mania, Anxiety Disorders such as panic attacks, obsessive compulsive disorder and PTSD, Arousal Disorders such as insomnia, fatigue, shift work disorder and Adult ADHD" and provides "comprehensive, private, innovative and personalized treatment for mental health and substance use disorders."

Calls to Dr. Ratush and his attorney were not immediately returned.

Love is no stranger to courtrooms. Last month, the singer was cleared of libel charges filed by her

EXHIBIT 2
PAGE 190

Courtney Love Sued by Psychiatrist for 'Breach of Contract'

former lawyer. Love's former attorney, Rhonda Holmes, brought the lawsuit in 2011, claiming that Love had committed libel in a 2010 Twitter post implying that Holmes had taken a bribe. During the trial, Love testified that she had intended that tweet as a private direct message in response to a question, and that when she realized she had accidentally tweeted the comment publicly, she immediately deleted it.

The jury unanimously found that Love had indeed published the tweet in question, and that it contained false information, which 11 of the jurors concluded would have been damaging to its target's reputation. However, they also ruled 9-3 that Holmes' lawyers had failed to prove that Love knew at the time that the statement was false, and so could not be held liable for defamation.

EXHIBIT 2
PAGE 191



1 of 415 DOCUMENTS

Copyright 2015 San Antonio Express-News
All Rights Reserved
San Antonio Express-News

October 21, 2015 Wednesday
STATE EDITION

**SECTION:** SPORTS; C; Pg. 4

**LENGTH:** 375 words

**HEADLINE:** Indoor;
Startup league wants team in S.A. for 2017

**BYLINE:** John Whisler

**BODY:**

The founder of a startup professional indoor football league that could include a team in San Antonio said a lawsuit by a rival league won't derail its plans.

"We're still looking at kicking off in 2017," said Mark Palmer, an Austin real estate developer.

In addition to the Alamo City, teams in Austin, Tulsa, Oklahoma, Denver and Arkansas are planned for the inaugural season, Palmer said.

According to its website, the Arena Football Federation (AFF) was founded in July and signed three players to the Austin Armadillos. They included former University of Texas running back Joe Bergeron and former Longhorns cornerback Joshua Turner.

Palmer said the AFF was started by "a group of ex-football players and investors who want to see changes in the arena market."

A Wiki website indicated former New Orleans Saints quarterback John Fourcade is a member of the league's board of directors.

But the Arena Football League, the highest-profile and most successful indoor league, sued Palmer on Oct. 15, alleging fraud, unfair competition, deceptive trade and trademark violations, according to the Courthouse News Service.

The league claims Palmer approached officials in July about starting an AFL franchise in Austin, the report said.

After signing a confidentiality agreement, Palmer announced on his Facebook page he was starting a competing

EXHIBIT 2
PAGE 192

Indoor; Startup league wants team in S.A. for 2017 San Antonio Express-News October 21, 2015 Wednesday

league, the AFF.

Palmer said he's aware of the lawsuit, but not worried about it.

"The AFL has enough problems of their own," he said. "They're going to be lucky to play this year anyway."

The San Antonio Talons were members of the AFL from 2012-14.

Palmer said "preliminary ownership groups" have been identified in each potential AFF city, although no formal deals have been reached.

As for the group in San Antonio, Palmer declined to provide names.

"I'm not at liberty to give that information out at this time," he said.

Palmer, who claims he once played for the Las Vegas Sting, an AFL member in the mid-1990s, said his league has contacted Freeman Coliseum officials about a lease agreement involving the San Antonio Stampede.

Freeman Coliseum executive director Derrick Howard confirmed Palmer recently toured the facility but that talks were only preliminary in nature.

jwhisler@express-news.net

Twitter: @johnfwhisler

**LOAD-DATE:** October 21, 2015

EXHIBIT 2
PAGE 193

THE XX FACTOR   WHAT WOMEN REALLY THINK

MARCH 24 2010 4:47 PM

# Reality Remorse

*By Jessica Grose*

First **the Balloon Boy family fiasco** , now this: The reality show *Wife/Swap* is getting more bad press because 18-year-old Alicia Guastaferro, who appeared on the show when she was 15, is suing ABC, Disney, and RDF Media because she says **producers acted "with actual malice towards [her] ." According to Courthouse News Service, Alicia says that *Wife/Swap* producers fed her lines to make her look "bratty" and "spoiled," and as a result she has been humiliated and taunted at school. Alicia also says that she was not compensated for her time and that she never consented to appearing on the show. She now wants $100 million in damages.**

I spoke to someone who worked on the show in the past, who says that families are well aware the show is semi-scripted before signing on. And, **as this CNN article from last year notes** , "from a legal standpoint, it's not the fault of the production company if [reality show participants] ... find the show to be more emotionally damaging than they ever thought it would be."

Advertisement

What complicates all this is the fact that Alicia was a minor when her episode of *Wife/Swap* was shot. Alicia says only her mother was compensated when they both appeared on the show. It's worth noting that her mother, Karen Guastaferro, pled guilty of a felony last year **because she did not report wages** . Alicia's father, **Ralph, pled guilty of money laundering last year as well** . If her mother signed a contract on Alicia's behalf, one wonders if Alicia should be suing her mother for withholding compensation-not ABC/Disney. The timing of this suit is also curious, as it is mere

EXHIBIT 2
PAGE 194

months after both her parents pled guilty to felonies with hefty fines. "Their finances
are poor at the present time," Karen's lawyer told the court in November, **according
to** *The Buffalo News* .

Potential familial grifting aside, boy, were Alicia's brattiness and entitlement pretty
epic. In the clip below, **Alicia says things like** , "I do feel sorry for people that are not
gorgeous people." She also berates her mother for serving her the wrong kind of
cereal. Don't miss the hilarious script concerning the other family the Guastaferro's
are swapping with - the Boss family. " Ultra-feminist Angie homeschools her daughters
so she can indoctrinate them with her feminist agenda," says the condescending
voice-over. *Wife/Swap* might not be a reflection of "reality," but it sure is entertaining.

**REALITY REMORSE**

**NEWS & POLITICS**

SUPREME COURT DISPATCHES

EXHIBIT 2
PAGE 195

3/3/2016                                    No indictment for Georgia cop who fatally shot man after... | www.statesman.com

# Statesman

CARS    CLASSIFIEDS    HOMES    JOBS        ☾ 71°  🚗⊘  🔍

• NEWS    • SPORTS    • AUSTIN360    • ¡AHORA SÍ!    • NEIGHBORHOODS    • THINGS TO DO    • MORE        SUBSCRIBE NOW    👤 LOG
                                                                                                       As low as 99¢

NATION & WORLD
◀  Caitlyn Jenner wants to be 'trans ambassador' for Ted Cruz     Boy's ace at Tiger Woods' new course draws hug from golf great     Woman caught using fake cardboard license plate ▶

*Steve Visser*
*The Atlanta Journal-Constitution*    

# No indictment for Georgia cop who fatally shot man after traffic stop

f 🐦

🕓 4:17 p.m. Friday, June 12, 2015 | Filed in: Nation & World



NATION & WORLD ➡

*Officer Thomas Atzert (Credit: Channel 2 Action News)*


**MyStatesman**

**Get complete, in-depth analysis and more with our interactives**

**Access to MyStatesman included for Statesman subscribers.**

EXPLORE ▶

**Fulton County, Georgia** — A grand jury in Georgia declined to indict an Atlanta police officer Friday for fatally shooting a man after a traffic stop.

Officer Thomas Atzert killed Maurice Hampton in June 2011, and his mother spoke to the grand jury Thursday, Channel 2 Action News reported.

"I have no hate and I just want to let them know who he was," Rosa Hampton told



**SOCIAL SECURITY SUCKS**

**Born before 1969?** You can get an extra $4,098 monthly with this...

**LEARN MORE >>**

**MOST READ**

1.    Austin's Yeti to move int Austin HQ

2.    Greg Abbott: Robert Mo 'cannot adequately represent'...

3.    Texas Republican count leader Robert Morrow fa party revolt

http://www.statesman.com/news/news/national/fulton-grand-jury-clears-atlanta-cop-in-traffic-st/nmcDz/

EXHIBIT 2
PAGE 196                    1/6

Channel 2 reporter Mark Winne. "He was a human being."

**SIGN UP FOR NEWSLETTERS**

Want more news? **Sign up** for free newsletters to get more of the Statesman delivered to your inbox.

Atzert saw Maurice Hampton run a stop sign, according to statements and police records. Hampton fled on foot, and when Atzert caught him the two struggled. Atzert said Hampton grabbed his baton and that's when Atzert fired his weapon, Channel 2 reported.

APD investigated and kept Atzert on the force. The FBI also investigated but did not bring federal charges.

A federal judge last year denied granting Atzert immunity from a civil lawsuit, saying in his ruling Atzert may not have been justified in the shooting.

Hampton, a parolee driving without a valid license, fled after the traffic stop, according to Courthouse News Service. Atzert claimed he used his baton on the larger Hampton but that Hampton got the baton and ran off, the news service reported from the federal ruling.

"At this point, Atzert fired his weapon, striking Hampton in the back and killing him," U.S. District Judge Thomas Thrash wrote, citing Atzert's testimony, the news service reported.

A witness said Hampton did not have a weapon in his hands when he was shot.

Rosa Hampton filed the civil suit based on this witness's version of the events

Atzert won a jury verdict in a civil case, Channel 2 reported.

## TRENDING ON FACEBOOK

- Health officials warn of 'rare' flesh-eating bacteria in Florida
- Heartwarming: Waitress' act of kindness touches grieving couple who lost baby
- Woman involved in Walmart brawl reveals what started fight
- Big rig full of sharks crashes in Florida, killing one
- Fifth-grader in wheelchair left out of graduation

More popular and trending stories

### RELATED

- Man killed in officer-involved shooting in SW Atlanta

### MORE NEWS HEADLINES

- Boy's ace at Tiger Woods' new course draws hug from golf great
- Woman caught using fake cardboard license plate
- Homeless man lands job after handing out his resume
- Woman discovers her favorite teacher is really her biological sister
- Lost cell phone with porn sends sex offender, 85, to prison

EXHIBIT 2
PAGE 197

MORE ➔

**MORE FROM STATESMAN**

 Police investigating woman in her 60s found dead in Lady Bird...

 Affordable housing deal, rules for tiny lots on Austin...

 Toddler sentenced to life in Egyptian prison

**PROMOTED STORIES**

 A Ranking of the 2016 Presidential Candidates by Wealth
*(Forbes)*

 The Best Kept Secret For Coloring Gray Hair
*(Fab over Fifty)*

 Hillary is ready to take on the NRA. Say you're with her.
*(Paid for Hillary Victory Fund, hillaryclinton.com/go)*

Recommended by

# MORE FROM STATESMAN.COM

TOPICS ⌄


**Affidavit: Man on K2 tried to choke Round Rock nurse**


**Ballot machine issues delay Bastrop County election results**


**Police: Driver flees crash in East Austin, two children injured**


**Boy's ace at Tiger Woods' new course draws hug from golf great**


Obituary-Clara Onette Tuch

3/3/2016     No indictment for Georgia cop who fatally shot man after... | www.statesman.com



Travis GOP Chairman-elect Robert Morrow's Donald Trump connection



Woman caught using fake cardboard license plate



Follow the GOP debate live



Porn site conducts survey; finds its users support Bernie Sanders,...



Police: Man rams car in Round Rock road rage incident



Woman discovers her favorite teacher is really her biological sister



Veterans honored for their service during portrait unveiling



Lost cell phone with porn sends sex offender, 85, to prison



Caitlyn Jenner wants Ted Cruz to be president, and she'll be his...



Demanda creciente de intérpretes médicos en Texas y por todo EE.UU.



Rep. Marsha Farney falls to Terry Wilson in House District 20



Austin's Yeti to move into new Austin HQ



LOCAL ➡

Everything you need to know about the Region II-6A tournament



NATION & WORLD ➡

Family of boy with cancer facing eviction



LOCAL ➡

Greg Abbott: Robert Morrow 'cannot adequately represent' Travis GOP



BASTROP ➡

Calendar of events



BASTROP ➡

Chamber hits roadblocks in Bastrop marketing talks



NATION & WORLD ➡

Instagram account shows just how miserable men are shopping with...



NEWS ➡

¡Ahora Sí! es galardonado durante entrega de Capital of Texas Awards



NATION & WORLD ➡

Flight attendant charged after admitting to starting in-flight fire



NEWS ➡

Python is stuffed after it has a bear of a snack



STATE ➡

Texas expanding Zika testing, urging mosquito monitoring



CRIME ➡

Austin dentist gets 7 years in prison for assaulting young patients



CRIME ➡

Austin police accuse homeless man from Colorado of 2 bank robberies



NATION & WORLD ➡

This website urges you to come to Canada if Trump wins

No indictment for Georgia cop who fatally shot man after... | www.statesman.com

EXHIBIT 2
PAGE 201

3/2/2016                                    Manuel Noriega sues over likeness in Call of Duty Video Game - Telegraph

## Manuel Noriega sues over likeness in Call of Duty Video Game

The former dicator of Panama is suing game creator Activision over his depitction in popular video game



The video game depicts Noriega as a character who initially assists the protagonists of the game but eventually betrays them and has to be hunted down  Photo: Rex, Activision



**Take advantage of the strong Euro to send money back to the UK today!**
Enjoy bank-beating exchange rates and your first transfer free with Telegraph International Money Transfers

Sponsored by Telegraph
Money Transfers

By Dominic Frantzis

8:11PM BST 16 Jul 2014

Manuel Noriega, the former dictator and soldier of Panama, has filed a lawsuit against Activision, the creator of the popular first person shoot 'em up game Call of Duty, over likeness rights.

The lawsuit was filed in Los Angeles on Tuesday.

Documents uncovered by Courthouse News website reveal that the allegations are over "blatant misuse, unlawful exploitation and misappropriation for economic gain" of Noriega's depiction in the "Call of Duty: Black Ops II" video game.

The video game depicts Noriega as a character who initially assists the protagonists of the game but eventually betrays them and has to be hunted down. This loosely mirrors Noriega's actual life where he initially worked with the CIA but was subsequently ousted by American military troops due to his violent reign.

The lawsuit was filed by Girardi & Kees lawfirm on behalf of Noriega, who is currently in a Panama prison serving a 20 year sentence.

Noriega has served time in multiple countries, including US federal prison, since his capture by American military forces in 1989. He has been convicted of an assortment of crimes including money laundering, drug dealing, and murder.

Besides currently being in prison another factor is likely to damage his lawsuit. Jas Purewal, an entertainment lawyer, told the BBC that "Noriega isn't a US citizen or even a resident. This means that his legal claim becomes questionable, because it's unclear on what legal basis he can actually bring a case against Activision."

Activision has yet to respond to news of the lawsuit.

**The Euro's hit a 13 month high against the pound. Send money back to the UK today!**
Enjoy bank-beating exchange rates and your first transfer free with Telegraph International Money Transfers

© Copyright of Telegraph Media Group Limited 2016

EXHIBIT 2
PAGE 202

*The*/Atlantic

# The Life and Death of the American Lawn

Grasses—green, neatly trimmed, symbols of civic virtue—shaped the national landscape. They have now outlived their purpose.



Robert Couse-Baker / Flickr

MEGAN GARBER | AUG 28, 2015 | CULTURE

TEXT SIZE



The hashtag #droughtshaming—which primarily exists, as its name suggests, to publicly decry people who have failed to do their part to conserve water during California's latest drought—has claimed many victims. Anonymous lawn-waterers. Anonymous sidewalk-washers. The city of Beverly Hills. The tag's most high-profile shamee thus far, however, has been the actor Tom Selleck. Who was sued earlier this summer by Ventura County's Calleguas Municipal Water District for the

EXHIBIT 2
PAGE 203

alleged theft of hydrant water, supposedly used to nourish his 60-acre ranch. Which
includes, this being California, an avocado farm, and also an expansive lawn.

The case was settled out of court on terms that remain undisclosed, and everyone
has since moved on with their lives. What's remarkable about the whole thing,
though—well, besides the fact that Magnum P.I. has apparently become, in his semi
-retirement, a gentleman farmer—is how much of a shift all the Selleck-shaming
represents, as a civic impulse. For much of American history, the healthy lawn—
green, lush, neatly shorn—has been a symbol not just of prosperity, individual and
communal, but of something deeper: shared ideals, collective responsibility, the
assorted conveniences of conformity. Lawns, originally designed to connect homes
even as they enforced the distance between them, are shared domestic spaces.
They are also socially regulated spaces. "When smiling lawns and tasteful cottages
begin to embellish a country," Andrew Jackson Downing, one of the nation's first
landscaper-philosophers, put it, "we know that order and culture are established."



**Visions of a successful life in the U.S. and abroad**
**Read More**

That idea remains, and it means that, even
today, the failure to maintain a "smiling lawn"
can have decidedly unhappy consequences.
Section 119-3 of the county code of Fairfax
County, Virginia—a section representative of
similar ones on the books in jurisdictions across
the country—stipulates that "it is unlawful for
any owner of any occupied residential lot or
parcel which is less than one-half acre (21,780
square feet) to permit the growth of any grass or
lawn area to reach more than twelve (12) inches in height/length." And while
Fairfax County sensibly advises that matters of grass length are best adjudicated
among neighbors, it adds, rather sternly, that if the property in question "is vacant
or the resident doesn't seem to care, you can report the property to the county."

Such reporting can result in much more than fines. In 2008, Joe Prudente—a retiree
in Florida whose lawn, despite several re-soddings and waterings and weedings,
contained some unsightly brown patches—was jailed for "failing to properly
maintain his lawn to community standards." Earlier this year, Rick Yoes, a resident
of Grand Prairie, Texas, also spent time behind bars—for the crime, in this case, of
the ownership of an overgrown yard. Gerry Suttle, a woman in her mid-70s,

EXHIBIT 2
PAGE 204

recently had a warrant issued for her arrest—she had failed to mow the grass on a lot she owned across the street from her house—until four boys living in her Texas neighborhood heard of her plight in a news report, came over, and mowed the thing themselves.

That kind of lawn-based rogue-going is, apparently, quite common. The environmental science professor Paul Robbins's book, *Lawn People: How Grasses, Weeds, and Chemicals Make Us Who We Are*, is full of stories of people asking their neighbors, with concern ranging from the fully earnest to the fully passive-aggressive, whether a broken mower might account for an overgrown yard, and of others surreptitiously mowing other people's lawns when they're away on vacation. *The Great Gatsby*'s titular character exhibits a similar case of what we might call FOMOW: So troubled is Jay by Nick's failure to maintain his lawn—a lawn that abuts Gatsby's—that he ends up sending his own gardener to do the shearing, thereby restoring order to their shared pastoral space.

# Lawns, long before Tom Selleck came along, have doubled as sweeping, sodded outgrowths of the Protestant ethic.

The existence, in the world beyond West Egg, of apps like DroughtShame—which promises to help its users "capture geotagged photo proof of disregard for California's water restrictions"—is an extension of that ethos. Lawns are private tracts that are, sometimes by law and always by social fiat, shared. Their proper maintenance is part of the compact we make with each other, the logic goes, not just in the name of "order and culture," but in the name, in some sense, *of civilization itself*. And in the name, too, of that fuzzy, fizzy ideal that we shorthand as "the American dream." Land—"This Land," your land, my land—transcends, at its most ideal and idyllic, anthropological divisions of race and class. It is "too important to our identity as Americans," Michael Pollan put it, "to simply allow everyone to have his own way with it. And once we decide that the land should serve as a vehicle of

EXHIBIT 2
PAGE 205

consensus, rather than an arena of self-expression, the American lawn—collective, national, ritualized, and plain—begins to look inevitable."

Which is all to say that lawns, long before Tom Selleck came along, have doubled as sweeping, sodded outgrowths of the Protestant ethic. The *tapis vert*, or "green carpet"—a concept Americans borrowed not just from French gardens and English estates, but also from the fantastical Italian paintings that imagined modern lawns into existence—became, as installed in the not-yet-united states, a signal that the American colonies aspired to match Europe in, among other things, elitism. (Lawns, in Europe, were an early form of conspicuous consumption, signs that their owners could afford to dedicate grounds to aesthetic, rather than agricultural, purposes—and signs, too, that their owners, in the days before lawnmowers lessened the burden of grass-shearing, could afford to pay scythe-wielding servants to do that labor.) Thomas Jefferson, being Thomas Jefferson, surrounded Monticello not just with neatly rowed crops, but with expanses of sheared grass that served no purpose but to send a message—about Jefferson himself, and about the ambitions of a newly formed nation.

As that country developed, its landscape architects would sharpen lawns' symbolism: of collectivity, of interlocking destinies, of democracy itself. "It is unchristian," the landscaper Frank J. Scott wrote in *The Art of Beautifying Suburban Home Grounds*, "to hedge from the sight of others the beauties of nature which it has been our good fortune to create or secure." He added, magnanimously, that "the beauty obtained by throwing front grounds open together, is of that excellent quality which enriches all who take part in the exchange, and makes no man poorer." Lawns became aesthetic extensions of Manifest Destiny, symbols of American entitlement and triumph, of the soft and verdant rewards that result when man's ongoing battles against nature are finally won. A well-maintained lawn—luxurious in its lushness, implying leisure even as its upkeep had a stubborn way of preventing it—came, too, to represent a triumph of another kind: the order of suburbia over the squalor of the city. A neat expanse of green, blades clipped to uniform length and flowing from home to home, became, as Roman Mars notes, the "anti-broken window."

In the century whose affairs were influenced by the civic engineerings of Frank J. Scott, Andrew Jackson Downing, and Frederick Law Olmsted, suburbs brought even more uniformity to the American landscape. And the lawn—its cause further

EXHIBIT 2 PAGE 206

by the Levittown model and the introduction of the motorized lawnmower and the Haber-Bosch fertilizing process and the mid-century's faith in the easy virtues of conformity—spread. Sod and seeds were relatively easy to install. (They still are: See the seed mixture nicknamed "contractor's mix" for its popularity among developers as a quick-and-easy way to landscape.) Lawns offered a metaphor for, if not a full mimcry of, the new national highway system, unifying the country visually if not politically. And symbolically if not actually. During a time of upheaval, the lawn suggested a sense of structure and calm.

