Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@bryancave.com
Roger Myers (SBN 146164)
roger.myers@bryancave.com
Jonathan G. Fetterly (SBN 228612)
jon.fetterly@bryancave.com
Leila C. Knox (SBN 245999)
leila.knox@bryancave.com
BRYAN CAVE LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Plaintiff
COURTHOUSE NEWS SERVICE

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Courthouse News Service, | Case No. CV11-08083 SJO (FFMx) |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING OF [PROPOSED] JUDGMENT FOR DECLARATORY RELIEF AND PERMANENT INJUNCTION IN FAVOR OF PLAINTIFF COURTHOUSE NEWS SERVICE AND AGAINST DEFENDANT MICHAEL PLANET** |
| Michael Planet, in his official capacity as Court Executive Officer/Clerk of the Ventura County Superior Court, | |
| Defendant. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Courthouse News Service hereby lodges with the Court the [Proposed] Judgment for Declaratory Relief and Permanent Injunction in Favor of Plaintiff Courthouse News Service and Against Defendant Michael Planet, attached hereto.

Dated: June 6, 2016

BRYAN CAVE LLP

By:   /s/ Rachel E. Matteo-Boehm
      Rachel E. Matteo-Boehm
      Attorneys for Plaintiff
      COURTHOUSE NEWS SERVICE

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1