JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-08083 SJO (FFMx) | Date | January 21, 2020 |
|---|---|---|---|
| Title | Courthouse News Service v. Michael Planet | | |

| Present: The Honorable | S. JAMES OTERO, United States District Judge |
|---|---|

| Victor Cruz | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS

   The Court has reviewed the USCA Ninth Circuit's Opinion AFFIRMING IN PART, REVERSING IN PART, AND REMANDING for further proceedings, filed January 17, 2020. Accordingly, the Court sets a Status Conference on **Monday, May 18, 2020 at 8:30 a.m.** The parties shall file a joint status report on or before **May 4, 2020.**

(Make JS-5).

   IT IS SO ORDERED.

                                                                                                : 
                                               Initials of Preparer                           CCH