## So troubled is Jay Gatsby by Nick's failure to maintain his lawn that he sends his own gardener to restore order to their shared pastoral space.

It also suggested an order of another kind: the neat division of domestic labor. Lawnmowers, when they first emerged, were marketed almost uniformly to men as tools for maintaining their outdoor domiciles—the masculine equivalent, the logic went, of the wifely spaces that were kitchens and living rooms and bedrooms. The yard—where kids play, where dogs frolic, where fun is had and jungles are gymed and meat is grilled upon open flames—became portrayed, commercially, as a semi-wild domestic space whose wildness required taming by a masculine influence. Which is an idea that carries on in pop culture, not to mention in pretty much every Father's Day-timed ad for Home Depot or Lowe's or John Deere. A few years ago, Yankee Candle took the unusual step of marketing one of its candles to men. Its scent was evocative of freshly cut grass. Its name was "Riding Mower."

The products make clear how continuous the mower messaging has been between the past century and the current. Today, still, lawns are vaguely gendered; their pleasures, still, are partly performative; their leisures, still, are largely laborious. They emit not just oxygen, but also miasmic vapors of ritualized self-sacrifice. The more expansive they are, the more expensive. Americans, as of 2009, were spending about $20 billion a year on lawn care. And that's because grass is stubborn

EXHIBIT 2
PAGE 207

stuff, and living stuff, and because its encoded impulses—to grow tall, to strive sunward, to reproduce—run generally contrary to our own desires. (As Paul Robbins notes, "We don't let grass get tall enough to go to seed, but we also water and fertilize it to keep it from going dormant. We don't let it die, but we also don't let it reproduce.") Growing and mowing, animal against vegetable, cyclical and Sisyphean: There is a ceaselessness to the whole thing that is both Zen-like and very much not.

The seeds for most of the turf grasses that carpet the surface of the U.S.—your Kentucky blues (originally, actually, from Europe and northern Asia), your Bermudas (originally from Africa), your Zoysias (originally from East Asia), your hybrids thereof—are generally not native to the U.S. Which means that, while the grasses can certainly survive here, they will probably not, on their own, thrive. A lawn of American Dream Perma-Green requires, generally, more water than natural rainfall provides. It requires soil whose nutrient content is plumped up by fertilizer. It requires, in some cases, pesticides. And yet symbiosis is on the turf's side, despite and because of all that, because we need the grasses as much as they need us. We spend our money and our resources and our time cultivating our carpets of green not just because we want to, but because we are expected to. The expense is a tribute we pay to our fellow Americans, the rough equivalent of taxes and immunizations and pleases and thank yous and coughing into our arms rather than into the air. To maintain a lawn is—or, more specifically, has been—to pay fealty to the future we are forging, together.

\* \* \*

Which brings us back—as most things will, probably, in the end—to Tom Selleck. Whose water-shaming represents a notable and sharp shift away from all that, if you will, deeply rooted symbolism. Selleck's crime, after all, was pretty much the opposite of the "crimes" committed by Joe Prudente and Gerry Suttle and Nick Carraway. All he was doing, in his blithe, rich-person way, was keeping up what until very recently would have been his end of the cultural bargain: maintaining his grounds, keeping his green, preventing his little section of the national carpeting from drying out and dying off.

What he ignored, of course, was the transformation the #droughtshaming hashtag suggests: that the virtues and vices of our stewardship of the natural world have now

EXHIBIT 2
PAGE 208

switched places, making the civic thing to do—the communal thing, the responsible thing, the respectable thing—to ignore the lawn. The ground beneath Selleck's feet had shifted. And that ground, his critics raged, was far too green.

The shift, of course, took place most immediately because of California's years-long drought, and because grass, per the EPA's nationwide estimate, requires 9 billion—that's not a typo; billion *with a b*—gallons a day to keep green. But it also took place, just as likely, because of anti-lawn sentiment that has been long-simmering among environmentalists, among journalists, and among activists. Michael Pollan, before turning his attention to the food economy, wrote an entire book—two of them, actually—making the case against lawns. So did Sara Stein. So did, if perhaps unwittingly, Rachel Carson: *Silent Spring*, in its tracing of the path of pesticides through the American environment, repeatedly implicated the suburban backyard. Lorrie Otto, who founded the anti-grass movement that became known as "Wild Ones," condemned lawns as "sterile," "monotonous," "flagrantly wasteful," and, in all, "really evil." Recent years have given rise to shorter, webbier screeds against lawns. (Two representative examples: *Harvard Magazine*'s "When Grass Isn't Greener," which quotes a botanist calling lawns "horrible," and the *Washington Post*'s recent declaration that "Lawns Are a Soul-Crushing Timesuck and Most of Us Would Be Better Off Without Them.")

# We have a new environmentalism that is rapidly shifting from the stuff of hippie morality to the stuff, more simply and more urgently, of survival.

Such warnings, until recently, have gone largely ignored. California, drought notwithstanding, remained home to stretches of imported greenery—around homes, around malls, atop the golf courses that dot the desert with their false oases. A 2005 NASA study derived from satellite imaging—the most recent such study available—found that turf grasses took up nearly 2 percent of the entire surface of the continental U.S. And that was including the vast stretches of land that remained

EXHIBIT 2
PAGE 209

undeveloped. Broken out by state, some 20 percent of the total land area of Massachusetts and New Jersey was covered in lawn. Delaware was 10 percent turf. There were, in all, around 40 million acres of lawn in the contiguous U.S. Which meant that turf grasses took up roughly three times as much area as irrigated corn. Corn!

As of 2005, in other words, turf grasses—vegetables nobody eats—were the single largest irrigated crop in the country.

Which is, in practical terms, fairly absurd. And yet it is the situation—it is our situation—for roughly the same reason that Joe Prudente went to jail for a lawn that featured unsightly brown spots: Lawns mean something to Americans, symbolically and psychically and maybe even spiritually. They speak to our values, to our aspirations, to our hopes both feasible and foolish.

We could do what so many environmentalists and journalists have been begging us to do, for so long: to get rid of our lawns, replacing our languid, laborious expanses of grass with artificial turf, or re-landscaping with native plants, or xeriscaping (landscaping in a way that reduces or eliminates the need for supplemental watering). We could do what governments of some Western states—California, Arizona, Nevada—have tried: paying people to get rid of their lawns, at prices ranging from $1 to $4 per square foot. We could. We probably should. The problem is, though, that culture changes as gradually as grass grows quickly. Iconography is much harder to uproot than roots themselves. To give up our lawns would be, in some sense, to concede a kind of defeat—to nature, to the march of time, to the ecosystemic realities of the new century. It would require us to do something Americans have not traditionally been very good at: acknowledging our own limitations.

* * *

And yet. In the America of 2015, we don't just have drought. We also have the popularity of Priuses and Leafs and Teslas, their environmental messages acting as semantic status symbols. We have "vintage enamel" compost bins being sold for $49.95 at Williams-Sonoma. We have "organic" and "local" and "sustainable" being tossed around not just at Chez Panisse and Blue Hill, but on the Food Network and in the aisles of Walmart. We have online quizzes that offer to help us

EXHIBIT 2
PAGE 210

figure out, and ostensibly lessen, our individual carbon footprints. We have a new environmentalism that is rapidly shifting from the stuff of hippie morality to the stuff, more simply and more urgently, of survival.

And we have Courthouse News Service analyzing an aerial photo of Tom Selleck's Southern California compound and reporting, with a sense of both surprise and relief, that the ranch in question features "plenty of brown grass."

Earlier this year, the California Governor Jerry Brown—the name will prove either deeply ironic or deeply fitting—issued an executive order mandating that citizens across the state reduce their water consumption by 25 percent. This was in response, of course, to the drought. But it was also in response to a broader shift in the way we humans think about our natural resources, in the way we relate to the world around us. "We're in a new era," Brown explained. "The idea of your nice little green grass getting lots of water every day, that's going to be a thing of the past."

Maybe we really are in a new era. Maybe it will signal the end of our love affair with lawns. Maybe the new national landscape—a shared vision that inspires and enforces collective responsibility for a shared world—will take on a new kind of wildness. Maybe, as the billboards dotting California's highways cheerily insist, "Brown Is the New Green." Maybe the yard of the future will feature wildflowers and native grasses and succulent greenery, all jumbled together in assuring asymmetry. Maybe we will come to find all that chaos beautiful. Maybe we will come to shape our little slices of land, if we're lucky enough to have them, in a way that pays tribute to the America that once was, rather than the one we once willed.

**ABOUT THE AUTHOR**

**MEGAN GARBER** is a staff writer at *The Atlantic*, covering culture.

🐦 Twitter  ✉ Email

EXHIBIT 2
PAGE 211

61°    Friday, February 26, 2016

# The Dallas Morning News

ePaper ▾   Subscribe ▾     Sign In

**Home    News    Business    Sports    Entertainment    Arts & Life    Opinion    Obits    Marketplace    DMNstore**

**Communities    Crime    Education    Investigations    State    Nation/World    Politics    Videos**

🐦 📷 f ▶                                                                                                      🔍

News > The Scoop Blog

## The Scoop Blog

# High school football coach struck by runaway golf cart in December 2011 sues Cowboys Stadium

 Robert Wilonsky 🐦 ✉

Published: April 11, 2013 10:36 am

Facebook          Twitter          Email          0   Comments          Print



*This item has been updated to include a quote from the attorney representing the Amendolas, who says the coach sustained injuries far more severe than initially reported in December 2011.*

Spring Dekaney football coach Willie Amendola didn't appear to suffer major injuries in December 2011, when he was mowed down by an unmanned electric cart while being interviewed at Cowboys Stadium. **As we noted at the time,** he got up, then did more TV interviews about his team's 34–14 win over Cibolo Steele in the Class 5A Division II state championship game. Audiences could see only "a small streak of blood on his left forearm."

But **as Courthouse News notes this morning,** the father of New England Patriots wide receiver Danny Amendola, isn't taking the accident lying down. On Tuesday he and wife Valerie sued Cowboys Stadium in Dallas County court, and per the seven-page complaint, "They seek monetary relief aggregating over $1,000,000.00."

According to the suit, Amendola was indeed hurt, suffering "considerable physical injuries." But more to the point, says the complaint, when the video of

EXHIBIT 2
PAGE 212

---

## Archives

Select Month ▼

## About this Blog

Local News columnists, reporters and editors invite you to join the discussion of the hot topics of the day. We encourage thoughtful reader contributions on any interesting subject in the news.

## Video



More videos:

  

## General News Stories

 **Seas are rising at fastest rate in 28 centuries**

 **Dallas Police Association decides against joining Beyoncé boycott, leader says**

 **Pope Francis vs. Trump: Fishing for followers in an ocean of discontent**

the accident went viral, that caused "Coach Amendola and his wife, great personal embarrassment and mental anguish."

"Videos of the incident confirm that ill–trained, unsupervised, and grossly negligent employees,
while acting in course and scope of their employment, threw objects into the floor of the motorized cart,
which caused the cart to accelerate without manual operation," says the suit.
"The cart crossed and went up the field with the employees in pursuit.

"Struck from behind, without warning, Coach Amendola was thrown back into the floorboard of the
cart suffering serious bodily injuries. Coach Amendola heroically had the presence of mind to direct the
cart, which he briefly controlled, in such a manner that it avoided striking the head or bodies of numerous others who had fallen. He rolled off the cart when he realized he could not bring it safely to a halt, hitting the stadium floor."

Stephen Estes, the Houston attorney representing the Amendolas, says that the coach sustained injuries "severe enough for him to require serious back surgery."

Via email the lawyer writes, "Though hurting and very stiff and sore, immediately after being hit, he felt like his primary responsibility was to the players and their parents he was responsible for returning to the Houston area, so he got on the bus with them and returned home that night, rather than seeking care in Dallas. Like many unfortunate victims of preventable negligence, Coach has had his life altered by the unfortunate events of that December day, he is now out of coaching."

Brett Daniels, spokesman for Cowboys Stadium, declined to comment on pending litigation.

The suit follows.

**Amendola v Cowboys Stadium**

## Categories

Select Category

## Mobile

Get dallasnews.com on your mobile device

## Newsletters

Subscribe to a variety of newsletters

EXHIBIT 2
PAGE 213

61°   Friday, February 26, 2016

# The Dallas Morning News

ePaper · Subscribe⌄ · Sign In

Home   News   Business   Sports   Entertainment   Arts & Life   Opinion   Obits   Marketplace   DMNstore

Communities   Crime   Education   Investigations   State   Nation/World   Politics   Videos

News › The Scoop Blog

## The Scoop Blog

# Lawsuit: Texas plumber's truck that landed in Islamic extremists' hands sold at Dallas auction

 Robert Wilonsky 🐦 ✉

Published: December 11, 2015 1:32 pm

Facebook     Twitter     Email     0   Comments     Print



On Dec. 18 of last year, Stephen Colbert signed off as host of Comedy Central's *The Colbert Report*, and according to The Most Trusted News Source on The Internet — **Wikipedia** — his adios was watched by 2.481 million viewers, "making it the most watched episode ever in the show's history." And those 2,481,000 viewers watched Colbert kick off his farewell with **this segment** about how Texas City plumber Mark Oberholtzer's 2005 Ford F-250 landed in Syria, got an anti-aircraft gun upgrade and wound up in the hands of Twitter-using jihadists fighting on the front lines of the Syrian Civil War.

One day earlier Oberholtzer had told CBS News, **and anyone else who would listen,** that he had no idea how his truck — which still had his Mark-1 Plumbing decal and contact info on the side — wound up in the hands of Islamic extremists. But by then, the damage was done.

**Related**

Texas plumber's old truck ends up with militant group

"By the end of the day, Mark-1's office, Mark-1's business phone, and Mark's personal cell phone had received over 1,000 phone calls from around the nation," says a lawsuit filed in Harris County by his Galveston attorneys.

### Archives

Select Month ⌄

### About this Blog

Local News columnists, reporters and editors invite you to join the discussion of the hot topics of the day. We encourage thoughtful reader contributions on any interesting subject in the news.

### Video



More videos:
  

### General News Stories

 **Seas are rising at fastest rate in 28 centuries**

 **Dallas Police Association decides against joining Beyoncé boycott, leader says**

 **Pope Francis vs. Trump: Fishing for followers in an ocean of discontent**

EXHIBIT 2
PAGE 214

"These phone calls were in large part harassing and contained countless threats of violence, property harm, injury and even death. These phone calls included, but were not limited to, individuals who were: (a) irate and yelling expletives at whomever answered the phone; (b) degrading to whomever answered the phone regarding their stupidity; (c) singing in Arabic for the duration of the phone call or voice message recording; (d) making threats of injury or death against Mark-1's employees, family, children, and grandchildren in violent, lurid and grossly specific terms; and, (e) directing expletive-laced death threats to whomever answered the phone."

Oberholtzer says that single image ruined the plumber's life. And he wants more than $1 million from the company he says disposed of the pickup, Autonation Ford Gulf Freeway in Houston.

The lawsuit's below, and it contains a road map outlining the truck's trip from Texas City to Syria. Turns out, says the suit, it was actually sold at auction in Dallas.



The truck as seen in the original tweet

According to the complaint, in October 2013 Oberholtzer took the truck to the dealership as a trade-in for a newer ride. He says he tried to take off the decal then, but was told to stop because "peeling the decal off would blemish the vehicle paint." He says the dealer told him they'd handle it. And he thought they did — until last December, of course.

The suit says that following the threats, the plumber was forced to close his doors and get out of Texas City once the threats started coming in; he and his family and his employees were, of course, concerned for their safety. The suit says Oberholtzer went to McAllen for a week.

And while there, says the suit, "Mark called the Defendant to discuss the situation. Defendant stated that they 'never touched the truck,' but instead sent it to Dallas, Texas. Defendant stated that it was not their responsibility to remove the decal prior to sending it to Dallas, Texas and it expressed not the slightest regret, concern or even compassion with Mark's horrific situation. Then, the employee of Defendant with whom Mark was talking hung up on Mark. Callously putting its own profit and convenience entirely over the needs of its customer, Defendant has made no effort whatever to contact Mark, attempt in any way to mitigate or resolve his threatening situation or take any responsibility whatever in causing this appalling situation and no additional contact has occurred between Plaintiffs and Defendant."

## Categories

Select Category

## Mobile

Get dallasnews.com on your mobile device

## Newsletters

Subscribe to a variety of newsletters

EXHIBIT 2
PAGE 215

An exhibit filed with the suit shows it sold at auction on Nov. 11, 2013. Attorneys representing Oberholtzer say that took place in Dallas. The truck then made its way back to Houston, and on December 28, 2013, it was shipped to Turkey before finally pulling into Syria.

A year later, all hell broke loose: After stories about the truck started making the rounds, says the suit, the plumber was visited — repeatedly — by Homeland Security and the FBI. The media called. And the threats kept coming.

"Nearly one year has passed since the initial news story broke," says the suit, "and Plaintiffs still receive harassing phone calls and threats to this day."

**Attempts to reach** someone for comment at the dealer were unsuccessful, and **Courthouse News notes** that "its sales manager did not respond to a phone message seeking comment."

<u>Mark-1 Plumbing, Inc. v. Charlie Thomas Ford, Ltd.</u>

CAUS

MARK OBERHOLTZER

SHOW ME MORE LIKE MARK-1 PLUMBING, INC. V. CHARLIE THOMAS FORD, LTD.
SIMILAR TO MARK-1 PLUMBING, INC. V. CHARLIE THOMAS FORD, LTD.
BACK TO DOC

Browse more like <u>Mark-1 Plumbing, Inc. v. Charlie Thomas Ford, Ltd.</u>
Previous | Next
Johnny Manziel protective order
digitalaccess
2018.11.23 Irving ISD Demand Letter
Avi Selk
Move from Robert Wilonsky
Robert Wilonsky
Exxxotica preschool Dallas in Southwest-Delta Case at Love Field
Robert Wilonsky
DGBS Response to DMN Article Letter
Robert Wilonsky
Exxxotica Settlement Letter
Robert Wilonsky
Standing Wang Briefing Sex Trafficking Affidavit
Robert Wilonsky
Your First Exxxotica Lawsuit
Robert Wilonsky
Downtown Dallas Parks Dashing
Robert Wilonsky
Housing Policy Equals School Policy

**Promoted Stories From The Web**               Recommended by







Doctor Loses Lawsuit and Job after Patient
Kevin, M.D. - Medical Weblog

A Ranking of the 2016 Presidential Candidates...
Forbes

From Infidelity to Divorce: 30 Secrets the Obamas...
Radar Online

15 Hilarious Work Comics to Put in Your Youbicle
Reader's Digest

**Editor Picks**






EXHIBIT 2
PAGE 216



# Human rights groups sue US over immigration payments to Mexico

Coalition sues US Department of State to force it to reveal how much it pays Mexico to stop Central American migrants from reaching the US border

**Nina Lakhani in Mexico City**
Friday 12 February 2016 14.57 EST

A coalition of human rights groups are suing the US State Department to make it reveal how much it is paying the Mexican government to stop migrants and refugees reaching the US border.

Mexican and US organisations led by the Center for Human Rights and Constitutional Law in Los Angeles are demanding records which identify the type and amount of financial aid it provides Mexico's National Institute of Migration, known by its Spanish initials, INM.

A freedom of information request was made last September following mounting concern about the huge increase in detention and deportation of Central America migrants in Mexico amid pressure and financial aid from the US.

Mexican authorities detained 190,366 people in 2015 - 120% more than in 2013, according to official figures. It deported 155,418 people last year, compared to 80,902 in 2013.

Almost 98% of those deported in 2015 were from the violent northern triangle of Honduras, El Salvador and Guatemala where people are fleeing a lethal mix of gang warfare, corruption and extreme poverty.

Detentions have surged since Mexico launched the Southern Front Plan in July 2014 just days after Barack Obama declared the surge in unaccompanied Central American child migrants seeking refuge on the us child migrants a humanitarian crisis.

Since then, at least 5,000 Mexican federal police, army and navy officers have been deployed across the country to work alongside immigration officers to help stem the flow of northward-bound migrants.

Public documents show that the US State Department initially provided $86m to train the security forces and modernise inspection and communication equipment. But it is unclear how much from the $2.5bn Merida Initiative and other aid programmes have been redirected towards tightening Mexico's southern border and stopping the flow of migrants.

EXHIBIT 2
PAGE 217

The five human rights groups, along with an Episcopal bishop in Los Angeles, are seeking audits and other financial documents which demonstrate how the Mexican government uses US aid for this program. They also want information on how migrants are treated in detention centres, and whether those fleeing violence are being allowed to seek asylum as dictated by international and Mexican human rights law.

There is ample anecdotal evidence that people are being denied the opportunity to seek asylum under an undeclared deportation quota system operated by INM which breaches international law. A Guardian investigation last year found that the US was deporting undocumented migrants to face the threat of imminent violence, and identified several deportees who were murdered within days or weeks of their return.

Alex Martínez, a former head of the INM, told the Guardian that although a 2007 law had decriminalised irregular migration through Mexico, the government of President Enrique Peña Nieto had reverted to treating undocumented migrants as criminals.

"Mexico is hunting down migrants like criminals, abusing their human rights than in the US. Most people are not permitted to go through the asylum process, they are quickly deported."

"The Americans started paying Mexico in the past three years, this didn't happen before," he added.

The legal challenge was launched this week after the state department failed to provide the information.

The claim states that the state department's refusal to process his request or release the records is "shrouding US support for Mexico's unlawful interdiction program in secrecy".

"Mexico's really playing hardball, and detains and then returns the vast majority of these people with no fair assessment about the type of danger they face if they are returned," Peter Schey, director of the Center for Human Rights, told Courthouse News.

The organisations bringing the case are Human Rights Watch, Movimiento Migrante Mesoamericano, Red Mexicana De Líderes Y Organizations Migrantes, Red De Pastores y Lideres Latinos Del Sur De California and Right Reverend Jon Bruno.

More news

# Topics

US immigration Mexico Obama administration Americas


Save for later Article saved

Reuse this content

EXHIBIT 2
PAGE 218

2/2



# Sherrilyn Kenyon sues Cassandra Clare for 'wilfully copying' her novels

**The bestselling fantasy author of the Dark-Hunter books is seeking damages from her fellow bestseller for allegedly using her ideas in the Shadowhunter series**

**Alison Flood**

Wednesday 10 February 2016 12.30 EST

The bestselling fantasy novelist Sherrilyn Kenyon is suing her fellow chart-topping author Cassandra Clare, alleging that Clare's Mortal Instruments and Shadowhunters series "knowingly and wilfully copied" Kenyon's Dark-Hunter series.

The Dark-Hunter series dates back to 1998, says the lawsuit; the first in Clare's Mortal Instruments and Shadowhunter series, City of Bones, was published in 2007.

Filed on 5 February, the lawsuit – which alleges copyright and trademark infringement and is asking for damages, lost profits and an end to infringement – lays out a host of similarities between the series.

Both Dark-Hunter and Shadowhunter books, it says, "are about an elite band of warriors that must protect the human world from the unseen paranormal threat that seeks to destroy humans as they go about their daily lives".

"They are both given a manual on how to conduct their mission and on how to conduct themselves when dealing with other entities and species in their fictional world," says the lawsuit.

In an exhibit, it continues: "Both series employ a line of warriors who protect the normal world from demons ... In both series, a young person becomes part of the Dark-Hunters' (or Shadowhunters') world after being saved by a gorgeous blonde Dark-Hunter (or Shadowhunter) ... They each must kill their demonic father ... Both Dark-Hunters and Shadowhunters have enchanted swords that are divinely forged, imbued with otherworldly spirits, have unique names, and glow like heavenly fire."

According to the lawsuit, Kenyon "was alerted by some of her distressed fans" in 2006 about Clare's planned publication "of a work that incorporated [Kenyon's] Dark-Hunter Marks". Kenyon asked for the Dark-Hunter references to be removed, the lawsuit says, and Clare did so, replacing it with the term "shadowhunter". But according to Kenyon, despite assurances that use of the shadowhunter term would not be expanded, "[Clare] has persisted over time in expanding her use of the term 'shadowhunters' from a mere

EXHIBIT 2
PAGE 219

3/2/2016                    Sherrilyn Kenyon sues Cassandra Clare for 'wilfully copying' her novels | Books | The Guardian

description of her protagonists, first to a tag line on the cover of her works and eventually to a complete rebranding of her works so as to be confusingly similar to the Dark-Hunter Series".

Kenyon's suit, which also lays out similarities between characters, says that when the series are compared "in many respects, the elements are virtually identical".

"These substantially similar elements, coupled with [Clare's] access to the Dark-Hunter Series, which were widely disseminated, leave little doubt that numerous substantive original elements of the Dark-Hunter Series have been copied by [Clare]," it says. "[Clare], in writing The Mortal Instruments and the Shadowhunters Series knowingly and wilfully copied the Dark-Hunter Series and original elements therein to create a work or works substantially similar to and derivative of the Dark-Hunter Series."

The case was first highlighted by Courthouse News, with the historical romance novelist Courtney Milan then obtaining the documents.

Milan, a former professor of law, tweeted yesterday that "Sherrilyn Kenyon didn't invent the idea of band of humans fighting supernatural", and that "she's claiming ownership over the idea that most humans are blind to a supernatural world and are given a name. She didn't invent that."

"Ninety-five per cent of what she is claiming are character tropes and journeys and items from our shared literary background," wrote Milan on Twitter. "Literally both stories draw from our collective mythological history. THAT'S WHY THERE ARE SIMILARITIES ... fundamental to the idea of copyright protection is that you can't copyright ideas, only the expression of them ... If you could copyright ideas, nobody would be able to write anything. Ever."

Clare's UK publishers Simon & Schuster and Walker Books declined to comment on the lawsuit. According to the Bookseller, Clare's UK sales are £6.65m.

On her website, Clare writes that the idea for the Mortal Instruments series came to her when she visited a tattoo shop with a friend. "She wanted to show me that her footprints were on the ceiling in black paint. In fact, the footprints of everyone who'd worked there were on the ceiling, crisscrossing each other and making patterns. To me, it looked like some fabulous supernatural battle had been fought there by beings who'd left their footprints behind," writes Clare. "I started thinking about a magical battle in a New York tattoo shop, and the idea of a secret society of demon-hunters whose magic was based on an elaborate system of tattooed runes just sprang into my mind."

More news

# Topics

Fantasy Fiction

EXHIBIT 2
PAGE 220

Save for later Article saved

Reuse this content

EXHIBIT 2
PAGE 221



January 26, 2011, 06:55 pm

# Kucinich sues Longworth cafeteria over olive pit in sandwich: Report

**By Jordy Yager**

Rep. Dennis Kucinich (D-Ohio) is reportedly suing the contractors who run the Longworth House Office Building cafeteria for $150,000 after he allegedly bit into an olive pit while eating a sandwich wrap nearly three years ago.

In documents filed in Superior Court in Washington, Kucinich says he "sustained serious and permanent dental and oral injuries requiring multiple surgical and dental procedures, and has sustained other damages as well, including significant pain, suffering and loss of enjoyment," according to **Courthouse News Service**.

Kucinich has filed for four counts of negligence and breach of implied warranty after the cafeteria allegedly informed him that the sandwich wrap contained only pitted olives when the incident took place on April 17, 2008.

The former presidential candidate has retained the legal services of Andrew Young from his district city of Cleveland, Ohio.

The Longworth cafeteria is the largest of the three House eateries that are run by the New York-based company Restaurant Associates.

Kucinich's office directed all calls to Young, who did not immediately return a request for comment.

*This post was updated at 2:38 p.m.*

The Hill 1625 K Street, NW Suite 900 Washington DC 20006 | 202-628-8500 tel | 202-628-8503 fax

The contents of this site are ©2016 Capitol Hill Publishing Corp., a subsidiary of News Communications, Inc.

EXHIBIT 2
PAGE 222

1/1

**The New York Times** | http://nyti.ms/1n23byM

**N.Y. / REGION**

# Fan Sues After Untimely Nap Brings Unwanted Attention

**By JAMES C. McKINLEY Jr.**   JULY 7, 2014

The television cameras at baseball games often catch fans in semi-embarrassing moments, and good sports announcers are adept at poking gentle fun at spectators when the action on the diamond slows down.

But one Yankees fan who was filmed as he slept soundly through an April 13 game between the Yankees and the Red Sox has sued Major League Baseball, the Yankees and ESPN, saying the announcers' commentary and the images of him asleep have damaged his reputation.

The suit, filed in State Supreme Court in the Bronx last week, seems to be a case of life imitating art, recalling the "Seinfeld" episode in which George Costanza's reputation is destroyed and his girlfriend breaks up with him after a television camera catches him gluttonously digging into an ice cream sundae at the United States Open.

The fan, Andrew R. Rector, claimed in his suit that ESPN's announcers, Dan Shulman and John Kruk, "unleashed an avalanche of disparaging words" about him, suggesting he was overweight and stupid. He also claims Major

EXHIBIT 2
PAGE 223

1/3

League Baseball was responsible for "vituperative utterances" about Mr. Rector on its website after the clip of him sleeping was posted the next day.

According to a video clip on Major League Baseball's website, Mr. Shulman said that "this guy's oblivious" and Mr. Kruk opined that "this is not the place you come to sleep." They also marveled that he had fallen asleep in the fourth inning and might have slept through a home run by the Yankees' Carlos Beltran a few minutes earlier. "We've got to see how long this guy's out for," Mr. Shulman said.

Mr. Rector maintains the announcers used words like "fatty" and "stupid" to describe him, but neither Mr. Shulman nor Mr. Kruk uttered such insults in the clip. It is unclear whether they commented later in the game on Mr. Rector's lengthy nap.

What is clear is that Mr. Rector became the target of some online ridicule. Unkind comments from viewers of the clip appeared on YouTube and M.L.B.'s site. Angela Sun, writing for a Yahoo sports blog, poked fun at Mr. Rector for being less than thrilled by the age-old rivalry between the Red Sox and the Yankees. (The Yankees won, by the way, 3-2.) Twitter users also had their fun, inserting Mr. Rector's picture in various situations, including one that featured him as "Sleeping Beauty."

Mr. Rector has demanded $10 million in damages for defamation and mental anguish, according to the lawsuit, which was reported by Courthouse News Service.

Mike Soltys, a spokesman for ESPN, declined to comment on the lawsuit, calling it "frivolous." The Yankees also declined to comment. Patrick Courtney, the spokesman for Major League Baseball, did not return calls from a reporter.

The complaint was written in highly idiosyncratic and often ungrammatical English by Valentine A. Okwara, a lawyer from Jamaica, Queens, who was admitted to the bar in New York in 2013 and has a degree

EXHIBIT 2
PAGE 224                 2/3

from the University of Buckingham in England, according to the Office of Court Administration.

Mr. Rector's mother, Hana Rector, said her son was out of the country. She said Mr. Rector had missed work because of the public scorn he had experienced.

"It was not a pleasant situation," Ms. Rector said. "He was very unhappy. Everyone made fun of him everywhere he went."

A version of this article appears in print on July 8, 2014, on page A18 of the New York edition with the headline: Fan Sues After Untimely Nap Brings Unwanted Attention.

© 2016 The New York Times Company

EXHIBIT 2
PAGE 225                    3/3

**The New York Times** | http://nyti.ms/1ACs5lS

U.S.

# Former Navy SEAL, Author of Bin Laden Best Seller, May Face Costly Penalties, Lawyer Says

By **CHRISTOPHER DREW**    NOV. 7, 2014

Matt Bissonnette, a former member of Navy SEAL Team 6, will probably have to forfeit at least $4.5 million in book royalties over his failure to allow the Pentagon to review his best seller on the Osama bin Laden raid for possible security breaches, according to court documents filed by his lawyer.

The documents say Mr. Bissonnette would also have to give up movie rights to his book "No Easy Day," worth at least $900,000, and would lose the security clearances needed to do military-related consulting work.

The lawyer, Matthew I. Fleischman, outlined these likely penalties in a lawsuit filed on Thursday against a law firm that Mr. Bissonnette contended had given him poor legal advice while helping him vet the book.

All told, the suit says, Mr. Bissonnette could lose more than $8 million through the forfeiture of royalties to the government and lost business opportunities.

EXHIBIT 2
PAGE 226

1/3

Using the pen name Mark Owen, Mr. Bissonette described the May 2011 raid that killed the leader of Al Qaeda in detail in his book and said he was one of several SEAL members who had shot Bin Laden. Another former member of the team, Robert O'Neill, claimed on Thursday that he fired the fatal shot at Bin Laden, though others on the SEAL team disputed his account and said they objected to attempts by individuals to cash in on team efforts.

Mr. Bissonette has apologized for failing to put his book through a required security review process at the Pentagon.

Another lawyer for him, Robert D. Luskin, said last week that he thought he reached an agreement last spring with the Justice Department to settle that dispute by having Mr. Bissonnette forfeit some of his millions in royalties on the book. But rather than approve the deal, the Justice Department opened a criminal investigation of Mr. Bissonnette in May or June over possible security breaches.

Justice Department officials declined to comment. But Mr. Luskin said he thought that the investigation would be "resolved favorably" for Mr. Bissonnette and that the settlement talks would resume.

In Thursday's lawsuit, filed in United States District Court in Manhattan, Mr. Fleischman contended that Kevin P. Podlaski, a former military lawyer, and his former law firm, Carson Boxberger of Bloomington, Ind., had mistakenly advised Mr. Bissonnette that his manuscript did not have to undergo the Pentagon's prepublication review.

Mr. Podlaski and Robert L. Shannon Jr., a lawyer representing Mr. Podlaski and Carson Boxberger, did not respond to phone and email messages seeking comment.

But Mr. Shannon said Mr. Podlaski denied the allegations, the Courthouse News Service reported.

A version of this article appears in print on November 8, 2014, on page A10 of the New York edition

EXHIBIT 2
PAGE 227                    2/3

with the headline: Bin Laden Author May Face Costly Penalties, Lawyer Says.

---

© 2016 The New York Times Company

EXHIBIT 2
PAGE 228                    3/3

# Dennis Kucinich sues House cafeteria over olive pit

By Matt DeLong

Courthouse News Service reports that Rep. Dennis Kucinich (D-Ohio) is suing several companies affiliated with a House office building cafeteria for $150,000 for negligence over an "unfit and unwholesome" sandwich wrap he bought in April 2008 that contained an olive pit.

Kucinich says he purchased the wrap at the Longworth Office Building cafeteria nearly three years ago and after biting the pit "sustained serious and permanent dental and oral injuries requiring multiple surgical and dental procedures, and has sustained other damages as well, including significant pain, suffering and loss of enjoyment."

The ex-Cleveland mayor and former presidential candidate is suing the cafeteria's operator, Restaurant Associates, as well as its parent company, Compass Group USA. He is also suing two food suppliers, Performance Food Group Co. and Foodbuy LLC.

Gawker dug up an old CSPAN video from five days after the incident in which Kucinich addresses the House floor but does not appear to exhibit any outward signs that he has recently experienced "serious and permanent dental and oral injuries."

Last month, the staunchly liberal seven-term congressman e-mailed supporters to speculate that the GOP-controlled state legislature may eliminate his Cleveland-area district under redistricting. Ohio is losing two congressional seats in the wake of the 2010 census.

Full text of the lawsuit is below:

(Via Gawker)

Save & Share:











EXHIBIT 2
PAGE 229                                      1/28

Thank you Mr. Kucinich - this is PERFECT. This is exactly why the United States is economically challenged on the world stage, and why Mr. Kucinich constituents are loosing their jobs to overseas outsourcing.

This gets real simple. We are litigious (e.g., Mr. Kucinich vs. Sandwich). Therefore Sandwich needs insurance, then prices must be raised on products. Americans seem to sue for everything, therefore everything is expensive, relatively speaking. Open a restaurant - need insurance. Why? To protect against the lawyers. It permeates EVERYTHING.

Our rights are protected via the legal system - I get that. But the price we pay for the best rights in the world is killing our economy - because people like Mr. Kucinich take advantage of the system.

I work in China and see it clear as day. America will continue to loose the competition as long as we remain this litigious (so I am guessing we are looking at decades or forever). Good luck to us, my daughters who will have to deal with all this, and Mr. Kucinich and his teeth.

Posted by: radiodialer | February 1, 2011 10:35 AM | Report abuse

Thank you Mr. Kucinich - this is PERFECT. This is exactly why the United States is economically challenged on the world stage, and why Mr. Kucinich constituents are loosing their jobs to overseas outsourcing.

This gets real simple. We are litigious (e.g., Mr. Kucinich vs. Sandwich). Therefore Sandwich needs insurance, then prices must be raised on products. Americans seem to sue for everything, therefore everything is expensive, relatively speaking. Open a restaurant - need insurance. Why? To protect against the lawyers. It permeates EVERYTHING.

Our rights are protected via the legal system - I get that. But the price we pay for the best rights in the world is killing our economy - because people like Mr. Kucinich take advantage of the system.

I work in China and see it clear as day. America will continue to loose the competition as long as we remain this litigious (so I am guessing we are looking at decades or forever). Good luck to us, my daughters who will have to deal with all this, and Mr. Kucinich and his teeth.

Posted by: radiodialer | February 1, 2011 10:33 AM | Report abuse

This was sent by tea party members from Roswell New Mexico. It is Not an olive seed but rather an alien pod meant to assume his body and rule the world. This MUST BE exposed exactly for what it is through litigation!

Posted by: rfrye1219 | January 29, 2011 6:36 PM | Report abuse

This lawsuit is a great example of:

EXHIBIT 2
PAGE 230

2/28

3/9/2016                                  Dennis Kucinich sues House cafeteria over olive pit

- Everything that is wrong with frivolous litigation in the country AND

- Everything that is wrong with the attitudes of the people we've elected to represent us.

I would say this man is a joke (with no punchline) except for the sad fact that people voted him into office. $150,000 for an olive pit. And you have the best healthcare available.

In the end, the only reason he's constantly chasing headlines is he is too insecure in who he is to just be happy to live a respectable life. He's constantly in search of the spotlight because if he lived the typical, unassuming life of most people, no one would notice him at all - AND NO ONE WOULD MISS HIM IF HE WERE GONE.

Posted by: Disbelief | January 27, 2011 11:00 PM | Report abuse

This lawsuit of Kucinich's has nothing to do with the sandwich he ate and the damage he claimed.

This is payback for the political support of the Trial Lawyers Association. He's just giving them some business during slow times. Kucinich is a phony.

Posted by: bbwk80a | January 27, 2011 4:30 PM | Report abuse

Wait a moment, that butthead has the very besy insurance that "we" coupl possible pay for(whether we want to or not), give it up and act like a pro. Greed is at work here.

Posted by: citigreg | January 27, 2011 4:26 PM | Report abuse

Just imagine what would have happened if he had bit into a...

[Cue Wayne's World...screen flashes, horns blaring]

...HUMAN FINGER...!!!!!

The last time I met Dennis Kucinich in the flesh, he was accompanied by a very good-looking woman who looks like she can cook, in addition to a lot of other things. Maybe he should ask her to make his sandwiches from now on.

It's a frivolous lawsuit. Everyone knows that pitted olives are not guaranteed to be 100% pitless, 100% of the time, in reality. One slips through every once in a while.

I really think Kucinich's next job should be Olive Pitting Supervisor, where he'll have to wear a funny hat and surgical gloves while he looks at each olive, individually. Perhaps the Lord has this in store for him.

Posted by: Extempraneous | January 27, 2011 4:08 PM | Report abuse

what a waste of taxpayer's money...

EXHIBIT 2
PAGE 231

3/28

Posted by: rpetitti | January 27, 2011 3:42 PM | Report abuse

Not only is he a short little bugger but he is lower than a slug. What bs. Ohio deserves him.

Posted by: mortified469 | January 27, 2011 3:37 PM | Report abuse

When he ran here in Iowa I happen to meet up with the bombastic little dwarf and his marry minions at my favorite brew-pub. What a pious little putz... I was at the same pub the night he got his clock-cleaned and his followers were again there, lamenting his thrashing. I, being a CIVIL Iowan pointed out that STATURE counts in the Iowa Caucuses... And having to stand on a milk carton to be seen over the lectern did little (little... get it?) to increase his lack of gravitas...

Posted by: JBRthree | January 27, 2011 3:24 PM | Report abuse

I guess he isn't spearheading any tort reform bills.

Posted by: Chigliak | January 27, 2011 3:07 PM | Report abuse

In all fairness, you should remember that size wise for him an olive pit is comparable to a basketball for a normal sized adult.

Posted by: Thurber1 | January 27, 2011 2:40 PM | Report abuse

rg019571: He maybe a dork, but his wife his hotter than yours.

Posted by: steve1231 | January 27, 2011 2:26 PM | Report abuse

I want to punch him in the face!!!

Posted by: torrey151 | January 27, 2011 2:21 PM | Report abuse

I want to punch him in the face!!!

Posted by: torrey151 | January 27, 2011 2:19 PM | Report abuse

Seriously. Is there a bigger dork than Dennis Kucinich? Hey Dennis... know why everyone laughs at you during those presidential debates?

Cuz you're a dork.

Posted by: rg019571 | January 27, 2011 2:12 PM | Report abuse

If you think liberals are the only people who make personal injury claims you are completely mistaken.

EXHIBIT 2
PAGE 232                4/28

3/9/2016                                   Dennis Kucinich sues House cafeteria over olive pit

I've been an insurance claims adjuster/sup/mgr/VP for 30+ years, and I am still surprised by people. There are those who have no injury and swing for the fences over the smallest thing. Rich, poor, men women, every race, religion and creed.

The opposite is somtimes true, too. Some people who could make huge claims don't make one at all, or just ask for modest compensation.

You never know who will do what.

Using this suit as a means to cudgel Kucinich is just juvenile. If you dislike his policies - make that case. I think the guy is a goofball - always have. But these little tirades make the writers seem small and paranoid.

We want the pres and congress to work together and be productive but so many here write with such scorn and hate. We all have to get a grip and think before we speak or write if we want to get anything done.

Remember - 2 ears and 1 mouth. There's a reason for that.

Posted by: CCCinNaptown | January 27, 2011 1:59 PM | Report abuse

I say it's Sarah Palin's fault!

All those violent references caused the poor sandwich chef to drop that pit of mass destruction into Dennis' sandwich.

Will the Community Organizer in Chief hold a pep rally in memorium of Denny's "head injury"?

Stay tuned as the comPost covers this national travesty.

Posted by: ScottinVA | January 27, 2011 1:50 PM | Report abuse

What is "unwholesome" about an olive pit? What an idiot.

Posted by: blackforestcherry | January 27, 2011 1:44 PM | Report abuse

this makes Dennis look small.

Posted by: ElRosas | January 27, 2011 1:36 PM | Report abuse

Kucinch doesn't support restrictions on lawsuits so he is not being hypocritical. The real hypocrite is Judge Robert Bork. A few years ago he sued the organizers of an event at which he spoke because he tripped on the stage. Bork wants to take away the right of individuals who have been harmed to sue companies, but he has no problem suing for millions when he is the one allegedly harmed.

EXHIBIT 2
PAGE 233                                                                                    5/28

Posted by: buffysummers | January 27, 2011 1:19 PM | Report abuse

This guy is a stupid little fool.
$150,000 for an olive pit that damaged a tooth.

This is so typical of the types of morons who serve in our congress.

Posted by: JimW2

--------------------

It is the disease that has infected this country.

Posted by: BrRandall | January 27, 2011 1:19 PM | Report abuse

Kucinch doesn't support restrictions on lawsuits so he is not being hypocritical. The real hypocrite is Judge Robert Bork. A few years ago he sued the organizers of an event at which he spoke because he tripped on the stage. Bork wants to take away the right of individuals who have been harmed to sue companies, but he has no problem suing for millions when he is the one allegedly harmed.

Posted by: buffysummers | January 27, 2011 1:16 PM | Report abuse

So a taxpayer-supported cafeteria causes a problem for an entitled jerk who has taxpayer-funded health insurance after 3 years.
TERM LIMITS for ALL and have the states pay for their representatives' salary, office expenses, health care and pensions. Samller federal government and State's reights in one shot.

Posted by: pjohn2 | January 27, 2011 1:10 PM | Report abuse

This guy is a stupid little fool.
$150,000 for an olive pit that damaged a tooth.
This is so typical of the types of morons who serve in our congress.

Posted by: JimW2 | January 27, 2011 1:01 PM | Report abuse

so much for a kindler gentler political life.

Must have alot of time on his hands...

Posted by: TheBabeNemo | January 27, 2011 12:54 PM | Report abuse

My husband had cervical spinal surgery, and the surgical team/surgeon left a locking pin in his neck. It caused him swallowing difficulties with solid food. He would have spasms of the esophagus while swallowing.

EXHIBIT 2
PAGE 234                                    6/28

Dennis Kucinich sues House cafeteria over olive pit

The surgeon who left the pin in there went white as a sheet when he saw the post-surgical follow-up xrays. He hounded us with phone calls for several days afterwards. He wanted to go back in and take it out, but we decided another surgeon should do the job.

We attempted suit, but couldn't find a doctor to sign off on it. My husband suffered for three months with this before we had it removed.

I was eating popcorn at my mother's house. I broke a tooth on a kernel. I had to have my gums around that tooth trimmed so there would be available space for a crown. I had no lasting ill effects once this procedure was performed.

The amount of $150,000 is probably selected because the legal team needs XX dollars in compensation for their time.

My husband's legal bill in attempting to bring the doctor to suit for negligence was over $5000. $4500 of that was for a report from an expert witness/physician.

I have sympathy for Mr. Kucinich to some degree,as his dental issue may have involved extraction and an implant, but I don't see what the cafeteria should have done. If the olives were whole, should they squeeze every one to make sure there's no pits? There would be no dently edible olive left. If the olives were sliced, that's another matter. In that case, someone was sloppy. $150,000 worth of sloppy? Probably not.

Posted by: MichelleKinPA | January 27, 2011 12:37 PM | Report abuse

Just shows....there is no reality in the Democratic party...they think money grows on trees and should be lavished to anyone and if they bite on an olive pit and it cracks their tooth they have to sue someone. And this nut ran for President. No wonder I vote Republican. The Democrats are the most clueless bunch of non-realists on the planet.

Posted by: steven7753 | January 27, 2011 12:31 PM | Report abuse

Just shows....there is no reality in the Democratic party...they think money grows on trees and should be lavished to anyone and if they bite on an olive pit and it cracks their tooth they have to sue someone. And this nut ran for President. No wonder I vote Republican. The Democrats are the most clueless bunch of non-realists on the planet.

Posted by: steven7753 | January 27, 2011 12:30 PM | Report abuse

Just shows....there is no reality in the Democratic party...they think money grows on trees and should be lavished to anyone and if they bite on an olive pit and it cracks their tooth they have to sue someone. And this nut ran for President. No wonder I vote Republican. The Democrats are the most clueless bunch of non-realists on the planet.

EXHIBIT 2
PAGE 235                                                                7/28

Posted by: steven7753 | January 27, 2011 12:29 PM | Report abuse

Kucinich is just doing what liberals do best. Being a human leech.

Posted by: BrRandall | January 27, 2011 12:28 PM | Report abuse

Just shows....there is no reality in the Democratic party...they think money grows on trees and should be lavished to anyone and if they bite on an olive pit and it cracks their tooth they have to sue someone. And this nut ran for President. No wonder I vote Republican. The Democrats are the most clueless bunch of non-realists on the planet.

Posted by: steven7753 | January 27, 2011 12:28 PM | Report abuse

I'm mainly signing in to protest the space taken by the the other comments; though they are not by robots they are human robots. If you read, I need not say more.
The other matter is about the food preparation industry outsourcing to outsource ending up in Tennessee and who in Hell among them cares about food?
Plaintiff will have a problem getting a jury in Court because so many consumers are already prejudiced about this great "free enterprise" industry n times arbitraged that takes away freedom.

Posted by: GPFrank | January 27, 2011 12:19 PM | Report abuse

How does one prove a claim like this?

Posted by: sjp879 | January 27, 2011 12:10 PM | Report abuse

And for all of the grousing about "the trial lawyers" from the GOP, this knucklehead doesn't seem to have any qualms about using one of them to sue over a sandwich. His entire mouth full of teeth aren't worth $150K, let alone how much he personally spent to fix whatever it was. We taxpayers provide him with very good insurance, remember? Puhlease. I hope the Post publishes the discovery on this one!

Posted by: sassafrasnewport | January 27, 2011 12:08 PM | Report abuse

Is then any reason that we have become such a nation of leeches?

Do we have to have everything covered by some type of insurance?

Are we, as a nation, ever going to once again accept personal responsibility for own well being and for the consequences of some of our more foolish acts?

Recall the lady who spilled the coffee at McDonalds and received $1 million dollars.

As for Dennis the Menace, he is nothing more than a whiney little wimp and should head back to Cleveland before the taxpayers sue him for malfeasance for being an accessory to driving this nation

EXHIBIT 2
PAGE 236                                              8/28

3/9/2016                                      Dennis Kucinich sues House cafeteria over olive pit

into banruptcy.

My God, why do we voters keep sending these types back to D.C.? Its our fault, really.

Posted by: dharper2 | January 27, 2011 11:52 AM | Report abuse

Cuntcinich is a crook.

Posted by: johnfchick1 | January 27, 2011 11:51 AM | Report abuse

A spokesman for Restaurant Associates said about the suit, "man, this is really the pits."

....get it? get it?

Posted by: pswift00 | January 27, 2011 11:44 AM | Report abuse

WTF! now i see how people do multiple submissions. my apologies to readers...
dadburn website kept saying 'bad response from server'. apparently not.

Posted by: socomfy | January 27, 2011 11:27 AM | Report abuse

this is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:23 AM | Report abuse

this is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:21 AM | Report abuse

this is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:20 AM | Report abuse

If it wasn't at the House cafeteria is wouldn't be nearly as interesting a story. John Stewart's staff must be all over this one.

Dennis Kucinich sues House cafeteria over olive pit

Actually he should have asked for much more. Surely if he hadn't been in so much pain he would have done much better in the debates and waxed that Obama fellow. That's right, except for a lone pit, he coulda been the pres.

Posted by: rjma1 | January 27, 2011 11:19 AM | Report abuse

this is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:17 AM | Report abuse

this is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:09 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:08 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 11:06 AM | Report abuse

Talk about a tone-deaf politician! Dennis, this idiotic suit only gives the right a new target. Let your House dental plan cover the damages, and get over yourself.

Posted by: Rivery | January 27, 2011 11:03 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

EXHIBIT 2
PAGE 238

10/28

3/9/2016                                Dennis Kucinich sues House cafeteria over olive pit

Posted by: socomfy | January 27, 2011 11:02 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 10:59 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 10:57 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 10:55 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 10:54 AM | Report abuse

Of course it's a Democrat. Who else would sue the government while being a member of Congress? Lame buddy, lame indeed. Don't you get enough in kickbacks to pay for your own dental care?

Posted by: Desertdiva1 | January 27, 2011 10:53 AM | Report abuse

This is a great day for me - i finally get to agree on something with my right-wing "friends". I fully support about 85% of dennis' political ideas, but this move is disgusting, exploitative, politically suicidal, whiny, and cause to make one wonder if just being in office is enough to turn regular guys (gals) into imbecilic shams.

Posted by: socomfy | January 27, 2011 10:53 AM | Report abuse

This dude is just to much. Get him out!

Dennis Kucinich sues House cafeteria over olive pit

Posted by: FLvet | January 27, 2011 10:46 AM | Report abuse

Of course it's a Democrat. Who else would sue the government while being a member of Congress? Lame buddy, lame indeed. Don't you get enough in kickbacks to pay for your own dental care?

Posted by: Desertdiva1 | January 27, 2011 10:45 AM | Report abuse

This ought to set a precedent ! The SOB member of Congress, the legislative body in which over 85% of the people have no confidence can sue somebody in reference to something that may have happened during this BS so called Congressional Business, then the people can sue these second best to child molester members of CONGRESS for mismanagement, down right corruption, misappropriation of tax payers money, all the malfeasance, self interests and other self righteous BS.

Posted by: winemaster2 | January 27, 2011 10:38 AM | Report abuse

The question here seems not to be whether there was damage done, but rather what is a reasonable compensation for said damage.

In this instance, most people over the age of 40 know something about the pain and aggravation caused by a similarly inflicted broken tooth. The difference is that for most of us, our teeth and time are not nearly as valuable as that of Mr. Kucinich.

The cost of a crown is about $2,000 if you don't have insurance and less than half that if you do have insurance. Giving that Dweebie Dennis probably has insurance, let's just say his out of pocket cost is $1,000. Then if we assume that his time is worth $500 an hour -- though I wouldn't give him minimum wage -- and that two trips to the dentist (including travel time) takes 8 hours, that's $4,000 more for a total of $5,000.

So Dennis wants 30 times the value of grossly inflated "real cost" for his aggravation. This guy wanted to be president. Anyone who ever thought he was a credible candidateshould have had their head examined when they thought so. Now they need to be ridiculed for for being suckers. Those who defend the daffy wee dweeb should band together for a fundraiser. maybe they can raffle off a couple Chevy Volts. Or maybe they should take a couple hundred volts where the moon don't shine. Maybe it will shock them to their senses.

Posted by: buggerianpaisley1 | January 27, 2011 10:34 AM | Report abuse

We always knew that Dennis Kucinich was a questionable far left lunatic who dabbled in marxist socialism. Now, we know he is also a greedy, unethical lunatic.

Posted by: dplisco | January 27, 2011 10:05 AM | Report abuse

Hey Dennis. Go for a swim in the Cuyahoga River, but wait till its on fire. You are a disgusting scum bag

EXHIBIT 2
PAGE 240

3/9/2016                                          Dennis Kucinich sues House cafeteria over olive pit

Posted by: nomobarry | January 27, 2011 9:59 AM | Report abuse

Frivolous Lawsuit? Tort reform!

Posted by: petersroland50 | January 27, 2011 9:56 AM | Report abuse

An extreme lib, ally of the trial lawyers, makes his bid to become rich in the best way he knows how. Play Lawsuit Lottery!

Posted by: edbyronadams | January 27, 2011 9:53 AM | Report abuse

The question here seems not to be whether there was damage done, but rather what is a reasonable compensation for said damage.

In this instance, most people over the age of 40 know something about the pain and aggravation caused by a similarly inflicted broken tooth. The difference is that for most of us, our teeth and time are not nearly as valuable as that of Mr. Kucinich.

The cost of a crown is about $2,000 if you don't have insurance and less than half that if you do have insurance. Giving that Dweebie Dennis probably has insurance, let's just say his out of pocket cost is $1,000. Then if we assume that his time is worth $500 an hour -- though I wouldn't give him minimum wage -- and that two trips to the dentist (including travel time) takes 8 hours, that's $4,000 more for a total of $5,000.

So Dennis wants 30 times the value of grossly inflated "real cost" for his aggravation. This guy wanted to be president. Anyone who ever thought he was a credible candidateshould have had their head examined when they thought so. Now they need to be ridiculed for for being suckers. Those who defend the daffy wee dweeb should band together for a fundraiser. maybe they can raffle off a couple Chevy Volts. Or maybe they should take a couple hundred volts where the moon don't shine. Maybe it will shock them to their senses.

Posted by: buggerianpaisley1 | January 27, 2011 9:52 AM | Report abuse

Yep those in congress sure have it rough when compared to those who wait in lines outside food kitchens.

If he wants better food, let him try the food bank.

Posted by: wesatch | January 27, 2011 9:51 AM | Report abuse

Yep those in congress sure have it rough when compared to those who wait in lines outside food kitchens.

If he wants better food, let him try the food bank.

Posted by: wesatch | January 27, 2011 9:49 AM | Report abuse

For years I thought Dennis was a little nutty - now I know he is.

Several years ago my young dentist replaced three ordinary fillings with gold foil. Looked great! Then one of them became infected and it was the most painful experience I ever endured. Ultimately he did a root canal - problem solved. Lots of pain but no lawsuit, no complaint and we continue to be friends AND patient-dentist to this day.

This is a frivolous lawsuit and Dennis does not qualify as a leader. What a jerk.

Posted by: Kansas28 | January 27, 2011 9:46 AM | Report abuse

Dennis, news flash olives have pits.....unless you can prove they put that pit there for you to bite, you have no lawsuit.....and you wanted to be President...more like any American ahole looking to scam the system!!!!

Posted by: dadofkmm | January 27, 2011 9:42 AM | Report abuse

It's hard to believe he was ever taken seriously as a presidential candidate.

Posted by: brewstercounty | January 27, 2011 9:27 AM | Report abuse

Talk about biting the hand that feeds you!
Have him examined by an independent dentist, and request receipts for service documenting his expenses. Pay him for these expenses, assuming that Congressional Health Care didn't. If it did, launch a countersuit for attempted fraud. Forget the pain & suffering and "loss of enjoyment". Even the Constitution only promises the "pursuit of happiness". He should eat more carefully. Olives have pits, cherries have stones. Processing equipment miss things. Eat more carefully, Dennis and quit griping.

Posted by: sober1 | January 27, 2011 9:27 AM | Report abuse

One hopes that this perennial presidential candidate will lose his district and leave the scene. What a loathsome fraud!

Posted by: mmurray2 | January 27, 2011 9:09 AM | Report abuse

Kucinich is a back stabbing, lying, manipulative, whining ass whose only purpose is looking out for number one.

This idiot has been getting a free ride since he became Mayor of Cleveland. Somehow he has been able to parlay being recalled for incompetency into a long term political career.

3/9/2016                                    Dennis Kucinich sues House cafeteria over olive pit

It really makes you wonder when will people wake up and stop supportng professional politicians like Kuciich? In the meantime, you get what you asked for.

Posted by: patrick47 | January 27, 2011 8:58 AM | Report abuse

I like Dennis and he has a right to some kind of compensation, but he had to know this would open him up for such embarrassment that it isn't worth the money.

Posted by: sarahabc | January 27, 2011 8:56 AM | Report abuse


Give the guy a break.

His Congressional seat is probably going to be wiped out, meaning his fund raising efforts will grind to a halt, and he'll be left to live on his grubby Congressional pension. That means he has to strengthen his war chest for retirement: Step One, sue someone and go for a few bucks to see if that works; then, Step Two: Go for the big bucks. Hey, this is America.

Posted by: adjjones | January 27, 2011 8:45 AM | Report abuse

What, not enough campaign contributions?

The attractive wife spending too much?

It's pretty sad when members of congress start playing the lawsuit lottery.

Soon we won't be able to afford to buy a sandwich, either, because their tort insurance will be too high.

Thanks for NOTHING, Dennis.

Posted by: Benson | January 27, 2011 8:39 AM | Report abuse

Disgusting, pathetic, whiney, limp-wristed, pu$$y-a$$ed little bi tch.

(no offense, Dennis)

Posted by: DeanDR | January 27, 2011 8:22 AM | Report abuse

Disgusting, pathetic, whiney, limp-wristed, pu$$y-a$$ed little bi tch.

(no offense, Dennis)

Posted by: DeanDR | January 27, 2011 8:20 AM | Report abuse

This is a typical liberal reaction,blame it on someone else and see how you can profit from it.They never

EXHIBIT 2
PAGE 243                    15/28

3/9/2016                          Dennis Kucinich sues House cafeteria over olive pit

want to take responsibility for there actions.

For this type accident the insurance I have had would cover it under the medical as an accident even if You had no dental insurance.

Kucinich needs to get a life and if He don't lose his seat through redistricting than hopefully the people in his district are smart enough to vote him out.

Posted by: rfholmes6 | January 27, 2011 7:59 AM | Report abuse

This is a typical liberal reaction,blame it on someone else and see how you can profit from it.They never want to take responsibility for there actions.

For this type accident the insurance I have had would cover it under the medical as an accident even if You had no dental insurance.

Kucinich needs to get a life and if He don't lose his seat through redistricting than hopefully the people in his district are smart enough to vote him out.

Posted by: rfholmes6 | January 27, 2011 7:59 AM | Report abuse

What a greedy little schmuck. Clearly he's looking for some replacement income once he loses his job.

What a disgrace to the democratic party and to america.

Posted by: tibritt | January 27, 2011 7:52 AM | Report abuse

This happened "nearly three years ago"? And now he is suing - is he so desperate for publicity that he finally brings suit?

For gosh sake - don't allow him to buy anything from any restaurant, cafeteria, fastfood place - make him brown-bag it!

Posted by: Utahreb | January 27, 2011 7:48 AM | Report abuse

Sadly, this buffoon is illustrative of how we have spiraled into a nation of whiners. Accidents happen. Get a grip, act like a leader (it's what you are being paid to do), and be grateful that you had the means to have your tooth repaired. Many Americans do not.

Posted by: ludditegirl | January 27, 2011 7:18 AM | Report abuse

"Biting down on an olive pit has to be painful. Give Congressman Kucinich the benefit of the doubt."

There are a lot of painful things in life. I'm not sure what makes them worth $150K per incident.

He'd get the "benefit of the doubt" if he was asking to be reimbursed for fixing his teeth. But I'm pretty certain it didn't cost him $150K to get if fixed.

EXHIBIT 2
PAGE 244

Dennis Kucinich sues House cafeteria over olive pit

He symbolizes exactly what's wrong with our government.

Posted by: Ombudsman1 | January 27, 2011 7:03 AM | <u>Report abuse</u>

What Denderson said, right down my also being an "unapologetic liberal." This is tacky as hell.

Posted by: carlaclaws | January 27, 2011 5:48 AM | <u>Report abuse</u>

Disgraceful behavior. I am amazed that voters of Ohio keep sending him back to Congress.

Rep. K, FYI, I broke a tooth at Wolfgang Puck in Tokyo several years ago. It did not occur to me to sue the restaurant. That's what insurance is for.

Posted by: RobsonJV | January 27, 2011 5:22 AM | <u>Report abuse</u>

Disgraceful behavior. I am amazed that voters of Ohio keep sending him back to Congress.

Rep. K, FYI, I broke a tooth at Wolfgang Puck in Tokyo several years ago. It did not occur to me to sue the restaurant. That's what insurance is for.

Posted by: RobsonJV | January 27, 2011 5:21 AM | <u>Report abuse</u>

I for one applaud the action? Why? Well, if the federal government offered DENTAL insurance that wasn't a dang joke and actually covered surgery,crowns and implants instead of the crap that has us paying a premium and also paying for most of it, (the federal government doesn't contribute to any of our dental plans) then maybe he could have had the damages to his mouth covered instead of having to sue to get them suffered. I would like to see federal healthcare insurance put into a cafeteria plan where we can select the kinds of care we need for the dollars we pay. For example, my plan covers well-baby care and I am well past childbearing. I could you that coverage for what I DO need. Like Dental.

Posted by: jacquie1 | January 27, 2011 5:04 AM | <u>Report abuse</u>

Is this just another follow up story of the " Princess and the Pea ? "

Posted by: puck-101 | January 27, 2011 4:37 AM | <u>Report abuse</u>

This happened before Obama signed off on the Food Safety Act. If it happens again, the food police (unionized of course) will see that the unionized food service employees are represented by their union lawyer. What a country.

Posted by: dcharlson | January 27, 2011 2:52 AM | <u>Report abuse</u>

This happened before Obama signed off on the Food Safety Act. If it happens again, the food police (unionized of course) will see that the unionized food service employees are represented by their union

EXHIBIT 2

PAGE 245                                    17/28

3/9/2016                                 Dennis Kucinich sues House cafeteria over olive pit

lawyer. What a country.

Posted by: dcharlson | January 27, 2011 2:51 AM | Report abuse

This idiot is an example of the fools that are also called congressmen. No sense of value. In his case a cracked tooth can be repaired for a few hundred and if it couldn't be repaired then an implant is usually under $2,000. What is the rest for? He still made speeches and told lies.This probably an example of why our deficit is so high...no sense of actual cost

Posted by: vageorge | January 27, 2011 1:49 AM | Report abuse

Cheesesrice! You must be totally desperate, Dennis! What you have done in bringing this stupid lawsuit is embarrass every liberal in the country. You have better have a good explanation or more details that prove you have a real case or your behind is fried!

If you don't, then you should be voted out. See, here is the deal. The republicans will excuse their own regardless. We will not. I hope you have considered that before you decided to sue. Whats the deal? Is your pretty wife getting restless?

Posted by: sandnsmith | January 27, 2011 1:22 AM | Report abuse

This is an embarrassment to any self-respecting liberal - or conservative. Sure, Kucinich has a right to sue, and the suit may well have merit under existing law. Still, even if he was injured, he had insurance and he did not lose income. So to sue for 150K because this hurt is greedy and opportunistic. A pit is part of the food in the first place. It's not a nail or a piece of glass. A piece of advice for Kucinich; don't talk and chew at the same time.

Posted by: kabej | January 27, 2011 1:08 AM | Report abuse

The little people suck on olive pits with what is left over after Congress robs us blind.

Is Willie Nelson proud of his candidate?

Posted by: greatgrandmasue | January 27, 2011 1:03 AM | Report abuse

Nice going Dennis. I hope you get your money real soon.

Posted by: truth1 | January 27, 2011 12:07 AM | Report abuse

As a an unapologetic liberal and a loyal Democrat, I am particularly saddened by this self-serving and indefensible action by Mr Kucinich. Life is full of little mishaps and disappointments, and his frivolous lawsuit is emblematic of the legal excesses in our overly litigious society. I hope the courts will quickly dispose of of this matter, and that the good people of Ohio will someday soon dispose of Mr. Kucinich.

EXHIBIT 2
PAGE 246                    18/28

Posted by: denderson | January 26, 2011 11:17 PM | Report abuse

As a an unapologetic liberal and a loyal Democrat, I am particularly saddended by this self-serving and indefensible action by Mr Kucinich. Life is full of little mishaps and disappointments, and his frivolous lawsuit is emblematic of the legal excesses in our overly litigious society. I hope the courts will quickly dispose of of this matter, and that the good people of Ohio will someday soon dispose of Mr. Kucinich.

Posted by: denderson | January 26, 2011 11:15 PM | Report abuse

Ann Coulter will be all over this by next week.
I can't wait.

Dennis, (And all other Liberal losers), read a can. It's like eatng shucked oysters. Be careful.

Posted by: Etek | January 26, 2011 11:14 PM | Report abuse

Into each life some rain or 'pits' must fall - thank goodness the pit for Kucinich hit a tooth and not his stomach. What would that law suit be worth? Aren't there laws (passed by Congress) concerning frivolous law suits?

Posted by: rbsher | January 26, 2011 11:08 PM | Report abuse

This lawsuit is exactly why Americans think our government is made up of frivilous thinking, self-serving, elitist who have absolutely no common sense. How sever Rep. Kucinich was your injury? A root canel isn't a life time of pain and caps cost $800.00 Congressman get your act together. You get free dental at our expense so maybe it's time to return to reality or simply get a life. We the people don't need fools leading us in Washington.

Posted by: forist2011 | January 26, 2011 10:53 PM | Report abuse

This lawsuit is exactly why Americans think our government is made up of frivilous thinking, self-serving, elitist who have absolutely no common sense. How sever Rep. Kucinich was your injury? A root canel isn't a life time of pain and caps cost $800.00 Congressman get your act together. You get free dental at our expense so maybe it's time to return to reality or simply get a life. We the people don't need fools leading us in Washington.

Posted by: forist2011 | January 26, 2011 10:46 PM | Report abuse

Funny how frivolous lawsuits are someone elses lawsuit. If it was yours, it would be legitimate right? Food service companies have a duty to serve food that will not cause injuries, whether its salmonella burgers or olive pit sandwiches. That's what we pay them for when we get to the cash register. Biting down on an olive pit has to be painful. Give Congressman Kucinich the benefit of the doubt.

3/9/2016                                    Dennis Kucinich sues House cafeteria over olive pit

Posted by: davidwg46 | January 26, 2011 10:14 PM | Report abuse

A nation of wusses and $54 million pants.

Posted by: bs2004 | January 26, 2011 10:09 PM | Report abuse

Kucinich epitomizes everything that is wrong in this country...

Libt@rd
Lawyer
Frivolous Lawsuits
Big Government
Entitlements...

Posted by: freepost | January 26, 2011 10:08 PM | Report abuse

Kucinich epitomizes everything that is wrong in this country...

Libt@rd
Lawyer
Frivolous Lawsuits
Big Government
Entitlements...

Posted by: freepost | January 26, 2011 10:08 PM | Report abuse

Kucinich epitomizes everything that is wrong in this country...

Libt@rd
Lawyer
Frivolous Lawsuits
Big Government
Entitlements...

Posted by: freepost | January 26, 2011 10:05 PM | Report abuse

Professional idiot.

Posted by: michael49 | January 26, 2011 9:33 PM | Report abuse

Professional idiot.

Posted by: michael49 | January 26, 2011 9:32 PM | Report abuse

EXHIBIT 2
PAGE 248                    20/28

Dear Democrat friends,

Although I tend to lean Republican, I implore you to join me in the spirit of cooperation. If redistricting does not leave this louse without a job, I encourage you to make use of the next primaries to eliminate the possibility of the leech returning to office.

Thank you, and good night.

Posted by: LovingDad95 | January 26, 2011 8:53 PM | <u>Report abuse</u>

Dennis, buy a vowel and get a life. What happens when you see some gray snowflakes in the big city?

If you are this petty shouldn't you be an accountant, not an elected official?

Posted by: TaxTheRichNow | January 26, 2011 8:43 PM | <u>Report abuse</u>

WHHAAAAT!?!?!? A Dem expecting something for nothing? Say it isn't so.

The gimme gimme mindset doesn't surprise me at all.

Posted by: Bevhome | January 26, 2011 6:29 PM | <u>Report abuse</u>

WHHAAAAT!?!?!? A Dem expecting something for nothing? Say it isn't so.

The gimme gimme mindset doesn't surprise me at all.

Posted by: Bevhome | January 26, 2011 6:27 PM | <u>Report abuse</u>

May be he thought he was suing Big Oil....

.....and not Big Olive. Or Olive Oyl.

I'd suggest a hefty portion of spinach for Dennis. Smoking pipe not necessary.

Posted by: kishorgala | January 26, 2011 6:22 PM | <u>Report abuse</u>

I swallowed a penney once, my mental anguish was intolerable. It was my allowance for that week. I should have sued my mommy for paying me in such small denominations.
Idiot

Posted by: jhnjdy | January 26, 2011 5:48 PM | <u>Report abuse</u>

Too bad for little Dennis. He's so taken advantage of (preposition ending). You sue for $150K, the lawyers get $75K of it and you get what? No, not just money but the 'Dope of the year award' last given by the American people to the woman spilling hot McDonals coffee in her crotch. You jerk.

EXHIBIT 2
PAGE 249                    21/28

Posted by: CassieCharlie | January 26, 2011 5:09 PM | Report abuse

Too bad for little Dennis. He's so taken advantage of (preposition ending). You sue for $150K, the lawyers get $75K of it and you get what? No, not just money but the 'Dope of the year award' last given by the American people to the woman spilling hot McDonals coffee in her crotch. You jerk.

Posted by: CassieCharlie | January 26, 2011 5:07 PM | Report abuse

Too bad for little Dennis. He's so taken advantage of (preposition ending). You sue for $150K, the lawyers get $75K of it and you get what? No, not just money but the 'Dope of the year award' last given by the American people to the woman spilling hot McDonals coffee in her crotch. You jerk.

Posted by: CassieCharlie | January 26, 2011 5:06 PM | Report abuse

Hmm - let's see. You have a 2 year statute of limitations on injuries related to childbirth which may take years to adequately surface and apparently 3+ years for some ignoramus congressman to sue over something which must have been immediately obvious. Yeah, sounds about right.

Posted by: Bcamp55 | January 26, 2011 5:03 PM | Report abuse

The big old olive pit made a boo-boo with the little boy. What a jerk!

Posted by: Prof-Dr-G | January 26, 2011 5:01 PM | Report abuse

I actually like Dennis Kucinich but this action by him is below the dignity of his office. Sorry about your tooth Dennis, but I am sure you have adequate insurance to take care of it.

Posted by: wcrane2 | January 26, 2011 4:59 PM | Report abuse

The big old olive pit made a boo-boo with the little boy. What a jerk!

Posted by: Prof-Dr-G | January 26, 2011 4:58 PM | Report abuse

This is part and parcel of what goes on in every city in this country every day. Trial lawyers skim billions of dollars from everyone who buys insurance or who buy any good or service from anyone who has to buy insurance. They make millions so they can live great, big houses, fancy cars, vacations, expensive schools, everything great. All the money comes from raping YOU and ME. They divert some to Democratic politicians who make sure to keep the laws friendly to the raping business. Every Democrat politician and the party itself should have to disclose how much $ they get from these parasites. Its the biggest ongoing crime in the nation but the worst part is that we can hardly recognize it much less change it. People ! where do you think Kucinich's $150,000 is going to come from? From YOU ! Lawyers get a third or more.

Posted by: bebgsurg | January 26, 2011 4:55 PM | Report abuse

EXHIBIT 2
PAGE 250

22/28

Two things: Define "loss of enjoyment".

That must have been some giant olive. Dennis always impressed me as a whiner.

Posted by: ANNA2 | January 26, 2011 4:51 PM | Report abuse

Two things: Define "loss of enjoyment".

That must have been some giant olive. Dennis always impressed me as a whiner.

Posted by: ANNA2 | January 26, 2011 4:51 PM | Report abuse

This one went past ridiculous so fast that everything was blown down. Get real, the olive pit did not damage him as badly as he thinks. He has had issues for a long time that no olive pit could have caused.

Posted by: ronjeske | January 26, 2011 4:48 PM | Report abuse

This is pits!

Did he consult Dalai Lama before becoming revengeful(suing) and holding others responsible?

I am sure Dalai Lama would have advised him to "make your own sandwich and bring a brown brown bag to work" or to "watch what you put in your mouth!"

I think Kucinich just blew his chance at another presidential bid.

Posted by: kishorgala | January 26, 2011 4:46 PM | Report abuse

The legal settlement from this case should help defray the loss of his Congressional District. However, word is that the Ohio GOP wants to keep him in the House. His presence caricatures the Democratic Party and helps in other Ohio races.

Posted by: CincinnatiRIck | January 26, 2011 4:40 PM | Report abuse

I can see from the complaint that he is using the the reasonable expectation test developed under Article 2 of the UCC and its implied warranties for food. I don't see how he wins. He will need to convince the jury that a reasonable person could not reasonably expect a pit in a sandwich that contained olives.

Posted by: atomic40 | January 26, 2011 4:33 PM | Report abuse

Man up Denny. It's not like you got shot in the brain.

Posted by: johnharris1 | January 26, 2011 4:32 PM | Report abuse

Man up Denny. It's not like you got shot in the brain.

Posted by: johnharris1 | January 26, 2011 4:32 PM | Report abuse

I can see from the complaint that he is using the the reasonable expectation test developed under Article 2 of the UCC and its implied warranties for food. I don't see how he wins. He will need to convince the jury that a reasonable person could not reasonably expect a pit in a sandwich that contained olives.

Posted by: atomic40 | January 26, 2011 4:30 PM | Report abuse

Everyone knows that he is a mental case, even on a good day!

Posted by: PZ007 | January 26, 2011 4:23 PM | Report abuse

Everyone knows that he is a mental case, even on a good day!

Posted by: PZ007 | January 26, 2011 4:21 PM | Report abuse

The poor man - it's hard to comprehend the depth of the anguish he must be suffering.

Posted by: slowroller | January 26, 2011 4:18 PM | Report abuse

Obama needs to stop frivolous lawsuits as one way to get the country back on the right track. Thought that last night while I was listening to the SOTU speech...think it all the more after seeing this article. He needs to be voted out of office immediately.

Once upon a time we were eating at Chili's. I had chicken fried steak. I bit down on a piece of a yucky RAG that had somehow been cooked into my steak...

I told the waiter about it but we didn't even get the meal compensated, much less anything more. (I do have to admit that I have never, ever ordered chicken fried steak from Chili's again!!) I guess I should have sued Chili's for mental anguish and hundreds of thousands of dollars. Stupid me...

Posted by: UMustBKidding | January 26, 2011 4:14 PM | Report abuse

Wow. I just lost a lot of respect for Mr. Kucinich. I once thought he was the people's warrior (albeit a wacky one) - but now (post-olive-pit), I see him as more of a shameless opportunist. $150K for a broken tooth??? Sheesh...

Posted by: ProfessorPeabody | January 26, 2011 4:12 PM | Report abuse

You'd think a congressman who can vote himself a huge raise any time and who has perks and bennies far beyond anything we mere mortals will ever see could get by in life without spinning the lawsuit wheel-of-fortune. Greed apparently knows no bounds.

Posted by: bill-in-nm | January 26, 2011 4:10 PM | Report abuse

Excuse me.

Why is this guy waiting 3 years to sue. And frankly, how do we even know he even bought the thing at the cafeteria.

He has access to the best medical coverage paid for by taxpayers and he now intends to sue 3 years later. Come On.

Posted by: kholm1 | January 26, 2011 4:10 PM | Report abuse

@ lingo009

As a "chef", you of course know, that olives are pitted by a machine that is generally located on-site of the grower. So who exactly would you fire for not doing their job or as you say "messing up the prep work"? No kitchen that I have ever worked in pays someone to stand there and feel all of the olives to make sure there are no pits and I've never heard of any kitchen actually pitting their own olives, one by one, by hand.

When you purchase pitted olives, you expect them to be pitted. Does the occasional pit get missed by the machine? Of course it does. Who hasn't bit into a pit before? Its an accident - plain and simple - with no one at actual fault.

This lawsuit is extremely frivolous.

Posted by: jade_rak | January 26, 2011 3:59 PM | Report abuse

Typical of the lame sorry useless politicians. It is not bad enough he gets lifetime medical benefits of retirement and so forth, but he is so greedy that he wants a payout. As a medical fraud investigator, I cry foul on him. He is a bigger crook now than ever before, I question his honor, his integrity and his having a real spine.

Posted by: laysertag | January 26, 2011 3:54 PM | Report abuse

Typical of the lame sorry useless politicians. It is not bad enough he gets lifetime medical benefits of retirement and so forth, but he is so greedy that he wants a payout. As a medical fraud investigator, I cry foul on him. He is a bigger crook now than ever before, I question his honor, his integrity and his having a real spine.

Posted by: laysertag | January 26, 2011 3:53 PM | Report abuse

Typical of the lame sorry useless politicians. It is not bad enough he gets lifetime medical benefits of retirement and so forth, but he is so greedy that he wants a payout. As a medical fraud investigator, I cry foul on him. He is a bigger crook now than ever before, I question his honor, his integrity and his having

3/9/2016                                     Dennis Kucinich sues House cafeteria over olive pit

a real spine.

Posted by: laysertag | January 26, 2011 3:51 PM | Report abuse

Typical of the lame sorry useless politicians. It is not bad enough he gets lifetime medical benefits of retirement and so forth, but he is so greedy that he wants a payout. As a medical fraud investigator, I cry foul on him. He is a bigger crook now than ever before, I question his honor, his integrity and his having a real spine.

Posted by: laysertag | January 26, 2011 3:50 PM | Report abuse

And yet Congress wants to limit consumers/victims ability to sue when they are harmed. Once again, what's good for the congressional and top 2% privileged few will be legislated away for everyone else.

Posted by: barkway | January 26, 2011 3:47 PM | Report abuse

And yet Congress wants to limit consumers/victims ability to sue when they are harmed. Once again, what's good for the congressional and top 2% privileged few will be legislated away for everyone else.

Posted by: barkway | January 26, 2011 3:47 PM | Report abuse

It just goes to show you that some politicians are greed. It took him 3 years to do this. Guess that he is running out of Unpitted Olive Money. What a joke these greedy politicians are.

Posted by: lklem | January 26, 2011 3:38 PM | Report abuse

Apparently Dennis The Menace doesn't believe there should be a statute of limitations on stupidity. Maybe we should just give him the $150K from Barry's slush fund if Dennis promises to just shut up and go away - permanently.

Posted by: jpost1 | January 26, 2011 3:32 PM | Report abuse

My bet is that his government Congressional Health Plan paid for every last cent of the expense involved in his 'numerous' surgeries, etc.

A typical politician, milk it for whatever you can for as long as you can.

And you waited 3 years? The pain must have been excruciating.

In two simple words: B.S.

Posted by: dharper2 | January 26, 2011 3:31 PM | Report abuse

He sued the business man cause he couldnt sue the oral surgeon for malpractice, wasn't allowed under obamacare! how manyjobs did dennis deny cause of this? oh non that do work, just more lawyers

Posted by: zzapperz | January 26, 2011 3:30 PM | Report abuse

He sued the business man cause he couldnt sue the oral surgeon for malpractice, wasn't allowed under obamacare! how manyjobs did dennis deny cause of this? oh non that do work, just more lawyers

Posted by: zzapperz | January 26, 2011 3:30 PM | Report abuse

This loudmouth should have lost his seat many years ago, this reminds me of the "hot coffee" that the black woman sued McDonalds over and received millions some years ago.....no court should even consider such a frivolous thing as this, maybe he should slip on a banana peel on the capital steps......

Posted by: bstone1931 | January 26, 2011 3:26 PM | Report abuse

The GOP gerrymandering Kucinich out reminds me of how Connie Morella was removed 10 years ago

Posted by: jboogie1 | January 26, 2011 3:21 PM | Report abuse

Before everyone starts posting about 'frivolous lawsuit', I can say personally as a Chef, that foreign/unexpected objects is one of the FIRST things they teach you at culinary school. IT SHOULDN'T HAPPEN. It is very serious.

Mr. Kucinich is lucky it wasn't glass, finger nails, jewlerly, etc.

He has every right to sue for his dental damages. I would have FIRED the idiot who messed up the prep work. In a second!

Posted by: lingo009 | January 26, 2011 3:21 PM | Report abuse

The GOP gerrymandering Kucinich out reminds me of how Connie Morella was removed 10 years ago

Posted by: jboogie1 | January 26, 2011 3:20 PM | Report abuse

Before everyone starts posting about 'frivolous lawsuit', I can say personally as a Chef, that foreign/unexpected objects is one of the FIRST things they teach you at culinary school. IT SHOULDN'T HAPPEN. It is very serious.

Mr. Kucinich is lucky it wasn't glass, finger nails, jewlerly, etc.

He has every right to sue for his dental damages. I would have FIRED the idiot who messed up the prep work. In a second!

Posted by: lingo009 | January 26, 2011 3:20 PM | Report abuse

Wow, another frivolous lawsuit. Just what our country needed!

EXHIBIT 2
PAGE 255                27/28

3/9/2016                                        Dennis Kucinich sues House cafeteria over olive pit

Its interesting that he is bringing this up now, rather than 3 years ago when it happened. I guess he knows he's going to need some source of income since he isn't fit for any other job other than this professional windbag gig thats about to run out.

Posted by: sjones25 | January 26, 2011 3:14 PM | Report abuse

C'mon Dennis...treating every problem as an opportunity to sue is for little people.
Lets face it, the real problem is that you have old and decaying teeth. We all get old. We all decay. We dont try to blame someone else for this. Get Mrs K to conjure up some eeby geeby spells and restore them if she can.

Posted by: photty1 | January 26, 2011 3:12 PM | Report abuse

C'mon Dennis...treating every problem as an opportunity to sue is for little people.
Lets face it, the real problem is that you have old and decaying teeth. We all get old. We all decay. We dont try to blame someone else for this. Get Mrs K to conjure up some eeby geeby spells and restore them if she can.

Posted by: photty1 | January 26, 2011 3:11 PM | Report abuse

Buck up, Rep. Kucinich. LIfe contains olive pits, and there are no warnings posted anywhere.

Posted by: WalterKoch | January 26, 2011 3:08 PM | Report abuse

# The Washington Post

**Morning Mix**

# Lawsuit alleges LAPD failed to protect gunned-down witness to police shooting

**By Sarah Kaplan**   December 30, 2015

It was August 11, 2014. Michael Brown had been shot and killed by a police officer in Ferguson, Mo. just 48 earlier. In a violence-stricken section of south Los Angeles, two veterans of the LAPD's anti-gang unit confronted an unarmed, mentally ill, black 25-year-old named Ezell Earl Ford.

What happened next was deeply disputed, but it ended with three gunshots. Ford was killed. And Leroy Hill said he saw it.

"I was sitting across the street when it happened," he told the Huffington Post last August, when the case became part of a national debate about race and police officers' use of force. "... The cops jumped out of the car and rushed him over here into this corner. They had him in the corner and were beating him, busted him up, for what reason I don't know he didn't do nothing. The next thing I know I hear a 'pow!' while he's on the ground. They got the knee on him. And then I hear another 'pow!' No hesitation. And then I hear another 'pow!' Three times."

At one point, while the officers had Ford on the ground but before the pop of gunfire, Hill said he heard an officer yell, "Shoot him."

*[Ezell Ford: The mentally ill black man killed by the LAPD two days after Michael Brown's death]*

Hill, who is also black and lived in Ford's neighborhood, provided a statement to this effect to attorneys for Ford's family. He was supposed to give a deposition in the civil rights lawsuit against the two officers. But on March 13, just a few days before the deposition, Hill was shot and killed while driving in a car with his wife and two other women, according to the Los Angeles Times.

Hill, 46, died on same block where Ford was shot, according to the Courthouse News Service.

Now Hill's widow, Alice Hill, is suing Los Angeles Police Chief Charlie Beck, Mayor Eric Garcetti and other city officials for wrongful death, saying that the city should have provided protection for her husband, given that he was a witness in the Ford case.

At a press conference in November 2014, Beck and Garcetti had pleaded for witnesses to the August shooting to

EXHIBIT 2
PAGE 257

come forward. At the time, no witnesses had spoken to the LAPD about the incident, even though many had disputed the police account of Ford's death in the press or in statements to Ford's family's attorney.

"There are people out there we believe who may have seen what happened. And we will rely on them to help us move forward with this case," Garcetti said at the news conference, according to KABC. "I'm asking anybody who may have seen anything to come forward. The more information that we have, the more questions we can put to rest."

At the same news conference, District Attorney Jackie Lacey said that her office would take statements from people who did not want to go to the police.

"If you're reluctant to come forward to the Los Angeles Police Department, then I understand that," Beck said.

City officials promised to take steps to ensure the safety of any witnesses who came forward.

Alice Hill says her husband stepped up in response to this plea. He gave a videotaped statement to attorneys for Ford's family in their civil lawsuit, according to the Courthouse News Service, saying that the two officers had "wrongfully shot Ford without legal or factual justification."

Shortly after, according to Alice Hill's lawsuit, that video was shared with attorneys for the two LAPD officers, Sharlton Wampler, and Antonio Villegas. The lawsuit also claims that the attorneys shared Leroy Hill's contact information. Hill was then subpoenaed for a deposition.

None of the defendants named in the lawsuit reached out to Hill to advise him of the protections available, the lawsuit claims, according to City News Service.

As a result, Leroy Hill "remained completely unprotected after coming forward to share his ... eyewitness knowledge of the Ford killing," the suit states.

But a few days before Hill was due to testify, just before midnight on March 13, two men on bikes rode up to the car Hill was driving down the same street where Ford was shot. One of the men fired a gun into the vehicle and hit Hill, according to the LA Times. He was pronounced dead at the scene less than 15 minutes later.

So far one person, Javier Aginiga, 21, has been charged in connection with Hill's murder. Aginiga is currently being held in California's North County Correctional Facility; it is not clear what the status of his case is, nor is it clear whether police have determined a motive in the shooting.

This June, the civilian panel that oversees the LAPD, the Los Angeles Police Commission, ruled that officer Wampler was unjustified in drawing and firing his weapon, according to the LA Times.

EXHIBIT 2
PAGE 258

According to the officers' account of the confrontation, Wampler and Villegas had gotten out of their car to speak with Ford — for unspecified reasons — and followed him when he walked away. Then Ford grabbed one of the officers, and pinned him to the ground. Other witnesses, including Hill, disputed this claim, saying that it was the officers who pinned Ford.

Wampler told investigators that he used a backup gun to shoot Ford because he thought the man was trying to grab his weapon during a struggle on the ground. The other officer, Villegas, said he fired because he thought Wampler was in trouble.

The commission found Villegas less at fault, saying he was wrong to draw his weapon early in the confrontation, but right to fire it when he thought his partner might be at risk.

Ford's family has filed a $75 million wrongful death lawsuit against the LAPD, according to KTLA. They have also sued the police department in state court.

Sarah Kaplan is a reporter for Morning Mix.

**The Post Recommends**

### Justice Scalia spent his last hours with members of this secretive society of elite hunters

The group is called the International Order of St. Hubertus, an exclusive all-male group dating back to the 1600s.

### This is the single most stunning poll number on Donald Trump I have seen

Prepare to be shocked.

### This might be Ted Cruz's worst idea

Ted Cruz has a proposal that virtually no expert agrees with.

EXHIBIT 2
PAGE 259

# The Washington Post

Morning Mix

# Tom Selleck reaches agreement with water district that sued him over water misappropriation allegations

**By Lindsey Bever**  July 10, 2015

*Updated*

Hollywood star Tom Selleck has reached an agreement with a Southern California water district that sued him in court earlier this week for allegedly pulling water from a public hydrant to supply his ranch during the state's historic drought.

The Calleguas Municipal Water District filed a complaint Monday in Ventura County Superior Court claiming the actor filled a commercial water truck from a hydrant a dozen times since 2013 and had it delivered to his 60-acre Thousand Oaks ranch near Los Angeles. Selleck's property is located in the Hidden Valley Municipal Water District so his alleged water use in the Calleguas District is prohibited, according to the Los Angeles Times.

Attorneys for Selleck and the Calleguas Municipal Water District reached a tentative settlement Thursday, water resources manager Eric Bergh told Los Angeles Times. The details of the settlement will not be released until it's final, he said.

"We're happy about it," Bergh told the newspaper. "It's good news."

The water district named Selleck, 70, and his wife, Jillie, in the suit, claiming it spent nearly $22,000 on a private investigator to document the alleged misappropriation.

The water district said in fall 2013 it saw a water truck fill up in Thousand Oaks seven times and deliver to "the Hidden Valley area where the Selleck property is located," according to the lawsuit cited by Courthouse News Service. It said it sent a cease-and-desist letter but, less than a month later, it saw the same water truck making the same delivery again. It happened four more times in March of this year, the water district said in the lawsuit.

Ventura County sheriff's Capt. John Riley told NBC News authorities have conducted their own investigation but "we were unable to establish a crime was committed."

The water district was seeking reimbursement from Selleck for court costs and the costs of the private investigator as well as a preliminary and permanent injunction and other damages, according to Courthouse News Service.

EXHIBIT 2
PAGE 260          CNS057555

Representatives for Selleck did not respond to requests for comment from the Los Angeles Times, NBC News or The Washington Post.

The tentative court settlement will be sent to the water district board for approval next week, Bergh told Los Angeles Times.

[*This post has been updated.*]

Lindsey Bever is a general assignment reporter for The Washington Post. Tweet her: @lindseybever

**The Post Recommends**

### Jon Cryer is brutally blunt describing the worst Charlie Sheen years on 'Two and a Half Men'

'Two and a Half Men's' quiet co-star was doing the smart thing: Saving all the best stories for his memoir.

### Snow (and rain) showers likely to dash through D.C. area this evening

Snow might briefly whiten the ground in our colder north and west suburbs.

### Joe Biden just trolled Hillary Clinton. Big time.

Oh, it's on!

EXHIBIT 2
PAGE 261                    CNS057556

1/12/2016                    Tom Selleck Accused of Public Water Theft (Report) - Hollywood Reporter



## Tom Selleck Accused of Public Water Theft (Report)



Associated Press

| ☰  CULTURE | 🔍 |
|---|---|

THEATER    PODCASTS    BOOKS    DINING    TRAVEL

by Ryan Gajewski
7/8/2015 12:56am PDT

A Southern California water district alleges that the actor

EXHIBIT 2
PAGE 262            CNS057557

repeatedly filled a commercial water truck from a public hydrant, ignoring cease-and-desists.

**Tom Selleck** appears to be in hot water.

Calleguas Municipal Water District filed suit against the actor and his wife, Jillie Mack, on Monday, claiming he used a public hydrant to fill a commercial water truck on 12 different occasions, according to Courthouse News Service.

With the state of California suffering through a serious drought, the water district says that it saw the truck fill up from a hydrant at a Thousand Oaks construction site and then take seven trips in September and October 2013 into the Hidden Valley area that is believed to be Selleck's residence.

**READ MORE**
"When I Pee, I Don't Flush": How Hollywood Is Battling California's Drought

Court documents allege that the *Blue Bloods* star continued filling his tanker even after cease-and-desist notices were sent to two of his Southern California homes.

The district, which serves a large portion of Ventura County, claims it paid $21,685.55 to an investigator to look into the alleged water theft. It is seeking that amount and an injunction, along with court and attorney fees.

**READ MORE**
CA Lawmaker Says Drought Is God's Punishment for Abortion

A rep for Selleck did not immediately respond to a request for comment.

*Email: Ryan.Gajewski@THR.com*
*Twitter: @_RyanGajewski*



🐦 @_RyanGajewski
✉ THRnews@thr.com

  Facebook    Twitter    Email

**Cast of 'National Lampoon's Christmas Vacation': Where Are They Now?**

EXHIBIT 2
PAGE 263                    CNS057558

3/2/2016 Top News, Latest headlines, Latest News, World News & U.S News - UPI.com



# Appeals court upholds California's foie gras restrictions

Published: Aug. 31, 2013 at 10:44 AM

SAN FRANCISCO, Aug. 31 (UPI) --

SAN FRANCISCO, Aug. 31 (UPI) -- A federal appeals court upheld California's authority to ban the sale of certain types of foie gras, ruling a legal challenge was unlikely to succeed.

The 9th Circuit Court of Appeals Friday upheld a lower court ruling that shot down a challenge to the ban on foie gras produced from force-fed ducks or geese.

Industry associations and the Hot's restaurant challenged the ban, which was passed in 2005, as vague and unconstitutional. The 9th Circuit panel said in a unanimous decision the state was within its right to ban foie gras produced specifically by force-feeding birds, Courthouse News Service said.

Foie gras is a delicacy consisting of duck or goose livers that have grown beyond normal size, often through a tube-feeding process known as "gavage."

The court determined the ban did not violate the interstate commerce clause in the Constitution because other types of foie gras can be sold in California, and the ban does not apply to other products from force-fed birds such as meat or goose down.

© 2013 United Press International, Inc. All Rights Reserved.

3/2/2016                    Top News, Latest headlines, Latest News, World News & U.S News - UPI.com



# Court: Fox News reporter must testify in theater shooting trial

Published: Aug. 22, 2013 at 9:02 AM

NEW YORK, Aug. 22 (UPI) --

NEW YORK, Aug. 22 (UPI) -- A New York appeals court ruled a Fox News reporter must testify about her source for a report on the Aurora, Colo., theater shooting.

Defense attorneys for James Holmes subpoenaed reporter Jana Winter after she reported in July 2012 Holmes had sent his psychiatrist a notebook containing violent drawings and plans for a murderous plot.

His attorneys have not challenged the report but maintain the leak violated a court gag order. Several investigators have testified they did not give the information to Winter, and the defense attorneys have questioned their credibility.

Winter fought the subpoena in both Colorado and New York, where she works. Dori Hanswirth, her lawyer, said federal and state shield laws protects Winter's sources.

The First Judicial Department of the Appellate Division Tuesday affirmed enforcement of the subpoena, the Courthouse News Service reported.

"We note that New York's Shield Law ... continues to represent a strong public policy and the long history of vigilantly safeguarding freedom of the press," Justice Darcel Clark wrote for the court. "The dissent argues that respondent's appearance was ordered to identify law enforcement personnel, which requires the disclosure of her confidential sources. However, the facts presented on this record do not establish with absolute certainty that the Colorado District Court will require the disclosure of confidential sources."

© 2013 United Press International, Inc. All Rights Reserved.

EXHIBIT 2
PAGE 265                    1/1

3/2/2016



# Man tried to bring duck into courthouse

Published: April 10, 2013 at 12:23 PM

HONOLULU, April 10 (UPI) --

HONOLULU, April 10 (UPI) -- Authorities in Honolulu said they confiscated two bottles of beer and a live duck from a man entering a courthouse to meet with his probation officer.

A courthouse security worker said the man, whose name was not released, appeared to be intoxicated when he arrived at the courthouse at 8:30 a.m. Monday and an X-ray of the bag he was carrying revealed two 40-ounce bottles of beer, the Courthouse News Service reported Wednesday.

The man refused to hand over the bag, saying there was a "live animal" inside, and officers took the bag from him and discovered a live duck inside.

The man was arrested.

© 2013 United Press International, Inc. All Rights Reserved.

EXHIBIT 2
PAGE 266

1/1

3/2/2016                         Top News, Latest headlines, Latest News, World News & U.S News - UPI.com



# Report: Questions raised about all reasons behind Quantico closing

Published: May 29, 2013 at 11:45 AM

WASHINGTON, May 29 (UPI) --

WASHINGTON, May 29 (UPI) -- Reports question the Pentagon's denying a U.S. Marine prison closed due to its treatment of Bradley Manning, who leaked WikiLeaks material, Courthouse News said.

Army Pfc. Manning, a 25-year-old soldier who admitted being responsible for the intelligence leak to the whistle-blowing website, spent nine months in a maximum-security cell at the Marine Corps Base Quantico brig before he was transferred to Fort Leavenworth, Kan. He was in a windowless cell for at least 23 hours a day under a suicide watch under conditions a U.N. investigator called "cruel, inhuman and degrading."

A military judge concluded earlier this year ruled Manning endured "unlawful pretrial punishment" at Quantico, but said it was an effort to keep him safe for trial.

Months after Manning's transfer, the Pentagon announced it would be closing the brig for financial reasons. However, documents Courthouse News obtained under the Freedom of Information Act cast some doubt on the reasons given.

Among the documents outlining courses of action, panel recommendations, information papers and "wargames," two pages specifically cited Manning by name as part of lists of bullet points as part of the "background" for Quantico's closing, Courthouse News said.

The two bullet points were listed as "Impact of Manning detention" and "Impact of PFC Manning detention."

Other pages referred to Manning as "a high profile Army detainee at the MCBQ PCF [Marine Corp Base Quantico Pre-Trial Confinement Facility] from July 2010 to April 2011," Courthouse News said.

The Quantico official tasked with handling FOIA requests said the mentions were "only in reference to justifying the amount of staffing and costs associated with detaining a high profile detainee, any high profile detainee.

"The decision to close the brig was based on cost effectiveness and staffing," Quantico's FOIA officer Dolaras Johnson said in an email to Courthouse News. "There were no other documents or decision papers that mentioned PFC Manning in the decision to close the brig."

Courthouse News said the documents' timeline intimate Manning's detention had a greater role in the decision to close the brig than publicly stated. Of the reports in which Quantico's closure was discussed, the earliest is dated March 15, 2011, about two weeks before he was transferred to Fort Leavenworth.

The final document provided is dated Oct. 18, 2011, roughly two months before the brig's closing, Courthouse News said.

The financial and logistical analyses concluded it cost nearly $4 million to run the prison and pay 44 Marines, a warrant officer and two civilians to guard an average of nine prisoners a year.

Officially, the Pentagon said it intended to close Quantico brig in 2005, based upon the findings of the Base Realignment and Closure Commission, or BRAC. However, BRAC did not recommend closing Quantico brig but

EXHIBIT 2
PAGE 267

suggested relocating the Counterintelligence Field Activity and Defense Security Service to Quantico to create a hybrid intelligence agency.

Manning, who admitted to charges that carry a possible 20-year sentence, will fight a potential life in prison term at his trial, scheduled to begin June 3, more than three years after he was arrested.

© 2013 United Press International, Inc. All Rights Reserved.

EXHIBIT 2
PAGE 268

2/2

3/9/2016                                   Bradley Manning: 'Real Me' Is a Woman Named Chelsea - US News

News    Opinion    National Issues    Best Countries    Cartoons    Photos    The Report

Ken Walsh's Washington    Decision 2016    The Run 2016    The Chase    Washington Whispers    At the Edge    Data Mine    Special Reports

# Newsgram
Breaking news from the U.S. and around the world.

# Bradley Manning: 'Real Me' Is a Woman Named Chelsea

Convicted WikiLeaks source requests hormone therapy, female pronouns.



By Steven Nelson    |    Aug. 22, 2013, at 12:41 p.m.                    + More

Convicted WikiLeaks source Bradley Manning, sentenced Wednesday to 35 years in prison for distributing classified documents for publication, says "the real me" is a woman.

"As I transition into this next phase of my life, I want everyone to know the real me," Manning, 25, said in a written statement broadcast Thursday on NBC's "Today" show. "I am Chelsea Manning. I am a female."

Manning was a low-level Army intelligence analyst when she provided the pro-transparency group WikiLeaks with hundreds of thousands of documents on the wars in Iraq and Afghanistan, as well as State Department cables from embassies around the world.

[RON PAUL: Manning Deserves Nobel Peace Prize More Than Obama]

Manning's sexuality attracted bouts of attention since her arrest in 2010. The now-repealed "don't ask, don't tell" policy reportedly alienated Manning and many participants in gay pride events took up her cause, although many believed Manning was a gay man.

EXHIBIT 2
PAGE 269

Bradley Manning: 'Real Me' is a Woman Named Chelsea - US News

Following Manning's July 30 conviction on a slew of charges, Army psychologist Michael Worsley disclosed at an Aug. 14 sentencing hearing that Manning struggled with gender identity. He produced a photo of Manning wearing lipstick and a wig.

"Given the way that I feel, and have felt since childhood, I want to begin hormone therapy as soon as possible," Manning's statement said. "I hope that you will support me in this transition. I also request that, starting today, you refer to me by my new name and use the feminine pronoun (except in official mail to the confinement facility)."



A spokesperson for Ft. Leavenworth, where Manning will be held captive, told Courthouse News on Tuesday - before Manning's post-sentence announcement - that hormone therapy isn't an option.

"All inmates are considered soldiers and are treated as such with access to mental health professionals," spokesperson Kimberly Lewis told the news service. "The Army does not provide hormone therapy or sex-reassignment surgery for gender identity disorder."

However, regarding feminine pronouns, Manning may get her wish.

[DEBATE CLUB: Was the Bradley Manning Verdict Fair?]

The influential Associated Press Stylebook advises journalists and editors to "[u]se the pronoun preferred by the individuals who have acquired the physical characteristics of the opposite sex or present themselves in a way that does not correspond with their sex at birth. If that preference is not expressed, use the pronoun consistent with the way the individuals live publicly."

An "ask the editor" response posted to the AP's online stylebook website clarifies - in response to a question about using gender-specific words for drag queens - "AP would follow the individual's stated preference."

The first AP story on Manning's announcement, however, avoids using male or female pronouns. The article's headline opts for male, reading, "Bradley Manning says he wants to live as a woman."

Manning's Wikipedia page was revised Thursday to read Chelsea Manning. Every use of "he" and "his" were changed to "she" and "her."

"This page is currently protected from editing" until Friday, a message briefly pegged to the top of the Wikipedia article by site administrators said, "or until disputes have been resolved." It cautioned: "This protection is not an endorsement of the current version."

EXHIBIT 2
PAGE 270

3/9/2016                    Bradley Manning: 'Real Me' is a Woman Named Chelsea - US News



The Human Rights Campaign, a large gay rights advocacy group, is urging respect for Manning's announced gender identity choice.

"Regardless of how she came to our attention, Pvt. Chelsea Manning's transition deserves to be treated with dignity and respect," said Jeff Krehely, the HRC's vice president and chief foundation officer, in a released statement. "As she requested in her letter, journalists and other officials should use her chosen name of Chelsea and refer to her with female pronouns. Using the name Bradley or male pronouns is nothing short of an insult. Media, having reported on her wishes, must respect them as is the standard followed by the AP Stylebook."

During his Thursday appearance on the "Today" show, Manning's defense attorney David Coombs said the famous leaker would fight for access to hormone therapy in prison. Coombs also expressed confidence that President Barack Obama would pardon his client. White House spokesman Josh Earnest said Thursday that Manning's appeal for a pardon will be considered "like any other application."



TAGS: Manning, Chelsea

+ More

   Steven Nelson is a reporter at U.S. News & World Report. You can follow him on Twitter or reach him at snelson@usnews.com.

# Promoted Stories

Sponsored Links by Taboola

7 Reasons Why Glasses Should be Bought Online

GlassesUSA.com

Brilliant Mortgage Payoff Method Has Banks On Edge

Comparisons.org

EXHIBIT 2
PAGE 271

3 Billionaires Say: Something Big Coming Soon In U.S.A
Stansberry Research

You'll Never Go Back to a "Normal" Belt After You See This
SlideBelts

How Much Money Do You Really Get from a Reverse Mortgage?
NewRetirement

A jaw-dropping 6% cash back card has arrived
NextAdvisor

Stormfall: Think you can train a dragon? give it a try and play now!
Stormfall - Online Game

Your 401(k) Isn't Growing as Fast as It Should - Here's Why
Mint | Future Advisor

# More From U.S. News

by Taboola

Photos: The Many Faces of Donald Trump

Obama Behind the Scenes

Gun Control and Gun Rights Cartoons

Editorial Cartoons on Donald Trump

Vertical Core Training: R.I.P. Situps

What Future High School Teachers Need to Know About Getting a Job

EXHIBIT 2
PAGE 272

Answer Logic Game Questions on the LSAT

Donald Trump is spoiling for the big fight ahead, especially in Florida, now that he's fresh off victories in the industrial Midwest and the South

**USNews** Brand*Fuse*

## These Two Gillette Employees Share a Remarkable Secret....

Where do Gillette razors come from?

Sponsor Content Provided by Gillette

**You Might Also Like**



Trump Cartoons



Obama Behind the Scenes



Gun Control Cartoons

| News | Rankings & Consumer Advice | | | | |
|------|------|------|------|------|------|
| | **Education** | **Health** | **Money** | **Travel** | **Cars** |
| News Home | Colleges | Hospitals | Jobs | Vacations | New Cars |
| Opinion | Graduate Schools | Doctor Finder | Financial Advisors | Cruises | Used Cars |
| National Issues | High Schools | Diets | ETFs | Hotels | **Law** |
| Cartoons | Online Programs | Nursing Homes | Mutual Funds | Hotel Rewards | Law Firms |
| Photos | Community Colleges | Health Products | Retirement | Airline Rewards | |
| Videos | Global Universities | Health Insurance | | | |
| Special Reports | Arab Universities | Medicare | | | |
| The Report | | | | | |



About U.S. News        Press Room        Connect with us:
Contact Us             Advertising Info
Store                  Ads — Self-Service   Copyright 2016 © U.S. News & World Report L.P.
Site Map                                    Terms and Conditions / Privacy Policy.

2/26/2016                                    Rep. Dennis Kucinich files lawsuit over olive pit


**Court Records Search**
Search Anyone's Court Records
Search Now

Home   News   Travel   Money   Sports   Life   Tech   Weather

Join USA TODAY
Sign in | Become a member


**Home**   **Archives**   **Related topics**   **Forum**   **About**   **Election 2012**

[                    ] Search

House passes bill to end public funding of campaigns

Democrats throw water on Obama's pledge to veto earmarks

Jan 26, 2011

# Rep. Dennis Kucinich files lawsuit over olive pit

Recommend {972}   G+1 {0}   

By Catalina Camia, USA TODAY

Updated 2011-01-26 1:11 PM

Rep. Dennis Kucinich has filed a lawsuit over a sandwich he bought at a congressional cafeteria.


CAPTION          By Haraz N. Ghanbari, AP

Kucinich, D-Ohio, bit into an olive pit in a sandwich wrap in April 2008, which he said led to "serious and permanent dental and oral injuries," according to documents filed with the Superior Court of the District of Columbia.

He's seeking $150,000 in damages, the court filing says.

A man answering the phone at the Cleveland law office for Andrew Young, Kucinich's attorney, said "no comment" to USA TODAY when telephoned earlier today.

Kucinich, a liberal who sought the Democratic presidential nomination in 2008, is suing Restaurant Associates, which operates the cafeteria at the Longworth House Office Building, its parent company and two food suppliers.

In the lawsuit, Kucinich alleges that the defendants served him food "that was unwholesome and unfit for human consumption" because it "contained dangerous substances" -- an olive pit.

The lawsuit was first reported earlier today by Gawker.com and Courthouse News Service.

Gawker reports that a spokesman for Kucinich would only say "this is a private legal matter."


FASHION MUST-HAVES
Fashion Gifts for the accessory lover

### About Catalina Camia



Catalina Camia leads the OnPolitics online community and has been at USA TODAY since 2005. She has been a reporter or editor covering politics and Congress for two decades, including stints at The Dallas Morning News and Congressional Quarterly. Follow her at @USATOnPolitics.

USA TODAY's Jackie Kucinich (@jfkucinich) and Fredreka Schouten (@fschouten) also contribute to the OnPolitics blog.

### Follow @USATOnPolitics on Twitter


ON POLITICS

EXHIBIT 2
PAGE 274

1/3

2/26/2016                                    Rep. Dennis Kucinich files lawsuit over olive plt

TAGS:  DENNIS KUCINICH



**More from USATODAY**

**More from the web**

- Crowdfunding is Changing Real Estate Investing   *(TechCrunch)*
- You're In For A Big Surprise If You Own A Home (2016)   *(Lendage.com)*
- Hillary is ready to take on the NRA. Say you're with her.   *(Paid for Hillary Victory Fund, hillaryclinton.com/go)*
- The Best Kept Secret For Coloring Gray Hair   *(Fab over Fifty)*
- From Infidelity to Divorce: 30 Secrets the Obamas Don't Want You to Know   *(Radar Online)*

**Watch and rate ads from the 2012 campaign**



[?]

PREVIOUS
House passes bill to end public funding of campaigns

NEXT
Democrats throw water on Obama's pledge to veto earmarks

*To report corrections and clarifications, contact Standards Editor Brent Jones. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

**Subscribe to On Politics**

Subscribe to On Politics via RSS

Subscribe

Sign up for On Politics e-mail alerts

Subscribe

Delivered by FeedBurner

**USA TODAY at the White House**



Tracking the Obama presidency

**Blogroll**

- ABC News
- CNN
- Daily Kos
- Des Moines Register
- Drudge
- FactCheck
- FiveThirtyEight
- Fox News
- Hot Air

EXHIBIT 2
PAGE 275

2/3

2/26/2016                    Rep. Dennis Kucinich files lawsuit over olive pit

- Memeorandum
- MSNBC
- MyDD
- Politico
- PolitiFact
- Pollster.com
- Power Line
- Real Clear Politics
- Roll Call
- Swampland
- Swing State Project
- Talking Points Memo
- The Caucus
- The Corner
- The Fix
- The Hill
- The Huffington Post
- The Page
- Top of the Ticket
- Townhall.com



# Kurt Schaefer For Attorney General

Missouri Attorney General 2016



Meet Kurt

Home    News    Travel    Money    Sports    Life    Tech    Weather                    USAToday.com News

Copyright © 2012 USA TODAY, a division of Gannett Co. Inc.

Contact us    Privacy notice    Ad Choices    Terms of Service    Reprints and permissions

EXHIBIT 2
PAGE 276

3/3

You are currently viewing the printable version of this article, to return to the normal page, please click here.

# Chelsea Manning, WikiLeaks source, sues Justice Department over documents

By Andrew Blake - The Washington Times - Monday, October 12, 2015

Pvt. Chelsea Manning, the former Army intelligence analyst convicted of disclosing state secrets to document-dumping group WikiLeaks, is suing the Justice Department over the government's failure to heed her Freedom of Information Act requests.

Attorneys for Pvt. Manning, 27, who is currently serving a 35-year prison sentence for charges related to her role with WikiLeaks, filed the federal lawsuit in U.S. District Court for the District of Columbia on Thursday.

At the heart of the complaint is Pvt. Manning's long-standing request for documents and other evidence gathered by the Justice Department and FBI during the course of its investigation into the soldier and other possible WikiLeaks sources.

The imprisoned WikiLeaks source served the U.S. Army under her birth name, Bradley Manning, and came out as a transwoman in 2013. She has since legally changed her name to Chelsea Manning, and earlier this year successfully petitioned the Department of Defense to receive hormone-replacement therapy while behind bars. Her attorneys are currently pursuing legal action in order to allow the soldier to grow out her hair while incarcerated.

Pvt. Manning was arrested at an Army base near Baghdad in 2010 and convicted three years later of espionage, theft, computer fraud and other charges stemming from her involvement in WikiLeaks, the secret-spilling website that published a trove of classified government documents supplied by the soldier.

In February 2014, Pvt. Manning filed a Freedom of Information Act (FOIA) request with the Justice Dept. for any and all documents, papers, reports, letters and other material relating to the government investigation of the WikiLeaks source, as well as evidence concerning any "alleged civilian co-conspirators" who aided in those disclosures.

EXHIBIT 2
PAGE 277

Nearly two years later, however, the government has avoided handing over any documents thus far by insisting they're protected by a provision that exempts records or information that's been "compiled for law enforcement proceedings."

The federal government said disclosing the evidence "could reasonably be expected to interfere with enforcement proceedings." Pvt. Manning's attorneys say this argument is invalid, however, since "any attempt to prosecute Plaintiff in federal criminal court would violate Plaintiff's double jeopardy rights."

"Without the ability to prosecute Plaintiff for the alleged conduct underlying their investigation, Defendants have no reasonable basis to withhold the requested records. Nor will any privacy concerns be implicated by disclosing the records to Plaintiff because she is the subject of the FBI's investigation," Nancy Hollander, an attorney for Manning, wrote in the complaint.

"We want the government to respond properly to this FOIA as they should," Ms. Hollander told Courthouse News Service this week.

Besides Pvt. Manning, no American has yet to be formally charged with any crimes related to providing documentation to WikiLeaks.

© Copyright 2016 The Washington Times, LLC. Click here for reprint permission.

# Federal judge rejects CPCs' challenge to Calif. law

🅝 www.womenshealthpolicyreport.org/articles/federal-judge-rejects-cpcs-challenge.html

A federal judge has rejected a challenge to a California law ( AB 775) that aims to prohibit antiabortion-rights crisis pregnancy centers (CPCs) from spreading misinformation, *Courthouse News Service* reports.

According to *CNS*, the law took effect Jan. 1 (Bruno, *Courthouse News Service*, 2/12).

## Law details

Gov. Jerry Brown (D) signed AB 775 in October 2015. The law, which was  introduced by Assembly members David Chiu (D) and Autumn Burke (D), expands protections in a 2011 San Francisco ordinance (212-11) that bars CPCs from disseminating misleading information.

The legislation requires licensed facilities that provide services related to pregnancy and family planning to let women know how and where they could access affordable and timely abortion, contraception and prenatal care services.

Further, the legislation requires unlicensed facilities that provide pregnancy- and family planning-related services to tell patients the facilities are not licensed and that they have no staff members who are licensed providers. Such facilities will be required to disseminate a notice to patients at the facility and in any digital or print advertising materials stating, "This facility is not licensed as a medical facility by the State of California and has no licensed medical provider who provides or directly supervises the provision of services."

CPCs that do not comply with the law will be subject to a $500 fine for the first offense and a $1,000 penalty for any offense thereafter. The state attorney general, county councils and city attorneys will have the authority to enforce the law.

U.S. District Judge Kimberly Mueller upheld the law in a legal challenge from CPCs in December 2015. Mueller rejected the plaintiffs' argument that the law violates the CPC's right to free speech. A separate ruling by a federal judge in Oakland, California, also upheld the state law (*Women's Health Policy Report*, 12/23/15).

## CPCs' case

Three CPCs -- the National Institute of Family and Life Advocates, Pregnancy Care Center and Fallbrook Pregnancy Resource Center -- challenged the law in federal court in Southern California.

The groups asked the court to block city, county and state officials from enforcing the law, which the CPCs contended violated their freedom of speech and religion. Specifically, the lawsuit asked the court to block enforcement of the law by the governor, California Attorney General Kamala Harris (D), San Diego County Counsel Thomas Montgomery and El Cajon, California, City Attorney Morgan Foley.

## Governments' arguments

According to District Judge John Houston's order, San Diego County officials contended that CPCs cannot claim loss of constitutional rights, saying the CPCs do not plan to follow the law and thus cannot claim to be harmed by it. Further, San Diego County and El Cajon officials sought to be dismissed from the case because neither had created the state law.

State officials said the complaint is not ripe for review. They said the CPCs' complaint did not identify a "concrete

EXHIBIT 2
PAGE 279

plan" to violate the act and "fails to allege a genuine threat of imminent prosecution." According to the state, the CPCs' effort "to catch all potential defendants" instead of suing a specific entity shows that they lack a credible threat of injury. According to Houston, the state also noted that the law does not prohibit the CPCs from disseminating antiabortion-rights information; rather, the law only requires that the CPCs disclose to women the full range of reproductive health care options.

## Ruling details

Houston ruled that the CPCs did have a plan to violate the act, but he refused to block officials from enforcing the law. In his ruling, Houston agreed with the state's contention that the law requires CPCs to disclose a range of options to women and does not bar CPCs from expressing antiabortion-rights views. "The state clearly has a legitimate interest in ensuring pregnant women are fully advised of their rights and treatment options when making reproductive health care decisions and the required disclosure is undeniably related to that interest," he wrote.

Regarding the CPCs' claim that the law violates their freedom of religion, Houston said that the act is neutral, applies to all operations offering reproductive health care and does not target religiously affiliated clinics. Further, Houston held that the clinics cannot show irreparable harm under the law because they have not yet been fined or received warnings for failure to comply.

Houston also agreed with the city's contention that CPCs cannot sue the city in this instance because the law was written and enacted by the state.

## Comments

Rachele Huennekens, press secretary for Harris, said, "We are pleased that the courts have thus far upheld the California Reproductive FACT Act and its important goals of protecting women's health and providing women with time-sensitive information about medical services available to them."

Huennekens added, "Attorney General Harris will continue to defend the law through each phase of litigation" (*Courthouse News Service*, 2/12).

EXHIBIT 2
PAGE 280

Exhibit 3

To

Declaration

of

William Girdner

EXHIBIT 3
PAGE 281

# CNS DAILY REPORTS:
# INTRODUCTION AND STYLE MANUAL

## OVERVIEW

CNS provides subscription-based legal news services in an increasingly competitive field. The key points we compete on are **speed**, **thoroughness, accuracy** and **full text.** Speed, thoroughness and accuracy will be described in greater detail below; full text refers to the uploading process, outlined in the Uploading Guidelines.

Our competitive edge is based on live coverage. That edge consists of the summaries written by reporters and the speed at which they get their reports out to subscribers. The reports keep subscribing law firms informed about the latest litigation, particularly cases affecting their clients, allowing the firms to quickly determine the nature, or gist, of the complaints filed each day. The reporters should strive, through their own discipline and in their dealings with the court, to report new litigation on a same-day basis. In other words, reporters should publish a report in the evening that covers new cases filed earlier that day in courts that are visited every day.

The reports need to be thorough and accurate. Reporters must include all defending parties in the cases they cover (with the exception of asbestos cases; see below). And reporters should include a full text copy of all major cases as part of their coverage. In general, use the rule, "When in doubt, report it."

*One of the worst errors a CNS reporter can make is to miss a complaint; to not report a case that should have been reported.* The only way to avoid this is to thoroughly track case numbers and make sure you've seen each and every civil complaint filed. Cases cannot fall through the cracks – reporters must make sure they are seeing and accounting for all new civil cases filed in the courthouses they cover.

The aim of the CNS Daily Report is to capture information of interest to our subscribers in a way that is complete, brief and interesting. The CNS Complaints program will help you do this. This manual provides a comprehensive reference on the basics of compiling a solid CNS report, including coverage, style, structure and common errors. It includes a rough guide to the cases that deserve a full text copy.

## COVERAGE

In general, we report on any case where a business or public entity is included among the defendants. These include:
- Businesses
- Federal and state agencies, cities, municipalities, school districts.
- Individuals doing business as (dba) a corporation
- Trusts
- Doctors, lawyers, dentists or otherwise certified professionals being sued for actions stemming from their work. These can be identified by titles after the name, such as MD and DDS

**Famous individuals.** We generally do not report cases where all the defendants are individuals, i.e. car accident case brought by Joe Jones and Jim Smith. But the

EXHIBIT 3
PAGE 282

CONFIDENTIAL

CNS052833

reporter has complete discretion to include such a case, and should do so, if the individual is famous (e.g., Bill Clinton, Martha Stewart), notorious, recently in the news or the case is simply unusual and interesting. However, do not automatically assume that someone with the same name as a famous person is, in fact, that famous person (think Michael Bolton from "Office Space"). Do not write that Mr. Doe is a congressman or a professional basketball player unless the complaint explicitly says so, or you know for sure.

### Federal Court
We summarize all cases against non-individuals, with the following **exceptions**:
- Mortgages/foreclosures in which a bank is foreclosing upon an individual's home
- HHS (Human and Health Services) decisions
- Immigration cases
- Prisoner petitions
- Seizure/forfeiture actions
- Social Security appeals
- Student loan collections
- Tax levies
- Writ of habeas corpus

### State Court
We summarize all cases against non-individuals, with the following **exceptions**:
- Change of name
- Civil protection/stalking orders
- Criminal
- Driver's license suspension
- Family/domestic (including child support, custody, divorce and annulment)
- Habeas corpus/prisoner petitions
- Municipal court matters
- Mortgages/foreclosures in which a bank is foreclosing upon an individual's home
- Social Security
- Student loans
- Summons
- Tax cases

**Sealed cases**. We do not report on cases that have been sealed. If the case has inadvertently been made available to reporters, the reporter should NOT report on the case and should bring the mistake to the attention of court personnel. If a court publishes limited information about a sealed case, such as its general nature and case number, we do report that information.

## STRUCTURE
Each case you write about will be comprised of three sections: the data fields, the case identifier and the summary. This chapter explains how to write and format each section.

### Data Fields
The data fields are where you enter basic information about the case, including the names of plaintiffs, defendants, judges and lawyers, and case numbers.

- 2 -

EXHIBIT 3
PAGE 283

CONFIDENTIAL

CNS052834

## A. Plaintiffs

List all plaintiffs, separated by semicolons. Do not use a comma after the business name, except to introduce a modifying phrase, such as "a Florida company." Do not capitalize the word "corporation," "company," "limited partnership," etc., except where it is part of a proper name. *Example*: "John and Jane Limited Partnership, a Florida limited partnership"

**Class or representative actions**. Write out the entire phrase, where applicable.

*Examples*:
"John Doe, on behalf of himself and all others similarly situated" or
"John Doe, as guardian ad litem to J.D., a minor" or
"Jane Doe, as trustee of the John and Jane Doe Trust"

**Out-of-state corporate plaintiffs**. If the plaintiff corporation is out of state, we list the state where it was incorporated. *Example*: "Courthouse News Service, a California corporation."

**In-state corporate plaintiffs.** If the plaintiff corporation is in state, this information is not necessary. The same goes for partnerships, joint ventures, etc.

**Abbreviation**. When listing the parties, you may abbreviate "Corporation" to "Corp." and "Company" to "Co."; "doing business as" to "dba"; "formerly known as" to "fka" and "also known as" to "aka." Leave the periods out of "aka," "fka" and "dba." Do not abbreviate in the summaries.

**Acronyms.** Acronyms following party names should be capitalized with no periods. *Example*: Washington Mutual Bank NA; Doe & Roe LLP; Jane Doe MD.

**Commas**. Eliminate commas wherever possible. Commas within the proper party name can be used, but a comma is not necessary before "Inc.," "Corp.," "Co.," "LLC," etc. *Example*: "ABC Inc." <u>not</u> "ABC, Inc."

**Middle names and initials**. Include middle names and initials, according to how they appear on the complaint.

## B. Defendants

List *all* defendants, including dbas, fkas or akas. If there are John or Jane Doe defendants, write "Does." Never use "et al" (meaning "and others") for defendants. Separate parties with semicolons. All other rules for listing plaintiffs apply.

*Exception:* When reporting asbestos cases, write "Asbestos Defendants," rather than listing each defendant. In most asbestos cases, the list would be too long if we named them separately.

**Individual defendants**. You can leave off the "individually" unless it is "individually and dba XYZ business"

## C. Other Fields

**Case number**. Write the entire case number, including any prefixes.

**Judge**. Write only the judge's last name, where applicable, and omit suffixes.

- 3 -

EXHIBIT 3
PAGE 284
CONFIDENTIAL
CNS052835

**City**. For state cases, fill in this field only when there are multiple courthouse locations within a given county. Likewise, for federal cases, use this space to specify the division of the court when a district has more than one location. Use the name of the city where the courthouse or division is located.

**Local lawyer**. Write the first and last name of the lead lawyer. For transfers and removals, list both the lead plaintiff and lead defense attorney, when available. For self-representing plaintiffs, write "Pro se" or "In pro per," according to the phrase used by your court.

**Local firm**. Write the first two names of a law firm's name, without commas or other punctuation. *Example*: "Larry Moe" for the firm "Larry, Moe & Curly" or "Bert Ernie" for "Bert & Ernie LLP." If the lawyer is a sole practitioner, leave this blank. We don't list the firm's name if it's "John McCarthy of the Law Office of John McCarthy" because it is redundant.

## D. Accuracy
In the field portion, as elsewhere, accuracy is everything. If you misspell a party's name, the error will be transferred into our searchable database. Subscribers can specify certain "dingers," or key words and clients that they want flagged, such as "employment discrimination" or "Procter & Gamble." If you incorrectly write "Proctor & Gamble," the subscribers will not receive the proper dinger. (See the Specific Terms & Dinger Keywords list.)

## *Case Identifier*
The identifier establishes the main cause(s) of action. We introduce this with a brief descriptive phrase about the nature of the complaint, such as "Securities fraud" or "Product liability." Always start with the main cause of action: product liability, breach of contract, fraud, securities law violations, antitrust, etc. Be as specific as possible and use dinger key words where appropriate.

*Examples*:
"Negligence."
"Race discrimination in employment."

If the complaint can be summarized in one short sentence, such as a collections case, include one of the words **action**, **complaint** or **lawsuit** on a varying basis.  All three terms mean the same thing. *Example:* "Collections complaint for failure to pay for goods and services provided."

**Damages.**  Do not list "damages" as a cause of action. Most complaints ask for damages, so this does not need to be indicated. You should, however, report the amount of damages sought unless it is a standard jurisdictional minimum. A request for punitive damages should be noted in the summary because it ups the ante. *Example*: "Plaintiff seeks $4 million in punitive damages."

**Multiple causes of action**. If there is more than one cause of action you want to include – a breach of contract case involving unfair competition allegations, for example – list a maximum of four causes of action, choosing as best you can, the most important or impactful ones. Those that involve volition, such as fraud, are more important than those where no intent is alleged, such as an action for accounting.

- 4 -

EXHIBIT 3
PAGE 285

CONFIDENTIAL

CNS052836

*Examples*:
"Breach of contract and unfair competition."
"Gender discrimination, retaliation and sexual harassment in employment."

**Class actions.** All class actions should be indicated. *Example:* "Class action for antitrust violations." In most class actions, the plaintiff will be suing "on behalf of him/herself and all others similarly situated." This phrase always identifies a class action.

**Declaratory or injunctive relief complaints.** Characterize the dispute by saying "Declaratory relief." or "Breach of contract and injunctive relief."

**Specific laws.** For common laws, translate into English wherever possible. For example, use "antitrust violations" instead of "Violations of the Sherman Act"; or "Employment discrimination" instead of "Violations of the Fair Employment and Housing Act." Only a few federal laws can be shortened to their acronym (see Specific Terms & Dinger Key Words), but state laws and more obscure ones should always be written out.

**Acronyms.** Write out acts and laws on first reference, each day. Check the Specific Terms & Dinger Key Words list for a handful of exceptions. *Example:* "Truth in Lending Act violations" not "TILA violations."

## SUMMARIES
After the identifier comes the actual summary. These should be thorough, accurate and concise – not an easy combination.

### *Party References*
**General party references.** You will usually refer to parties in a summary as "plaintiff(s)" and "defendant(s)." *Example:* "Defendant hit plaintiff in the head with a bottle."

**Specific party references.** In cases with multiple plaintiffs and defendants, you might need to specify by saying "plaintiff Sherlock" or "defendant Watson." When you cite a specific defendant, use the whole name or an abbreviated version that amply captures the name. *Example:* For Washington Mutual Bank, say "defendant Washington Mutual" rather than "defendant Washington."

**Individual references.** When referring to individuals, use their last name unless more than one party has the same last name.

**\*IMPORTANT**: It is crucial that you never interchange the terms "plaintiff" and "defendant." This exposes us to libel lawsuits. Always carefully proofread each report to make sure you do not mistakenly accuse a plaintiff of the defendant's alleged misconduct! This warning is particularly germane to rookie reporters.

### *Writing Style*
**Be brief**. Make sure to include all relevant details, but aim to keep it short. Never use a long phrase when a short one will do. Most summaries will be one or two sentences, but those for more complex cases can be longer. These include class actions and major business disputes, as well as antitrust, environmental and sexual

- 5 -

EXHIBIT 3
PAGE 286

CONFIDENTIAL                                                                    CNS052837

harassment cases. But keep in mind that even the meatier cases can be boiled down to three or four well-worded sentences.

**Be specific**. If a plaintiff was injured by medication, specify which medication it was. If a famous rapper or rock band was sued, name the band or artist. If someone was harassed, give a few examples of what happened. If someone was "the subject of police brutality," tell what happened. If he was hogtied, say he was hogtied; if beaten, say he was beaten; if shot, say he was shot. Avoid legalistic generalization.

**Be definitive**. Refrain from saying "allegedly" or "claims" all the time. Report the case as though the facts in the complaint were true. Our subscribers know the complaint contains only allegations. We include a disclaimer at the top of every report.

**Keep it simple**. We use the simplest version of equivalent words. *Examples*: "says" rather than "states"; "white" instead of "Caucasian"; "black" rather than "African-American." Also, avoid using "etc." If there is something to add, we should say it. If not, it's pointless to make a general allusion to undefined allegations.

**Avoid legalese.** We can't stress this enough. Lawyers are not inherently good writers, so please avoid parroting their jargon. Pretend you are in the kitchen telling your mother what happened in the case. For example, you would not tell her that, "Defendant's failure to build, equip and maintain a construction area caused plaintiff to make unexpected contact with a depression in the ground, causing him to suffer severe personal injuries." Instead you would say, "Plaintiff rode his bike into a hole at a construction site." Make it your mantra to <u>use plain English</u>.

**Use active voice whenever possible.** In active voice, the actor performs the action on the recipient. In passive voice, the recipient has the action performed on it by the actor. Passive voice can bog down, lengthen and unnecessarily complicate your summaries. It also dilutes the power of your verbs. Note the difference between:

*Active*: "Defendant forced plaintiff to dance naked."
*Passive*: "Plaintiff was forced to dance naked by defendant."

**Lift good quotes**. Quote from the complaint when it adds detail, such as dialogue or important descriptions. Otherwise, paraphrase and condense allegations. See additional quoting tips in the next point.

**Make it interesting**. Keep in mind that colorful details liven up the report. Remember, most of our subscribers are lawyers or legal librarians who read hundreds of boring case descriptions each day. Anything you can do to make things more interesting will help. If a guy got hurt on the boat, your readers want to know what happened – did he break an arm, fall in the hold, what? Some lawsuits are bland as can be and there is nothing you can do to make them exciting. But if there is any funky detail that helps bring the cases to life, put it in.

This is especially true of sexual harassment cases. Don't hold back – tell us a few of the dirty things the harasser said. For example, if a male supervisor allegedly told his attractive female assistant, "I want to snort cocaine off your bare ass" (an actual quote from a complaint!), include it in the summary.

- 6 -

CONFIDENTIAL

EXHIBIT 3
PAGE 287

CNS052838

Keeping summaries both brief and interesting is often difficult. Use extra words to add real detail and color to the summaries, and save words by tightening up other, less descriptive phrases.

**Find the Beef**. An old Wendy's commercial featured a woman saying, "Where's the beef?" That could also describe the reporter's mission in summarizing a complaint. Get to the beef, the heart of the complaint, and tell that story in simple terms, as you would when telling a story to a family member in the kitchen.

## STYLE GUIDELINES
We use AP style unless otherwise indicated. CNS will reimburse you for a copy of the AP Stylebook. We also recommend these books:
- "The Elements of Style," by William Strunk and E.B. White
- "When Words Collide: A Media Writer's Guide to Grammar and Style" by Lauren Kessler and Duncan McDonald
- "The Word" by Rene Cappon, a former AP editor

**Capitalization**.
- Capitalize proper names only when you write out the full title on first reference. Shortened versions in subsequent references are generally lower case. *Example*: "The City of Chicago Parking Authority" or "Chicago's parking authority"
- Capitalize words like "city," "act" and "district" only in the context of the proper name. "The city voted to ban scissors."; "The school district does not allow hooligans."
- Format the cause of action as you would a normal sentence. *Example*: "Civil rights." not "Civil Rights."

**Contractions**. Do not use them.

**Copyrighted materials**. Place copyrighted materials in quotes. Trademarks and patents should be capitalized but not placed in quotes. Use the AP Stylebook as a reference.

**Dollar amounts**. Always round down: For hundreds, to the 100 ($624 is $600); for thousands and tens of thousands, to the 1,000 ($4,915 is $4,000; $14,786 is $14,000); for millions, to the hundred thousand and write out ($1.5 million).

**Hyphens**. Words should be hyphenated when the hyphen makes them a compound modifier that functions as a single part of speech. "He has a billion-dollar financial empire" is hyphenated because "billion-dollar" functions as an adjective, but there is no hyphen in the phrase "he has a billion dollars." Do not hyphenate adverbs ending in "-ly." *Example*: "newly purchased home" not "newly-purchased home."

**Lawyer inaccuracy**. When lawyers make mistakes in their pleadings, do not repeat the errors unless you put them in quotes with a (sic).

**Modifiers**. Modifiers should almost always be placed next to the words they modify. Even if it seems clumsy, you should do it to make the meaning clear. For example, try modifying the sentence "I hit him in his eye" with the word "only." You can stick the modifier in seven places, and it can mean six different things.

- 7 -

EXHIBIT 3
PAGE 288

CONFIDENTIAL

CNS052839

**Numbers**. Write out zero and numbers less than 10. Use numerals for numbers 10 and up, except when they begin a sentence. Never use Roman numerals, unless they are part of a proper noun. *Examples*: "John Doe II" or "World War II."

**Percent**. Percent is one word, written out instead of a symbol. Always use with a numeral, except when beginning a new sentence.

*Examples*:
"Defendant owns 51 percent of the company."
"Sixty-five percent of the proceeds were supposed to be paid to plaintiff."

**Serial commas.** According to AP style, we do not put a comma before "and" in a list, unless it helps make the list more easily understood. *Example*: "fraud, theft and embezzlement" not "fraud, theft, and embezzlement"; *also*: "fraud, theft, and negligent and intentional misrepresentation"

**Slang**. Be casual, but not cavalier. For example, do not use the word "ass" unless you are quoting the complaint.

**Titles**. All book titles except the Bible and reference works should be placed in quotation marks, as should TV shows, songs and movies.

## SPELL CHECK
Always run spell check before you send out your report. Typos and misspellings make us look sloppy, lazy and unprofessional. They also erode our credibility, which is a journalist's main currency. There is no excuse for sending a report without running spell check.

That said, some legal terms are not in the spell check database. For example, spell check will try to change "tortious" to "tortuous," a very different word. If spell check highlights the word, and you are unsure of the correct spelling, refer to the complaint it came from, or – better yet – check a dictionary. Often the complaints themselves just plain get it wrong. The AP Stylebook, the Law.com Dictionary (http://dictionary.law.com) and Merriam-Webster Online (www.m-w.com) are more reliable sources.

**To Add Words to the Custom Dictionary**
If you want to add some words or abbreviations, such as "tortious" or "dba" to the spell check dictionary:

1. Navigate to your user dictionary (**Computer** > **C:** > **CNS** folder > **Complaints** folder > **User.dict**) and double click to open
2. Type the new word, with appropriate spelling, punctuation and capitalization
3. Click **File** > **Save**
4. Close the dictionary

## COMMUNICATION
*Because CNS is so spread out geographically, it is supremely important to communicate promptly and frequently with your editor, other CNS employees and subscribers. It is a grave mistake for a CNS reporter to ignore an email or phone call. Given the amount of autonomy this job offers,*

- 8 -

EXHIBIT 3
PAGE 289

CONFIDENTIAL

CNS052840

***there is no excuse for not getting back to someone within a reasonable amount of time.*** You will need to establish and maintain good communication:

**With your editors**. Check in with your immediate editor at least once a week. Your editor expects a timely response when he or she contacts you by phone or email.

**With the court staff**. In dealing with courtroom personnel, you should be courteous, diplomatic and persistent in obtaining prompt access to new cases. Bear in mind that court employees need to accomplish their tasks while allowing the media access to public documents. Your job as a reporter relies heavily on the court staff.

For this reason, it is essential to develop a good rapport with the clerks. If they merely don't mind you, you'll get treated like everyone else. If they genuinely like you, they'll go out of their way to get you what you need. Keep your ears open for birthdays and other office celebrations – and don't hesitate to show up with homemade chocolate chip cookies every once in a while. Your tokens of thoughtfulness will make your job a whole lot easier.

**With subscribers**. If a subscriber emails you with a question or problem you don't know how to handle, either forward the message to **home@courthousenews.com**, or give the subscriber the number to our home office in California: **626.577.6700**.

- 9 -

EXHIBIT 3
PAGE 290
CONFIDENTIAL
CNS052841

# Common Errors

We compiled a list of the most common grammatical and spelling errors reporters make. Please read them carefully.

| WORD OR PHRASE | CORRECT USAGE |
|---|---|
| Broadcast | The past tense is also "broadcast," not "broadcasted" |
| Canceled | Spelled with only one "l" |
| Carpal tunnel syndrome | Do not write "carpel" |
| Caesarean section | Note the capital C and "ae"; can be shortened to "C-section" |
| Disburse/disperse | Use "disburse" when you mean to spend or distribute money; "disperse" means to break up and scatter |
| Draconian | Always capitalized because it is named after the Greek tyrant Draco |
| Electrocute | Electrocute means "to kill with electricity"; if the person is not dead, then "electrocute" is wrong |
| Female/male | "Female" and "male" are adjectives. You can hire or fire a female worker, but you don't hire a female; you hire a woman. |
| Him/his | Say "plaintiff was fired due to his having diabetes," not due to "him having" |
| Its/it's | "Its" is a possessive and has no apostrophe; "it's" is a contraction for "it is" |
| JC Penney | The company name is JC Penney, not JC Penny (like the one-cent piece) |
| Libel/liable | "Libel" is written defamation; "liable" refers to liability |
| Lie/lay | "Lie" is intransitive; "lay" is transitive. In other words, "lie" has no direct object, but "lay" does. You lie down, but you lay down your arms. If the verb has an object, it's "lay." If it involves a person becoming supine, it's "lie." |
| Mace | Always capitalize the trade name Mace |
| Misappropriation/ misrepresent | No hyphens in either word |
| Mislead | The past tense of "mislead" is "misled." |
| Money/monies | Always use the term "money," never "monies." |
| Prostate | "Prostate" is the gland; "prostrate" means "lying flat" |
| Plurals | Plurals do not require an apostrophe before the "s"; the apostrophe makes it possessive, not plural |
| Principal/principle | The noun "principal" refers to the school official or money; the adjective means "main" or "primary." "Principle" refers to a standard. |
| Rescission | This is the correct spelling; note the "sc" |
| Social Security | Always capitalize Social Security when referring to the government program |
| Superseding | The proper spelling is with an "s," not a "c" |
| Taser | Like Mace, the trade name Taser should be capitalized |
| Web site | Web site is two words, with Web capitalized |
| Who/whom | "Who" is the subject case; "Whom" is the objective case. To determine which word to use, substitute the word "they" or "them" for "who/whom." If you would use "they," it's "who." If you would use "them," it's "whom." |
| ZIP code | Use all caps |

- 10 -

EXHIBIT 3

CONFIDENTIAL

CNS052842

# Specific Terms & Dinger Key Words

A guide to using specific terms and dinger key words in complaint identifiers

| General category | Key words | Use when you have: |
|---|---|---|
| **PROFESSIONAL NEGLIGENCE** | **Elder abuse** | Nursing home abuse; use only if the phrase "elder abuse" appears in the complaint |
| | **Legal malpractice** | Professional negligence/ negligence regarding the provision of legal services |
| | **Breach of fiduciary duty** | Fiduciary duty |
| | **Medical malpractice** | Professional negligence/ health-care provider negligence |
| **PERSONAL INJURY** | **Slip and fall** | Personal injury involving a slip |
| | **Trip and fall** | Personal injury involving a trip |
| | **Premises liability** | Non slip/trip injury in which the landowner is being sued for an injury that took place on the property |
| | **FELA** | Personal injury while working on a government-regulated jobsite |
| | **Marine personal injury** | Jones Act/injury occurring at sea |
| | **Workplace injury** | All other jobsite injuries |
| | **Car collision** | Injury and damages involving a car collision |
| | **Medical malpractice** | Professional negligence/Health care provider negligence |
| | **Asbestos** | Case involving asbestos-related injuries |
| | **Product liability** | Malfunctioning/defective products |
| | **Assault** | Assault (threat with the intent of physical harm) |
| | **Battery** | Battery (actual physical harm) |
| | **Libel** | Libel |
| | **Slander** | Slander |
| | **Defamation** | Defamation |
| | **Negligent hiring** | The defendant's employee injured the plaintiff |
| **CONTRACT/FRAUD** | **Insurance contract** | Breach of contract involving an insurance contract |
| | **Stockholder** | Breach of contract/fiduciary duty to stockholders |
| | **Consumer warranty** | Car manufacturer warranty violations/lemon law/Magnussen-Moss/Song-Beverly |
| | | Non-injury product defect cases |

CONFIDENTIAL

EXHIBIT 3
PAGE 292

CNS052843

| | **Habitability** | Defects in rental housing |
|---|---|---|
| | **Contract** | Failure to pay money due under a contract, esp. construction, early termination, all other contract cases |
| | **Collections** | Open book, money due for goods/services |
| | **Mechanic's lien** | Foreclosure on mechanic's lien (usually goes with breach of contract) |
| | **Foreclosure** | Foreclosure on a lien, esp. personal property, as a result of failure to pay a secured debt. |
| | **Fraud** | Defendant promised one thing and did something else, lying, cheating, etc. |
| | **Misrepresentation** | Defendant presented something falsely or inaccurately |
| | **Construction defects** | Breach of contract to do quality work |
| | **Bad faith** | Breach of the covenant of good faith and fair dealing; an insurance company manipulated the contract language to deny a legitimate claim |
| **LABOR/EMPLOYMENT** | **Employment discrimination** | ADA violations in employment (disability discrimination) |
| | | FEHA violations (race/age/national origin/gender) |
| | | FMLA violations (pregnancy, medical, disability) |
| | | Wrongful termination |
| | | Whistleblower |
| | **Sexual harassment** | Sexual harassment on the job |
| | **Labor** | Failure to pay wages/overtime/meal & rest breaks |
| | **Employment contract** | Failure to pay agreed-upon salary/bonuses/stock options, etc. |
| | | Duration of employment cut short |
| | **OSHA** | Occupational Safety and Health Administration; workplace safety violations |
| | **Workers' compensation** | Employer failed to maintain workers' compensation; employee was denied workers' compensation benefits |
| **CORPORATE/BUSINESS LAW** | **Antitrust** | Sherman/Cartwright acts/price fixing |
| | **Securities fraud** | Illegal actions that fraudulently increase the price of shares |
| | **RICO** | Racketeer Influenced and Corrupt Organizations |

- 12 -

EXHIBIT 3
PAGE 293

CONFIDENTIAL

CNS052844

| | **Unfair business practices** | Consumer rights violations/unfair tactics; usually tacked on to other causes of action, including employment |
|---|---|---|
| **CIVIL RIGHTS** | **ADA** | Americans with Disabilities Act; inadequate facilities for the disabled; not employment-related |
| | **Discrimination** | Non-employment discrimination in housing, racial profiling, etc. |
| | **Civil rights** | False arrest/false imprisonment |
| | | Any civil rights violations by police or the courts (due process, etc.) |
| **PROPERTY** | **Copyright infringement** | Using the plaintiffs' copyrighted materials |
| | **Trademark infringement** | Using plaintiff's name/logos |
| | **Patent infringement** | Using plaintiff's products or processes without a license |
| | **Trade secrets** | A former employee absconds with confidential info, or another company steals it |
| | **Negligence** | Property damage caused by someone else's error |
| **MISCELLANEOUS** | **FOIA** | Freedom of Information Act |
| | **Environmental tort** | Contamination/spills/pollution |
| | **Petition to confirm an arbitration award** | Petitioner wants court to order respondent to comply with terms |
| | **Mandamus** | Petitioner wants court to order respondent to do something |
| | **Mandate** | Petitioner wants court to order respondent to do something |
| | **Declaratory relief** | Plaintiff wants court to determine rights/responsibilities of parties |
| | **Injunctive relief** | Plaintiff wants court to prevent defendant from doing something |
| | **Punitive damages** | Also called exemplary damages; above and beyond actual damages suffered, to teach defendant a lesson |
| | **Subrogation** | Complaint to recover money/damages owed to someone else, usually an insurance company on behalf of its insured |

- 13 -

EXHIBIT 3
PAGE 294

CONFIDENTIAL

CNS052845

# Coverage Dos & Don'ts

A quick reference of the cases we do and do not cover

| Do | Don't |
|---|---|
| Auto collision | Annulment |
| Asbestos | Bond forfeiture |
| Bankruptcy appeals | Change of name |
| Bankruptcy withdrawals | Criminal |
| Breach of contract | Custody |
| Certification of judgment | Declaration of taking |
| Civil action | Divorce |
| Civil rights acts | Driver's license suspension |
| Collections | Forfeited recognizance |
| Confession of judgment | Habeas corpus |
| Declaration of judgment | JD municipal claim |
| Diet drug | Jury contempt |
| Equity (individual v. corporation) | License suspensions |
| Exemplification of judgment | Liens |
| Foreign judgment | Motions |
| Fraud | NISI forfeiture |
| Injunctive relief | Outside arbitration |
| Judgment (more than $10,000) | Prison sews |
| Legal malpractice | Student loans |
| Mandamus | Support/exceptions |
| Medical malpractice | Tax cases |
| Negligence | Trust book |
| Pharmaceutical tort | |
| Personal injury | |
| Product warranty liability | |
| Replevin | |
| Sexual harassment (against a business) | |
| Trespass | |
| Transfers | |
| Workers' compensation | |
| Wrongful death (against a business) | |
| Wrongful foreclosure (in which an individual is challenging a bank foreclosure) | Mortgage/foreclosures (in which a bank or other financing entity is foreclosing upon someone's home) |

- 14 -

EXHIBIT 3
PAGE 295

CONFIDENTIAL

CNS052846

# Shortcuts

A list of abbreviations for common cases

| TYPE OF CASE | ABBREVIATION |
|---|---|
| Breach of contract action | "Contract action." |
| Slip or trip and fall premises liability complaints | "Slip or trip and fall on ____." |
| Motor vehicle-related personal injury action | "Car collision." |
| Complaint to foreclosure on mechanic's lien | "Mechanic's lien." |
| Asbestos-related complaint | "Asbestos." |
| Employment Retirement Income Security action | "ERISA." |
| Fair Employment and Housing Act action | "Employment discrimination." |
| Failure to pay rent on housing/property | "Breach of lease." |
| Failure to pay rent on an equipment lease | "Breach of equipment lease." |
| Americans with Disabilities Act complaints | "ADA." |
| Breach of the implied warrant of habitability | "Habitability." |

- 15 -

EXHIBIT 3
PAGE 296

CONFIDENTIAL

CNS052847

# UPLOADING

The main objective is to upload enough to keep your subscribers happy without wasting time uploading cases nobody cares about. Your goal should be to achieve a 50 percent download rate (at least one out of every two uploaded complaints gets downloaded). Although deciding which complaints to upload sometimes seems to involve a series of constantly shifting, interconnected variables, only the three things really matter: the defendant in the complaint, the nature of the complaint and the newsworthiness of the complaint - all filtered through the lens of your personal experience.

**Defendants:**
Big defendants mean downloads; 90 percent of your decision to upload is determined by whether or not the complaint names a recognizable defendant. Subscribers will download a case about chewing gum if Microsoft is a defendant. On the other hand, you can have a huge class action, but if it's against East Regional Sprockets Inc., nobody cares.

You know if a defendant is big usually just by recognizing the name. Have you heard it mentioned on TV or in the papers? Is it a name your friend, parents or grandparents would know? IBM, Ford Motor Company, Federal Express, Google, Apple, Walmart — the big names of American business are what you're looking for. Reading the business section of newspapers and watching financial news shows on TV are good ways to familiarize yourself with different companies.

**Nature of the case:**
Class actions are the *sine qua non* of uploaded cases. If you look at a page and see the words "class action" next to a word like, say, "Google," you know you are staring at a hot case. A class action against any remotely recognizable defendant almost always get downloads.

Complaints filed under the less-restrictive "on behalf of the general public" standard also deserve special attention. Class actions and private attorney general actions, as the second kind are also known, possibly involve more people than the plaintiffs named on the complaint, and so are of much interest to subscribers. Similarly, a complaint alleging unfair business practices that affects, say, many insurance policy-holders will be better than one that deals with an isolated case.

Finally, the dollar amount at issue could tip the scales. If it's a boring case but involves one or two million dollars, you might upload it and see what happens. Once a few million dollars get involved, people start paying attention.

**Newsworthiness:**
When a company or story is in the news and is the source of public interest, you should upload related complaints that you otherwise would not. For instance, while we don't typically upload excessive force and or other civil rights complaints against the police, when the Oakland Police Department beat and pepper-sprayed seemingly peaceful Occupy protesters, it made national news and any resulting lawsuits should have been uploaded.

Likewise, uniqueness can play a major role in determining subscribe interest. An unusual employment discrimination action is more interesting than a routine breach

CONFIDENTIAL

EXHIBIT 3
PAGE 297

CNS052848

of contract complaint. Class actions for unfair competition are rare; breach of lease complaints are a dime a dozen.

**The x factor:**
Another factor informing all of these decisions will be your own experience and the preferences of the subscribers to your report. If you know, for example, that many of your subscribers are concerned with employment litigation, be sure to upload those. And when in doubt, upload.  If you put up a few cases that you think should be huge, and no one bites, eventually you'll know not to waste your time uploading cases of that type.

# Uploading Dos & Don'ts
A quick reference of the cases we do and do not upload

| DO UPLOAD | DON'T UPLOAD |
|---|---|
| Antitrust | Asbestos |
| Securities fraud/Shareholder derivative actions | Eminent domain/Quiet title/Partition of property |
| Most cases against a large law firm or big national businesses like Microsoft, Samsung, Google, Shell, Walmart, Walgreens, etc. | Breach of contract/Breach of lease/Collections (when a small sum of money or lesser known defendant is involved) |
| Class actions | Car collision/Un/underinsured motorist |
| Environment/Toxic waste | Construction defects on a single home |
| Defamation/Libel/Slander | Dissolution of corporation/partnership |
| Fraud | ERISA (for unpaid contributions to a union or fund) |
| Employment | Failure to cover car insurance claim |
| Legal malpractice | False arrest/civil rights against police |
| Unfair competition/Deceptive business practices/False advertising/Misappropriation of trade secrets | Pharmaceutical product liability (when a large number of similar cases have already been filed) |
| Patent/Trademark/Copyright (but not enforcement actions against knock off sellers) | Premises liability/slip or trip and fall (unless the defendant is large and/or nationally known) |
| Private attorney general actions | Free Appropriate Public Education actions |
| Nursing home/Elder abuse | Lemon law cases |
| ERISA (for denial of benefits) | Mechanic's lien |
| | Medical malpractice |
| | Mortgage foreclosure (in which a bank is foreclosing upon someone's home) |
| | Nuisance |
| | Nursing home negligence |
| | Removals/Transfers |
| | Workers' compensation |

EXHIBIT 3
PAGE 298

CONFIDENTIAL

CNS052849